JUDGE BRICCETTI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# 19 CV 11115

MATTHEW I. BRENNAN

Plaintiff,

**Civil Action No.**

**COMPLAINT**
**ACTION FOR**
**DAMAGES**
**Jury Trial Demanded**

-Against-

Clarkstown Supervisor George Hoehmann,
Clarkstown Councilman Frank Borelli,
Clarkstown Building Code Task Force Attorney Leslie Kahn,
Clarkstown Zoning Board of Appeals Chairman Kevin Hobbs,
Clarkstown Code Enforcer Raymond L. Francis

Defendants-Respondent

---

Plaintiff, MATTHEW I. BRENNAN Pro Se complaining of the Defendants herein, respectfully alleges upon information and belief as follows:

## NATURE AND SUMMARY OF ACTION

1.      This is an action seeking recovery and declaratory relief regarding violations to the property rights of the Plaintiff by action of the Defendants in this matter.

2.      The basis of this action is that the Defendants have wrongfully interfered with the property of the Plaintiff and as part of a continued conspiracy deprive the Plaintiff of his constitutionally protect right to utilize his property in a legal manner

for which he has received proper building permits and in a manner of which he is being taxed.

## PARTIES, JURISDICTION, AND VENUE

3.    At all times here after mentioned petitioner is the owner of certain real property located in the Town of Clarkstown, County of Rockland and state of New York known as 23 Germonds Road, New City, New York also identified on the Town of Clarkstown Tax Roll as Map 51.18-3-19 Tax Map 35 Block B Lot 21.6.

4.    At all times relevant herein, the Defendants, were all compensated for their actions as either employees or elected officials by the TOWN OF CLARKSTOWN which was and is a municipal corporation operating and existing under and by virtue of the laws of the State of New York and is located in the County of Rockland, State of New York.

5,    That Defendants have the power and jurisdiction to initiate and or approve of commencement of legal and or court actions on behalf of the TOWN OF CLARKSTOWN.

6,    This is an action arising under 42 USC §1983, the Fourteenth Amendment of the Constitution of the United States of America, as well as.  Jurisdiction is founded upon 28 U.S.C. §1331 and 28 U.S.C. § 1343.

7.    The venue of this matter is established under 28 U.S.C. § 1391(b)(1) as this is the judicial district where all the Defendants reside or have an office and this is

the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

8.      Plaintiff brings this action to vindicate his federal and state civil rights, and seeks a recovery of compensatory damages, declaratory relief and punitive damages pursuant to 42 USC §1983.

## BACKROUND OF THE ACTION

9.      Plaintiff was illegally penalized and punished for owning a large four thousand square foot house located at 23 Germonds Road, New City, New York 10956 located within the Town of Clarkstown.  No interior or exterior alterations have been made to this property since the Clarkstown Building Department issued a Certificate of Occupancy for a Second Kitchen along with other alterations on July 13, 2012; Exhibit A

10.     The Clarkstown Building Department as per Freedom of Information Law request routinely issues permits for Second Kitchens without any codified authority; EXHIBIT B.

11.     The Clarkstown Attorney rationalizes this under Religious Use of Property doctrine and that they cannot win in court.

12.     Subsequent to the issuance of a Certificate of Occupancy for a Second Kitchen by the Clarkstown Building Department the Clarkstown Assessor's Office changed the property classification from a New York State Department of Finance

and Taxation "Code 210 Single Family House" to a "Code 215 Single Family House with year-round Accessory Apartment".   An accessory apartment is defined as a separate dwelling unit that is located within the structure of a principal dwelling unit and which is secondary to the principal dwelling: Exhibit C.

13.    Even though the Clarkstown Building Department publicly states they do not recognize NYS Code 215 and tasks their code enforcers to issue violation letters and criminal court summonses for such violations, which is where this action has it's conception on December 9, 2016, the fact of the matter is that the Clarkstown Accessor's Office does recognize NYS Code 215.  As per Freedom of Information Act taxes approximately one thousand single family houses accordingly.  These actions alone mean that a "Code 215 Single Family House with year-round Accessory Apartment" is a legal entity in Clarkstown because the township conducts business and collects taxes as if these NYS code 215 homes are legal and has no specific laws regarding accessory apartments.  These actions in turn mean the owners of NYS code 215 homes may share their homes with strangers, live in whichever side of the house they wish, and sell these homes accordingly; Exhibit D.

14.    After receiving a Building Permit in 2010 to add a second kitchen and subsequently Certificate of Occupancy for a Second Kitchen with interior alterations, Plaintiff subsequently became a victim of an overzealous Clarkstown

Supervisor who was elected to that office on the platform of not allowing the Town

of Clarkstown to become like the neighboring county of Ramapo which is

dominated by an Hassidic Jewish population that has a reputation for unaddressed

excessive building code violations.  Before being sworn in to the Supervisor office

on January 1 2016, he had served as a Town Councilman from 2009 - 2015

appointed to fill a vacancy, left open by the resignation of the late

Councilman Mandia.

15.     During the Summer of 2016 under the direction of Supervisor Hoehmann the

Clarkstown Town Board voted for unspecific changes to local laws Code 157 and

Code 290.  A RENTAL REGISTRY created allowing Clarkstown to

unconstitutionally collect information on who lived where outside the federal

census.  Also, this violated property rights when house occupants had the

protection of local Clarkstown Justice Court. The definition of SENIOR

HOUSING was changed.  The FAMILY DEFINITION was changed and only two

unrelated people were allowed to live in a house no matter it's size.

Meanwhile, the town has yet to enact a proposed Accessory Apartment Law

that could help seniors afford to stay in one of the most high-taxed places in the

entire United States and actually help obtain the Goals of the 2009 Comprehensive

Plan which recognized the lack of affordable housing for seniors, volunteer first

responders, and Millennials who grew up in Clarkstown and want to remain.

Voting for this legislation under RESOLUTION NO. (378-2016) were George Hoehmann, Supervisor, Frank Borelli, Councilman, Stephanie G. Hausner, Councilwoman, John Noto, Councilman, Adrienne Carey, Councilwoman; EXHIBIT E.

16,     During the Fall of 2016 under the direction of Supervisor Hoehmann the Clarkstown Town Board voted for unspecific changes to local law amending Chapter 290 (Zoning) with respect to TABLE 12 (GENERAL BULK REGULATIONS).    Voting for RESOLUTION NO. (448-2016) were George Hoehmann, Supervisor, Frank Borelli, Councilman, Stephanie G. Hausner, Councilwoman, John Noto, Councilman, Adrienne Carey, Councilwoman; EXHIBIT F.

17.    Supervisor Hoehmann has created an administration with excessive government intervention of homeowners by getting rid of legally educated attorneys through attrition, outsourcing legal work, and replacing them with less legally educated code enforcers who work with guidance from Clarkstown Town Attorney Leslie Kahn who began employment on May 9, 2016.  An official HOUSING CODE TASK FORCE has been created as Supervisor Hoehmann keeps a running score on how many more summons has been issued year to year as if the entire situation is a sporting event; EXHIBIT G.

18.     Supervisor Hohmann's creative code enforcement initiative has focused upon Accessory Apartments which have been legal in Clarkstown since before anyone can remember.  The fact of the matter is in Clarkstown there are one thousand houses taxed as New York State Code 215 single family house with year-round Assessor Apartment.  The reality of the situation is that the Clarkstown Building Department has become the military wing of this new administration with such stated goals as preventing "Clarkstown from becoming like Ramapo" and "Keeping the Ramapo Voting Block out of Clarkstown".  The goals of the 2009 Comprehensive Plan are ignored with regards to housing for seniors, volunteer first responders, and millennials who want to remain in Clarkstown while the fact of the matter is Accessory apartments help accomplish those housing goals.

19.     Effective April 25, 2016 Code Enforcer I Raymond L. Francis was hired for the Clarkstown Building Department.  Only a few short months later with unknown insufficient training he issued Plaintiff an incorrect Notice of Violation.  Plaintiff was accused of turning his single-family house into a multi-family house despite the fact no alterations had occurred since the Issuance of a Certificate of Occupancy for a second kitchen plus the house still had one utility meter for electric usage and one utility for gas usage. This notice was subsequently returned by Plaintiff along with letter to the Clarkstown Building Inspector dated December 21, 2016 because the code that was referenced to was non-existent; EXHIBIT H.

19.     Subsequently a second incorrect Violation Notice was received which was issued by Code Enforcer I Raymond L. Francis based upon his observations December 9, 2016.  It was dated December 29, 2016 and mailed January 17, 2017. This letter also quoted of Clarkstown Town code 290 – 11 (A) Table 4 Column 2 the chapter relevant for an R-15 zone when the house is located in a R-22 zone. Again, accusing Plaintiff of turning his single-family house into a multi-family house despite the fact no alterations had occurred since the issuance of certificate of occupancy for a second kitchen plus the house still had one utility meter for electric usage and one utility for gas usage.

20.     Subsequently Acting Building Inspector Erik Asheim sent a letter dated January 3, 2016 and mailed January 5, 2017 stating home was located in a Zone15, when it was actually in a Zone 22 and included a table of use for a R- 15 Zone; EXHIBIT J.

21.     Plaintiff subsequently sent a letter dated January 23, 2017 to the Clarkstown Building Inspector requesting specific information with regards to the violation and explained there was confusion because NO INTERIOR OR EXTERIOR CHANGES HAD OCCURRED SINCE THE CLARKSTOWN BUILDING DEPARTMENT CERTIFICATE OF OCCUPANCY FOR A SECOND KITCHEN WAS ISSUED IN 2013; EXHIBIT K.

22.     Subsequently another letter arrived from the acting Clarkstown Building

Inspector Erik Asheim.  It was dated January 27, 2017 referencing Violation

Notice #16-965.   This letter was written by the acting Chief Building Department

Inspector.  He did not make the observations and was working out of title which

puts the entire legality of this document in question.  However, it was used by

Plaintiff to apply for a USE VARIANCE; EXHIBIT L.

23.     Plaintiff subsequently responded with a letter to the Clarkstown Building

Inspector Erik Asheim dated February 1, 2017 stating that he would file for a Use

Variance; EXHIBIT M.

24.     Subsequently on May 23, 2017 Clarkstown Zoning Board of Appeals

received a completed USE VARIANCE APPLICATION #4066; EXHIBIT N.

## CLARKSTOWN ZONING BOARD OF APPEALS

25.     Petitioner was aggrieved by a certain decision of the Clarkstown Zoning

Board of Appeals filed in the Office of the Town Clerk of the Town of Clarkstown

on the 9th day of November 2017  which denied an application for a "Use

Variance" to turn his house from a four thousand square foot single family into a

two family on 30,000 square feet or 2/3 acre of property without any structural

changes.  The denial of said application to change classification of petitioner's

property was not warranted by the facts or record and was illegal, unjust, arbitrary,

capricious, irrational, and contrary to the proofs submitted and contrary to the

proofs submitted in support of § 267-b (2) of New York State Town Law, all as hereafter set forth, Decision and report; EXHIBIT O.

26.     This federal court needs to take notice that the guiding principle utilized by the Clarkstown Zoning Board to reach it's decision is defective New York State Town Law § 267-b (2).  This statute which just barley passed as the New York State Legislature session ended, requires standards which are impossible to obtain, is severely prejudiced against the Homeowner and does not differentiate between Commercial or Residential Property.  In addition, the Clarkstown Zoning Board of Appeals utilized a civil court PREPONDERENCE OF THE EVIDENCE standard and not a criminal court BEYOND A REASONABLE DOUBT standard.

New York Town § 267-b. Permitted action by board of appeals)  No such use variance shall be granted by a board of appeals without a showing by the applicant that applicable zoning regulations and restrictions have caused unnecessary hardship.   In order to prove such unnecessary hardship the applicant shall demonstrate to the board of appeals that for each and every permitted use under the zoning regulations for the particular district where the property is located, (1) the applicant cannot realize a reasonable return, provided that lack of return is substantial as demonstrated by competent financial evidence;

(2) that the alleged hardship relating to the property in question is

unique, and does not apply to a substantial portion of the district or

neighborhood;  (3) that the requested use variance, if granted, will not

alter the essential character of the neighborhood;  and (4) that the

alleged hardship has not been self-created.

27.  Standard one required by New York State Town Law § 267-b (2), is that

THE APPLICANT CANNOT REALIZE A REASONABLE RETURN,

PROVIDED THE LACK OF RETURN IS SUBSTANTIAL, AS

DEMONSTRATED BY COMPETENT FINANCIAL EVIDENCE.

Somehow the expectation is that an accountant can be easily employed to

explain this for all parties concerned.  However the fact of the matter is that this

expectation is only feasible for a legitimate Commercial Corporate Property.  How

can a residential home owner explain this law even if they possess a Bachelor

Degree in Finance from New York University as the Plaintiff does?

The fact of the simple math is that 23 Germonds Road, New City, New York

is incapable of earning a reasonable return on total investments to date since

Plaintiff acquired the home in 1997.  Considering twenty years of mortgage, tax,

and insurance payments being approximately being at least $1.25 million with a

recent appraisal being for $520k. the difference is over a one half million-dollar

difference; therefore, no return upon investment.

28.    Standard two required by New York State Town Law § 267-b (2), IS THAT THE ALLEGED HARDSHIP RELATING TO THE PROPERTY IS UNIQUE AND DOES NOT APPLY TO A SUBSTANTIAL PORTION OF THE DISTRICT OR NEIGHBORHOOD.  Currently the Plaintiff's primary source of income is from his employment as a Nuclear Security Responder at the Indian Point Nuclear power plant.  The New York State Governor has recently announced a deal with Entergy Corporation, the Indian Point Energy Center's owner, to close this plant in the near future which will terminate the property owner's main source of income creating an UNNECESSARY HARDSHIP where he will no longer be able make mortgage, tax, and insurance payments on this his primary home and needs this variance in order to share it with someone who will help with these payments.  That is unique circumstance and does not apply to the other residents of the neighborhood.  Does this not qualify as a unique circumstance which no one else in the neighborhood is experiencing?

29.    Standard three required by New York State Town Law § 267-b (2), is THAT THE REQUESTED VARIANCE, IF GRANTED, WILL NOT ALTER THE ESSENTENTIAL CHARACTER OF THE NEIGHBORHOOD.

With the dominant word in this standard being neighborhood, the definition, especially in a suburban residential neighborhood has to be vicinity and not only limited to the small R-22 zone 23 Germonds Road, New City is located in even

though this zone has a basic property requirement of a 22,000 square feet lot size and this lot at 2/3 acre is approximately 30,000 twice the 15,000 required to have a two family house in an in an R-10 zone which are only located in the south west corner of Clarkstown a short distance away.

Considering a mile perimeter as 23 Germonds Road's neighborhood, from the NYS Department of Transportation website approximately 131,000 vehicles a day travel through this neighborhood without even counting those on the residential side streets. A comparable traffic flow area would be the Long Island Expressway just west of the Cross-Island Parkway with a 148,605 vehicle flow per day. Also Including New York State Thruway's 300,000 vehicles per day flow within a mile and one half is equivalent to a neighborhood traffic flow of almost one half million vehicles per day!

Also included in this one-mile perimeter neighborhood is the entire several mile-long Route 304 Business Shopping District where residentially zoned property under the Supervisor Hoehmann administration is allowed to convert into commercial office space simply with a special permit despite that fact there is not one word concerning lack of commercial property in the 2009 Clarkstown Comprehensive Plan which is being totally ignored by Clarkstown Supervisor Hoehmann.

"The Town currently allows by Special Permit the conversion of existing buildings, which are residential in appearance, to professional and business offices along Route 304 between New City/Congers Road and Ludvigh Road.  It is the intent of the Special Permit to have these businesses act as a transition between the heavily trafficked State Route and the adjacent single-family residential areas behind them.  Zoning in this area will be further studied with the State Route Corridor Analysis described in the plan."

Also within the mile radius is the former Chestnut Elementary School which is now the headquarters of the Clarkstown Central School district which is a Commercial Property 612- School consisting of 7.6 acres and the Albertus Magnus Catholic High School also a Commercial Property 612- School consisting of 21.6 acres.

Nearby 39-46 Germonds Road is 16.93 acres with the one hundred and fifty year old Germonds Church, graveyard, woman's shelter, and day care center classified as Commercial Property Class 620 Religious.

If the definition of this neighborhood is expanded to one and one-half miles that puts 23 Germonds Road into the one mile long New City Hamlet Zone with its H-4 zoning that permits two family housing without a Special Permit or Use Variance.

A more specific examination of this neighborhood is as follows.

To the north there are numerous single-family homes located along several residential town streets until reaching Kings Highway where the zoning changes to R-15 with a 15,000 square foot lot size which continues to Virginia Street.

To the west on South Little Tor Road, which becomes Middletown Road at the Germonds Road intersection, there is much commercial property built on lots too small to be approved for new commercial construction today.   Actually, the number of Commercial Property sites listed in more detail in the original variance request is approximately one hundred.  Also, in the neighborhood are approximately two dozen NYS Code 220 Two Family Houses and seventy NYS code 215 One Family Houses with Accessory Apartment.

The one- and one-half mile perimeter surrounding 23 Germonds Road, New City could actually be the most intense area in Clarkstown for commercial development with both the eastern and western sides of this neighborhood consisting of very significant commercial areas plus many locations of high density housing.  Granting a Use Variance for four thousand square foot 23 Germonds Road located on 2/3 acre property in order to allow it to change from a NYS code 215 Single Family with year round Accessory Apartment into a NYS code 220 Two Family house will definitely not change the neighborhood.

30.    Standard four required by New York State Town Law § 267-b (2), IS

THAT THE ALLEGED HARDSHIP IS NOT SELF-CREATED.  This is a totally absurd expectation.  Is there a person alive who would create a hardship in order to obtain a Use Variance from their local zoning board of appeals?  How could that even be accomplished?

Since Day One Plaintiff has been a hard-working middle-class father struggling from paycheck to paycheck in order to make ends meet.  However, over the last two decades nefarious people and banking institutions have had no qualms utilizing his work ethic to their financial gain.  An Indy Mac Bank construction mortgage which was used to expand 23 Germonds Road from 1800 square feet into 4000 square feet in order to accommodate a growing family.  For the first decade of the loan there was an excessive 6.25 rate on a $500k outstanding balance while the Plaintiff paid Indy Mac approximately $400,000.  However, utilizing an average market rate of 4% over the same period of time, even though it did drop much lower to below 3%, Indy Mac Bank received approximately $100k more than the market's prevailing interest rates which translated into an extra one thousand more dollars per month.

The Clarkstown Zoning Board even falsely stated in their decision that the Indy Mac construction loan to expand house was taken after the 2008 market crash when in fact the Indy Mac loan to expand home occurred in 2003 creating over $300k of equity for the property.

However, after the 2008 market crash there was no longer any equity left in the home and even selling to just breakeven was no longer an option. Plaintiff like most middle-class Americans was the victim of the criminal conduct by the Wall Street hedge funds personnel which invented and traded "Credit Default Swaps". Today like most of the large house housing market has not recovered to its pre 2008 market crash value of $850k.

Also, as a result of the 2008 market crash Indy Mac Bank, the holder of the first mortgage failed, and was taken over by the Federal Deposit Insurance Corporation costing taxpayers $9 billion. Subsequently FDIC Chair Sheila Bair allowed the group which became known as One West Bank (subsequently received group fine of $25 billion by Federal Reserve) to buy Indy Mac Bank for only $1 billion with the stipulation loan modifications would occur, which clearly did not become the case.

The Plaintiff's mortgage loan was bundled and sold to Deutsche Bank (subsequently fined $14 billion by Department of Justice) as part of their international investment portfolio. Additionally, Plaintiff's job will end in the near future when Entergy closes Indian Point because of a deal made with the NYS Governor along with litigants.

These are all factual occurrences which directly affected Plaintiff negatively financially to the point the Use Variance is required in order to continue to reside at 23 Germonds Road.

31.    If the Clarkstown Zoning Board of Appeals needed more proof regarding the above described situations there was plenty of time to specifically request it before holding a public hearing and making their decision. However that concept could actually help a Petitioner in getting an approval for a Use Variance which seems to be the opposite goal of such boards. An epiphany occurred for the Petitioner when Clarkstown Zoning Board member Edward Mistretta publicly berated Plaintiff stating "No one ever comes before us to turn a single-family house into a two-family house!  It was then Plaintiff realized Clarkstown has always conducted business as if NYS code 215 single family homes with accessory apartments are legal!

32.  Following a public hearing on 9/11/2017 the Clarkstown Zoning Board denied the request for a Use Variance and eventually filed their decision with the Clarkstown Clerk on November 9, 2017.  On September 27, 2017 Plaintiff sent a certified letter to the Clarkstown Building Inspector regarding his intentions to file an Article 78 in New York State Supreme Court; EXHIBIT P.

33.  According to New York State Law § 267-C-1 Plaintiff had thirty days to file an Article 78 in New York State Supreme Court.  On December 8, 2017 Plaintiff

filed for an ARTICLE 78 HEARING in NEW YORK STATE SUPREME COURT

Index# 2017-001874 which was exactly twenty-nine days after the Clarkstown

Zoning Board of Appeals filed their decision on November 9, 2017 with the

Clarkstown Town Clerk denying him a "USE VARIANCE" from application 4066

in order to convert his one family house to a two-family house despite the fact the

house and yard were certainly large enough.

New York State Law § 267-C-1 Application to supreme court by

aggrieved persons.   Any person or persons, jointly or severally

aggrieved by any decision of the board of appeals or any officer,

department, board or bureau of the town, may apply to the supreme

court for review by a proceeding under article seventy-eight of the

civil practice law and rules.   Such proceeding shall be instituted

within thirty days after the filing of a decision of the board in the

office of the town clerk.

New York State Town Law § 267-C-1    Stay upon appeal.  An

appeal shall stay all proceedings in furtherance of the action appealed

from, unless the administrative official charged with the enforcement

of such ordinance or local law, from whom the appeal is taken,

certifies to the board of appeals, after the notice of appeal shall have

been filed with the administrative official, that by reason of facts

stated in the certificate a stay, would, in his or her opinion, cause

imminent peril to life or property, in which case proceedings shall not

be stayed otherwise than by a restraining order which may be granted

by the board of appeals or by a court of record on application, on

notice to the administrative official from whom the appeal is taken

and on due cause shown.

34.   Also According to New York State Law § 267-A-6 an appeal stays all

proceedings in furtherance of the action appealed from.  However, on December 5,

2017 COMPLAINTANT Raymond Francis, Code Enforcement Officer I filed an

INFORMATION that on or about December 4, 2017 DEFENDANT COMMITED

THREE BUILDING VIOLATIONS OF THE CLARKSTOWN TOWN CODE;

109.6A FAILED TO OBTAIN C/O, 109.14 NON-COMPLIANCE, and 290 USES

PERMITTED/RIGHT.   Also with regards to the Clarkstown Code Violation

charges returnable to Clarkstown Justice Court the Code Enforcer I Raymond

Francis changed the date of the original sworn and witnessed observation from

December 9, 2016 to December 4, 2017 in order to avoid violating the one year

statute of limitations for Violations because that statute of limitations would have

expired on December 8, 2017 when the Plaintiff legally had until December 9,

2017 to file an Article 78.  Done under the supervision of Clarkstown Code

Enforcement Task Force Attorney Leslie Kahn, Plaintiff believes Clarkstown

Town Attorney 's action of filing criminal charges was done deliberately to create

duress and intimidate Plaintiff from utilizing all due process available to him while

utilizing his absolute right to appeal a decision of the Clarkstown Zoning Board.

35.  With the original Arraignment date scheduled for January 10, 2017,

DEFENDANT subsequently plead not guilty and there have been over a dozen

scheduled appearances, each with the threat of an ARREST WARRANT for non-

appearance.  The next appearance currently scheduled for March 18, 2020.

Despite filing a MOTION TO DISMISS along with an AMENDED MOTION TO

DISMISS these charges, Clarkstown Justice David Asher has yet to rule upon them

apparently following the lead of Clarkstown Attorney Leslie Kahn.  Again, this has

been deliberately done to create duress and intimidate DEFENDANT from

utilizing all due process available to him. EXHIBIT Q.

36.  DEFENDANT also believes the INFORMATION filed by Raymond Francis

will not withstand the scrutiny of a proper DISCOVERY HEARING.  This is

especially true for his testimony regarding the statement that DEFENDANT during

his September 11, 2017 Zoning Board of Appeals hearing admitted to converting

his home from a one family to a two- family residence maintaining an apartment

for himself while renting the main home which was never said.  An audio

recording of this hearing has been translated and the DEFENDANT is explaining

how he received a Building Permit from the Clarkstown Building Department for a

second kitchen and after a Certificate of Occupancy was issued the Clarkstown Comptroller changed the classification of his house from a NEW YORK STATE CODE 210 SINGLE FAMILY to a NEW YORK STATE CODE 215 SINGLE FAMILY WITH YEAR ROUND ACESSORY APARTMENT.

## CLAIMS FOR RELIEF

## AS AND FOR FIRST CLAIM FOR RELIEF

37.    Plaintiff repeats and realleges each and every allegation as though set forth in full herein.

38.    Petitioner is forced to seek a legal remedy because actions of Defendants were illegal, intentional, extreme, and outrageous and violates the right of Plaintiff pursuant to 42 U.S.C. § 1983.

39.    The foregoing conduct by Defendants violates the rights of Plaintiff pursuant to 42 U.S.C.

40.    By reason of the foregoing, Plaintiff has sustained damages and is entitled to appropriate monetary relief.

41.    Plaintiff has also incurred and will incur Attorney's fees with regard to this matter and pursuant to 42 U.S.C. § 1988 is entitled to the recovery of Attorney's fees, costs, and disbursements.

## SECOND CAUSE OF ACTION
## VIETNAM ERA VETERAN DISCRIMINATION

42.    Plaintiff repeats and re-alleges each and every allegation as though set forth in full herein.

43.    Petitioner is forced to seek a legal remedy because actions of Defendants were illegal, intentional, extreme, and outrageous and violates the right of Plaintiff pursuant to 42 U.S.C. § 1983.

44.    The foregoing conduct by Defendants violates the rights of Plaintiff pursuant to 42 U.S.C. § 1983.

45.    Plaintiff BRENNAN served on active duty with the UNITED STATES MARINE CORPS from August 28, 1973 until August 27, 1975.  During that time he served a thirteen month overseas tour in the Far East as shown on his DD-214 with regards to separation from active military service. His military service qualifies him as a VIET NAM ERA VETERAN which is a protected discrimination class; EXHIBIT S.

## THIRD CAUSE OF ACTION- SENIOR CITIZEN DISCRIMINATION

46.    Plaintiff repeats and re-alleges each and every allegation as though set forth in full herein.

47.    Petitioner is forced to seek a legal remedy because actions of Defendants were illegal, intentional, extreme, and outrageous and violates the right of Plaintiff pursuant to 42 U.S.C. § 1983.

48.    The foregoing conduct by Defendants violates the rights of Plaintiff pursuant to 42 U.S.C. § 1983.

49.    Plaintiff BRENNAN recently turned sixty-five years old. As a SENIOR CITIZEN and over forty years of age he is a member of another protected discrimination class.

## DEMAND FOR TRIAL BY JURY

50.    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a Trial by Jury on all questions of fact raised in the Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff MATTHEW I. BRENNAN prays for the following relief against Defendants:

a.  Declare Defendants in violation of the Federal and State Constitution and Statutory provisions under which Plaintiff brings this action and grant a permanent injunction against Defendants from engaging in any conduct that violates Plaintiff's civil rights.

b.  Order that Defendants take affirmative action as is necessary to ensure these unlawful and retaliatory practices are eliminated.

c.  Order Defendant to make Plaintiff whole by awarding compensatory and punitive damages.

Award Plaintiff costs in this action including attorney fees, costs, and expert

witness fees.

d.  Order such other and further relief as the Court deems just and proper.


Dated:  December 3, 2019
New City, New York

Respectfully submitted,

Matthew I. Brennan Pro Se
23 Germonds Road
New City, New York 10956
(845)641-1882

# EXHIBIT A

**TOWN OF CLARKSTOWN**
**BUILDING DEPARTMENT**
**10 MAPLE AVENUE, NEW CITY, NY 10956**

# CERTIFICATE OF OCCUPANCY
## And or USE

**TO:** MATTHEW BRENNAN

23 GERMONDS ROAD, NEW CITY, N. Y. 10956                    owner of premises

**located at:** SAME AS ABOVE

**THIS CERTIFIES THAT** the work described on the application for the noted Building Permit has been completed and that the proposed use and or occupancy is in conformity with the applicable Building Code and Ordinances of the Town of Clarkstown. This Certificate is issued for the following purposes:

SECOND KITCHEN W/INTERIOR ALTERATIONS

**Special Conditions:** _____

**Building Permit No.** 10-896                                   **Zone** R-22

**Permit Issued Date:** 9/17/10                      **Use and Occupancy** SINGLE FAMILY DWELLING

**Section Block Lot** 51.18-3-19                      **Construction Type** 5-B

**Remapped SBL** 35B21.6                              **Assembly Occupant Load** N/A

                                                     **Sprinkler System Required** Yes ___ No ___

**Date:** JULY 13, 2012   (MA)

**Building Inspector**

**NOTE:** In the event of any change in the use and/or occupancy of these premises, as authorized, this Certificate shall become null and void in accordance with Chapter 290-31 (H) 6 of the Town Code.

Rev. 9/10

OWNERS COPY

# EXHIBIT B



# TOWN OF
# Clarkstown
## ROCKLAND COUNTY, NEW YORK


RECEIVED
JAN 0 2 2018

**FOIL: APPLICATION FOR PUBLIC ACCESS TO RECORDS**

**TO:  TOWN CLERK**

I HEREBY APPLY TO INSPECT THE FOLLOWING RECORD:   FROM CLARKSTOWN

BUILDING DEPARTMENT CODE 290 REGULATIONS
WITH REGARDS TO SECOND KITCHEN "MOTHER-DAUGHTER";
PDF OK

_Matt Brennan_                              _1/2/2018_
Signature                                      Date

MATTHEW BRENNAN          23 GERMONDS ROAD NEW CITY, N.Y.
Print Name                          Address

BRENNAN10956@AOL.COM          845 641-1882
E Mail Address                          Phone Number

++++++++++++++++++++++++++++++++++++++++++++++++++++++
### FOR AGENCY USE ONLY

Approved_____
Denied (for the reason(s) checked below:
    ( )  Confidential Disclosure
    ( )  Part of Investigatory Files
    ( )  Unwarranted Invasion of Personal Privacy
    ( )  Record of which this Agency if Legal Custodial Cannot be Found
    ( )  Record if not maintained by this Office
    ( )  Exempted by Statute other than the Freedom of Information
    ( )  Inspection Only
    ( )  Record returned
    ( )  Other (specify) _____

_____     _____     _____
Signature                      Title                      Date
++++++++++++++++++++++++++++++++++++++++++++++++++++++
Notice:  You have a right to appeal a denial of this application within thirty days of the
date of denial to the head of this agency.
George Hoehmann              10 Maple Avenue New City, NY 10956
Name                                   Business Address
Supervisor                            (845) 639-2050
Title                                     Business Phone Number

Who must fully explain his reasons for such denial in writing within ten business days of
the receipt of the appeal.

**From:** Maureen Landro <m.landro@clarkstown.org>
**To:** Brennan10956 <Brennan10956@aol.com>
**Subject:** FOIL 3
**Date:** Thu, Jan 18, 2018 12:54 pm

Mr. Brennan:

RE:  FREEDOM OF INFORMATION REQUEST # 3
BUILDING DEPT. CODE 290- SECOND KITCHEN

There is no code specific to second kitchens in the Town of Clarkstown Town Code.  You can view the complete
Code # 290 on the Town website.

Maureen

--
Maureen Landro
Town Clerk's Office
10 Maple Avenue
New City, NY 10956

~1~

# EXHIBIT C

# Town of Clarkstown Real Property Assessment Information

John J. Noto Jr, CCD
Assessor

## Assessment Report

| Tax Year | Uniform % of Value | Roll Section | Municipality |
|---|---|---|---|
| 2017 Final | 33 | 1 | CLARKSTOWN |

### Assessment Details

| | |
|---|---|
| Assessed Total Value | $215,600 |
| Assessed Land Value | $41,300 |
| Market Value | $653,333 as of |
| Parcel ID | 51.18-3-19 |
| SWIS | 392089 |

### Property Details

| | |
|---|---|
| Legal Address | 23 GERMONDS RD NEW CITY |
| Type | Residential |
| Property Class | 215 - 1 Fmly, yr/rnd Acsry Apt |
| Acreage | 0.65 |
| Neighborhood | 112 |
| School District | CLARKSTOWN CSD # 1 |

### Site Details

| | |
|---|---|
| Building Style | Colonial |
| Year Built | 1962 |
| First Floor Area | 2148 |
| Second Floor Area | 1836 |
| Total Living Area | 3984 |

| | |
|---|---|
| Finished Rec Room | No Rec Room |
| Bathrooms | 3.50000000 |
| Fireplaces | 1 |
| Central Air | Yes |
| Garages | No Garage |

### Parcel Owner

| | |
|---|---|
| Name | BRENNAN MATTHEW |
| Address | 23 GERMONDS RD |
| City | NEW CITY |

### Sale Details

| | |
|---|---|
| Sale Price | $185,000 |
| Sale Date | 8/01/1997 |
| Deed Book | 1997 |

# EXHIBIT D

Date: 9/6/2017 Time: 9:33 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392001

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr 1 | Name 1<br>Addr 2 | Name 2 |
|---|---|---|---|---|
| 60.9-1-4 | KAISER CAROLYN<br>660 PALMER DR<br>UPPER NYACK, NY 10960 | 660 PALMER DR UPPER NYACK | KAISER CAROLYN | |
| 60.9-1-24 | JUNG STEPHEN<br>210 LEXOW AVE<br>UPPER NYACK, NY 10960 | 210 LEXOW AVE UPPER NYACK | JUNG STEPHEN | |
| 60.9-2-90 | BREGANTI MICHAEL, A &<br>PATRICIA<br>228 OLD MOUNTAIN RD<br>UPPER NYACK, NY 10960 | 228 OLD MOUNTAIN RD U NYACK | BREGANTI MICHAEL, A & | PATRICIA |
| 60.13-1-34 | DILLON DAVID & LESLIE<br>415 CEDAR AVE<br>UPPER NYACK, NY 10960 | 415 CEDAR AVENUE UPPER NYACK | DILLON DAVID & LESLIE | |
| 60.13-3-4 | HONIG SUSAN, GABRIEL, L +<br>KATHERINE R<br>503 N MIDLAND AVE<br>UPPER NYACK, NY 10960 | 503 N MIDLAND AVE UPPER NYACK | HONIG SUSAN, GABRIEL, L + | KATHERINE R |
| 60.14-1-12.8 | MCMANUS CHARLES & LYNNE<br>10 TOMPKINS CT<br>UPPER NYACK, NY 10960 | 10 TOMPKINS CT UPPER NYACK | MCMANUS CHARLES & LYNNE | |
| 66.18-1-18 | DENIS JEAN & MARIE<br>5 CITY VIEW DR<br>NEW CITY, NY 10956 | 5 CITY VIEW DR NEW CITY | DENIS JEAN & MARIE | |
| 73.16-2-13 | TURNER PIERRE & MARIE<br>1 RED ROCK RD<br>NEW CITY, NY 10956 | 1 RED ROCK RD NEW CITY | TURNER PIERRE & MARIE | |

## TOTALS FOR SWIS CODE 392001
Number of Parcels = 6

Date: 9/6/2017 Time: 9:31 AM

**Search Results**

Year:        This Year
Index:       Section/Block/Lot                          Status:        Active Parcels
Criteria:    From screen Base Information: Property Class equal to 215
Swis Code: 392089

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 33.16-2-22 | BANKS DARELLE S & JOHNSON ALANE 352 BUENA VISTA RD NEW CITY, NY 10956 | 352 BUENA VISTA RD NEW CITY | BANKS DARELLE S & JOHNSON | ALANE |
| 33.20-2-8.11 | BENFANTE KENNETH 36 RED ROCK RD NEW CITY, NY 10956 | 36 RED ROCK RD NEW CITY | BENFANTE KENNETH | |
| 33.20-2-29 | JASINSKI RAYMOND & PATRICIA & CARLA 98 OLD PHILLIP HILL RD NEW CITY, NY 10956 | 98 OLD PHILLIPS HILL RD NC | JASINSKI RAYMOND & | PATRICIA & CARLA |
| 33.20-2-53 | TAKAHASHI JANINE & MASAYA 11 SCENIC VISTA DR NEW CITY, NY 10956 | 11 SCENIC VISTA DR NEW CITY | TAKAHASHI JANINE & MASAYA | |
| 34.5-1-43 | KOUTROS MADELINE 6 DENVER DR NEW CITY, NY 10956 | 6 DENVER DR NEW CITY | KOUTROS MADELINE | |
| 34.5-1-44 | GENTILE BARBARA & DEAN & HALL KIMBERLY GRACE 8 DENVER DR NEW CITY N Y 10956 | 8 DENVER DR NEW CITY | GENTILE BARBARA & DEAN & | HALL KIMBERLY GRACE |
| 34.5-1-48 | MARTIN YWAIN & LUCIA 16 DENVER DR NEW CITY, NY 10956 | 16 DENVER DR NEW CITY | MARTIN YWAIN & LUCIA | |
| 34.6-1-10 | COMITO CARLO 302 S MOUNTAIN RD & MARGARET L/E LAWRENCE NEW CITY, NY 10956 | 302 S MOUNTAIN RD NEW CITY | COMITO CARLO | & MARGARET L/E LAWRENCE |
| 34.6-1-27 | FACCI LAURIE 8 MILSOM DR NEW CITY, NY 10956 | 8 MILSOM DR NEW CITY | FACCI LAURIE | |

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392689

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 34.16-2-27 | HAGGERTY JOHN & NANCY 223 ZUKOR ROAD NEW CITY, NY 10956 | 223 ZUKOR ROAD NEW CITY | HAGGERTY JOHN & NANCY | |
| 34.16-2-29 | DELONGIS FRANCES 217 ZUKOR RD NEW CITY, NY 10956 | 217 ZUKOR ROAD NEW CITY | DELONGIS FRANCES | |
| 34.7-1-8 | COLETT DENISE 510 S MOUNTAIN RD NEW CITY, NY 10956 | 510 S MOUNTAIN RD NEW CITY | COLETT DENISE | |
| 34.12-1-79 | FBO R JUDITH KELLER TRUST 49 PECAN VALLEY DR NEW CITY, NY 10956 | 49 PECAN VALLEY DR NEW CITY | FBO R JUDITH KELLER | TRUST |
| 34.13-1-2 | BARBACCIA FRANK 406C BUENA VISTA RD NEW CITY, NY 10956 | 406C BUENA VISTA RD NEW CITY | BARBACCIA FRANK | |
| 34.13-1-61 | MANKEVICH VLADIMIR & OLGA & ROMAN 13 RED ROCK RD NEW CITY, NY 10956 | 13 RED ROCK RD NEW CITY | MANKEVICH VLADIMIR & OLGA | & ROMAN |
| 34.14-1-28 | LEW ROBERT & RANDI 32 WOODGLEN DR NEW CITY, NY 10956 | 32 WOODGLEN DR NEW CITY | LEW ROBERT & RANDI | |
| 34.14-1-36 | PASTORE NICHOLAS E 6 FINDLAY CT NEW CITY, NY 10956 | 6 FINDLAY CT NEW CITY | PASTORE NICHOLAS E | |
| 34.15-1-40 | VROULETIS JEAN L/E & GLADE MATTHEW&NICHOLAS L 8 OLD RTE 304 NEW CITY, NY 10956 | 8 OLD RTE 304 NEW CITY | VROULETIS JEAN L/E & | GLADE KATHERINE L/E & |

Date: 9/6/2017 Time: 9:33 AM

Year:   This Year
Index:   Section/Block/Lot
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr 1 | Name 1<br>Addr 2 | Name 2 |
|---|---|---|---|---|
| 34.15-2-14 | STECKLER JONATHAN & ALVAREZ KARIN<br>11 ALMUTH DRIVE<br>NEW CITY, NY 10956 | 11 ALMUTH DR NEW CITY | STECKLER JONATHAN & | ALVAREZ KARIN |
| 34.15-2-20 | MCGRATH THOMAS & MARY<br>21 LINDEN COURT<br>NEW CITY, NY 10956 | 21 LINDEN CT NEW CITY | MCGRATH THOMAS & MARY | |
| 34.15-2-31 | VIDEC NADA L R ROBERT +<br>JOHN<br>8 LINDEN COURT<br>NEW CITY, NY 10956 | 8 LINDEN CT NEW CITY | VIDEC NADA L R ROBERT –<br>JOHN | |
| 34.15-2-40 | RECK RONALD T – W<br>8 ALMUTH DRIVE<br>NEW CITY N Y 10956 | 8 ALMUTH DR NEW CITY | RECK RONALD T – W | |
| 34.17-1-5 | FISCHETTI DENA & JOHN<br>290 N LITTLE TOR<br>NEW CITY N Y 10956 | 290 N LITTLE TOR RD NEW CITY | FISCHETTI DENA & JOHN | |
| 34.18-1-27 | IERVASI ROCCO<br>118 PHILLIPS HILL ROAD<br>NEW CITY, NY 10956 | 118 PHILLIPS HILL RD NEW CITY | IERVASI ROCCO | |
| 34.19-1-20 | BLOCH REBECCA<br>9 CRUM CREEK RD<br>NEW CITY, NY 10956 | 9 CRUM CREEK RD NC | BLOCH REBECCA | |
| 34.19-1-31 | KOTLARSKY AVREMEL & CHANY<br>1 TARRY HILL DRIVE<br>NEW CITY, NY 10956 | 1 TARRY HILL DR NC | KOTLARSKY AVREMEL & CHANY | |
| 34.19-3-33 | GENOVESE JOHN & ANNA<br>28 CRAGMERE OVAL<br>NEW CITY, NY 10956 | 28 CRAGMERE OVAL NEW CITY | GENOVESE JOHN & ANNA | |
| 34.19-3-64 | FERRARA-GELARDI MARIA<br>6 ORIENT CT<br>NEW CITY, NY 10956 | 6 ORIENT COURT NEW CITY | FERRARA-GELARDI MARIA | |

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section:Block:Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392689

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr 1 | Name 1<br>Addr 2 | Name 2 |
|---|---|---|---|---|
| 34.19-3-82 | REDA, ANTONIO F & VICTORIA<br>& SQUITIERI NICHOLAS A &<br>KATHRYN L/E<br>6 LOWELL DR<br>NEW CITY, NY 10956 | 6 LOWELL DR NEW CITY | REDA, ANTONIO F & VICTORIA | & SQUITIERI NICHOLAS A & |
| 34.20-2-42 | COHEN LYNN<br>2 CRESCENT CT<br>NEW CITY, NY 10956 | 2 CRESCENT CT NEW CITY | COHEN LYNN | |
| 34.20-2-71 | SILVA MARIA<br>9 CYPRESS STREET<br>NEW CITY, NY 10956 | 9 CYPRESS ST NEW CITY | SILVA MARIA | |
| 34.20-2-72 | BOYARSKY STEVEN & LIBOW<br>ROBIN<br>7 CYPRESS ST<br>NEW CITY N Y 10956 | 7 CYPRESS ST NEW CITY | BOYARSKY STEVEN & LIBOW | ROBIN |
| 34.20-3-2 | NELSON ALWYN & IMELDA<br>144 OLD RTE 304<br>NEW CITY, NY 10956 | 144 OLD RTE 304 NEW CITY | NELSON ALWYN & IMELDA | |
| 34.20-3-5 | SCERBO ANTHONY + BARBARA<br>4 BEAVER CT<br>NEW CITY, NY 10956 | 4 BEAVER CT NEW CITY | SCERBO ANTHONY + BARBARA | |
| 34.20-3-8 | PERRI FRANK J & SABRINA<br>7 BEAVER COURT<br>NEW CITY, NY 10956 | 7 BEAVER CT NEW CITY | PERRI FRANK J & SABRINA | |
| 34.20-3-38 | SMITH NYCOLE & N'YRICHA<br>9 SCHER DRIVE<br>NEW CITY, NY 10956 | 9 SCHER DR NEW CITY | SMITH NYCOLE & N'YRICHA | |
| 34.20-3-40 | BASTONE THERESA TRUST<br>% F BASTONE<br>11 KOB HILL RD<br>NEW CITY, NY 10956 | 5 SCHER DR NEW CITY<br>% F BASTONE | BASTONE THERESA TRUST | |

Date: 9/6/2017 Time: 9:31 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 34-20-3-48 | SEIDENFRAU MICHAEL 12 BRENTWOOD DR NEW CITY, NY 10956 | 12 BRENTWOOD DR NEW CITY | SEIDENFRAU MICHAEL | |
| 34-20-3-60 | GEORGE SIJI & BINU & 4 MILL CREEK RD NEW CITY, NY 10956 | 4 MILL CREEK RD NEW CITY | GEORGE SIJI & BINU & | |
| 35-9-1-24 | GIRAUDIN JUDY 715 S MOUNTAIN RD NEW CITY, NY 10956 | 715 S MOUNTAIN RD NEW CITY | GIRAUDIN JUDY | |
| 35-9-2-6 | VIROLA ERVIN & ENA 710 S MOUNTAIN RD NEW CITY, NY 10956 | 710 S MOUNTAIN RD NEW CITY | VIROLA ERVIN & ENA | |
| 35-9-2-32 | VERNA FRANTZ & MARIE 262 RIDGE ROAD NEW CITY, NY 10956 | 262 RIDGE RD NEW CITY | VERNA FRANTZ & MARIE | |
| 35-13-1-66 | VARUGHESE ANU & JOHN VARUGHESE 32 PARLIAMENT DR NEW CITY, NY 10956 | 32 PARLIAMENT DR NEW CITY | VARUGHESE ANU & | JOHN VARUGHESE |
| 35-15-1-66.2 | KELLY BRIAN & DIANE 2 NELSON LA CONGERS, NY 10920 | 2 NELSON LANE CONGERS | KELLY BRIAN & DIANE | |
| 35-15-1-72 | FURDON WILLIAM & SUSAN 11 OLD CLAVE RD CONGERS N Y 10920 | 11 OLD CLAVE RD CONGERS | FURDON WILLIAM & SUSAN | |
| 35-15-1-75 | KADAMTHOTTU JOSEPH A & SUSAN J 12 OLD CLAVE ROAD CONGERS, NY 10920 | 12 OLD CLAVE RD CONGERS | KADAMTHOTTU JOSEPH A | & SUSAN J |
| 35-17-1-50 | PERRONE FRANK & ROXANNE 104 RIDGE RD NEW CITY, NY 10956 | 104 RIDGE RD NEW CITY | PERRONE FRANK & ROXANNE | |

# Search Results

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 35.19-1-16 | IAROCCI ANTHONY & LISA A 1 BEACON ST CONGERS, NY 10920 | 1 BEACON ST CONGERS | IAROCCI ANTHONY & LISA A | |
| 35.19-1-19 | KANTERMAN STEVEN & GAIL 13 BEACON ST CONGERS N Y 10920 | 13 BEACON ST CONGERS | KANTERMAN STEVEN & GAIL | |
| 35.19-1-24.1 | SHOY DOROTHY 217 OLD HAVERSTRAW RD CONGERS, NY 10920 | 217 OLD HAVERSTRAW RD CONGERS | SHOY DOROTHY | |
| 35.19-1-29 | DAIKOS PETER C & MARGARET J 11 NORFOLK AVE CONGERS, NY 10920 | 11 NORFOLK AVE CONGERS | DAIKOS PETER C & | MARGARET J |
| 35.19-1-50 | YOHANNAN RAJU & RAJU BINDHU 10 BEACON ST CONGERS, NY 10920 | 10 BEACON ST CONGERS | YOHANNAN RAJU & RAJU | BINDHU |
| 35.19-1-55.2 | LURCH DAVID A & ANDREA 15 FERSCH LANE CONGERS, NY 10920 | 15 FERSCH LANE CONGERS | LURCH DAVID A & ANDREA | |
| 35.19-1-56.1 | DMITRIEV VALERY & LEONELLA & STOMOKHINA R 14 FERSCH LA CONGERS, NY 10920 | 14 FERSCH LANE CONGERS | DMITRIEV VALERY & | LEONELLA & STOMOKHINA R |
| 35.19-1-57.2 | CICCONE THOMAS & KAREN 13 POLLYS LANE CONGERS, NY 10920 | 13 POLLYS LANE CONGERS | CICCONE THOMAS & KAREN | |
| 35.19-2-27 | HICKEY EUGENE M +M.A. 12 BERRY CT CONGERS, NY 10920 | 12 BERRY CT CONGERS | HICKEY EUGENE M +M.A. | |

Date: 9/6/2017 Time: 9:35 AM

Year:        This Year
Index:       Section/Block/Lot
Criteria:    From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:      Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 35.19-2-28 | RUSSO LEONARD T & MAUREEN T 212 OLD HAVERSTRAW RD CONGERS, NY 10920 | 212 OLD HAVERSTRAW RD CONGERS | RUSSO LEONARD T & MAUREEN | T |
| 42.8-2-3 | GOURDET DENISE-NYUGM FOR GOURDET JUDE 19 SCENIC VISTA DR NEW CITY, NY 10956 | 19 SCENIC VISTA DR NEW CITY | GOURDET DENISE-NYUGM FOR | GOURDET JUDE |
| 42.8-2-4 | MCPHERSON EVERTON & ERICA 2 TEMPO ROAD NEW CITY, NY 10956 | 2 TEMPO RD NEW CITY | MCPHERSON EVERTON & ERICA | |
| 42.8-2-11 | ZORILLA JAAN 12 CANDLELIGHT CIRCLE NEW CITY, NY 10956 | 12 CANDLELIGHT CIRCLE NC | ZORILLA JAAN | |
| 42.12-2-46 | GERSON STEVEN & ORLOFSKY RACHEL 5 BARBARA ROAD NEW CITY, NY 10956 | 5 BARBARA RD NEW CITY | GERSON STEVEN & ORLOFSKY | RACHEL |
| 42.16-3-24 | BIELE ARTHUR & MARYANNE 7 RHEINLANDER LANE NEW CITY, NY 10956 | 7 RHEINLANDER LA NEW CITY | BIELE ARTHUR & MARYANNE | |
| 42.16-3-48 | JACOB MARACHERIL & KUNJAMMA 10 RAMCLARK LA NEW CITY, NY 10956 | 10 RAMCLARK LANE NEW CITY | JACOB MARACHERIL & | KUNJAMMA |
| 42.20-3-11 | ROSENBLATT MICHELLE 36 WEST CLARKSTOWN RD NEW CITY, NY 10956 | 36 W CLARKSTOWN RD NEW CITY | ROSENBLATT MICHELLE | |
| 42.20-3-19 | HENEIN MARK PO BOX 1104 NEW CITY, NY 10956 | 75 W CLARKSTOWN RD NEW CITY | HENEIN MARK | |

Page: 8

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 42.20-3-49 | ALCANTARA, JERICK H<br>7 GRAND ST<br>NEW CITY, NY 10956 | 7 GRAND ST NEW CITY | ALCANTARA, JERICK H | |
| 42.20-3-50 | FRAY MICHAEL F<br>5 GRAND ST<br>NEW CITY, NY 10956 | 5 GRAND ST NEW CITY | FRAY MICHAEL F | |
| 43.5-1-24 | BAKER-ARMOND LORI<br>20 TOMAHAWK DR<br>WHITE PLAINS, NY 10603 | 3 LITTLE BROOK LN NEW CITY | BAKER-ARMOND LORI | |
| 43.5-1-28 | ROSARIO, CAROL LEE<br>1 BEVERLY PLACE<br>NEW CITY NY 10956 | 1 BEVERLY PL, NEW CITY | ROSARIO, CAROL LEE | |
| 43.5-1-50 | POWER JAMES & MARGARET<br>L/E MCNEILL MICHAEL &<br>MAUREEN<br>217 N LITTLE TOR RD<br>NEW CITY, NY 10956 | 217 N LITTLE TOR RD NEW CITY<br>MAUREEN | POWER JAMES & MARGARET | L/E MCNEILL MICHAEL & |
| 43.6-1-73 | ROGO STEVEN & LISA<br>12 LITTLE BROOK LANE<br>NEW CITY, NY 10956 | 12 LITTLE BROOK LN NEW CITY | ROGO STEVEN & LISA | |
| 43.6-3-29 | VALENTE ANTONIO +<br>ALVINO - VALENTE CARMELA<br>6 YALE DR<br>NEW CITY, NY 10956 | 6 YALE DR NEW CITY | VALENTE ANTONIO + | ALVINO - VALENTE CARMELA |
| 43.6-3-64 | MARINO ROCCO A &<br>MARINO LOUISE TRUST<br>35 CHRISTOPHER DR<br>NEW CITY, NY 10956 | 35 CHRISTOPHER DR NEW CITY | MARINO ROCCO A & | MARINO LOUISE TRUST |
| 43.7-1-35 | GALKOVICH FAMILY TRUST<br>40 YALE DR<br>NEW CITY, NY 10956 | 40 YALE DR NEW CITY | GALKOVICH FAMILY TRUST | |

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 43.7-2-25 | MICHAELS BRUCE & ROBIN 17 RIDGEFIELD RD NEW CITY, NY 10956 | 17 RIDGEFIELD RD NEW CITY | MICHAELS BRUCE & ROBIN | |
| 43.8-2-50 | LEVY JEFFREY & LISA 35 SNOWDROP DRIVE NEW CITY, NY 10956 | 35 SNOWDROP DRIVE NEW CITY | LEVY JEFFREY & LISA | |
| 43.9-2-68 | REICH RICHARD & VIRGINIA & MELISSA & BROUGHTON W 349 PHILLIPS HILL RD NEW CITY, NY 10956 | 349 PHILLIPS HILL RD NEW CITY | REICH RICHARD & VIRGINIA | & MELISSA & BROUGHTON W |
| 43.10-1-2 | CATINA BRIAN & JENNIFER 4 BEVERLY PLACE NEW CITY, N Y 10956 | 4 BEVERLY PL, NEW CITY | CATINA BRIAN & JENNIFER | |
| 43.10-1-13 | MURRAY PATRICK & RUDELINA 34 LORAINE DRIVE NEW CITY N Y 10956 | 34 LORAINE DRIVE NEW CITY | MURRAY PATRICK & RUDELINA | |
| 43.10-1-44 | HUANG CHE-WEN 2 SHARON DR NEW CITY N Y 10956 | 2 SHARON DR NEW CITY | HUANG CHE-WEN | |
| 43.10-2-13 | THOMAS JOSEPH & GIGI 10 WREN LANE NEW CITY, NY 10956 | 10 WREN LANE NEW CITY | THOMAS JOSEPH & GIGI | |
| 43.10-3-35 | HALILAI LENDITA 55 VERDIN DRIVE NEW CITY N Y 10956 | 55 VERDIN DR NEW CITY | HALILAI LENDITA | |
| 43.10-1-67 | SCHMIDT ELEANOR IRREVOCABLE TRUST 29 GAIL DRIVE NEW CITY, NY 10956 | 29 GAIL DR NEW CITY | SCHMIDT ELEANOR | IRREVOCABLE TRUST |
| 43.10-3-70 | PETERSON HAROLD & STELLA 39 GAIL DRIVE NEW CITY N Y 10956 | 39 GAIL DR NEW CITY | PETERSON HAROLD & STELLA | |

Date: 9/6/2017 Time: 9:33 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen: Base Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 43.11-1-63 | SALVANT EMMANUEL & FABIENNE 2 DORCHESTER A V NEW CITY, NY 10956 | 2 DORCHESTER AVE NEW CITY | SALVANT EMMANUEL | & FABIENNE |
| 43.11-1-70 | MPAZICOS PATRICIA 3 WASHINGTON CIRCLE NEW CITY, NY 10956 | 3 WASHINGTON CIRCLE NC | MPAZICOS PATRICIA | |
| 43.11-2-13 | WINTMAN DONALD & WENDY 3 NANCY DRIVE NEW CITY N Y 10956 | 3 NANCY DR NEW CITY | WINTMAN DONALD & WENDY | |
| 43.12-1-35 | SAGLIMBENI ANTONINA & ANGELA 199 GOEBEL RD NEW CITY, NY 10956 | 199 GOEBEL ROAD NEW CITY | SAGLIMBENI ANTONINA & | ANGELA |
| 43.12-2-27 | COJOCARU DAN & BANDREMER PAULINA 279 CONGERS RD NEW CITY, NY 10956 | 279 CONGERS ROAD NEW CITY | COJOCARU DAN & | BANDREMER PAULINA |
| 43.12-2-50 | LEONE ALISA J 5 PRIDES CROSSING NEW CITY, NY 10956 | 5 PRIDES CROSSING NEW CITY | LEONE ALISA J | |
| 43.12-2-56 | O'BRIEN KEVIN P & LAURA 17 PRIDES CROSSING NEW CITY, NY 10956 | 17 PRIDES CROSSING NEW CITY | O'BRIEN KEVIN P & LAURA | |
| 43.12-2-57 | MAGNATTA JEFFREY & LUANNE 10 PRIDES CROSSING NEW CITY N Y 10956 | 10 PRIDES CROSSING NEW CITY | MAGNATTA JEFFREY & LUANNE | |
| 43.12-2-88 | TIARIAN THOMAS & THOMAS MANJU 10 TAMARAC AVE NEW CITY, NY 10956 | 10 TAMARAC AVE NEW CITY | TIARIAN THOMAS & | THOMAS MANJU |

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 43.13-2-7 | GRECO ROSEMARY 41 LOMBARDI DR NEW CITY, N Y 10956 | 41 LOMBARDI DR NEW CITY | GRECO ROSEMARY | |
| 43.13-2-43 | RUTTER SCOTT & JOLIENNE 7 HEMPTOR RD NEW CITY, N Y 10956 | 7 HEMPTOR RD NEW CITY | RUTTER SCOTT & JOLIENNE | |
| 43.13-3-24 | CAGLIONE BRYAN J & CLAIRE FOLEY 207 NEW HEMPSTEAD RD NEW CITY N Y 10956 | 207 NEW HEMPSTEAD RD NEW CITY | CAGLIONE BRYAN J & CLAIRE | FOLEY |
| 43.14-1-1 | TOKHI JAMIL & KHATIRA 5 BOECHER CT NEW CITY, NY 10956 | 5 BOECHER CT NEW CITY | TOKHI JAMIL & KHATIRA | |
| 43.14-1-2 | KAHN DONALD & JOAN L/E 6 BOECHER COURT NEW CITY, NY 10956 | 6 BOECHER CT NEW CITY | KAHN DONALD & JOAN L/E | |
| 43.14-1-10.1 | ZIMMERMAN STACY I & CLIFF CORDARO MEGAN & NICHOLAS 67 N LITTLE TOR RD NEW CITY, NY 10956 | 67 N LITTLE TOR RD NEW CITY | CORDARO MEGAN & NICHOLAS | ZIMMERMAN STACY I & CLIFF |
| 43.14-1-21 | VETTICHIRA JOSEPH P + VETTICHIRA ALICE J 2 HENRY ST NEW CITY, NY 10956 | 2 HENRY ST NEW CITY | VETTICHIRA JOSEPH P + | VETTICHIRA ALICE J |
| 43.14-1-37.1 | MAYER PHYLLIS & PETER 27 OLD HEMPSTEAD RD NEW CITY, NY 10956 | 27 OLD HEMPSTEAD RD NEW CITY | MAYER PHYLLIS & PETER | |
| 43.14-1-52 | KORNANIK JOSEPH & DEOBORAH 23 GREENWOOD DR NEW CITY N Y 10956 | 23 GREENWOOD DR NEW CITY | KORNANIK JOSEPH & | DEOBORAH |

Date: 9/6/2017  Time 9:33 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:  Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 43.14-2-40 | FRANCIS SHEILA A<br>6 JOHN ST<br>NEW CITY, NY 10956 | 6 JOHN ST NEW CITY | FRANCIS SHEILA A | |
| 43.14-2-61 | BARLIE RAYMOND & GAEL<br>5 STEPHEN CT<br>NEW CITY, NY 10956 | 5 STEPHEN CT NEW CITY | BARLIE RAYMOND & GAEL | |
| 43.14-2-65.2 | MATA WADY & NADUSKA<br>DONNA M<br>7 JOHN ST<br>NEW CITY, NY 10956 | 7 JOHN ST NEW CITY | MATA WADY & NADUSKA | DONNA M |
| 43.14-3-14 | M & P PROPERTIES OF<br>ROCKLAND LLC<br>6 SUMMIT DRIVE<br>NEW CITY N Y 10956 | 15 ROSLYN LANE NEW CITY | M & P PROPERTIES OF | ROCKLAND LLC |
| 43.143-31 | MARTINI ANTHONY R + W<br>45 EBERLING DR<br>NEW CITY N Y 10956 | 45 EBERLING DR NEW CITY | MARTINI ANTHONY R + W | |
| 43.143-68 | MAHER BRIAN P<br>3 ROSLYN LANE<br>NEW CITY, NY 10956 | 3 ROSLYN LANE NEW CITY | MAHER BRIAN P | |
| 43.15-1-51 | FEIGELMAN HOWARD + HELENE<br>1 VERDIN DR<br>NEW CITY N Y 10956 | 1 VERDIN DR NEW CITY | FEIGELMAN HOWARD + HELENE | |
| 43.15-2-14 | COVERT DENNIS & ELISE<br>23 ELMWOOD DRIVE<br>NEW CITY, NY 10956 | 23 ELMWOOD DR NEW CITY | COVERT DENNIS & ELISE | |
| 43.15-3-6 | FRANK MICHAEL & ABBY<br>12 NANCY DR<br>NEW CITY, NY 10956 | 12 NANCY DR NEW CITY | FRANK MICHAEL & ABBY | |
| 43.15-3-16 | MOLLAHAN MICHAEL P<br>& EILEEN<br>30 TOR VIEW AV<br>NEW CITY, NY 10956 | 30 TOR VIEW AVE NEW CITY | MOLLAHAN MICHAEL P | & EILEEN |

Date: 9/6/2017  Time: 9:33 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen
Swis Code: 392089

Status: Active Parcels

Criteria: Base Information: Property Class equal to 215

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|-----------|-----------------|----------------------|---------------|--------|
| 43.15-3-17 | LYNCH, PHILIP J. & DENISE V. 32 TOR VIEW AV NEW CITY, NY 10956 | 32 TOR VIEW AVE NEW CITY | LYNCH, PHILIP J. & DENISE | V. |
| 43.15-3-43 | VELLAVALLIL SUNNY K. & ANNIE S 103 ALAN DR NEW CITY, NY 10956 | 103 ALAN DR NEW CITY | VELLAVALLIL SUNNY K. & | ANNIE S |
| 43.15-3-72 | BRENNAN SARAH 24 ELMWOOD DR NEW CITY, NY 10956 | 24 ELMWOOD DR NEW CITY | BRENNAN SARAH | |
| 43.16-1-43 | GIGLIO DOMENICO & ROSA 27 PINE ST NEW CITY, NY 10956 | 27 PINE ST NEW CITY | GIGLIO DOMENICO & ROSA | |
| 43.16-1-44 | CONTE GERARDO & ANNA MARIA 23 PINE STREET NEW CITY, NY 10956 | 23 PINE ST NEW CITY | CONTE GERARDO & ANNA | MARIA |
| 43.16-1-59 | ALTIERI PATRICIA LEE 6 SUNRISE AVE NEW CITY, NY 10956 | 6 SUNRISE AVE NEW CITY | ALTIERI PATRICIA LEE | |
| 43.16-2-11 | KENNEDY EUGENE & CLAIRE 138 CONGERS ROAD NEW CITY, NY 10956 | 138 CONGERS ROAD NEW CITY | KENNEDY EUGENE & CLAIRE | LUDWIG DAVID & DAWN |
| 43.16-2-12 | DICKSON JOHN L/E TERICO PAUL & CLAIRE 134 CONGERS ROAD NEW CITY, NY 10956 | 134 CONGERS ROAD NEW CITY | DICKSON JOHN L/E | TERICO PAUL & CLAIRE |
| 43.16-2-48 | ARZUMAYAN GARNIK & MARINA 21 LONG MEADOW DR NEW CITY, NY 10956 | 21 LONG MEADOW DR NEW CITY | ARZUMAYAN GARNIK & | MARINA |

Date: 9/6/2017 Time 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 43.16-3-6 | HUQ JAVEDUL & FIZA / 1 MUIR LANE / NEW CITY, NY 10956 | 1 MUIR LANE NEW CITY | HUQ JAVEDUL & FIZA | |
| 43.17-4-21 | GASHI LUAN & SHUKRIE / 63 GRAND STREET / NEW CITY N Y 10956 | 63 GRAND ST NEW CITY | GASHI LUAN & SHUKRIE | |
| 43.17-4-37 | AMERI SARA / 6 BURGUNDY LANE / NEW CITY N Y 10956 | 6 BURGUNDY LANE NEW CITY | AMERI SARA | |
| 43.17-4-44 | PEARCE STEVEN / 1 SHORT HILL RD / NEW CITY, NY 10956 | 1 SHORT HILL RD NEW CITY | PEARCE STEVEN | |
| 43.18-1-53 | GUARINO LOUIS & THERESA M / 9 BEL AIRE TERRACE / NEW CITY, NY 10956 | 9 BEL AIRE TERR NEW CITY | GUARINO LOUIS & THERESA M | |
| 43.18-1-71 | STABILE CARMINE & JOANNE / 9 ROSEMONT DR / NEW CITY, NY 10956 | 9 ROSEMONT DR NEW CITY | STABILE CARMINE & JOANNE | |
| 43.18-2-1 | STRANIERE RICHARD JR & / MARIA / 26 TWIN ELMS LANE / NEW CITY, NY 10956 | 26 TWIN ELMS LANE NEW CITY | STRANIERE RICHARD JR & | MARIA |
| 43.18-2-5 | DAMIANI JOSEPH C / 25 TWIN ELMS LANE / NEW CITY, NY 10956 | 25 TWIN ELMS LANE NEW CITY | DAMIANI JOSEPH C | |
| 43.18-2-30 | THE BANK OF NEW YORK / MELLON / 425 PONCE LEON BLVD / CORAL GABLES, FL 33146 | 30 TWIN ELMS LANE NEW CITY | THE BANK OF NEW YORK | MELLON |
| 43.18-2-31 | DAMIANI PATRICK & ROBIN / 28 TWIN ELMS LANE / NEW CITY, NY 10956 | 28 TWIN ELMS LANE NEW CITY | DAMIANI PATRICK & ROBIN | |

Date: 9/6/2017 Time: 9:35 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 43.18-2-48 | DOUGLAS JEFFREY R & GLAVIN COLLEEN 11 IRON DRIVE NEW CITY, NY 10956 | 11 IRON DR NEW CITY | DOUGLAS JEFFREY R & | GLAVIN COLLEEN |
| 43.18-3-1 | KILLIAN VIRGINIA M L/E KILLIAN WILLIAM J & THERESA R 66 S LITTLE TOR RD NEW CITY N Y 10956 | 66 S LITTLE TOR RD NEW CITY THERESA R | KILLIAN VIRGINIA M L/E | KILLIAN WILLIAM J & |
| 43.19-1-24 | DAMIANI ALYCIA 24 CAPRAL LANE NEW CITY, NY 10956 | 24 CAPRAL LANE NEW CITY | DAMIANI ALYCIA | |
| 43.19-3-35 | HINDS GREGORY & CATHY 12 PATH CT NEW CITY, NY 10956 | 12 PATH CT NC | HINDS GREGORY & CATHY | |
| 43.19-3-39 | LOMEDICO THOMAS & DONNA 19 OLD SCHOOLHOUSE ROAD NEW CITY, NY 10956 | 19 OLD SCHOOLHOUSE RD NC | LOMEDICO THOMAS & DONNA | |
| 43.19-3-56 | LATANZIO JOHN & FILOMENA 15 WINDMILL LANE NEW CITY, NY 10956 | 15 WINDMILL LANE NEW CITY | LATANZIO JOHN & FILOMENA | |
| 43.19-3-69 | CHUNG EUN KYUNG & WON 14 SCARLETT CT NEW CITY, NY 10956 | 14 SCARLETT CT NEW CITY | CHUNG EUN KYUNG & WON | |
| 43.19-3-80 | REYES-DOWNES MARIA & DOWNES WILLIAM 9 SCARLETT CT NEW CITY, NY 10956 | 9 SCARLETT CT NEW CITY | REYES-DOWNES MARIA & | DOWNES WILLIAM |
| 43.19-4-24 | BURSHTEN HELLEN 16 BRIARWOOD DRIVE NEW CITY, NY 10956 | 16 BRIARWOOD DR NEW CITY | BURSHTEN HELLEN | |

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information, Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 43.19-4-46 | STILES JAMES M & JOANNE 58 THIRD STREET NEW CITY, NY 10956 | 58 THIRD ST NEW CITY | STILES JAMES M & JOANNE | |
| 43.20-1-8 | WEIDNER CYNTHIA 21 FARM CT NEW CITY, NY 10956 | 21 FARM CT NEW CITY | WEIDNER CYNTHIA | |
| 43.20-1-62 | SEILER JOHN & MURIEL 18 COURTNEY DR NEW CITY, NY 10956 | 18 COURTNEY DR. N.C. | SEILER JOHN & MURIEL | |
| 43.20-3-4 | ALLISON KEITH E & NAYMARK EMILY A 15 BRADLEY DRIVE NEW CITY, NY 10956 | 15 BRADLEY DR NEW CITY | ALLISON KEITH E & | NAYMARK EMILY A |
| 43.20-3-23 | GALATI JOSEPH A + C M 5 DEERFOOT LA NEW CITY N Y 10956 | 5 DEERFOOT LA NEW CITY | GALATI JOSEPH A + C M | |
| 43.20-3-42 | REDNER EVELYN T L/E TAYLOR ROBERT W THERESA J 18 WOODSIDE DR NEW CITY, NY 10956 | 18 WOODSIDE DR NEW CITY | REDNER EVELYN T L/E | TAYLOR ROBERT W THERESA J |
| 43.20-4-37 | SOCCI FAMILY TRUST 41 MARK LANE NEW CITY, NY 10956 | 41 MARK LANE NEW CITY | SOCCI FAMILY TRUST | |
| 43.20-4-51 | SCHWARTZ JEROME & REGINA A M 1 KENDALL DR NEW CITY, NY 10956 | 1 KENDALL DR NEW CITY | SCHWARTZ JEROME & REGINA | A M |
| 43.20-4-54 | MCCAHEY PAUL & MARY 156 THIRD ST NEW CITY, NY 10956 | 156 THIRD ST NEW CITY | MCCAHEY PAUL & MARY | |

Date: 9/6/2017 Time: 9:33 AM

Year:   This Year
Index:   Section/Block/Lot
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 43.20-4-57 | TORTORELLO ROCCO & HELEN TRUST 138 THIRD ST NEW CITY, NY 10956 | 138 THIRD ST NEW CITY | TORTORELLO ROCCO & | HELEN TRUST |
| 44.7-1-21 | ABRAHAM MATHEW & MATHEW ELIZABETH 119 OLD HAVERSTRAW RD CONGERS, NY 10920 | 119 OLD HAVERSTRAW RD CONGERS | ABRAHAM MATHEW & MATHEW | ELIZABETH |
| 44.7-1-29 | SCULLY BRIAN & ALICE 16 PARK AVE CONGERS, NY 10920 | 16 PARK AVE CONGERS | SCULLY BRIAN & ALICE | |
| 44.7-1-40 | VASQUEZ JUAN & SILVERIO TINA 5 KOHLER CT CONGERS, NY 10920 | 5 KOHLER COURT CONGERS | VASQUEZ JUAN & | SILVERIO TINA |
| 44.7-1-48 | FERRARO ELEANOR & HAROLD C 15 PATRICIA AVE CONGERS N Y 10920 | 15 PATRICIA AVE CONGERS | FERRARO ELEANOR | & HAROLD C |
| 44.7-1-50 | FARRELL THOMAS & GAIL 7 PATRICIA AVE CONGERS, NY 10920 | 7 PATRICIA AVE CONGERS | FARRELL THOMAS & GAIL | |
| 44.7-1-52 | FAILLA ANTONIO & IDA 10 PATRICIA AVE CONGERS N Y 10920 | 10 PATRICIA AVE CONGERS | FAILLA ANTONIO & IDA | |
| 44.7-1-57 | ARENHOLZ NICHOLAS J 7 MICHELLE AVE CONGERS N Y 10920 | 7 MICHELLE AVE CONGERS | ARENHOLZ NICHOLAS J | ROBERT & DANIELLE |
| 44.7-1-72 | PULKEEL THOMAS T & ELIZABETH T 22 ESTHER AVE CONGERS, NY 10920 | 22 ESTHER AVE CONGERS | PULKEEL THOMAS T & | ELIZABETH T |

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.7-1-75 | COULTER WILLIAM & IOANNE<br>25 WALTHAM AVE<br>CONGERS, NY 10920 | 25 WALTHAM AVE CONGERS | COULTER WILLIAM & IOANNE | |
| 44.7-2-24 | SANSONE DOUGLAS & KELLY<br>119 N HARRISON AVE<br>CONGERS, NY 10920 | 119 N HARRISON AVE CONGERS | SANSONE DOUGLAS & KELLY | |
| 44.7-2-26 | BRADLEY PETER M<br>114 NO GRANT AVE<br>CONGERS, NY 10920 | 114 N GRANT AVE CONGERS | BRADLEY PETER M | |
| 44.7-2-39 | MULROONEY JANE S<br>7 STATE ST<br>CONGERS, NY 10920 | 7 STATE ST CONGERS | MULROONEY JANE S | |
| 44.7-2-51 | ANNUNZIATA KRYSTYNA<br>1 ALPINE CT<br>CONGERS, NY 10920 | 1 ALPINE CT. CONGERS | ANNUNZIATA KRYSTYNA | |
| 44.8-1-30 | FORTUNATO LORENZO<br>48 LAKELAND AVE<br>CONGERS, NY 10920 | 48 LAKELAND AVE CONGERS | FORTUNATO LORENZO | |
| 44.8-1-34 | GODEL WILLIAM F & ROSE<br>HOPPER JASON S & DAWN R<br>61 LAKELAND AVE<br>CONGERS, NY 10920 | 61 LAKELAND AVE CONGERS | GODEL WILLIAM F & ROSE | HOPPER JASON S & DAWN R |
| 44.8-1-41 | OLIVIERI SALVATORE & ANN<br>TRUSTEES<br>2 AMANDA LANE<br>CONGERS, NY 10920 | 2 AMANDA LANE CONGERS | OLIVIERI SALVATORE & ANN | TRUSTEES |
| 44.8-1-42 | JOSEPH BENNY & VALSAMMA<br>11 AMANDA LANE<br>CONGERS, NY 10920 | 11 AMANDA LANE CONGERS | JOSEPH BENNY & VALSAMMA | |
| 44.8-1-63 | ALIAS, ELDHO<br>6 LINDA CT<br>CONGERS, NY 10920 | 6 LINDA CT CONGERS | ALIAS, ELDHO | |

Date: 9/6/2017 Time: 9:33 AM

Year:       This Year
Index:      Section/Block/Lot
Criteria:   From screen: Basic Information: Property Class equal to 215
Swis Code: 392089

Status:     Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.8-1-76 | GEORGE ALEY-AMODA 10 BETH LANE CONGERS, NY 10920 | 10 BETH LANE CONGERS | GEORGE ALEY-AMODA | |
| 44.9-1-27 | RENTERIA JOHN E & MICHELLE E 55 STRAWTOWN RD NEW CITY, NY 10956 | 55 STRAWTOWN RD NEW CITY | RENTERIA JOHN E | & MICHELLE E |
| 44.9-1-37 | ZELLER ANDREW M & DINA M 9 SPREA LANE NEW CITY, NY 10956 | 9 SPREA LANE NEW CITY | ZELLER ANDREW M & DINA M | |
| 44.10-1-8 | KUNZ TIMOTHY P 49 STONEWALL LANE CONGERS N Y 10920 | 49 STONEWALL LANE CONGERS | KUNZ TIMOTHY P | |
| 44.10-1-11 | LINDBERG ARLENE 16 CALICO PL CONGERS N Y 10920 | 16 CALICO PLACE CONGERS | LINDBERG ARLENE, | |
| 44.10-1-21 | MALLO DONALD & CORINNE 20 WATERS EDGE CONGERS, NY 10920 | 20 WATERS EDGE CONGERS | MALLO DONALD & CORINNE | |
| 44.10-2-4 | PALIMIRO ROBERT 33 HUGHES ST CONGERS N Y 10920 | 33 HUGHES ST CONGERS | PALIMIRO ROBERT | |
| 44.10-2-26 | BREIT THOMAS 19 GARRET AVE CONGERS, NY 10920 | 19 GARRET AVE CONGERS | BREIT THOMAS | |
| 44.10-2-63 | BURGIO LAWRENCE T & NATALIYA V 22 OAK RD CONGERS, NY 10920 | 22 OAK RD CONGERS | BURGIO LAWRENCE T | & NATALIYA V |
| 44.11-1-4 | LINDGREN DONALD & LOIS L/E LAWRENCE - MARY %DONALD J LINDGREN 22 KARL CT CONGERS, NY 10920 | 22 KARL CT CONGERS %DONALD J LINDGREN | LINDGREN DONALD & LOIS | L/E LAWRENCE - MARY |

Date: 9/6/2017 Time: 9:33 AM

| Year: | This Year |
| Index: | Section/Block/Lot |
| Criteria: | From screen Base Information: Property Class equal to 215 |
| Swis Code: 392089 | |

Status:     Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr 1 | Name 1<br>Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.11-1-15.1 | KENNELLY DONNA & WALTER J<br>79 OLD HAVERSTRAW RD<br>CONGERS, NY 10920 | 79 OLD HAVERSTRAW RD CONGERS | KENNELLY DONNA & WALTER J | |
| 44.11-1-43.1 | PAYNE JOSHUA & KATHRYN<br>23 WESTVIEW AVE<br>CONGERS, NY 10920 | 23 WESTVIEW AVE CONGERS | PAYNE JOSHUA & KATHRYN | |
| 44.11-1-48 | LORUSSO ANNAMARIE<br>10 HUGHES ST<br>CONGERS, NY 10920 | 10 HUGHES ST CONGERS | LORUSSO ANNAMARIE | |
| 44.11-1-51 | GOEDECKE WAYNE<br>20 HUGHES ST<br>CONGERS, NY 10920 | 20 HUGHES ST CONGERS | GOEDECKE WAYNE | |
| 44.11-2-10 | JACOB ALEX P & SHIBI<br>112 N HARRISON AVE<br>CONGERS, NY 10920 | 112 N HARRISON AVE CONGERS | JACOB ALEX P & SHIBI | |
| 44.11-2-16 | GEORGE RANI N &<br>THOMAS GEORGE<br>100 N HARRISON AVE<br>CONGERS, NY 10920 | 100 N HARRISON AVE CONGERS | GEORGE RANI N & | THOMAS GEORGE |
| 44.11-2-45 | DHIVAKARABABU<br>VENKATAPATHY<br>105 N HARRISON AVE<br>CONGERS, NY 10920 | 105 N HARRISON AVE CONGERS | DHIVAKARABABU | VENKATAPATHY |
| 44.11-2-50 | MC GOVERN THOMAS C &<br>EILEEN<br>80 N GRANT AVE<br>CONGERS, NY 10920 | 80 N GRANT AVE CONGERS | MC GOVERN THOMAS C & | EILEEN |
| 44.11-2-53 | YERKOVICH EDWARD &<br>CHARLENE<br>66 N GRANT AVE<br>CONGERS N Y 10920 | 66 N GRANT AVE CONGERS | YERKOVICH EDWARD & | CHARLENE |

Page: 21

Date: 9/6/2017 Time 9:33 AM

Year:    This Year
Index:   Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 | Addr 2 | Name 2 |
|---|---|---|---|---|---|
| 44.11-2-54 | LETTRE JONATHAN & DANA, 64 N GRANT AVE, CONGERS, NY 10920 | 64 N GRANT AVE CONGERS | LETTRE JONATHAN & DANA | | |
| 44.11-2-60 | DAUKSZA ROBERT & STEVEN, 58 N GRANT AVENUE, CONGERS, NY 10920 | 58 N GRANT AVE CONGERS | DAUKSZA ROBERT & STEVEN | | |
| 44.11-3-25 | VANTULL BERKLEY & ANNETTE, 15 SOUTHWARD AVE, CONGERS, NY 10920 | 15 SOUTHWARD AVE CONGERS | VANTULL BERKLEY & ANNETTE | | |
| 44.11-3-43 | DONALDSON JOSEPH &, DONALDSON CAROLYN, TIC, 51 SOUTHWARD AVE, CONGERS, NY 10920 | 51 SOUTHWARD AVE CONGERS | DONALDSON JOSEPH & | | DONALDSON CAROLYN, TIC |
| 44.11-3-47 | ARTUSO JOSEPH & LINDA, 24 WELLS AVE, CONGERS, NY 10920 | 24 WELLS AVE CONGERS | ARTUSO JOSEPH & LINDA | | |
| 44.11-3-57.1 | ALFIERI SUSAN, 21 WELLS AVE, CONGERS, NY 10920 | 21 WELLS AVE CONGERS | ALFIERI SUSAN | | |
| 44.11-3-58.3 | DESIDERIO THOMAS S & NANCY A, 2 LAMBORN AVE, CONGERS, NY 10920 | 2 LAMBORN AVE CONGERS | DESIDERIO THOMAS S | | & NANCY A |
| 44.11-3-59 | ROMANOWSKY BORIS & KARIN TRUST TSCHERNE V ALMOND N TRUSTEE, 8 LAMBORN AVE, CONGERS, NY 10920 | 8 LAMBORN AVE CONGERS TRUSTEE | ROMANOWSKY BORIS & KARIN | | TRUST TSCHERNE V ALMOND N |
| 44.11-3-63 | VARGHESE THOMAS P +, ACHAMMA, 16 LAMBORN AVE, CONGERS, NY 10920 | 16 LAMBORN AVE CONGERS | VARGHESE THOMAS P + | | ACHAMMA |

Page: 22

Date: 9/6/2017 Time 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.11-3-66 | BURKHOLDER ALLEN G & DISALVO JANNINE 1 SHERWOOD RD CONGERS, NY 10920 | 1 SHERWOOD ROAD CONGERS | BURKHOLDER ALLEN G & | DISALVO JANNINE |
| 44.11-3-74 | UNIKRISHNAN SHEELA & SANKARANARAYANAN 9 LAMBORN AVE CONGERS, NY 10920 | 9 LAMBORN AVE CONGERS | UNIKRISHNAN SHEELA & | SANKARANARAYANAN |
| 44.12-1-32 | MARTUCCI MARIA 83 LAKEWOOD DR CONGERS, NY 10920 | 83 LAKEWOOD DR CONGERS | MARTUCCI MARIA | |
| 44.12-1-49 | SHAVRI ARMAAN 35 LAKEWARD AVE CONGERS, NY 10920 | 35 LAKEWARD AVE CONGERS | SHAVRI ARMAAN | |
| 44.12-1-53 | COLONNA RONALD & DEBRA 20 SOUTHWARD AVE CONGERS, NY 10920 | 20 SOUTHWARD AVE CONGERS | COLONNA RONALD & DEBRA | |
| 44.12-1-63 | THURUTHUVELIL JAMES & ELSAMMA 23 HILLTOP ROAD CONGERS, NY 10920 | 23 HILLTOP RD CONGERS | THURUTHUVELIL JAMES & | ELSAMMA |
| 44.12-1-71 | PALADINE JOSEPH -JR + PALADINE JENNIFER 68 JOLLIFFE AVE CONGERS, NY 10920 | 68 JOLLIFFE AVE CONGERS | PALADINE JOSEPH -JR + | PALADINE JENNIFER |
| 44.12-1-72 | DE LUCA PETER F & LINDA A 72 JOLLIFFE AVE CONGERS, NY 10920 | 72 JOLLIFFE AVE CONGERS | DE LUCA PETER F & LINDA A | |
| 44.12-2-6 | BALLATICO ROBERT & JOANNE 27 BEECHWOOD DR CONGERS, NY 10920 | 27 BEECHWOOD DR CONGERS | BALLATICO ROBERT & JOANNE | |

Date: 9/6/2017 Time: 9:33 AM

Year:       This Year
Index:      Section/Block/Lot
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:     Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.12-2-17 | SIMONETTI FRANCIS A TRUST 22 BEECHWOOD DR CONGERS, NY 10920 | 22 BEECHWOOD DR CONGERS | SIMONETTI FRANCIS A | TRUST |
| 44.12-2-18 | THAMBI PAULUS + SHEEBAMOL 26 BEECHWOOD DR CONGERS, NY 10920 | 26 BEECHWOOD DR CONGERS | THAMBI PAULUS + SHEEBAMOL | |
| 44.12-2-19 | JIMENEZ JUAN J & SAUL 30 BEECHWOOD DR CONGERS, NY 10920 | 30 BEECHWOOD DR CONGERS | JIMENEZ JUAN J & SAUL | |
| 44.12-2-66 | TAUBER BRONYA & ARKADI 104 LAKEWOOD DR CONGERS, NY 10920 | 104 LAKEWOOD DR CONGERS | TAUBER BRONYA & ARKADI | |
| 44.12-2-70 | GUARINO, THOMAS 112 LAKEWOOD RD CONGERS, NY 10920 | 112 LAKEWOOD DR CONGERS | GUARINO, THOMAS | |
| 44.12-2-71 | EMHARDT RICHARD & EMHARDT ANASTASIA 114 LAKEWOOD DR CONGERS, NY 10920 | 114 LAKEWOOD DR CONGERS | EMHARDT RICHARD & | EMHARDT ANASTASIA |
| 44.12-2-79 | FERNANDEZ ALAN & GOMEZ LISETTE H PO BOX 159 CONGERS, NY 10920 | 125 LAKEWOOD DR CONGERS | FERNANDEZ ALAN & GOMEZ | LISETTE H |
| 44.12-2-85 | HENDRICKSON DAVID & LYNN 2 SCANDIA ROAD CONGERS, NY 10920 | 2 SCANDIA RD CONGERS | HENDRICKSON DAVID & LYNN | |
| 44.12-2-93 | CULIANOS ANASTASIA 20 SCANDIA ROAD CONGERS NY 10920 | 20 SCANDIA RD CONGERS | CULIANOS ANASTASIA | |

Page 24

Date: 9/6/2017 Time: 9:33 AM

| Year: | This Year |
| Index: | Section/Block/Lot |
| Criteria: | From screen Base Information; Property Class equal to 215 |
| Swis Code: | 392089 |

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.13-1-16 | SPULER DIANE M & ROBERT J 8 GEORGETOWN OVAL NEW CITY, NY 10956 | 8 GEORGETOWN OVAL NEW CITY | SPULER DIANE M & ROBERT J | |
| 44.13-1-63 | CANNER SCOTT & MARINA 69 CAIRNSMUIR LA NEW CITY N Y 10956 | 69 CAIRNSMUIR LANE NEW CITY | CANNER SCOTT & MARINA | |
| 44.13-1-68 | ABREU JUAN C & MADELAINE 106 STRAWTOWN RD NEW CITY, NY 10956 | 106 STRAWTOWN RD NEW CITY | ABREU JUAN C & MADELAINE | |
| 44.13-1-71 | FROATZ CALEB & STEPHANIE 7 WENDOVER LANE NEW CITY, NY 10956 | 7 WENDOVER LANE NEW CITY | FROATZ CALEB & STEPHANIE | |
| 44.14-1-51 | PRINCIPE EUGENE L & DONNA E 44 WATERS EDGE CONGERS, NY 10920 | 44 WATERS EDGE CONGERS | PRINCIPE EUGENE L & | DONNA E |
| 44.15-1-4 | MARCIANO PASQUALE & ROSEANNE 55 ENDICOTT ST CONGERS, NY 10920 | 55 ENDICOTT ST CONGERS | MARCIANO PASQUALE & | ROSEANNE |
| 44.15-2-4 | MC KIVERKIN BARBARA ANN C/O BARBARA SCIENO 15 N HARRISON AVE CONGERS, NY 10920 | 15 N HARRISON AVE CONGERS | MC KIVERKIN BARBARA ANN | C/O BARBARA SCIENO |
| 44.15-2-10 | SUNNY PAUL +RAJIMOL 29 N ROCKLAND AVE CONGERS, NY 10920 | 29 N ROCKLAND AVE CONGERS | SUNNY PAUL +RAJIMOL | |
| 44.15-2-28 | BEGLEY DESMOND 58 S ROCKLAND AVE CONGERS, NY 10920 | 58 S ROCKLAND AVE CONGERS | BEGLEY DESMOND | |

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.15-2-30 | NARVAEZ SEGUNDO C / 61 S HARRISON AVE / CONGERS, NY 10920 | 61 S HARRISON AVE CONGERS | NARVAEZ SEGUNDO C | |
| 44.15-2-42 | WILSON DONNA & JAMES / 16 SO HARRISON AVE / CONGERS, NY 10920 | 16 S HARRISON AVE CONGERS | WILSON DONNA & JAMES | |
| 44.15-3-18 | SHARKEY THOMAS / 20 SHERIDAN AVE / CONGERS, NY 10920 | 20 SHERIDAN AVE CONGERS | SHARKEY THOMAS | |
| 44.15-3-26 | MIANO MICHAEL & IRENE / 9 SHERMAN AVE / CONGERS, NY 10920 | 9 SHERMAN AVE CONGERS | MIANO MICHAEL & IRENE | |
| 44.15-3-47 | WEISS PHILIP M / 39 WHITMAN STREET / CONGERS, NY 10920 | 39 WHITMAN ST CONGERS | WEISS PHILIP M | |
| 44.15-3-52 | SANABRIA JOAQUIN & RUTILIA / 29 WHITMAN ST / CONGERS, NY 10920 | 29 WHITMAN ST CONGERS | SANABRIA JOAQUIN | & RUTILIA |
| 44.15-3-67 | SHINE ROBERT P & DEIRDRE / 45 WHITMAN ST / CONGERS, NY 10920 | 45 WHITMAN ST CONGERS | SHINE ROBERT P & | DEIRDRE |
| 44.15-3-70 | COLEMAN ANNE / 38 WHITMAN ST / CONGERS, NY 10920 | 38 WHITMAN ST CONGERS | COLEMAN ANNE | |
| 44.15-3-73 | HOROWITZ EVAN & MARIE / 30 WHITMAN STREET / CONGERS, NY 10920 | 30 WHITMAN ST CONGERS | HOROWITZ EVAN & MARIE | |
| 44.16-1-1 | TAMAZIAN ANDRANIK & NINEL / 28 LAKEWARD AVE / CONGERS N Y 10920 | 28 LAKEWARD AVE CONGERS | TAMAZIAN ANDRANIK & NINEL | |

Date: 9/6/2017 Time: 9:33 AM

Year:       This Year
Index:      Section/Block/Lot
Criteria:   From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.16-1-3 | RINCIARI GLORIA 43 FRIEND ST CONGERS, NY 10920 | 43 FRIEND ST CONGERS | RINCIARI GLORIA | |
| 44.16-1-34 | QURESHI KHALID & SHABANA 69 LAKEWOOD DR CONGERS, NY 10920 | 69 LAKEWOOD DR CONGERS | QURESHI KHALID & SHABANA | |
| 44.16-2-1 | O'MALLEY ROBERT E & ANN M 78 LAKEWOOD DR CONGERS, NY 10920 | 78 LAKEWOOD DR CONGERS | O'MALLEY ROBERT E & ANN M | |
| 44.16-2-19.1 | RODRIGUEZ JORGE L & NELYDA – TORRES MARIA 114 OLD LAKE RD CONGERS, NY 10920 | 114 OLD LAKE RD CONGERS | RODRIGUEZ JORGE L & | NELYDA + TORRES MARIA |
| 44.16-2-64 | SCHMIDT EILEEN 41 FISHER AVE CONGERS, NY 10920 | 41 FISHER AVE CONGERS | SCHMIDT EILEEN | |
| 44.17-1-49 | GOETZ MICHAEL & SARAH LIVING TRUST 28 KENDALL DR NEW CITY, NY 10956 | 28 KENDALL DR NEW CITY | GOETZ MICHAEL & SARAH | LIVING TRUST |
| 44.18-1-7 | MURPHY PATRICK H & JANE P IRR TRUST 92 WATERS EDGE CONGERS, NY 10920 | 92 WATERS EDGE CONGERS | MURPHY PATRICK H & JANE P | IRR TRUST |
| 44.18-1-21 | GARBARINI JOHN T & ANNA 15 GREENFIELD TERR CONGERS, NY 10920 | 15 GREENFIELD TERR CONGERS | GARBARINI JOHN T & ANNA | |
| 44.18-1-34 | CAPRIO ALFONSE & ANGELA L'E PAUL & MARIA 2 PARK OVAL CONGERS, NY 10920 | 2 PARK OVAL CONGERS | CAPRIO ALFONSE & ANGELA | L'E PAUL & MARIA |

Page: 27

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.18-1-35 | KIZHAKKAYIZ GIJI +<br>BINDU GIJI<br>4 PARK OVAL<br>CONGERS, NY 10920 | 4 PARK OVAL CONGERS | KIZHAKKAYIZ GIJI + | BINDU GIJI |
| 44.18-1-47 | RYAN DENNIS & BARBARA<br>7 WESLEY ROAD<br>CONGERS, NY 10920 | 7 WESLEY RD CONGERS | RYAN DENNIS & BARBARA | |
| 44.18-1-56 | VENUSSO FRANCO & PHYLLIS<br>31 N PARK TERRACE<br>CONGERS, NY 10920 | 31 N PARK TERRACE CONGERS | VENUSSO FRANCO & PHYLLIS | |
| 44.18-1-62 | LOPEZ PERRY & MICHELINA<br>49 N PARK TERRACE<br>CONGERS, NY 10920 | 49 N PARK TERRACE CONGERS | LOPEZ PERRY & MICHELINA | |
| 44.18-1-63 | VARGHESE SHIBU & SHERLY<br>53 N PARK TERRACE<br>CONGERS, NY 10920 | 53 N PARK TERRACE CONGERS | VARGHESE SHIBU & SHERLY | |
| 44.18-1-67 | MC RIVERKIN PHILLIP J<br>55 BLUEBIRD DR<br>CONGERS, NY 10920 | 55 BLUEBIRD DR CONGERS | MC RIVERKIN PHILLIP J | |
| 44.18-1-71 | WINN MATTHEW L/E<br>ANITA R &JOHNSON TAISHAUN<br>& AMANDA & WINN JESSE T<br>39 BLUEBIRD DR<br>CONGERS, NY 10920 | 39 BLUEBIRD DR CONGERS<br>& AMANDA & WINN JESSE T | WINN MATTHEW L/E | ANITA R &JOHNSON TAISHAUN |
| 44.18-1-76 | VARGHESE RESIMA & ELDHO<br>19 BLUEBIRD DRIVE<br>CONGERS, NY 10920 | 19 BLUEBIRD DR CONGERS | VARGHESE RESIMA & ELDHO | |
| 44.18-1-77 | COTUMACCIO CORRADO<br>& PACE ANGELA<br>15 BLUEBIRD DR<br>CONGERS, NY 10920 | 15 BLUEBIRD DR CONGERS | COTUMACCIO CORRADO | & PACE ANGELA |

Page: 28

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:  Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.18-2-2 | MANIMALA CHACKO & CYRIAC SEENA M / 46 THE RISE / CONGERS, NY 10920 | 46 THE RISE CONGERS | MANIMALA CHACKO & | CYRIAC SEENA M |
| 44.18-2-10 | MANCINO ANTHONY & DONNA / 37 PARKSIDE DRIVE / CONGERS, NY 10920 | 37 PARKSIDE DR CONGERS | MANCINO ANTHONY & DONNA | |
| 44.18-2-20 | SANFRATELLO ANTHONY & BENITA / 14 DOVER RD / CONGERS N Y 10920 | 14 DOVER RD CONGERS | SANFRATELLO ANTHONY & | BENITA |
| 44.18-2-45 | CALTABELLOTTA SANTO & GABRIELLA / 24 DOVER ROAD / CONGERS N Y 10920 | 22 DOVER RD CONGERS | CALTABELLOTTA SANTO & | GABRIELLA |
| 44.19-1-23 | AIELLO LUIGI & JOSEPHINE TRUSTS / 104 S CONGER AVE / CONGERS, NY 10920 | 104 S CONGER AVE CONGERS | AIELLO LUIGI & JOSEPHINE | TRUSTS |
| 44.19-1-35 | DIFALCO PAULINE / 140 SOUTH CONGER AVE / CONGERS, NY 10920 | 140 S CONGER AVE CONGERS | DIFALCO PAULINE | |
| 44.19-1-51 | SMITH ARTHUR C JR + SMITH ANN MARIE / 31 PONDVIEW DRIVE / CONGERS, NY 10920 | 31 PONDVIEW DR CONGERS | SMITH ARTHUR C JR + | SMITH ANN MARIE |
| 44.19-2-4 | CAGLIONE WILLIAM + JOHANNE / 66 S ROCKLAND AVE / CONGERS, NY 10920 | 66 S ROCKLAND AVE CONGERS | CAGLIONE WILLIAM + | JOHANNE |

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

## Search Results

Status: Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.19-2-9 | JOHNSON MIRIAM & KATZ LARRY & NICOLE 75 S HARRISON AVE CONGERS, NY 10920 | 75 S HARRISON AVE CONGERS | JOHNSON MIRIAM & KATZ | LARRY & NICOLE |
| 44.19-2-62 | LETO BERNARD + MARIE 144 S HARRISON AVE CONGERS, NY 10920 | 144 S HARRISON AVE CONGERS | LETO BERNARD + MARIE | |
| 44.20-1-14 | KIRIUSCHIN NICHOLAS & ELEANOR 18 LENOX AVE CONGERS, NY 10920 | 18 LENOX AVE CONGERS | KIRIUSCHIN NICHOLAS & | ELEANOR |
| 44.20-1-38 | RUBALLOS MARIO & MIRNA 46 HIGHWAY AVE CONGERS, NY 10920 | 46 HIGHWAY AVE CONGERS | RUBALLOS MARIO & MIRNA | |
| 44.20-1-40 | OATTS LAURA 54 HIGHWAY AVE CONGERS, NY 10920 | 54 HIGHWAY AVE CONGERS | OATTS LAURA | |
| 44.20-1-42 | STACK EDMOND + NOREEN 62 HIGHWAY AVE CONGERS, NY 10920 | 62 HIGHWAY AVE CONGERS | STACK EDMOND + NOREEN | |
| 44.20-1-47 | MATHAI MATHAI & LEELAMMA 76 HIGHWAY AVE CONGERS, NY 10920 | 76 HIGHWAY AVE CONGERS | MATHAI MATHAI & LEELAMMA | |
| 44.20-1-69 | HOLLAND EUGENE + TRICIA 72 LENOX AVE CONGERS, NY 10920 | 72 LENOX AVE CONGERS | HOLLAND EUGENE + TRICIA | |
| 44.20-1-85 | SCHEMBER ANNE 34 MEDWAY AVE CONGERS, NY 10920 | 34 MEDWAY AVE CONGERS | SCHEMBER ANNE | |
| 44.20-4-23.1 | OOMMEN JACOB & LALI 892 ROUTE 9W CONGERS, NY 10920 | 892 S ROUTE 9W CONGERS | OOMMEN JACOB & LALI | |

Date: 9/6/2017 Time: 9:33 AM

Year: This Year
Index: Section\Block\Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: **392089**

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 44.20-4-31 | COWEN STEVEN & DENISE 87 MASSACHUSETTS AVE CONGERS, NY 10920 | 87 MASSACHUSETTS AVE CONGERS | COWEN STEVEN & DENISE | |
| 44.20-4-32 | ABERION ENRICO L & ELVIZA 85 MASSACHUSETTS AVE CONGERS, NY 10920 | 85 MASSACHUSETTS AVE CONGERS | ABERION ENRICO L & ELVIZA | |
| 44.20-4-40 | CUCCARO ELIO + AGATHA TRUST 55 MASSACHUSETTS AVE CONGERS, NY 10920 | 55 MASSACHUSETTS AVE CONGERS | CUCCARO ELIO – AGATHA | TRUST |
| 50.8-2-6 | DELEON VILMA & MAZARIEGO ERLINOO M 5 ADDISON BOYCE DRIVE NEW CITY, NY 10956 | 5 ADDISON BOYCE DR NEW CITY | DELEON VILMA & | MAZARIEGO ERLINOO M |
| 50.8-3-1 | ORFANOUDAKIS GEORGE 7 FRANKLIN LA NEW CITY, NY 10956 | 7 FRANKLIN LANE NEW CITY | ORFANOUDAKIS GEORGE | |
| 50.8-3-46 | REYES OURANIA & LAMBERTH 3 SETTLERS COURT NEW CITY, NY 10956 | 3 SETTLERS CT NEW CITY | REYES OURANIA & LAMBERTH | |
| 50.12-1-11 | MATHAI JOHN & MARIAMMA 5 CARNABY COURT NEW CITY, NY 10956 | 5 CARNABY COURT NEW CITY | MATHAI JOHN & MARIAMMA | |
| 50.12-1-25 | JEAN-PIERRE MARIE 252 W CLARKSTOWN RD NEW CITY, NY 10956 | 252 W CLARKSTOWN RD NEW CITY | JEAN-PIERRE MARIE | |
| 50.12-2-47 | GOUROTH ELDA & JEAN 62 GERARDINE PLACE NEW CITY, NY 10956 | 62 GERARDINE PL NEW CITY | GOUROTH ELDA & JEAN | |
| 50.12-2-49 | MARKS PAUL & KRISTINE 8 HANA COURT WEST NYACK, NY 10994 | 73 WEST BURDA PLACE NEW CITY | MARKS PAUL & KRISTINE | |

Date: 9/6/2017 Time 9:33 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen: Base Information: Property Class equal to 215
Swis Code: 392089

Status:  Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 50.12-2-64 | CHUNASAMY MOOTOO 18 GLADE CT NEW CITY, NY 10956 | 18 GLADE CT NEW CITY | CHUNASAMY MOOTOO | |
| 50.12-2-65 | SIU KIM & LAM SIU 16 GLADE COURT NEW CITY, NY 10956 | 16 GLADE CT NEW CITY | SIU KIM & LAM SIU | |
| 50.12-3-1 | DIAZ CARLOS A & SONNIA BLANCO & ELADIO 9 TALL OAKS LANE NEW CITY, NY 10956 | 9 TALL OAKS LANE NEW CITY | DIAZ CARLOS A & SONNIA | BLANCO & ELADIO |
| 50.16-1-2 | HUTCHINSON CLEMENT 254 WEST CLARKSTOWN ROAD NEW CITY, NY 10956 | 254 W CLARKSTOWN RD NEW CITY | HUTCHINSON CLEMENT | |
| 50.16-1-16 | SALGADO MARIA CRUZ 324 WEST CLARKSTOWN RD NEW CITY, NY 10956 | 324 W CLARKSTOWN RD NEW CITY | SALGADO MARIA CRUZ | |
| 50.16-1-23.12 | ALATRISTE MIGUEL & AMELIA 2 FAYVA CT NEW CITY, NY 10956 | 2 FAYVA CT NEW CITY | ALATRISTE MIGUEL & AMELIA | |
| 50.16-2-1.11 | NOEL CARLO & LYNDA 273 W CLARKSTOWN RD NEW CITY, NY 10956 | 273 W CLARKSTOWN RD NEW CITY | NOEL CARLO & LYNDA | |
| 50.16-3-48 | TASSY MARIE R 20 GREAT OAKS DRIVE NEW CITY, NY 10956 | 20 GREAT OAKS DR NEW CITY | TASSY MARIE R | |
| 50.16-4-5 | BACHIR ZENON 15 KELTZ ST NEW CITY, NY 10956 | 15 KELTZ ST NEW CITY | BACHIR ZENON | |
| 50.16-4-47 | PAPELE LOUIS - W 9 KELTZ ST NEW CITY, NY 10956 | 9 KELTZ ST NEW CITY | PAPELE LOUIS - W | |

Date: 9/6/2017  Time: 9:33 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status     Active Parcels

**Search Results**

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 50.16-4-57 | RALPH KENNETH + ALLEN JULIET 10 ELLEN ST NEW CITY, NY 10956 | 10 ELLEN ST NEW CITY | RALPH KENNETH + ALLEN | JULIET |
| 50.16-4-59 | MCNEILL TYRONE & LUCINDA 14 ELLEN ST NEW CITY, NY 10956 | 14 ELLEN ST NEW CITY | MCNEILL TYRONE & LUCINDA | |
| 50.20-1-18 | YIMBO JIBAO 15 DREXEL CT NEW CITY, NY 10956 | 15 DREXEL CT NEW CITY | YIMBO JIBAO | |
| 50.20-1-59 | ROCCABRUNA ROBERT & MARGARET 8 DREXEL CT NEW CITY, NY 10956 | 8 DREXEL CT NEW CITY | ROCCABRUNA ROBERT & | MARGARET |
| 50.20-1-48 | LEGER SENALIA UNELUS- 5 DREXEL CT NEW CITY, NY 10956 | 5 DREXEL CT NEW CITY | LEGER SENALIA UNELUS- | |
| 50.20-2-19 | PETITO CARMEN & TAFURI JAMES & LAURA 5 HIGH ST NEW CITY, NY 10956 | 5 HIGH ST NEW CITY | PETITO CARMEN & TAFURI | JAMES & LAURA |
| 50.20-2-55 | HARDER REYFRED & FE 12 GERARDINE PLACE NEW CITY, NY 10956 | 12 GERARDINE PL NEW CITY | HARDER REYFRED & FE | |
| 50.20-3-14 | MANGALATHU GEORGE P + GEORGE GRACY M 12 TOPAZ CT NEW CITY, NY 10956 | 12 TOPAZ CT NEW CITY | MANGALATHU GEORGE P + | GEORGE GRACY M |
| 50.20-3-70 | PALMIERI STEVEN & DIANA 5 OPAL COURT NEW CITY, NY 10956 | 5 OPAL CT NEW CITY | PALMIERI STEVEN & DIANA | |

Page: 33

Date: 9/6/2017 Time: 9:35 AM

Year:          This Year
Index:         Section/Block/Lot                                  Status:   Active Parcels
Criteria:      From screen Base Information: Property Class equal to 215
Swis Code: 392089

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 50.20-3-88 | LU LIGANG & WEI NANCY M<br>5 BALTIC COURT<br>NEW CITY, NY 10956 | 5 BALTIC CT NEW CITY | LU LIGANG & WEI NANCY M | |
| 50.20-4-1.1 | POSENATO ROBERT & DAWN<br>356 W CLARKSTOWN RD<br>NEW CITY, NY 10956 | 356 W CLARKSTOWN RD NEW CITY | POSENATO ROBERT & DAWN | |
| 50.20-4-7 | O'DANIELS THOMAS M &<br>TURTELTAUB JENNIE<br>3 GERKE AVE<br>NEW CITY, NY 10956 | 3 GERKE AVE NEW CITY | O'DANIELS THOMAS M & | TURTELTAUB JENNIE |
| 50.20-4-34 | CHILLINO ELLEN<br>20 GERKE AVE<br>NEW CITY, NY 10956 | 20 GERKE AVE NEW CITY | CHILLINO ELLEN | |
| 50.20-4-43 | CAVALLUZZI PAUL & JOANNA<br>4 ARROW LANE<br>NEW CITY, NY 10956 | 4 ARROW LANE NEW CITY | CAVALLUZZI PAUL & JOANNA | |
| 50.20-4-79.4 | OUSEPH MATHEW A & SUJA<br>& JACOB & REENA<br>21 NEW CLARKSTOWN RD<br>NANUET, NY 10954 | 21 NEW CLARKSTOWN RD NANUET | OUSEPH MATHEW A & SUJA | & JACOB & REENA |
| 50.20-4-88 | BERMUDEZ JULIO & WILDA<br>6 NEW CLARKSTOWN RD<br>NANUET, NY 10954 | 6 NEW CLARKSTOWN RD NANUET | BERMUDEZ JULIO & WILDA | |
| | VAN COTT THOMAS & ALICE<br>& MCCORMICK PETER J &<br>DANIELLE B | DANIELLE B | VAN COTT THOMAS & ALICE | & MCCORMICK PETER J & |
| 51.5-1-84 | MORO TINA A & CHRISTOPHER<br>W<br>22 HALLMARK DRIVE<br>NEW CITY, NY 10956 | 22 HALLMARK DR NEW CITY | MORO TINA A & CHRISTOPHER<br>W | |

Page: 34

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.5-1-86 | ABUBAKER SYED SOOFIA SYEDA AYESHA 21 HALLMARK DR NEW CITY, NY 10956 | 21 HALLMARK DR NEW CITY | ABUBAKER SYED | SOOFIA SYEDA AYESHA |
| 51.5-2-10 | MIOTTO MARC 66 AMUNDSEN LANE NEW CITY, NY 10956 | 66 AMUNDSEN LANE NEW CITY | MIOTTO MARC | |
| 51.5-2-31 | SEIDEL JENNIFER A & WALSH WILLIAM KEVIN 26 LINDBERGH LA NEW CITY, NY 10956 | 26 LINDBERGH LN NEW CITY | SEIDEL JENNIFER A & | WALSH WILLIAM KEVIN |
| 51.5-2-40 | DWYER JOSEPH & KATHLEEN 27 LINDBERGH LN NEW CITY, NY 10956 | 27 LINDBERGH LN NEW CITY | DWYER JOSEPH & KATHLEEN | |
| 51.5-2-76 | VOGELSANG JUDITH A & DOUG 37 AMUNDSEN LANE NEW CITY, NY 10956 | 37 AMUNDSEN LANE NEW CITY | VOGELSANG JUDITH A & | DOUG |
| 51.5-2-82 | VENEZIA, GEORGE F JR ESTATE OF 59 AMUNDSEN LANE NEW CITY, NY 10956 | 59 AMUNDSEN LANE NEW CITY | VENEZIA, GEORGE F JR | ESTATE OF |
| 51.5-2-91 | LODICO JOHN & DOLORES TRUST & BOYLE SUSAN 94 BIRCH LANE NEW CITY N Y 10956 | 94 BIRCH LANE NEW CITY | LODICO JOHN & DOLORES | TRUST & BOYLE SUSAN |
| 51.5-3-31 | ABRAHAM BINU K + BINU SARAMMA 22 OLD BRICK RD NEW CITY, NY 10956 | 22 OLD BRICK RD NEW CITY | ABRAHAM BINU K - | BINU SARAMMA |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.5-3-46 | FEMIANO MARK & ALISA 140 RED HILL ROAD NEW CITY, NY 10956 | 140 RED HILL RD NEW CITY | FEMIANO MARK & ALISA | |
| 51.6-1-3 | JOSE ROY V & JOSEPH PUSHPPAMMA K 72 HAVERMILL RD NEW CITY, NY 10956 | 72 HAVERMILL RD NEW CITY | JOSE ROY V | & JOSEPH PUSHPPAMMA K |
| 51.6-1-5.2 | RUE DI PARADISE INC 107 S LITTLE TOR RD NEW CITY, NY 10956 | 107 S LITTLE TOR RD NEW CITY | RUE DI PARADISE INC | |
| 51.6-1-11 | CECERE LUIGI & ANNA 78 HAVERMILL ROAD NEW CITY, NY 10956 | 78 HAVERMILL RD NEW CITY | CECERE LUIGI & ANNA | |
| 51.6-2-1.2 | TOSTO PETER & LORETTA 3 KRISTOFFER CT NEW CITY, NY 10956 | 3 KRISTOFFER CT NEW CITY | TOSTO PETER & LORETTA | |
| 51.6-2-1.5 | PISANO VINCENT & PATRICIA 4 KRISTOFFER CT NEW CITY, NY 10956 | 4 KRISTOFFER CT NEW CITY | PISANO VINCENT & PATRICIA | |
| 51.6-2-17 | LOPEZ DINA & RAUL 1 CEDARCRAFT LANE NEW CITY, NY 10956 | 1 CEDARCRAFT LANE NEW CITY | LOPEZ DINA & RAUL | |
| 51.6-2-55 | LIM RACHELLE S + PICARD JANIZ D 142 S LITTLE TOR RD NEW CITY, NY 10956 | 142 S LITTLE TOR RD NEW CITY | LIM RACHELLE S + PICARD | JANIZ D |
| 51.6-3-36 | DEVINCENZO ROBERTO & AR 11 ESQUIRE ROAD NEW CITY, NY 10956 | 11 ESQUIRE RD NEW CITY | DEVINCENZO ROBERTO & AR | |
| 51.7-2-5 | KUNZ JR ARTHUR F & BARBARA A LYNN 55 THIRD ST NEW CITY N Y 10956 | 55 THIRD ST NEW CITY | KUNZ JR ARTHUR F & | BARBARA A LYNN |

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.72-2-36 | LACKER ALFRED & W 25 DEERFIELD DR NEW CITY, NY 10956 | 25 DEERFIELD DR NEW CITY | LACKER ALFRED & W | |
| 51.73-1-13 | DOYLE GARY & LORRAINE 103 ELON COURT NEW CITY, NY 10956 | 103 ELON COURT NEW CITY | DOYLE GARY & LORRAINE | |
| 51.73-3-27 | NIGRO ROBERT & JACQUELINE 13 ACORN TERRACE NEW CITY, NY 10956 | 13 ACORN TERR NEW CITY | NIGRO ROBERT & JACQUELINE | |
| 51.73-3-52 | YOUNG FRANCINE M & TODD F 1 PLAINS DR NEW CITY, NY 10956 | 1 PLAINS DR NEW CITY | YOUNG FRANCINE M & TODD F | |
| 51.73-3-54 | KRONISH ALICE L/E THE 5 PLAINS DRIVE TRUST 5 PLAINS DR NEW CITY, NY 10956 | 5 PLAINS DR NEW CITY | KRONISH ALICE L/E | THE 5 PLAINS DRIVE TRUST |
| 51.74-2-23 | KOLYER GLENN + KAREN 8 PEPPERILL COURT NEW CITY, NY 10956 | 8 PEPPERILL CT NEW CITY | KOLYER GLENN + KAREN | |
| 51.74-2-30 | ALEX MANOJ P & REENA 4 WAYNE AVE NEW CITY, NY 10956 | 4 WAYNE AVE NEW CITY | ALEX MANOJ P & REENA | |
| 51.74-2-34 | JEAN-BAPTISTE JEAN & LAURORE SPENCER 2 CAPITOL CT NEW CITY, NY 10956 | 2 CAPITOL CT NEW CITY | JEAN-BAPTISTE JEAN | & LAURORE SPENCER |
| 51.74-2-35 | ALMONTE GERARDO & ERNESTINA L 4 CAPITOL CT NEW CITY, NY 10956 | 4 CAPITOL CT NEW CITY | ALMONTE GERARDO & | ERNESTINA L |

Date: 9/6/2017 Time: 9:31 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.7-4-61 | DOHERTY ANASTASIA M & GRANT TARA 3 DONNA ST NEW CITY, NY 10956 | 3 DONNA ST NEW CITY | DOHERTY ANASTASIA M | & GRANT TARA |
| 51.7-4-66 | FRUMAN JACK + CAROLE 13 DONNA ST NEW CITY N Y 10956 | 13 DONNA ST NEW CITY | FRUMAN JACK + CAROLE | |
| 51.8-1-1 | CHOI HAN SIK & GEUNG NIM 125 THIRD ST NEW CITY, NY 10956 | 125 THIRD ST NEW CITY | CHOI HAN SIK & GEUNG NIM | |
| 51.8-1-57 | SAEED KHURRAM & SHADIJA & SHABNAM 9 CORTLAND DR NEW CITY, NY 10956 | 9 CORTLAND DR NEW CITY | SAEED KHURRAM & SHADIJA & | SHABNAM |
| 51.8-1-66 | CAIAZZO DOMINICK J & MARIAN 19A DEERFIELD DR NEW CITY, NY 10956 | 19A DEERFIELD DR NEW CITY | CAIAZZO DOMINICK J & | MARIAN |
| 51.8-2-43 | MALGIERI JOSEPH & CATHLEEN 151 BREWERY RD NEW CITY, NY 10956 | 151 BREWERY RD NEW CITY | MALGIERI JOSEPH & | CATHLEEN |
| 51.8-2-86 | PANICH OLEG & TATIANA 2 DEERFIELD DRIVE NEW CITY, NY 10956 | 2 DEERFIELD DR NEW CITY | PANICH OLEG & TATIANA | |
| 51.8-3-13 | TANG BILLY & SOKLINTHEA 6 TROTTERS TRAIL NEW CITY, NY 10956 | 6 TROTTERS TRAIL NEW CITY | TANG BILLY & SOKLINTHEA | |
| 51.8-3-32 | GISONNI GAIL 12 MAIDEN LANE NEW CITY, NY 10956 | 12 MAIDEN LANE NEW CITY | GISONNI GAIL | |

Date: 9/6/2017 Time: 9:34 AM

| Year: | This Year | Status: | Active Parcels |
|---|---|---|---|

Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.8-3-49 | ANTHWAL SHWETANK & KANCHAN 17 PIPPEN PL NEW CITY, NY 10956 | 17 PIPPEN PL NEW CITY | ANTHWAL SHWETANK | & KANCHAN |
| 51.8-3-59 | BORENKOFF STEVEN & STACEY 10 PIPPEN PL NEW CITY, NY 10956 | 10 PIPPEN PL, NEW CITY | BORENKOFF STEVEN & STACEY | |
| 51.8-3-64 | KEARNEY WILLIAM & VERONICA 12 PIPPEN PLACE NEW CITY, NY 10956 | 12 PIPPEN PL, NEW CITY | KEARNEY WILLIAM & | VERONICA |
| 51.8-4-4 | ARLIEVSKY SERGY & NINA 3 JOCKEY LANE NEW CITY, NY 10956 | 3 JOCKEY LANE NEW CITY | ARLIEVSKY SERGY & NINA | |
| 51.8-4-12 | ABRAMOVICH EFIM & NINA 1 POST CT NEW CITY, NY 10956 | 1 POST CT NEW CITY | ABRAMOVICH EFIM & NINA | |
| 51.8-4-15 | FICUCELLO T CASTELLANI L & CASTELLANI G J & L 2 HORSESHOE CT NEW CITY, NY 10956 | 2 HORSESHOE CT NEW CITY | FICUCELLO T CASTELLANI L | & CASTELLANI G J & L |
| 51.8-4-17 | CINELLI PHILIP & MARY 9 HORSESHOE CT NEW CITY, NY 10956 | 9 HORSESHOE CT NEW CITY | CINELLI PHILIP & MARY | |
| 51.9-1-26 | PROSAPIO ALEXANDER & LINDA 81 RED HILL RD NEW CITY, NY 10956 | 81 RED HILL RD NEW CITY | PROSAPIO ALEXANDER & | LINDA |
| 51.9-1-44 | MILICH SCOTT 9 LINK COURT NEW CITY, NY 10956 | 9 LINK CT NEW CITY | MILICH SCOTT | |

Date: 9/6/2017 Time: 9:34 AM

| Year: | This Year |
|---|---|
| Index: | Section/Block/Lot |
| Criteria: | From screen Base Information: Property Class equal to 215 |
| Swis Code: | 392089 |

Status:  Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.9-1-85 | MODAFFERI JOSEPH & W<br>180 BURDA LANE<br>NEW CITY, N Y 10956 | 180 BURDA LANE NEW CITY | MODAFFERI JOSEPH & W | |
| 51.9-2-30 | DEMAIO JR RALPH & LINDA<br>C/O CITI MORTGAGE INC<br>LOAN # 1124410165-22 | 64 RED HILL RD NEW CITY<br>LOAN # 1124410165-22 | DEMAIO JR RALPH & LINDA | C/O CITI MORTGAGE INC |
| 51.10-1-85 | SCACCIO PENNI & DANIEL A<br>PO BOX 6279<br>SIOUX FALLS, SD 57117-6279 | 191 S LITTLE TOR RD NEW CITY | SCACCIO PENNI & DANIEL A | |
| 51.10-1-87 | GRITZ LAWRENCE<br>191 S LITTLE TOR RD<br>NEW CITY, NY 10956 | 195 S LITTLE TOR RD NEW CITY | GRITZ LAWRENCE | |
| 51.10-2-10 | ALMONTE CARMEN F<br>19 COLLYER AVE<br>NEW CITY, NY 10956 | 19 COLLYER AVE NEW CITY | ALMONTE CARMEN F | |
| 51.10-2-67 | OMLAND JOHN & DANA<br>23 FANLEY AVE<br>NEW CITY, NY 10956 | 23 FANLEY AVE NEW CITY | OMLAND JOHN & DANA | |
| 51.10-3-72 | GENOVESE JANET<br>16 VIRGINIA STREET<br>NEW CITY, NY 10956 | 16 VIRGINIA ST NEW CITY | GENOVESE JANET | |
| 51.11-1-9 | NIEDLEMAN JEFFREY<br>C/O VANDERBUILT MORTGAGE<br>PO BOX 9800<br>MARYVILLE, TN 37803 | 15 LAUREL RD NEW CITY | NIEDLEMAN JEFFREY | C/O VANDERBUILT MORTGAGE |
| 51.11-1-31 | MALONEY JAMES & MARY<br>7 TAVO LANE<br>NEW CITY, NY 10956 | 7 TAVO LANE NEW CITY | MALONEY JAMES & MARY | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392689

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr 1 | Name 1<br>Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.11-1-47 | BAINO BERNARD & AILEEN<br>15 DURANT RD<br>NEW CITY, NY 10956 | 15 DURANT RD NEW CITY | BAINO BERNARD & AILEEN | |
| 51.11-2-2 | FITZPATRICK THOMAS &<br>DOREEN R<br>61 LAUREL RD<br>NEW CITY, NY 10956 | 61 LAUREL RD NEW CITY | FITZPATRICK THOMAS & | DOREEN R |
| 51.11-2-8 | RUSSO JOHN & LINDA<br>97 LAUREL RD<br>NEW CITY, NY 10956 | 97 LAUREL RD NEW CITY | RUSSO JOHN & LINDA | |
| 51.11-2-16 | FARBER RICHARD & KATHLEEN<br>95 LAUREL ROAD<br>NEW CITY, NY 10956 | 95 LAUREL RD NEW CITY | FARBER RICHARD & KATHLEEN | |
| 51.11-2-36 | HAUGHEY JOHN & ANTONIA M<br>4 TAVO LANE<br>NEW CITY, NY 10956 | 11 GABLE RD NEW CITY | HAUGHEY JOHN & ANTONIA M | |
| 51.11-2-40 | CARNEY WILLIAM & SAINZ<br>EMILIO & KATHLEEN<br>6 TAVO LANE<br>NEW CITY N Y 10956 | 6 TAVO LANE NEW CITY | CARNEY WILLIAM & SAINZ | EMILIO & KATHLEEN |
| 51.11-4-10 | FEIN MICHAEL P<br>+ FEIN JENNIFER A<br>6 GABLE ROAD<br>NEW CITY, NY 10956 | 6 GABLE RD NEW CITY | FEIN MICHAEL P | + FEIN JENNIFER A |
| 51.11-4-48 | KULANGARA JOSEPH J &<br>GIGI J<br>12 DALEWOOD CT<br>NEW CITY, NY 10956 | 12 DALEWOOD CT NEW CITY | KULANGARA JOSEPH J & | GIGI J |
| 51.11-4-70 | FOLIGNO THOMAS & MARIA<br>12 NORTH LANE<br>NEW CITY N Y 10956 | 12 NORTH LANE NEW CITY | FOLIGNO THOMAS & MARIA | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.12-1-2 | DRISCOLL KENNETH P + DRISCOLL TONIA E 112 LAUREL RD NEW CITY, NY 10956 | 112 LAUREL RD NEW CITY | DRISCOLL KENNETH P – | DRISCOLL, TONIA E |
| 51.12-1-14 | CUFFARI LOUIS & CHRISTINE 120 LAUREL RD NEW CITY, NY 10956 | 120 LAUREL RD NEW CITY | CUFFARI LOUIS & CHRISTINE | |
| 51.12-1-20 | VALLE GINA & ROBERTO 4 RALEIGH DR NEW CITY, NY 10956 | 4 RALEIGH DR NEW CITY | VALLE GINA & ROBERTO | |
| 51.12-1-67 | MAROCCHI VASCO - JR & MAROCCHI ROSEMARY 121 LAUREL RD NEW CITY, NY 10956 | 121 LAUREL RD NEW CITY | MAROCCHI VASCO - JR & | MAROCCHI ROSEMARY |
| 51.12-2-1 | ROTHMAN GARY & ARLENE 25 PREAKNESS LA NEW CITY, NY 10956 | 25 PREAKNESS LANE NEW CITY | ROTHMAN GARY & ARLENE | |
| 51.12-2-3 | BELLEW JOHN A & JOAN M 142 LAUREL RD NEW CITY, NY 10956 | 142 LAUREL RD NEW CITY | BELLEW JOHN A & JOAN M | |
| 51.12-2-13 | LUCCHESE ANTHONY + NANCY 169 BREWERY RD NEW CITY, NY 10956 | 169 BREWERY RD NEW CITY | LUCCHESE ANTHONY + NANCY | |
| 51.12-2-41 | VIGNOLA FRANK 11 SEYMOUR DR NEW CITY, NY 10956 | 11 SEYMOUR DR NEW CITY | VIGNOLA FRANK | |
| 51.12-3-11 | PELLICONE JOHN & MARIA 22 PEPPERIDGE DR NEW CITY, NY 10956 | 22 PEPPERIDGE DR NEW CITY | PELLICONE JOHN & MARIA | |
| 51.12-3-33 | CHARLIS GEORGE & SOHN SHERRY 210 BREWERY RD NEW CITY, NY 10956 | 210 BREWERY RD NEW CITY | CHARLIS GEORGE | & SOHN SHERRY |

Date: 9/6/2017  Time: 9:34 AM

Year:      This Year                                    Status:      Active Parcels
Index:     Section\Block\Lot
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 391.12-3-34 | ROLF GRIEBESLAND 200A BREWERY RD NEW CITY, NY 10956 | 200A BREWERY RD NEW CITY | ROLF GRIEBESLAND | |
| 51.13-1-3 | CAMPISE MARTIN & KIM ALLEN 75 BURDA AVE NEW CITY, NY 10956 | 75 BURDA LANE NEW CITY | CAMPISE MARTIN | & KIM ALLEN |
| 51.13-1-18 | CASTIGLIA JOSEPHINE AS TR CASEY & DEMARISCO DOUGLAS 24 FOXBURN STREET NEW CITY, NY 10956 | 24 FOXBURN ST NEW CITY | CASTIGLIA JOSEPHINE AS TR | CASEY & DEMARISCO DOUGLAS |
| 51.13-1-21 | VARUGHESE JOGY 42 BURDA AVENUE NEW CITY, NY 10956 | 42 BURDA AVENUE NEW CITY | VARUGHESE JOGY | |
| 51.13-1-29 | SCHNEIDER JESSE & SUSAN 60 BURDA LANE NEW CITY, NY 10956 | 60 BURDA LANE NEW CITY | SCHNEIDER JESSE & SUSAN | |
| 51.13-1-42 | ALPER SANFORD 4 ASPEN LANE NEW CITY, NY 10956 | 4 ASPEN LA NEW CITY | ALPER SANFORD | |
| 51.13-2-14 | LUNA MARTIN 69 NEW VALLEY RD NEW CITY, NY 10956 | 69 NEW VALLEY RD NEW CITY | LUNA MARTIN | GIRALDO-CARILLO MARIA C |
| 51.13-2-32 | LALL PREMAUTH & ALI-LALL SHAROON 15 NEW VALLEY RD NEW CITY, NY 10956 | 15 NEW VALLEY RD NEW CITY | LALL PREMAUTH & | ALI-LALL SHAROON |
| 51.13-3-25 | KASSER TOBY & SANTOS LYNNE DELOS 15 DEERWOOD DR NEW CITY, N.Y. 10956 | 15 DEERWOOD DR NEW CITY | KASSER TOBY & SANTOS | LYNNE DELOS |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.13-3-41 | QURESHI AEJAZ & SHAHEDA 5 FOXBURN ST NEW CITY, NY 10956 | 5 FOXBURN ST NEW CITY | QURESHI AEJAZ & SHAHEDA | |
| 51.13-4-10 | HOAG GREGORY & BATES LAUREN 36 BURDA AVENUE NEW CITY, NY 10956 | 36 BURDA AVENUE NEW CITY | HOAG GREGORY & BATES | LAUREN |
| 51.13-4-45 | GENTILE PIETRO & ANGELA 5 QUAKER RD NEW CITY, NY 10956 | 5 QUAKER RD NEW CITY | GENTILE PIETRO & ANGELA | |
| 51.13-4-60 | KAPUSTIN DINA 5 CHESTNUT PARK CT NEW CITY, NY 10956 | 5 CHESTNUT PARK CT NEW CITY | KAPUSTIN DINA | |
| 51.14-1-40 | RUSSO LOUISE BAKER + RUSSO THOMAS 32 LEONA AVE NEW CITY, NY 10956 | 32 LEONA AVE NEW CITY | RUSSO LOUISE BAKER + | RUSSO THOMAS |
| 51.14-2-13 | PICCOLO ELIZABETH 4 LORRAINE CT NEW CITY, NY 10956 | 4 LORRAINE CT NEW CITY | PICCOLO ELIZABETH | |
| 51.14-3-8 | EMERSLEY TRISH & GALATI DAVID 83 LEONA AVENUE NEW CITY, NY 10956 | 83 LEONA AVE NEW CITY | EMERSLEY TRISH | & GALATI DAVID |
| 51.14-3-60 | HENNELLY RITA A & BARRY MATTHEW & JEAN 128 KINGS HIGHWAY NEW CITY N Y 10956 | 128 KINGS HWY NEW CITY | HENNELLY RITA A | & BARRY MATTHEW & JEAN |
| 51.14-3-64 | LOFFREDO ROSANNE 3 ISLAND PL. NEW CITY N Y 10956 | 3 ISLAND PLACE NEW CITY | LOFFREDO ROSANNE | |

Date: 9/6/2017 Time 9:34 AM

Year:   This Year
Index:   Section/Block/Lot
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name Addr 1 | Addr 2 | Name 2 |
|---|---|---|---|---|---|
| 51.11-4-5 | CARELLI SR JOSEPH F & / CARELLI ERICA / 6 JODI LANE / NEW CITY, NY 10956 | 6 JODI LANE NEW CITY | CARELLI SR JOSEPH F & | | CARELLI ERICA |
| 51.14-4-17 | RANIERI SALVATORE / 107 KINGS HIGHWAY / NEW CITY, NY 10956 | 107 KINGS HWY NEW CITY | RANIERI SALVATORE | | |
| 51.15-1-16 | POLK JAMES & MELIZA / 25 JOHNSON'S LANE / NEW CITY, NY 10956 | 25 JOHNSON'S LANE NEW CITY | POLK JAMES & MELIZA | | |
| 51.15-1-33 | MARCHINA PAUL M + MARY / JEAN / 18 SHETLAND DR / NEW CITY, NY 10956 | 18 SHETLAND DR NEW CITY | MARCHINA PAUL M + MARY | JEAN | |
| 51.15-1-58 | MOSCHETTI DANIEL + / ERIKA A / 23 KENWOOD LANE / NEW CITY, NY 10956 | 23 KENWOOD LANE NEW CITY | MOSCHETTI DANIEL + | ERIKA A | |
| 51.15-1-85 | DEMASI STEPHEN & NANCY / 594 ROUTE 304 / NEW CITY, NY 10956 | 594 ROUTE 304 NEW CITY | DEMASI STEPHEN & NANCY | | |
| 51.15-2-80 | FASANO JOHN & JEANINE M / 52 SHETLAND DRIVE / NEW CITY, NY 10956 | 52 SHETLAND DR NEW CITY | FASANO JOHN & JEANINE M | | |
| 51.16-1-12 | BROSNAN KEVIN + MAUREEN / 10 LAFAYETTE DR / NEW CITY, NY 10956 | 10 LAFAYETTE DR NEW CITY | BROSNAN KEVIN + MAUREEN | | |
| 51.16-2-25 | LLANOS CARLOS & JANINA / 107 ROBINHOOD LANE / WEST NYACK, NY 10994 | 107 ROBINHOOD LANE WEST NYACK | LLANOS CARLOS & JANINA | | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.16-3-4 | NEVILLE WILLIAM & ANN 146 PARROTT ROAD WEST NYACK, NY 10994 | 146 PARROTT RD WEST NYACK | NEVILLE WILLIAM & ANN | |
| 51.16-3-8 | BEAUDETTE JEFFREY R & ELISA A 174 PARROTT ROAD WEST NYACK, NY 10994 | 174 PARROTT RD WEST NYACK | BEAUDETTE JEFFREY R | & ELISA A |
| 51.16-3-22 | BAGATTA TOMMASINA 301 BREWERY ROAD WEST NYACK, NY 10994 | 301-303 BREWERY RD W NYACK | BAGATTA TOMMASINA | |
| 51.16-3-32 | OSTROWSKY JOSEPH & RUSSO ESPOSITO ROSEMARIE 167 PARROTT ROAD WEST NYACK, NY 10994 | 167 PARROTT RD WEST NYACK | OSTROWSKY JOSEPH & | RUSSO ESPOSITO ROSEMARIE |
| 51.16-3-51 | CROCE RICHARD 133 PARROTT ROAD WEST NYACK, NY 10994 | 133 PARROTT RD WEST NYACK | CROCE RICHARD | |
| 51.17-1-1 | JEAN-CHARLES PIERRE & FLORENCE 465 W CLARKSTOWN RD NEW CITY, NY 10956 | 465 W CLARKSTOWN RD NEW CITY | JEAN-CHARLES PIERRE & | FLORENCE |
| 51.17-1-17 | PRIEDITIS RITA L/E&INGRID PRIEDITIS TR EDGARS ABELE TRUSTEES 9 WOLF PLACE NANUET, NY 10954 | 9 WOLF PL NANUET TRUSTEES | PRIEDITIS RITA L/E&INGRID | PRIEDITIS TR EDGARS ABELE |
| 51.17-1-25 | MONTELEONE ANTONIO & MARIA 349 N MIDDLETOWN RD NANUET, NY 10954 | 349 N MIDDLETOWN RD NANUET | MONTELEONE ANTONIO & | MARIA |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.17-1-42 | GENAO PEDRO & YRMA M<br>469 W CLARKSTOWN RD<br>NEW CITY, NY 10956 | 469 W CLARKSTOWN RD NEW CITY | GENAO PEDRO & YRMA M | |
| 51.17-2-3 | FLAMINO PALMA<br>4 BELLWOOD DR<br>NEW CITY, NY 10956 | 4 BELLWOOD DR NEW CITY | FLAMINO PALMA | |
| 51.17-2-7 | HUGHES ROBERT &<br>ANNE-MARIE<br>28 BURDA AVENUE<br>NEW CITY N Y 10956 | 28 BURDA AVENUE NEW CITY | HUGHES ROBERT & | ANNE-MARIE |
| 51.17-2-8.1 | SAYTOO DINDIAL & SUMINTRA<br>399 S LITTLE TOR RD<br>NEW CITY, NY 10956 | 399 S LITTLE TOR RD NEW CITY | SAYTOO DINDIAL & SUMINTRA | |
| 51.17-2-52 | DANIEL SHIBU & SMITHA<br>14 BROWARD DR<br>NEW CITY, NY 10956 | 14 BROWARD DR NEW CITY | DANIEL SHIBU & SMITHA | |
| 51.18-1-7 | NAPIORSKI THADDEUS J &<br>CAROL A<br>26 JODI LA<br>NEW CITY N Y 10956 | 26 JODI LANE NEW CITY | NAPIORSKI THADDEUS J & | CAROL A |
| 51.18-1-9 | HAGAN SEAN & EILEEN &<br>FLAVIN SR THOMAS<br>2 TWIN PEG DR<br>NEW CITY, NY 10956 | 2 TWIN PEG DR NEW CITY | HAGAN SEAN & EILEEN & | FLAVIN SR THOMAS |
| 51.18-1-10 | ASSALONE MICHAEL, &<br>WEBER SARAH<br>19 JODI LA<br>NEW CITY N Y 10956 | 19 JODI LANE NEW CITY | ASSALONE MICHAEL, & | WEBER SARAH |
| 51.18-1-22 | SCHIFF SEYMOUR &<br>GROSSMAN DINA L & DAVID<br>6 TWIN PEG DR<br>NEW CITY N Y 10956 | 6 TWIN PEG DR NEW CITY | SCHIFF SEYMOUR & | GROSSMAN DINA L & DAVID |

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.18-1-25 | CUMMINGS BARBARA I & KEITH & TALTY JUDITH 7 TWIN PEG DR NEW CITY N.Y 10956 | 7 TWIN PEG DR NEW CITY | CUMMINGS BARBARA I & | KEITH & TALTY JUDITH |
| 51.18-1-58 | JACKSON MATHEW + SARA + SHUBERT REBECCA 13 BROWARD DR NEW CITY, NY 10956 | 13 BROWARD DR NEW CITY | JACKSON MATHEW + SARA + | SHUBERT REBECCA |
| 51.18-1-60 | AFRAHAMIAN SIMON & OUSANNA 9 BROWARD DR NEW CITY, NY 10956 | 9 BROWARD DR NEW CITY | AFRAHAMIAN SIMON & | OUSANNA |
| 51.18-1-62 | BUCCIERI EVELYN L/E NUNEZ SHARRON 5 BROWARD DR NEW CITY, NY 10956 | 5 BROWARD DR NEW CITY | BUCCIERI EVELYN L/E | NUNEZ SHARRON |
| 51.18-2-4 | BORWORNTHAMMARAT SATIT 33 KINGS HIGHWAY NEW CITY, NY 10956 | 33 KINGS HWY NEW CITY | BORWORNTHAMMARAT SATIT | |
| 51.18-2-6 | CHEN ALBERT & NAI-FEN 980 GREENVILLE TURNPIKE MIDDLETOWN, NY 10940 | 25 KINGS HWY NEW CITY | CHEN ALBERT & NAI-FEN | |
| 51.18-2-39 | GRANDE JOHN & PATRICIA 9 CLEARVIEW ROAD NEW CITY N.Y 10996 | 9 CLEARVIEW RD NEW CITY | GRANDE JOHN & PATRICIA | |
| 51.18-3-10 | DUNLAVEY THOMAS & ALLIS 6 STEGMAYER LN NEW CITY, NY 10956 | 6 STEGMEYER LN NEW CITY | DUNLAVEY THOMAS & ALLIS | |
| 51.18-3-19 | BRENNAN MATTHEW 23 GERMONDS RD NEW CITY, NY 10956 | 23 GERMONDS RD NEW CITY | BRENNAN MATTHEW | |

Date: 9/6/2017 Time: 9:34 AM

**Search Results**

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information, Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.20-1-14 | INTONATO GLENN & KERRI ANN 4 SANDPIPER DRIVE WEST NYACK, NY 10994 | 4 SANDPIPER DR WEST NYACK | INTONATO GLENN & KERRI | ANN |
| 51.20-2-5 | MARTUCCI THOMAS & DEBORAH 4 BOBWHITE LANE WEST NYACK, NY 10994 | 4 BOBWHITE LANE WEST NYACK | MARTUCCI THOMAS & DEBORAH | |
| 52.5-1-6 | TARANGELO CONCETTA 9 GALLOP CT NEW CITY, NY 10956 | 9 GALLOP CT NEW CITY | TARANGELO CONCETTA | |
| 52.5-1-11 | TURSELLI MARIANNA 9 TROTTERS TRAIL NEW CITY, NY 10956 | 9 TROTTERS TRAIL NEW CITY | TURSELLI MARIANNA | |
| 52.5-1-25 | ZAMBETTI MAURICE & ANGELA 2 DERBY LA NEW CITY, NY 10956 | 2 DERBY LANE NEW CITY | ZAMBETTI MAURICE & ANGELA | |
| 52.5-1-68 | 30 FIELDSTONE COURT LLC 30 FIELDSTONE CT NEW CITY, NY 10956 | 30 FIELDSTONE CT NC | 30 FIELDSTONE COURT LLC | |
| 52.5-1-77 | GREWAL PERMINDER & NEENA 12 FIELDSTONE CT NEW CITY, NY 10956 | 12 FIELDSTONE CT NC | GREWAL PERMINDER & NEENA | |
| 52.6-1-3 | SAVINO CARRI & SARTER LAURA 140 WATERS EDGE CONGERS, NY 10920 | 140 WATERS EDGE CONGERS | SAVINO CARRI & SARTER | LAURA |
| 52.6-1-65 | MILONE ROBERT E & LAUREE 139 WATERS EDGE CONGERS NY 10920 | 139 WATERS EDGE CONGERS | MILONE ROBERT E & LAUREE | |
| 52.6-2-29 | VILLANUEVA PAUL & JONATHAN & JOSEPHINE 5 REINA COURT VALLEY COTTAGE, NY 10989 | 5 REINA COURT VALLEY COTTAG | VILLANUEVA PAUL & | JONATHAN & JOSEPHINE |

Date: 9/6/2017 Time: 9:34 AM

Year:       This Year
Index:      Section/Block/Lot
Criteria:   From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:      Active Parcels

**Search Results**

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.6-2-35 | SEPEDE JOHN & CALLANAN MAUREEN 3 FIVE OAKS LANE VALLEY COTTAGE, NY 10989 | 3 FIVE OAKS LANE VALLEY COT | SEPEDE JOHN & CALLANAN | MAUREEN |
| 52.6-2-43 | SARTER LAURA A & SCHNALZER CINDI A 15 SO PARK TERRACE CONGERS, NY 10920 | 15 S PARK TERRACE CONGERS | SARTER LAURA A & | SCHNALZER CINDI A |
| 52.6-2-44 | FOUBISTER NORMAN & ARLENE 17 SO PARK TERRACE CONGERS, NY 10920 | 17 S PARK TERRACE CONGERS | FOUBISTER NORMAN & ARLENE | |
| 52.6-2-54 | SAYEGH SUSAN 27 S PARK TERRACE, CONGERS, NY 10920 | 27 S PARK TERRACE CONGERS | SAYEGH SUSAN | |
| 52.7-1-14 | PHILIP PHILIPOSE & LIZY 193 KINGS HIGHWAY CONGERS, NY 10920 | 193 KINGS HIGHWAY CONGERS | PHILIP PHILIPOSE & LIZY | |
| 52.7-2-28 | DENISE JOSEPH & DANA 233 S HARRISON AVE CONGERS, NY 10920 | 233 S HARRISON AVE CONGERS | DENISE JOSEPH & DANA | |
| 52.7-2-41 | TAM JOHNNY F 177 SOUTH HARRISON AVE CONGERS, NY 10920 | 177 S HARRISON AVE CONGERS | TAM JOHNNY F | |
| 52.8-1-10 | AGULAR GREGORIO 84 MEDWAY AVE CONGERS, NY 10920 | 84 MEDWAY AVE CONGERS | AGULAR GREGORIO | |
| 52.8-1-19 | RASHID SHAH S & MURSHEDA 51 MEDWAY AVE CONGERS, NY 10920 | 51 MEDWAY AVE CONGERS | RASHID SHAH S | & MURSHEDA |

Page: 50

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392089

## Search Results

Status: Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.8-1-41 | KRIL VASYL 81 LENOX AVE CONGERS, NY 10920 | 81 LENOX AVE CONGERS | KRIL VASYL | |
| 52.8-1-50 | BUTRICO NICHOLAS P & ANAT 130 HIGHWAY AVE CONGERS, NY 10920 | 130 HIGHWAY AVE CONGERS | BUTRICO NICHOLAS P & | ANAT |
| 52.8-2-23 | BARRERO LILIANA 30 RIDGE ROAD CONGERS, NY 10920 | 30 RIDGE RD CONGERS | BARRERO LILIANA | |
| 52.8-2-32 | CONNELL CHRISTOPHER & MIRIAM 25 RIDGE ROAD CONGERS, NY 10920 | 25 RIDGE RD CONGERS | CONNELL CHRISTOPHER | & MIRIAM |
| 52.8-2-45 | URBAN ROBERT & ROSEMARY 18 QUASPECK ROAD CONGERS, NY 10920 | 18 QUASPEAK RD CONGERS | URBAN ROBERT & ROSEMARY | |
| 52.8-2-47 | HOSSAIN MUHAMMED & MAHER S 17 QUASPEACK ROAD CONGERS, NY 10920 | 17 QUASPEAK RD CONGERS | HOSSAIN MUHAMMED & | MAHER S |
| 52.8-2-61 | ALTAMORE THOMAS G 21 WISCONSIN AVE CONGERS, NY 10920 | 21 WISCONSIN AVE CONGERS | ALTAMORE THOMAS G | |
| 52.8-2-72 | VASIL JOANNE 59 WISCONSIN AVE CONGERS, NY 10920 | 59 WISCONSIN AVE CONGERS | VASIL JOANNE | |
| 52.8-2-78 | KURUVILLA SAJI & MINI 174 NEW YORK AVE CONGERS, NY 10920 | 174 NEW YORK AVE CONGERS | KURUVILLA SAJI & MINI | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.8-3-1 | SAMUEL, REIMON K & REIMON SHEEBA 103 OHIO AVE CONGERS, NY 10920 | 103 OHIO AVE CONGERS | SAMUEL, REIMON K & | REIMON SHEEBA |
| 52.8-3-25 | FREILER JAMES & JOHN 155 NEW YORK AVE CONGERS, NY 10920 | 155 NEW YORK AVE CONGERS | FREILER JAMES & JOHN | |
| 52.8-3-33.2 | THOMAS SAINU & KIZHAKKENCHERIL JOBY C 139 NEW YORK AVE CONGERS, NY 10920 | 139 NEW YORK AVE CONGERS | THOMAS SAINU | & KIZHAKKENCHERIL JOBY C |
| 52.8-5-52 | RICHARDSON WILLIAM R 63 KLOTHE DR GRAHAMSVILLE, NY 12740 | 135 MASSACHUSETTS AVE CONGERS | RICHARDSON WILLIAM R | |
| 52.8-3-64 | PAGLIUCA ANTHONY V & W 75A LAKE ROAD #101 CONGERS, NY 10920 | 173 MASSACHUSETTS AVE CONGERS | PAGLIUCA ANTHONY V & W | |
| 52.9-1-17 | KLECAR ANTON & CAROL M 324 STRAWTOWN RD NEW CITY, NY 10956 | 324 STRAWTOWN RD NEW CITY | KLECAR ANTON & CAROL M | |
| 52.9-1-22 | CALABRO JAMES & SHANTHI & SHEERIN CALABRO, IAN & CALABRO, JOHN 334 STRAWTOWN ROAD NEW CITY, NY 10956 | 334 STRAWTOWN RD NEW CITY CALABRO, JOHN | CALABRO JAMES & SHANTHI & | SHEERIN CALABRO, IAN & |
| 52.9-1-25 | KUSINER EVAN & JODI 346 STRAWTOWN RD NEW CITY N Y 10956 | 346 STRAWTOWN RD NEW CITY | KUSINER EVAN & JODI | |
| 52.10-1-35 | THARP JAMES E & MITZI 6 PINE TREE COURT VALLEY COTTAGE, NY 10989 | 6 PINE TREE CT VALLEY COTTA | THARP JAMES E & MITZI | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section\Block\Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.10-1-56 | GADIA DAISY<br>4 PINE TREE COURT<br>VALLEY COTTAGE, NY 10989 | 4 PINE TREE CT VALLEY COTTA | GADIA DAISY | |
| 52.10-1-48.2 | AGOVINO JOSEPH M<br>& JULIANNE<br>VALLEY COTTAGE, NY 10989 | 605A GATEWAY  VALLEY COTTAGE | AGOVINO JOSEPH M | & JULIANNE |
| 52.10-1-57 | 605 A GATEWAY<br>VALLEY COTTAGE, NY 10989<br>CHRISTENSEN BLAINE &<br>TESSIER ANDREA | 624 RUSSET RD VALLEY COTTAGE | CHRISTENSEN BLAINE & | TESSIER ANDREA |
| 52.10-2-9 | 624 RUSSET ROAD<br>VALLEY COTTAGE, NY 10989<br>PINA GERARDO & LAURIE | 618 GATEWAY  VALLEY COTTAGE | PINA GERARDO & LAURIE | |
| 52.10-2-24 | 618 GATEWAY<br>VALLEY COTTAGE, NY 10989<br>GENOVESI SUZANNE | 366 KINGS HWY VALLEY COTTAGE | GENOVESI SUZANNE | |
| 52.10-2-31 | 4 A KINGS CT<br>VALLEY COTTAGE, NY 10989<br>HEPBURN JAMES B & BETTY V<br>& OTERO BETTY | 355 SVAIN DRIVE VALLEY COTTAG | HEPBURN JAMES B & BETTY V | & OTERO BETTY |
| 52.10-2-49 | 355 SWAIN DRIVE<br>VALLEY COTTAGE, NY 10989<br>DARRAGH STEVEN & MAUREEN | 656 ANDOVER RD VALLEY COTTAGE | DARRAGH STEVEN & MAUREEN | |
| 52.11-1-1 | 656 ANDOVER RD<br>VALLEY COTTAGE N Y 10989<br>MIRANDA JOEL & SUSAN | 35 THIRD STREET CONGERS | MIRANDA JOEL & SUSAN | |
| 52.11-2-51 | 35 THIRD ST<br>CONGERS, NY 10920<br>PAXTON PATRICIA H<br>950 STARK LANE<br>VALLEY COTTAGE, NY 10989 | 950 STARK LANE VALLEY COTTAGE | PAXTON PATRICIA H | |

Date: 9/6/2017 Time: 9:34 AM

| Year: | This Year |
|---|---|
| Index: | Section/Block/Lot |
| Criteria: | From screen Base Information; Property Class equal to 215 |
| Swis Code: 392089 | |

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.11-2-53 | ULRICH DANIEL + STEPHANIE D / 954 STARK LANE / VALLEY COTTAGE, NY 10989 | 954 STARK LANE VALLEY COTTAGE | ULRICH DANIEL + STEPHANIE | D |
| 52.11-2-54 | MENDOZA ALMA / 964 STARK LANE / VALLEY COTTAGE, NY 10989 | 964 STARK LANE VALLEY COTTAGE | MENDOZA ALMA | |
| 52.11-2-74 | MATHEW KURIAN & MARIAMMA / 8 SPRING ROAD / VALLEY COTTAGE, NY 10989 | 8 SPRING ROAD VALLEY COTTAG | MATHEW KURIAN & MARIAMMA | |
| 52.11-2-77 | SHER KAREN / 14 SPRING RD / VALLEY COTTAGE, NY 10989 | 14 SPRING ROAD VALLEY COTTAG | SHER KAREN | |
| 52.11-3-11 | LANZETTA VINCENT & BARBARA A / 15 SASSON TERRACE / VALLEY COTTAGE, NY 10989 | 15 SASSON TERR VALLEY COTTAG | LANZETTA VINCENT & | BARBARA A |
| 52.11-3-20 | DACANAY VIRGILIO & CRISTINA / 33 SASSON TERRACE / VALLEY COTTAGE, NY 10989 | 33 SASSON TERR VALLEY COTTAG | DACANAY VIRGILIO & | CRISTINA |
| 52.11-4-7 | MCGRATH RAYMOND & KIM / 14 LAKEVIEW COURT / CONGERS N Y 10920 | 14 LAKEVIEW CT CONGERS | MCGRATH RAYMOND & KIM | |
| 52.11-4-24 | MAYORGA DONALD & ROCIO / 214 ROUTE 303 / VALLEY COTTAGE, NY 10989 | 214 ROUTE 303 VALLEY COTTAGE | MAYORGA, DONALD & ROCIO | |
| 52.11-4-28.3 | CERNARO CIRINO / 252 ROUTE 303 / VALLEY COTTAGE, NY 10989 | 252 ROUTE 303 VALLEY COTTAGE | CERNARO CIRINO | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.11-1-32 | VALLADERAS CRISTIAN A & ARMANDO 418 COUNTRY RIDGE DRIVE VALLEY COTTAGE, NY 10989 | 418 COUNTRY RIDGE DR VLY CTG | VALLADERAS CRISTIAN A | & ARMANDO |
| 52.12-1-9 | ASGHAR GHULAM + MAJEEDA 67 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 67 RIDGE RD VALLEY COTTAGE | ASGHAR GHULAM + MAJEEDA | |
| 52.12-1-18 | SELVAGGI FAMILY IRR TRUST 77 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 77 RIDGE RD VALLEY COTTAGE | SELVAGGI FAMILY IRR TRUST | |
| 52.12-1-19 | PATERNO CHARLES & NINA 73 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 73 RIDGE RD VALLEY COTTAGE | PATERNO CHARLES & NINA | |
| 52.12-1-36 | KOSSAK DANIEL S 19 TANGLEWOOD COURT CONGERS, NY 10920 | 19 TANGLEWOOD CT CONGERS | KOSSAK DANIEL S | |
| 52.12-1-42 | FANTINI JUDITH IRR TRUST 91 WISCONSIN AVE CONGERS, NY 10920 | 91 WISCONSIN AVE CONGERS | FANTINI JUDITH | IRR TRUST |
| 52.12-1-43 | MUSCATELLA ANTHONY KRISTYN & SUSAN 93 WISCONSIN AVE CONGERS, NY 10920 | 93 WISCONSIN AVE CONGERS | MUSCATELLA ANTHONY | KRISTYN & SUSAN |
| 52.12-1-70 | GRIMSHAW BRUCE E IRR TRUST 6/16/2015 242 MASSACHUSETTS AVENUE VALLEY COTTAGE, NY 10989 | 242 MASSACHUSETTS AVE VLY CTG | GRIMSHAW BRUCE E | IRR TRUST 6/16/2015 |
| 52.12-2-10 | DEL FIERRO LIONEL + PIZARRO ASHLEY 225 MASSACHUSETTS AVENUE VALLEY COTTAGE, NY 10989 | 225 MASSACHUSETTS AVE VLY CTG | DEL FIERRO LIONEL + | PIZARRO ASHLEY |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.12-2-15 | LANZO ALFONZO & CARMEN 8 MICHIGAN COURT VALLEY COTTAGE, NY 10989 | 8 MICHIGAN CT VALLEY COTTAG | LANZO ALFONZO & CARMEN | |
| 52.12-2-27 | SLIVA EDWARD V TRUST & MARGARET 6 SEDGE ROAD VALLEY COTTAGE, NY 10989 | 6 SEDGE RD VALLEY COTTAGE | SLIVA EDWARD V TRUST & | MARGARET |
| 52.12-2-46 | GEBBIA PAUL & SPINELLI CANDACE T 253 VALLEY RD VALLEY COTTAGE, NY 10989 | 253 VALLEY RD VALLEY COTTAGE | GEBBIA PAUL & SPINELLI | CANDACE T |
| 52.13-1-5 | HURLEY MICHAEL T & CAROLYN 98 ROBINHOOD LANE NEW CITY, NY 10956 | 98 ROBINHOOD LANE NEW CITY | HURLEY MICHAEL T | & CAROLYN |
| 52.13-1-13 | GOODMAN EDITH & ALLEN & SHERMAN JOANNE 104 ROBINHOOD LANE WEST NYACK, NY 10994 | 104 ROBINHOOD LANE WEST NYACK | GOODMAN EDITH & ALLEN & | SHERMAN JOANNE |
| 52.13-1-36 | HAYWARD THOMAS & ANN 269 OLD MILL RD VALLEY COTTAGE, NY 10989 | 269 OLD MILL RD VALLEY COTTAG | HAYWARD THOMAS & ANN | |
| 52.14-1-7 | BYRNE BRIAN & ANNE 5 WATERS MILL COURT VALLEY COTTAGE, NY 10989 | 5 WATERS MILL COURT VLY CTG | BYRNE BRIAN & ANNE | |
| 52.14-1-32 | AGARD LINDSAY J & ESTAPHANE MELANIE D 339 DEER TRACK LANE VALLEY COTTAGE, NY 10989 | 339 DEER TRACK LA VALLEY COTT | AGARD LINDSAY J & | ESTAPHANE MELANIE D |
| 52.14-2-16 | JABER KARAM & ABUNYAB KHALEEL 400 KINGS HIGHWAY VALLEY COTTAGE, NY 10989 | 400 KINGS HWY VALLEY COTTAGE | JABER KARAM & ABUNYAB | KHALEEL |

Page: 56

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.14-2-19 | GEORGE JOHN & JOHN LISSY 402 KINGS HIGHWAY VLY COTTAGE, NY 10989 | 402 KINGS HWY VALLEY COTTAGE | GEORGE JOHN & JOHN LISSY | |
| 52.14-2-25 | CICCHINI CLAUDIO & IVIS 355 OLD MILL ROAD VALLEY COTTAGE, NY 10989 | 355 OLD MILL RD VALLEY COTTAG | CICCHINI CLAUDIO & | IVIS |
| 52.14-3-3.5 | BUDET RAFAEL A & PROVIDENCE R 19 FLOWER LANE VALLEY COTTAGE, NY 10989 | 19 FLOWER LANE VALLEY COTTAG | BUDET RAFAEL A & | PROVIDENCE R |
| 52.14-3-11 | HUDSON SEAN D 8 FLOWER LANE VALLEY COTTAGE, NY 10989 | 8 FLOWER LANE VALLEY COTTAG | HUDSON SEAN D | |
| 52.14-3-29 | CARIOSCIA ROSEMARIE & DANIEL 688 COTTAGE LANE VALLEY COTTAGE, NY 10989 | 688 COTTAGE LA VALLEY COTTAGE | CARIOSCIA ROSEMARIE | & DANIEL |
| 52.15-1-8 | MONCLOVA DAVID & BENNETT MELANIE 96 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 96 RIDGE RD VALLEY COTTAGE | MONCLOVA DAVID & | BENNETT MELANIE |
| 52.15-1-9 | MARTINEZ RAFAEL & REBECA 94 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 94 RIDGE RD VALLEY COTTAGE | MARTINEZ RAFAEL & REBECA | |
| 52.15-1-34.2 | MATTLIANO DOUGLAS J & JEANNE E 62 SEDGE RD VALLEY COTTAGE, NY 10989 | 62 SEDGE RD VALLEY COTTAGE | MATTLIANO DOUGLAS J & | JEANNE E |
| 52.15-1-35.1 | STABILE CARRIE 85 SEDGE RD VALLEY COTTAGE, NY 10989 | 85 SEDGE RD VALLEY COTTAGE | STABILE CARRIE | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.15-1-35.10 | STABILE JAMES III 82 SEDGE RD VALLEY COTTAGE, NY 10989 | 82 SEDGE RD VALLEY COTTAGE | STABILE JAMES III | |
| 52.15-1-43 | SERRATORE FRANCESCO & THERESA 130 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 130 RIDGE RD VALLEY COTTAGE | SERRATORE FRANCESCO & | THERESA |
| 52.16-1-6 | KERNER KENNETH + BARBARA 3 VIRGINIA STREET VALLEY COTTAGE, NY 10989 | 3 VIRGINIA ST VALLEY COTTAG | KERNER KENNETH + BARBARA | |
| 52.16-1-21 | VANDINA JOANN 30 SEDGE ROAD VALLEY COTTAGE, NY 10989 | 30 SEDGE RD VALLEY COTTAGE | VANDINA JOANN | |
| 52.16-1-54 | MARQUEZ CARLOS & ISABEL 37 SEDGE ROAD VALLEY COTTAGE, NY 10989 | 37 SEDGE RD VALLEY COTTAGE | MARQUEZ CARLOS & ISABEL | |
| 52.16-1-73 | VARGHESE MATHEW & MATHEW MARYKUTTY 280 COTTAGE ROAD VALLEY COTTAGE, NY 10989 | 280 COTTAGE RD VALLEY COTTAGE | VARGHESE MATHEW & | MATHEW MARYKUTTY |
| 52.16-2-18 | SAMPAIO ANDRE 244 COTTAGE RD VALLEY COTTAGE, NY 10989 | 244 COTTAGE RD VALLEY COTTAGE | SAMPAIO ANDRE | |
| 52.16-2-26 | MORRISON JOHN & W 108 HELENE RD VALLEY COTTAGE, NY 10989 | 108 HELENE RD VALLEY COTTAGE | MORRISON JOHN & W | |
| 52.16-3-32 | BOUTIN SPENCER & DEFRESSE JENERA, 226 VALLEY RD VALLEY COTTAGE, NY 10989 | 226 VALLEY RD VALLEY COTTAGE | BOUTIN SPENCER & DEFRESSE | JENERA |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen: Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.16-3-35 | GALLAGHER DAMIEN M & GALLIGAN SALINA 232 VALLEY RD VALLEY COTTAGE, NY 10989 | 232 VALLEY RD VALLEY COTTAGE | GALLAGHER DAMIEN M | & GALLIGAN SALINA |
| 52.18-1-28 | WYNNE THOMAS & INES 568 MILLBURN CT VALLEY COTTAGE, NY 10989 | 568 MILLBURN CT VALLEY COTTAG | WYNNE THOMAS & INES | |
| 52.18-1-59 | MORAN HECTOR D & OSCAR 98 BRANCHVILLE RD VALLEY COTTAGE, NY 10989 | 98 BRANCHVILLE ROAD VLY CTG | MORAN HECTOR D & OSCAR | |
| 52.18-1-76 | THE COMMUNITY OF THE DIVINE PROVIDENCE INC 5 CYGNET LANE VALLEY COTTAGE, NY 10989 | 5 CYGNET LANE VALLEY COTTAG | THE COMMUNITY OF THE | DIVINE PROVIDENCE INC |
| 52.18-2-29 | ARMADA, ABERLANDO & ANTONIA 680 COTTAGE LANE VALLEY COTTAGE, NY 10989 | 680 COTTAGE LA VALLEY COTTAGE | ARMADA, ABERLANDO & | ANTONIA |
| 52.18-2-83 | PURVES SCOTT & SANDRA 306 FULLE DRIVE VALLEY COTTAGE, NY 10989 | 306 FULLE DRIVE VALLEY COTTAG | PURVES SCOTT & SANDRA | |
| 52.19-1-4.1 | GERAGHTY WILLIAM J & RAVEN E 11 TRANQUILL AVENUE VALLEY COTTAGE, NY 10989 | 11 TRANQUILL AVENUE VLY CTG | GERAGHTY WILLIAM J & | RAVEN E |
| 52.19-1-37 | CRUZ EDITH 30 GREEN AVE VALLEY COTTAGE, NY 10989 | 30 GREEN AVE VALLEY COTTAGE | CRUZ EDITH | |
| 52.19-1-42 | KRASNIQI LABINOT 49 GREEN AVE VALLEY COTTAGE, NY 10989 | 49 GREEN AVE VALLEY COTTAGE | KRASNIQI LABINOT | |

Date: 9/6/2017 Time 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Basic Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.19-1-51 | QUINONES MARY CAROLINE C + KHAN TAREQUL I, 767 BIRCHWOOD COURT VALLEY COTTAGE, NY 10989 | 767 BIRCHWOOD COURT VLY CTG | QUINONES MARY CAROLINE C | + KHAN TAREQUL I |
| 52.19-2-5 | BONIKOS KIRINEOS, 138 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 138 RIDGE RD VALLEY COTTAGE | BONIKOS KIRINEOS | |
| 52.19-2-22.3 | TURNER ANTHONY, 160 RIDGE RD VALLEY COTTAGE, NY 10989 | 160 RIDGE RD VALLEY COTTAGE | TURNER ANTHONY | |
| 52.19-2-26 | ALEENA CORP, 140 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 140 RIDGE RD VALLEY COTTAGE | ALEENA CORP | |
| 52.19-2-27 | RODRIGUEZ MARIA L/T RODRIQUEZ SANDRA M, 1 LOWERRE PLACE VALLEY COTTAGE, NY 10989 | 1 LOWERRE PL VALLEY COTTAGE | RODRIGUEZ MARIA L/T | RODRIQUEZ SANDRA M |
| 52.19-2-41 | MOCCIO PHILIP J & LINDA M, 18 LOWERRE PLACE VALLEY COTTAGE, NY 10989 | 18 LOWERRE PL VALLEY COTTAGE | MOCCIO PHILIP J & LINDA M | |
| 52.19-2-44 | GENTILE GERARD & BARBARA, 6 LOWERRE PLACE VALLEY COTTAGE, NY 10989 | 6 LOWERRE PL VALLEY COTTAGE | GENTILE GERARD & BARBARA | |
| 52.19-2-51 | FORTUNATO NELLIE, 303 BLISS LANE VALLEY COTTAGE, NY 10989 | 169 RIDGE RD VALLEY COTTAGE | FORTUNATO NELLIE | |
| 52.19-2-55 | VAILLANCOURT DONNA + VAILLANCOURT ROBERT D, 177 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 177 RIDGE RD VALLEY COTTAGE | VAILLANCOURT DONNA + | VAILLANCOURT ROBERT D |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.192-2-73 | PERRET WILLIAM G & GREGORY W 1 AMORY COURT VALLEY COTTAGE, NY 10989 | 1 AMORY DR VALLEY COTTAGE | PERRET WILLIAM G | & GREGORY W |
| 52.192-2-83 | MATTIACCIO PETER L/R SANCHEZ LAURA 2 AMORY COURT VALLEY COTTAGE, NY 10989 | 2 AMORY DR VALLEY COTTAGE | MATTIACCIO PETER L/R | SANCHEZ LAURA |
| 52.20-1-50 | GILL ANDRE M & JOANNE 15 LOUIS AVENUE VALLEY COTTAGE, NY 10989 | 15 LOUIS AVE VALLEY COTTAGE | GILL ANDRE M & JOANNE | |
| 52.20-1-53 | DORN THOMAS J & LAURA 7 LOUIS AVE VALLEY COTTAGE, NY 10989 | 7 LOUIS AVE VALLEY COTTAGE | DORN THOMAS J & LAURA | |
| 52.20-1-56 | CASSANO ERIC & ROSALIA FASTIGI 6 LOUIS AVENUE VALLEY COTTAGE, NY 10989 | 6 LOUIS AVE VALLEY COTTAGE | CASSANO ERIC & ROSALIA | FASTIGI |
| 52.20-2-16 | DARBOUZE GINA M 862 MULLBERRY ROAD VALLEY COTTAGE, NY 10989 | 862 MULLBERRY RD VALLEY CTG | DARBOUZE GINA M | |
| 52.20-2-30 | VAZQUEZ NOEL & ANA D 885 STOCKTON RD VALLEY COTTAGE, NY 10989 | 885 STOCKTON RD VALLEY COTTAG | VAZQUEZ NOEL & ANA D | |
| 52.20-2-38 | SULLIVAN CATHERINE 884 STOCKTON ROAD VALLEY COTTAGE N Y 10989 | 884 STOCKTON RD VALLEY COTTAG | SULLIVAN CATHERINE | |
| 52.20-2-52 | CORDOVA NELSON & ELAINE HERNANDEZ-CORDOVA 999 ASHLAND STREET VALLEY COTTAGE, NY 10989 | 999 ASHLAND ST VALLEY COTTAGE | CORDOVA NELSON & ELAINE | HERNANDEZ-CORDOVA |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.20-2-60 | KNARICH BRUCE + CAROLE 916 ASHLAND STREET VALLEY COTTAGE, NY 10989 | 916 ASHLAND ST VALLEY COTTAGE | KNARICH BRUCE - CAROLE | |
| 52.20-2-62 | SCARPULLA CHARLES S & MARY ANN L/E MAYERNIK, L & CALABRO L & MCCORMICK M & SCARPULLA, C. A. 910 ASHLAND STREET VALLEY COTTAGE, N.Y. 10989 | 910 ASHLAND ST VALLEY COTTAGE CALABRO L & MCCORMICK M | SCARPULLA CHARLES S & & SCARPULLA, C. A. | MARY ANN L/E MAYERNIK, L & |
| 52.20-2-65 | CUESTA ANGELA & FROILE EVA 902 ASHLAND ST VALLEY COTTAGE, NY 10989 | 902 ASHLAND ST VALLEY COTTAGE | CUESTA ANGELA & FROI L/E | EVA |
| 52.20-2-67 | PAVELCHAK III ANTON & LISCHICK MARGARET C/O MARGARET LISCHICK 878 STOCKTON ROAD VALLEY COTTAGE N Y 10989 | 878 STOCKTON RD VALLEY COTTAG C/O MARGARET LISCHICK | PAVELCHAK III ANTON | & LISCHICK MARGARET |
| 52.20-2-80 | TAPIA ANELRYS & GOMEZ MARINA 854 MULLBERRY ROAD VALLEY COTTAGE, NY 10989 | 854 MULLBERRY RD VALLEY CTG | TAPIA ANELRYS & | GOMEZ MARINA |
| 52.20-2-87 | ROCK TERENCE S & TANYA M PEREZ- 856 BELLEVILLE DRIVE VALLEY COTTAGE N Y 10989 | 856 BELLEVILLE DRIVE VLY CTG | ROCK TERENCE S & TANYA M | PEREZ- |
| 53.13-1-19 | HERNANDEZ NELSON A & SANDRA P 154 CHARLES BLVD VALLEY COTTAGE, NY 10989 | 154 CHARLES BLVD VALLEY COTTA | HERNANDEZ NELSON A & | SANDRA P |

Date: 9/6/2017 Time: 9:34 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

**Search Results**

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 53.13-1-65 | SILVA JOHN P & JACQUELINE M 20 ROCK DRIVE VALLEY COTTAGE, NY 10989 | 20 ROCK DRIVE VALLEY COTTAGE | SILVA JOHN P & JACQUELINE | M |
| 53.17-1-16 | GRANDE WILLIAM & MICHELLE OWEN 936 FLINT COURT VALLEY COTTAGE, NY 10989 | 936 FLINT CT VALLEY COTTAGE | GRANDE WILLIAM & | MICHELLE OWEN |
| 53.17-1-25 | PECOU DELIA REV TRUST 929 MICA COURT VALLEY COTTAGE, NY 10989 | 929 MICA COURT VALLEY COTTAGE | PECOU DELIA | REV TRUST |
| 53.17-1-66 | BRADY MICHAEL & MARGARET 3 ROCK DRIVE VALLEY COTTAGE, NY 10989 | 3 ROCK DRIVE VALLEY COTTAGE | BRADY MICHAEL & MARGARET | |
| 53.17-1-70 | GARCIA MICHELLE M 11 ROCK DRIVE VALLEY COTTAGE, NY 10989 | 11 ROCK DRIVE VALLEY COTTAGE | GARCIA MICHELLE M | |
| 57.7-3-7 | CHAMBERS-BROWN ALICIA 54 SPRING BROOK RD NANUET, NY 10954 | 54 SPRING BROOK RD NANUET | CHAMBERS-BROWN ALICIA | |
| 57.7-3-11 | CISNEROS-ARIAS SONIA I 62 SPRINGBROOK RD NANUET, NY 10954 | 62 SPRING BROOK RD NANUET | CISNEROS-ARIAS SONIA I | |
| 57.7-3-15 | EUGENE LOUIS & MARINA & ERIC & JACKSON 48 SPRING BROOK RD NANUET, NY 10954 | 48 SPRING BROOK RD NANUET | EUGENE LOUIS & MARINA | & ERIC & JACKSON |
| 57.7-4-2 | ARIAS SERGIO G & LEMUS NELSON A 57 SPRING BROOK RD NANUET, NY 10954 | 57 SPRING BROOK RD NANUET | ARIAS SERGIO G & LEMUS | NELSON A |

Page 63

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 57.7-4-40 | LOUIS MIRVIL & THOMAS MARIE L<br>29 SPRINGBROOK RD<br>NANUET, NY 10954 | 29 SPRING BROOK RD NANUET | LOUIS MIRVIL & THOMAS | MARIE L |
| 57.7-5-34 | DESROCHES MARIE<br>7 OLIN DR<br>NANUET, NY 10954 | 7 OLIN DR NANUET | DESROCHES MARIE | |
| 57.7-5-51 | LAMY MARC & BOIROND MARIE<br>108 N PASCACK ROAD<br>NANUET, NY 10954 | 108 N PASCACK RD NANUET | LAMY MARC & BOIROND MARIE | |
| 57.7-5-57 | MG HOMES CORP<br>22 YOLMANS DR<br>SPRING VALLEY, NY 10977 | 8 LOUISE PLACE NANUET | MG HOMES CORP | |
| 57.8-1-24 | NGHE TIEN H & CINDY<br>1 MEDFORD PLACE<br>NANUET, NY 10954 | 1 MEDFORD PLACE NANUET | NGHE TIEN H & CINDY | |
| 57.8-1-26 | KALSARIA GAURANG R &<br>PATEL-KALSARIA KRUTI<br>10 MEDFORD PLACE<br>NANUET, NY 10954 | 10 MEDFORD PLACE NANUET | KALSARIA GAURANG R & | PATEL-KALSARIA KRUTI |
| 57.8-1-27 | GARCIA JULIO H & GLADYS<br>8 MEDFORD PLACE<br>NANUET, NY 10954 | 8 MEDFORD PLACE NANUET | GARCIA JULIO H & GLADYS | |
| 57.8-2-8 | THOMAS KOSHY M & KOSHY SHEEBA<br>10 STURBRIDGE CT<br>NANUET, NY 10954 | 10 STURBRIDGE CT NANUET | THOMAS KOSHY M & KOSHY | SHEEBA |
| 57.8-2-28 | BLUE TRUST EMILY<br>43 COTTAGE PLACE<br>NANUET, NY 10954 | 43 COTTAGE PLACE NANUET | BLUE TRUST EMILY | |

Date: 9/6/2017 Time: 9:34 AM

Year:   This Year
Index:  Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392689

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 57.8-2-59 | ROSENBLATT ALAN & DEBORAH<br>112 TENNYSON DR<br>NANUET N Y 10954 | 112 TENNYSON DR NANUET | ROSENBLATT ALAN & DEBORAH | |
| 57.8-2-76 | KIM BOG SOON A/K/A<br>BOGSOON – MAN GYOO<br>72 TENNYSON DR<br>NANUET, N Y 10954 | 72 TENNYSON DR NANUET | KIM BOG SOON A/K/A | BOGSOON – MAN GYOO |
| 57.8-2-80 | PATEL SANJIV & KASHMIRA<br>65 TENNYSON DRIVE<br>NANUET, NY 10954 | 65 TENNYSON DR NANUET | PATEL SANJIV & KASHMIRA | |
| 57.10-1-13 | LEMA BERMA E<br>33 SECOND AVE<br>NANUET, NY 10954 | 33 SECOND AVE NANUET | LEMA BERMA E | |
| 57.10-1-15 | MELEANCE JACQUELINE<br>1 TURNER COURT<br>NANUET, NY 10954 | 1 TURNER CT NANUET | MELEANCE JACQUELINE | |
| 57.10-1-16 | ETIENNE RAOUL<br>3 TURNER COURT<br>NANUET, NY 10954 | 3 TURNER CT NANUET | ETIENNE RAOUL | |
| 57.10-1-18 | LEMA WILSON A + LOURDES<br>7 TURNER COURT<br>NANUET, NY 10977 | 7 TURNER CT NANUET | LEMA WILSON A + LOURDES | |
| 57.10-1-19 | LEMA JULIO<br>31 SECOND AVE<br>NANUET, NY 10954 | 31 SECOND AVE NANUET | LEMA JULIO | |
| 57.10-1-23 | WILLIAMS HENRY<br>11 TURNER COURT<br>NANUET, NY 10954 | 11 TURNER CT NANUET | WILLIAMS HENRY | |
| 57.10-1-70 | QUIRK NATASHA &<br>OCASIO ADAM<br>16 VALLEY DRIVE<br>NANUET, NY 10954 | 16 VALLEY DR NANUET | QUIRK NATASHA & | OCASIO ADAM |

Date: 9/6/2017   Time: 9:34 AM

Year:            This Year:
Index:           Section/Block/Lot
Criteria:        From screen Base Information: Property Class equal to 215
Swis Code: 392089

## Search Results

Status:   Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 57.10-1-75 | NAZAIRE OREZAR & LOUISE<br>12 TURNER COURT<br>NANUET, NY 10954 | 12 TURNER CT NANUET | NAZAIRE OREZAR & LOUISE | |
| 57.10-1-77 | MADELON JEAN & CHARITE<br>8 TURNER COURT<br>NANUET, NY 10954 | 8 TURNER CT NANUET | MADELON JEAN & CHARITE | |
| 57.10-1-79 | JULIEN JOSEPH & MARIE<br>4 TURNER COURT<br>NANUET, NY 10954 | 4 TURNER CT NANUET | JULIEN JOSEPH & MARIE | |
| 57.11-1-76 | DORESTANT FRITZNER &<br>STANILA<br>35 NO PASSACK ROAD<br>NANUET, NY 10954 | 35 N PASSACK RD NANUET | DORESTANT FRITZNER & | STANILA |
| 57.12-1-13 | HARRISON KHRISTOFER &<br>ROSA VIOSANNY<br>17 VALLSHIRE CIR<br>NANUET, NY 10954 | 17 VALLSHIRE CIR NANUET | HARRISON KHRISTOFER & | ROSA VIOSANNY |
| 57.12-1-15 | DIENER MARILYN<br>21 VALLSHIRE CIRCLE<br>NANUET, NY 10954 | 21 VALLSHIRE CIR NANUET | DIENER MARILYN | |
| 57.12-1-16 | DE ALVANDROS WILLIAM &<br>CAROLYN<br>23 VALLSHIRE CIRCLE<br>NANUET, NY 10954 | 23 VALLSHIRE CIR NANUET | DE ALVANDROS WILLIAM & | CAROLYN |
| 57.15-1-23 | LEMA JOSE<br>18 NO PASSACK RD<br>NANUET, NY 10954 | 18 N PASSACK RD NANUET | LEMA JOSE | |
| 57.15-1-24 | APPIAH SAMUEL & BEATRICE<br>20 N PASSACK RD<br>NANUET, NY 10954 | 20 N PASSACK RD NANUET | APPIAH SAMUEL & BEATRICE | |

Page: 66

Date: 9/6/2017 Time: 9:34 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 57.15-1-26 | GILLES ILFRID JEAN 229 SMITH RD NANUET, NY 10954 | 229 SMITH RD NANUET | GILLES ILFRID JEAN | |
| 57.15-1-27 | MENIEL MARIE 231 SMITH RD NANUET, NY 10954 | 231 SMITH RD NANUET | MENIEL MARIE | |
| 57.19-2-23 | SIDDIQI MOHAMMAD 10 JUDITH STREET NANUET N Y 10954 | 10 JUDITH STREET NANUET | SIDDIQI MOHAMMAD | |
| 57.19-3-17 | PERVEZ RUBINA 47 FREEDMAN AVENUE NANUET, NY 10954 | 47 FREEDMAN AVE NANUET | PERVEZ RUBINA | |
| 57.20-1-42 | JENKINS EMILY S & HARRIS MARIE S 44 DYKES PARK ROAD NANUET N Y 10954 | 44 DYKES PARK RD NANUET | JENKINS EMILY S & | HARRIS MARIE S |
| 57.20-1-57 | SANTAMARIA CARLO & PASQUALINA L/E AORS 20 NEW HAVEN AVENUE NANUET, NY 10954 | 20 NEW HAVEN AVE NANUET | SANTAMARIA CARLO & | PASQUALINA L/E AORS |
| 57.20-2-10 | HACKSHAW DOMINIC & VINCENTE-HACKSHAW AMANDA 26 SHERWOOD DR NANUET, NY 10954 | 26 SHERWOOD DR NANUET | HACKSHAW DOMINIC & | VINCENTE-HACKSHAW AMANDA |
| 57.20-2-34 | AMENDANO ANA A & BOLIVAR R 19 GRANDVIEW AVE NANUET, NY 10954 | 19 GRANDVIEW AVENUE NANUET | AMENDANO ANA A & BOLIVAR | R |
| 58.5-1-46 | GERRAPUTA DONALD & MARIA 311 NO. MIDDLETOWN RD NANUET, NY 10954 | 311 N MIDDLETOWN RD NANUET | GERRAPUTA DONALD & MARIA | |

Date: 9/6/2017 Time: 9:34 AM

| Year: | This Year |
|---|---|
| Index: | Section/Block/Lot |
| Criteria: | From screen Basic Information: Property Class equal to 215 |
| Swis Code: 392089 | |

Status:  Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58-5-1-61 | VINCENZI EDWARD & JANETTE<br>20 FULTON STREET<br>NANUET, NY 10954 | 20 FULTON STREET NANUET | VINCENZI EDWARD & JANETTE | |
| 58-5-2-18 | CARCHIOABLA LUIS A<br>CARCHIOABLA AIDA R<br>32 CENTRAL DRIVE<br>NANUET, NY 10954 | 32 CENTRAL DR NANUET | CARCHIOABLA LUIS A | CARCHIOABLA AIDA R |
| 58-5-2-24 | PETRAZZUOLO WILLIAM &<br>PETRAZZUOLO MICHELLE<br>18 LAKE SHORE DR<br>NANUET, NY 10954 | 18 LAKE SHORE DR NANUET | PETRAZZUOLO WILLIAM & | PETRAZZUOLO MICHELLE |
| 58-5-3-7 | FREEMAN ROBYN LISA<br>9 FLORAL COURT<br>NANUET, NY 10954 | 9 FLORAL COURT NANUET | FREEMAN ROBYN LISA | |
| 58-5-3-26 | SANDHU SATNAM S &<br>CHARANJIT TRUST<br>23 AMARILLO DRIVE<br>NANUET, NY 10954 | 23 AMARILLO DRIVE NANUET | SANDHU SATNAM S & | CHARANJIT TRUST |
| 58-5-3-27 | PAUL MUNESHWAR &<br>ROOPOUTIE<br>21 AMARILLO DRIVE<br>NANUET, NY 10954 | 21 AMARILLO DRIVE NANUET | PAUL MUNESHWAR & | ROOPOUTIE |
| 58-5-3-32 | ISLAMI EMRO & MERMEA<br>& KAREEM A<br>9 AMARILLO DRIVE<br>NANUET, NY 10954 | 9 AMARILLO DRIVE NANUET | ISLAMI EMRO & MERMEA | & KAREEM A |
| 58-5-3-43 | THOMAS SKARIA +<br>SKARIA SHARINE<br>10 AMARILLO DR<br>NANUET, NY 10954 | 10 AMARILLO DRIVE NANUET | THOMAS SKARIA + | SKARIA SHARINE |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 | Addr 2 | Name 2 |
|---|---|---|---|---|---|
| 58.5-3-44 | BOKHARI SYEDZILLE HASNAN / 8 AMARILLO DRIVE / NANUET, NY 10954 | 8 AMARILLO DRIVE NANUET | BOKHARI SYEDZILLE HASNAN | | |
| 58.5-3-45 | SANDOVAL MARGARITA + / PINOS CLARA / 6 AMARILLO DRIVE / NANUET, NY 10954 | 6 AMARILLO DRIVE NANUET | SANDOVAL MARGARITA + | | PINOS CLARA |
| 58.5-3-74 | HIGGINS JOHN & JANET / 4 MERIDAN LANE / NANUET, NY 10954 | 4 MERIDAN LANE NANUET | HIGGINS JOHN & JANET | | |
| 58.5-4-1 | PALLIKAL JOHN M & / ANNAMMA JOHN / 73 OAKLAND PLACE / NANUET, NY 10954 | 73 OAKLAND PL NANUET | PALLIKAL JOHN M & | | ANNAMMA JOHN |
| 58.5-4-3 | MARIANI FRANCA / 65 OAKLAND PLACE / NANUET, NY 10954 | 65 OAKLAND PL NANUET | MARIANI FRANCA | | |
| 58.5-4-5 | FERRARA MICHAEL -- DAWN M / 57 OAKLAND PLACE / NANUET, NY 10954 | 57 OAKLAND PL NANUET | FERRARA MICHAEL -- DAWN M | | |
| 58.5-4-24 | THOMAS BINDU & MATHEW V / 17 SPRUCE CT / NANUET, NY 10954 | 17 SPRUCE CT NANUET | THOMAS BINDU & MATHEW V | | |
| 58.5-4-26 | TISO GRAZIA & ANTONIO / 312 N MIDDLETOWN RD / NANUET, NY 10954 | 312 N MIDDLETOWN RD NANUET | TISO GRAZIA & ANTONIO | | |
| 58.5-4-28 | CANNELLA ROCCO / 15 SPRUCE CT / NANUET, NY 10954 | 15 SPRUCE CT NANUET | CANNELLA ROCCO | | |
| 58.6-1-5 | CARUSO JULIA FAMILY TRUST / C/O RINALDO J PERCIBALLI / 22 WESTLYN DR / BARDONIA, NY 10954 | 22 WESTLYN DR BARDONIA | CARUSO JULIA FAMILY TRUST | | C/O RINALDO J PERCIBALLI |

Date: 9/6/2017 Time: 9:31 AM

Year:   This Year
Index:   Section/Block/Lot
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address / Addr 1 | Addr 2 | Name 1 | Name 2 |
|---|---|---|---|---|---|
| 58.6-1-9 | MOHAMED KARIM & THURAYA, OMAR 6 WESTLYN DR BARDONIA, NY 10954 | 6 WESTLYN DR BARDONIA | | MOHAMED KARIM & THURAYA, | OMAR |
| 58.6-1-14 | TRACEY LISA M 17 EASTLYN DR BARDONIA, NY 10954 | 17 EASTLYN DR BARDONIA | | TRACEY LISA M | |
| 58.6-1-52 | BIELLA DOMENICA & CANNELLA ANTHONY 78 WESTLYN DR BARDONIA, NY 10954 | 78 WESTLYN DR BARDONIA | | BIELLA DOMENICA & | CANNELLA ANTHONY |
| 58.6-1-66 | PAPPAS MICHAEL GREGORY & LISA MARIE 195 PINEVIEW AVE BARDONIA, NY 10954 | 195 PINEVIEW AVE BARDONIA | | PAPPAS MICHAEL GREGORY & | LISA MARIE |
| 58.6-1-70 | BARONE RALPH F & SUEANN 1 WESTLYN DR BARDONIA, NY 10954 | 1 WESTLYN DR BARDONIA | | BARONE RALPH F & SUEANN | |
| 58.6-2-13 | CASTIELLO V A + W 32 PINEVIEW AVE BARDONIA N Y 10954 | 32 PINEVIEW AVE BARDONIA | | CASTIELLO V A + W | |
| 58.6-2-14.2 | MEROLA LOUIS & DEBRA & JOSEPH 22 PINEVIEW AVE BARDONIA, NY 10954 | 22 PINEVIEW AVE BARDONIA | | MEROLA LOUIS & DEBRA & | JOSEPH |
| 58.6-2-22 | DELEON SHARON A 1 FURPHY LANE BARDONIA, NY 10954 | 1 FURPHY LANE BARDONIA | | DELEON SHARON A | |
| 58.6-2-29 | NUEVA NEIL & DENISE 484 ROUTE 304 BARDONIA, NY 10954 | 484 ROUTE 304 BARDONIA | | NUEVA NEIL & DENISE | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

**Search Results**

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.6-2-52 | KIM KIKUK & HYESEON 3 CRIMSON COURT BARDONIA, NY 10954 | 3 CRIMSON CT BARDONIA | KIM KIKUK & HYESEON | |
| 58.6-2-58 | WIMBERT HENRY L & W 18 COTTONWOOD COURT BARDONIA, NY 10954 | 18 COTTONWOOD CT BARDONIA | WIMBERT HENRY L & W | |
| 58.6-2-69 | PALUMBO FRANK & JEANINE 6 BRENDA LANE BARDONIA, NY 10954 | 6 BRENDA LANE BARDONIA | PALUMBO FRANK & JEANINE | |
| 58.6-2-71 | MCILHARGY-FRITZ RUTH & FRITZ JOHN A 143 PINEVIEW AVE BARDONIA, NY 10954 | 143 PINEVIEW AVE BARDONIA | MCILHARGY-FRITZ RUTH | & FRITZ JOHN A |
| 58.7-1-77 | TOPS REAL ESTATE INC 10 EAST 704TH STREET ORANGEBURG, NY 10962 | 1 DEARBORN RD WEST NYACK | TOPS REAL ESTATE INC | |
| 58.7-1-81 | AYLWARD WILLIAM & BRENDA 37 ROCKFORD DRIVE WEST NYACK, NY 10994 | 37 ROCKFORD DR WEST NYACK | AYLWARD WILLIAM & BRENDA | |
| 58.8-2-8 | SYRE GILBERT & ANGELA 4 KENBAR ROAD WEST NYACK, NY 10994 | 4 KENBAR RD WEST NYACK | SYRE GILBERT & ANGELA | |
| 58.8-2-37 | MCGLINCHEY RUSSELL & KAREN 317 STRAWTOWN ROAD WEST NYACK, NY 10994 | 317 STRAWTOWN RD WEST NYACK | MCGLINCHEY RUSSELL & | KAREN |
| 58.8-2-58 | HANLEY DONNA L & RAHSAAN & BIALOWAS-HANLEY MONIKA 26 KENBAR ROAD WEST NYACK, NY 10994 | 26 KENBAR RD WEST NYACK | HANLEY DONNA L & RAHSAAN | & BIALOWAS-HANLEY MONIKA |

Page: 71

Date: 9/6/2017 Time: 9:34 AM

Year:    This Year
Index:    Section/Block/Lot
Criteria:    From screen Basic Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 | Name 2 |
|---|---|---|---|---|
| 58.9-1-1 | TALEB MOHAMMED<br>42 COTTAGE PLACE<br>NANUET, NY 10954 | 42 COTTAGE PLACE NANUET | TALEB MOHAMMED | |
| 58.9-1-24 | STRICKLAND TERRANCE +<br>LYDIA<br>39 COOPER DR<br>NANUET, NY 10954 | 39 COOPER DRIVE NANUET | STRICKLAND TERRANCE + | LYDIA |
| 58.9-1-29 | ETHAKKAN LOVELY S<br>11 COOPER DR<br>NANUET, NY 10954 | 11 COOPER DRIVE NANUET | ETHAKKAN LOVELY S | |
| 58.9-2-20 | MESSINA JOHN & ELIZABETH<br>L/E & MARK & NANCY<br>4 WINDSOR COURT<br>NANUET, NY 10954 | 4 WINDSOR CT NANUET | MESSINA JOHN & ELIZABETH | L/E & MARK & NANCY |
| 58.9-2-26 | MALONEY JOHN R.+ W<br>1 VICTORIA DR<br>NANUET N Y 10954 | 1 VICTORIA DR NANUET | MALONEY JOHN R.+ W | |
| 58.9-2-58 | SCHIAVONE FRANK & CAROL<br>10 BEECH STREET<br>NANUET, NY 10954 | 10 BEECH STREET NANUET | SCHIAVONE FRANK & CAROL | |
| 58.9-2-85 | CHACKO LEELAMMA<br>186 N MIDDLETOWN RD<br>NANUET, NY 10954 | 186 N MIDDLETOWN RD NANUET | CHACKO LEELAMMA | |
| 58.9-3-2 | MCGILLYCUDDY KEVIN G &<br>CLAIRE M<br>3 ROB CT<br>NANUET, NY 10954 | 3 ROB CT NANUET | MCGILLYCUDDY KEVIN G & | CLAIRE M |
| 58.9-3-7 | ALMODOVAR MONICA<br>42 POPLAR ST<br>NANUET, NY 10954 | 42 POPLAR ST NANUET | ALMODOVAR MONICA | |

Page: 72

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: **392089**

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.9-3-8 | PEPE RALPH & DONNA<br>44 POPLAR STREET<br>NANUET N Y 10954 | 44 POPLAR ST NANUET | PEPE RALPH & DONNA | |
| 58.9-3-35.2 | BOLAND JOHN & HEIDI<br>12A TERRACE AVE<br>NANUET, NY 10954 | 12A TERRACE AVE NANUET | BOLAND JOHN & HEIDI | |
| 58.9-3-79 | ACUNTO GREGORY -<br>ACUNTO KRISTIN C<br>35 POPLAR STREET<br>NANUET, NY 10954 | 35 POPLAR ST NANUET | ACUNTO GREGORY - | ACUNTO KRISTIN C |
| 58.9-3-85 | MALANIK JOHN & MARY ELLEN<br>12 HICKORY DRIVE<br>NANUET N Y 10954 | 12 HICKORY DRIVE NANUET | MALANIK JOHN & MARY ELLEN | |
| 58.9-3-87 | PODYMOW ANDREW & EUGENIA<br>47 POPLAR STREET<br>NANUET, NY 10954 | 47 POPLAR ST NANUET | PODYMOW ANDREW & EUGENIA | |
| 58.10-1-4 | DAVIS SANDRA<br>12 CRANFORD RD<br>BARDONIA, NY 10954 | 12 CRANFORD RD BARDONIA | DAVIS SANDRA | |
| 58.10-1-14 | KOCI FADIL & MELIQE<br>1 CRANFORD RD<br>BARDONIA, NY 10954 | 1 CRANFORD RD BARDONIA | KOCI FADIL & MELIQE | |
| 58.10-2-9 | VARVARO CHERYL & SOLOMON<br>NEIL<br>23 WHITE OAK LANE<br>BARDONIA, NY 10954 | 23 WHITE OAK LANE BARDONIA | VARVARO CHERYL & SOLOMON | NEIL |
| 58.10-2-23 | THOMAS ROBIN &PONNAMMA<br>45 RENNERT LANE<br>BARDONIA, NY 10954 | 45 RENNERT LANE BARDONIA | THOMAS ROBIN &PONNAMMA | |
| 58.10-2-71 | BURKE MARGARET & SHINNERS<br>PATRICIA<br>15 MILLSPAUGH LANE<br>BARDONIA, NY 10954 | 15 MILLSPAUGH LANE BARDONIA | BURKE MARGARET & SHINNERS | PATRICIA |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.10-2-83 | JANG JAEDONG + YANGSOON 99 RENNERT LANE BARDONIA, NY 10954 | 99 RENNERT LANE BARDONIA | JANG JAEDONG + YANGSOON | |
| 58.10-2-90 | KEFFNER KATHLEEN & RICHARD 112 RENNERT LANE BARDONIA, NY 10954 | 112 RENNERT LANE BARDONIA | KEFFNER KATHLEEN & | RICHARD |
| 58.10-3-7 | MATHEW RENI & LEENA 83 BARDONIA RD BARDONIA, NY 10954 | 83 BARDONIA RD BARDONIA | MATHEW RENI & LEENA | |
| 58.10-3-16 | TAFFNER BRIAN & KATHERINE & KIMBERLY 14 BARRY LANE BARDONIA, NY 10954 | 14 BARRY LANE BARDONIA | TAFFNER BRIAN & KATHERINE | & KIMBERLY |
| 58.11-1-45 | HALPERN MENACHEM 151 BARDONIA RD BARDONIA, NY 10954 | 151 BARDONIA RD BARDONIA | HALPERN MENACHEM | |
| 58.11-3-31 | 241 GERMONDS PROJECT LLC 38 FRASER AVENUE MONTICELLO, NY 12701 | 241 GERMONDS RD WEST NYACK | 241 GERMONDS PROJECT LLC | |
| 58.12-1-20 | BENVENUTO JOSEPH & CYNTHIA 19 STONEHEDGE DRIVE WEST NYACK, NY 10994 | 19 STONEHEDGE DR WEST NYACK | BENVENUTO JOSEPH & | CYNTHIA |
| 58.12-1-24 | BRESLOW PETER & MARGUERITE 36 HUESTED LANE WEST NYACK, NY 10994 | 36 HUESTED LANE WEST NYACK | BRESLOW PETER & | MARGUERITE |
| 58.12-1-30 | MORVAN LEE S & JESSICA 5 CASTLE HILL LANE WEST NYACK, NY 10994 | 5 CASTLE HILL LANE WEST NYK | MORVAN LEE S & JESSICA | |

Page: 74

Date: 9/6/2017 Time: 9:54 AM

Year:   This Year
Index:   Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.12-1-54 | FEIG DANIEL J & ANNE M<br>31 HUESTED LANE<br>WEST NYACK, NY 10994 | 31 HUESTED LANE WEST NY ACK | FEIG DANIEL J & ANNE M | |
| 58.12-2-17.2 | JILLEBA JOSEPH &<br>CASEY ANNE<br>205 STRAWTOWN RD<br>WEST NYACK, NY 10994 | 205 STRAWTOWN RD WEST NYACK | JILLEBA JOSEPH & | CASEY ANNE |
| 58.12-2-36 | AYDIN SCOTT & JOANN<br>3 DEFOREST COURT<br>WEST NYACK, NY 10994 | 3 DEFOREST CT W NYK | AYDIN SCOTT & JOANN | |
| 58.13-1-37 | NAVARRO NELSON & REBECCA<br>13 NORGE AVE<br>NANUET, NY 10954 | 13 NORGE AVE NANUET | NAVARRO NELSON & REBECCA | |
| 58.13-1-55 | REICHER JOSEPHINE<br>12 NORGE AVE<br>NANUET, NY 10954 | 12 NORGE AVE NANUET | REICHER JOSEPHINE | |
| 58.13-2-2.2 | NICOLICH EUGENE<br>& MAUREEN<br>3 NICKOLAUS LA<br>NANUET, NY 10954 | 3 NICKOLAUS LA NANUET | NICOLICH EUGENE | & MAUREEN |
| 58.13-2-23 | JARER JANET MARY L/E<br>& JUDITH MARY<br>28 TERRACE AVE<br>NANUET, NY 10954 | 28 TERRACE AVE NANUET<br>& JUDITH MARY | JARER JANET MARY L/E | JARER-MEANY JERYL |
| 58.13-2-52 | PAPI GENE A + W<br>10 SPRUCE DR<br>NANUET N Y 10954 | 10 SPRUCE DRIVE NANUET | PAPI GENE A + W | |
| 58.13-3-17 | VAMVAKETIS CAROLE M &<br>BLEY WILLIAM G<br>102 POPLAR STREET<br>NANUET, NY 10954 | 102 POPLAR ST NANUET | VAMVAKETIS CAROLE M & | BLEY WILLIAM G |

Page: 75

Date: 9/6/2017 Time: 9:34 AM

Year:         This Year
Index:        Section/Block/Lot
Criteria:     From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:       Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.13-3-45 | CACCIATO JOHN & SILVANA<br>21 JAMES DRIVE<br>NANUET, NY 10954 | 21 JAMES DRIVE NANUET | CACCIATO JOHN & SILVANA | |
| 58.14-1-12 | HAMMERS JENNIFER<br>5 HILBURG COURT<br>NANUET, NY 10954 | 5 HILBURG COURT NANUET | HAMMERS JENNIFER | |
| 58.14-1-26 | SPENJIAN GARABET & TALIN<br>157 SCHWEITZER LN<br>BARDONIA, NY 10954 | 157 SCHWEITZER LANE BARDONIA | SPENJIAN GARABET & TALIN | |
| 58.14-1-31 | DOHERTY KATHLEEN<br>REV TRUST<br>121 LUDVIGH ROAD<br>BARDONIA N Y 10954 | 121 LUDVIGH RD BARDONIA | DOHERTY KATHLEEN | REV TRUST |
| 58.14-1-43 | BIERKER GEROLD & TAMARA<br>76 DUSTMAN LANE<br>BARDONIA, NY 10954 | 76 DUSTMAN LN BARDONIA | BIERKER GEROLD & TAMARA | |
| 58.14-2-5 | MUNDANCHIRA JOSEPH &<br>MOLLY<br>48 JAY STREET<br>BARDONIA, NY 10954 | 48 JAY ST BARDONIA | MUNDANCHIRA JOSEPH & | MOLLY |
| 58.14-2-17 | SURACE JOSEPH & W<br>30 BARRY LANE<br>BARDONIA, NY 10954 | 30 BARRY LANE BARDONIA | SURACE JOSEPH & W | |
| 58.14-2-18 | PLAGIANOS SARANTOS<br>& ELIAS & MARLENA<br>95 BARRY LANE<br>BARDONIA, NY 10954 | 95 BARRY LANE BARDONIA | PLAGIANOS SARANTOS | & ELIAS & MARLENA |
| 58.14-2-39 | MANUEL, RODRIGO N & MARIA<br>F<br>112 RENEE LANE<br>BARDONIA, NY 10954 | 112 RENEE LANE BARDONIA | MANUEL, RODRIGO N & MARIA | F |

Page 76

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.14-2-48 | THOMPSON CARLA & JOHN<br>40 JAY ST.<br>BARDONIA, NY 10954 | 40 JAY ST BARDONIA | THOMPSON CARLA & JOHN | |
| 58.15-1-30 | CRISCUOLA ALBERT<br>& ELSIE L/E<br>5 ARBOR LANE<br>& MONITTO DORIS<br>BARDONIA, NY 10954 | 5 ARBOR LANE BARDONIA<br>& MONITTO DORIS | CRISCUOLA ALBERT | & ELSIE L/E |
| 58.15-1-57 | FIORE JAMES & ANTONINA<br>38 INWOOD DR<br>BARDONIA, NY 10954 | 38 INWOOD DR BARDONIA | FIORE JAMES & ANTONINA | |
| 58.15-1-66 | DIEHL, THOMAS & SUSAN<br>& KOISTER HOLLY<br>& CHRISTOPHER<br>6 SAYMOR DRIVE<br>BARDONIA, NY 10954 | 6 SAYMOR DR BARDONIA<br>& CHRISTOPHER | DIEHL, THOMAS & SUSAN | & KOISTER HOLLY |
| 58.15-1-89 | RIVERA HECTOR<br>34 ARBOR LANE<br>BARDONIA, NY 10954 | 34 ARBOR LANE BARDONIA | RIVERA HECTOR | |
| 58.15-1-90 | TERMINELLO ANTHONY<br>30 ARBOR LANE<br>BARDONIA, NY 10954 | 30 ARBOR LANE BARDONIA | TERMINELLO ANTHONY | |
| 58.15-1-93 | DOOLEY JOSEPH & MARIA<br>124 RENEE LANE<br>BARDONIA, NY 10954 | 124 RENEE LANE BARDONIA | DOOLEY JOSEPH & MARIA | |
| 58.15-2-13 | NIKOLAEVIC DRAGOLJUB &<br>MILA<br>8 BROOKDALE CT<br>WEST NYACK, NY 10994 | 8 BROOKDALE CT WEST NYACK | NIKOLAEVIC DRAGOLJUB & | MILA |
| 58.15-2-24 | MANZELLA ARLYN & MORGO<br>DANA JOYCE<br>2 DEMAREST MILL CT<br>WEST NYACK, NY 10994 | 2 DEMAREST MILL CT W NYACK | MANZELLA ARLYN & MORGO | DANA JOYCE |

Page 77

Date: 9/6/2017 Time 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

## Search Results

Status:    Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.16-1-10 | MARKIEWICZ DANIEL, & LAURIE 10 ABERDEEN DR WEST NYACK, NY 10994 | 10 ABERDEEN DR WEST NYACK | MARKIEWICZ DANIEL, & | LAURIE |
| 58.16-1-12 | FIALA MICHAEL ANTHONY & FIALA MARILYN ANN 14 ABERDEEN DRIVE WEST NYACK, NY 10994 | 14 ABERDEEN DR WEST NYACK | FIALA MICHAEL ANTHONY & | FIALA MARILYN ANN |
| 58.16-1-28 | BALLARDINI LOUIS & SANDRA 7 DAVENPORT TERRACE WEST NYACK, NY 10994 | 7 DAVENPORT TER W NYK | BALLARDINI LOUIS & SANDRA | |
| 58.17-1-8 | PATEL MAHENDRA, & GITA 6 SVENSSON PLACE NANUET N Y 10954 | 6 SVENSSON PL NANUET | PATEL MAHENDRA, & GITA | |
| 58.17-1-31 | CORCHADO JOLINELL & RODRIGUEZ ANA 21 PALMER AVE NANUET, NY 10954 | 21 PALMER AVE NANUET | CORCHADO JOLINELL | & RODRIGUEZ ANA |
| 58.17-1-82 | BUENAVENTURA EDWIN & JAMES 8 WEST PALMER AVE NANUET, NY 10954 | 8 W PALMER AVE NANUET | BUENAVENTURA EDWIN & | JAMES |
| 58.17-1-91 | MARTIN ROBERT & ANNA 18 NEW HAVEN AVENUE NANUET, NY 10954 | 18 NEW HAVEN AVE NANUET | MARTIN ROBERT & ANNA | |
| 58.19-1-2 | DIGLIO ANTHONY J & JIMENEZ DENISE 122 DEMAREST MILL RD WEST NYACK, NY 10994 | 122 DEMAREST MILL RD W NYK | DIGLIO ANTHONY J | & JIMENEZ DENISE |
| 58.19-1-9.19 | MUTTATH SUBIN & AUGUSTINE POOJA 21 CARLEY CT WEST NYACK, NY 10994 | 21 CARLEY CT WEST NYACK | MUTTATH SUBIN & | AUGUSTINE POOJA |

Date: 8/6/2017 Time: 9:34 AM

| Year: | This Year |
|---|---|
| Index: | Section/Block/Lot |
| Criteria: | From screen: Base Information; Property Class equal to 215 |
| Swis Code: 392089 | |

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.20-1-10 | RINALDI NORMA 41 HIGHLAND AVE WEST NYACK, NY 10994 | 41 HIGHLAND AVE WEST NYACK | RINALDI NORMA | |
| 58.20-1-18 | SKRAPITS LISA 14 DEER MEADOW DR WEST NYACK, NY 10994 | 14 DEER MEADOW DR. W. NYACK | SKRAPITS LISA | |
| 58.20-1-21 | MATTU FRANKLIN 8 DEER MEADOW DR WEST NYACK, NY 10994 | 8 DEER MEADOW DR. W. NYACK | MATTU FRANKLIN | |
| 58.20-1-36 | COLBY GEORGE 1 WOODCOCK RD WEST NYACK, NY 10956 | 1 WOODCOCK RD WEST NYACK | COLBY GEORGE | |
| 58.20-1-59 | BRODSKY REGINA 8 DEMAREST AVE WEST NYACK N Y 10994 | 8 DEMAREST AV W NYACK | BRODSKY REGINA | |
| 58.20-1-78 | PIPPI GEORGE E & GAIL T 72 DEMAREST AVE WEST NYACK N Y 10994 | 72 DEMAREST AV W NYACK | PIPPI GEORGE E & GAIL T | |
| 58.20-2-1.1 | GEORGE ANJP J & MERIN 12 SAMANTHA WAY WEST NYACK, NY 10994 | 12 SAMANTHA WAY WEST NYACK | GEORGE ANJP J & MERIN | |
| 58.20-2-18 | HOGSETT JR WILLIAM & KATHLEEN 10 LOUISE DRIVE WEST NYACK, NY 10994 | 10 LOUISE DR WEST NYACK | HOGSETT JR WILLIAM & | KATHLEEN |
| 59.5-1-15 | BENEDETTO JOSEPH & MARY ANN 260 OLD MILL ROAD WEST NYACK NY 10994 | 260 OLD MILL RD WEST NYACK | BENEDETTO JOSEPH & MARY | ANN |
| 59.6-1-15 | JANKOWSKI MARGARET & DANIEL & DONALD PATRICK 345 FULLE DR VALLEY COTTAGE, NY 10989 | 345 FULLE DRIVE VALLEY COTTAG | JANKOWSKI MARGARET & | DANIEL & DONALD PATRICK |

Date: 9/6/2017 Time 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Basic Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

**Search Results**

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 59.6-1-24 | BERKOWITZ VIRGINIA 354 FULLE DRIVE VALLEY COTTAGE, NY 10989 | 354 FULLE DRIVE VALLEY COTTAG | BERKOWITZ VIRGINIA | |
| 59.6-1-33 | CRISTIANO MICHAEL + CRISTIANO CAROLYN 3 VIVIENNE COURT VALLEY COTTAGE, NY 10989 | 3 VIVIENNE CT VALLEY COTTAG | CRISTIANO MICHAEL + | CRISTIANO CAROLYN |
| 59.6-1-40 | SCIARABBA EDWARD & L 548 WESTFIELD DRIVE VALLEY COTTAGE, NY 10989 | 548 WESTFIELD DRIVE VLY CTG | SCIARABBA EDWARD & L | |
| 59.6-2-3 | FEDERAL NATIONAL MTG ASSOC 14221 DALLAS PKW STE 1000 DALLAS, TX 75254 | 352 FULLE DRIVE VALLEY COTTAG | FEDERAL NATIONAL MTG | ASSOC |
| 59.6-2-6 | OSTRANDER TINA & MICHAEL 338 FULLE DRIVE VALLEY COTTAGE, NY 10989 | 338 FULLE DRIVE VALLEY COTTAG | OSTRANDER TINA & MICHAEL | |
| 59.6-2-61 | GEEVARUGHESE VARUGHESE & MARIAMMA 7 FLORENCE COURT VALLEY COTTAGE, NY 10989 | 7 FLORENCE CT VALLEY COTTAG | GEEVARUGHESE VARUGHESE & | MARIAMMA |
| 59.6-2-63 | WIDMAYER CAROLE J F/K/A DE VISSER CAROLE J 3 FLORENCE COURT VALLEY COTTAGE, NY 10989 | 3 FLORENCE CT VALLEY COTTAG | WIDMAYER CAROLE J | F/K/A DE VISSER CAROLE J |
| 59.6-2-70 | HARGROVE BYRON & SHANNON + GREENE CARLTON & RHONDA VALDES-GREENE 6 BARRY COURT VALLEY COTTAGE, NY 10989 | 6 BARRY COURT VALLEY COTTAG VALDES-GREENE | HARGROVE BYRON & SHANNON | + GREENE CARLTON & RHONDA |

Date: 9/6/2017 Time: 9:34 AM

Year:    This Year
Index:   Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: **392089**

Status:  Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 59-6-2-73 | GUHARAY AMITAVA & DIPIKA<br>12 BARRY COURT<br>VALLEY COTTAGE, NY 10989 | 12 BARRY COURT VALLEY COTTAG | GUHARAY AMITAVA & DIPIKA | |
| 59-6-3-35 | RIZZUTO NICHOLAS J &<br>RIZZUTO ROSANNA<br>11 MAYFIELD STREET<br>VALLEY COTTAGE, NY 10989 | 11 MAYFIELD ST VALLEY COTTAG | RIZZUTO NICHOLAS J & | RIZZUTO ROSANNA |
| 59-6-3-94 | BONET JUAN & LYDIA E<br>MARCILLO ROSENDO G &<br>CYNTHIA<br>557 KINGS HIGHWAY<br>VALLEY COTTAGE, NY 10989 | 557 KINGS HWY VALLEY COTTAGE | BONET JUAN & LYDIA E | MARCILLO ROSENDO G & |
| 59-6-3-97 | LUNGREN BRIAN & KATHLEEN<br>541 KINGS HIGHWAY<br>VALLEY COTTAGE, NY 10989 | 541 KINGS HWY VALLEY COTTAGE | LUNGREN BRIAN & KATHLEEN | |
| 59-7-1-22 | RAAB CHRISTIAN M<br>713 ABBEY LANE<br>VALLEY COTTAGE, NY 10989 | 713 ABBEY LANE VALLEY COTTAGE | RAAB CHRISTIAN M | |
| 59-7-1-35 | TORRES VALERIE & VICTOR<br>712 MANETTE LANE<br>VALLEY COTTAGE, NY 10989 | 712 MANETTE LA VALLEY COTTAGE | TORRES VALERIE & VICTOR | |
| 59-7-1-46 | WARDROP IRENE<br>725 MANETTE LN<br>VALLEY COTTAGE, NY 10989 | 725 MANETTE LA VALLEY COTTAGE | WARDROP IRENE | |
| 59-7-1-49 | SINGER JILLIAN & DAVID<br>DOLCE-SINGER ANDREA<br>731 MANETTE LANE<br>VALLEY COTTAGE, NY 10989 | 731 MANETTE LA VALLEY COTTAGE | SINGER JILLIAN & DAVID | DOLCE-SINGER ANDREA |
| 59-7-1-50 | MIRANDA HARRY - JR &<br>MIRANDA PHARENTHYNA<br>733 MANETTE LANE<br>VALLEY COTTAGE, NY 10989 | 733 MANETTE LA VALLEY COTTAGE | MIRANDA HARRY - JR & | MIRANDA PHARENTHYNA |

Date: 9/6/2017 Time 9:24 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr 1 | Name 1<br>Addr 2 | Name 2 |
|---|---|---|---|---|
| 59.7-1-51 | ADAMS JAMES M<br>735 MANETTE LANE<br>VALLEY COTTAGE, NY 10989 | 735 MANETTE LA VALLEY COTTAGE | ADAMS JAMES M | |
| 59.7-1-65 | SELKOWITZ RACHEL<br>23 FOREST GLEN RD<br>VALLEY COTTAGE, NY 10989 | 23 FOREST GLEN ROAD VLY CTG | SELKOWITZ RACHEL | |
| 59.7-2-46 | ABRAHAM SAMSON<br>782 BROOKRIDGE DR<br>VALLEY COTTAGE, NY 10989 | 782 BROOKRIDGE DRIVE VLY CTG | ABRAHAM SAMSON | |
| 59.7-3-48 | WEISS MARGARET<br>& CALI NICHOLAS<br>1 HERALD COURT<br>VALLEY COTTAGE, NY 10989 | 1 HERALD CT VALLEY COTTAGE | WEISS MARGARET | & CALI NICHOLAS |
| 59.8-1-16 | JOHNSON SOLOMON +<br>HORNAK ELIZABETH<br>69 HESS ROAD<br>VALLEY COTTAGE, NY 10989 | 69 HESS ROAD VALLEY COTTAGE | JOHNSON SOLOMON - | HORNAK ELIZABETH |
| 59.8-1-44 | LONGHI NICOLAS P & THIA E<br>827 SHERRY DRIVE<br>VALLEY COTTAGE, NY 10989 | 827 SHERRY DR VALLEY COTTAGE | LONGHI NICOLAS P & THIA E | |
| 59.8-1-55 | PULLEN CARAN<br>499 MITCHELL DR<br>VALLEY COTTAGE, NY 10989 | 499 MITCHELL DR VALLEY COTTAG | PULLEN CARAN | |
| 59.8-1-56 | NOSELLI EDWINA & JOSEPH<br>501 MITCHELL DRIVE<br>VALLEY COTTAGE, NY 10989 | 501 MITCHELL DR VALLEY COTTAG | NOSELLI EDWINA & JOSEPH | |
| 59.10-1-12.6 | CHEMEROY PAUL<br>19 MAYFIELD ST<br>CONGERS, NY 10920 | 19 MAYFIELD ST VALLEY COTTAG | CHEMEROY PAUL | |
| 59.10-1-30 | HARTIGAN MARIA<br>408 STORMS ROAD<br>VALLEY COTTAGE, NY 10989 | 408 STORMS RD VALLEY COTTAGE | HARTIGAN MARIA | |

Page: 82

Date: 9/6/2017 Time: 9:34 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 59.10-1-34 | GIULIANO ZLATINKA & MAURO V 555 KINGS HIGHWAY VALLEY COTTAGE, NY 10989 | 555 KINGS HWY VALLEY COTTAGE | GIULIANO ZLATINKA | & MAURO V |
| 59.10-1-35 | LEISER STEVEN + SANDRA 551 KINGS HIGHWAY VALLEY COTTAGE, NY 10989 | 551 KINGS HWY VALLEY COTTAGE | LEISER STEVEN + SANDRA | |
| 59.11-1-3 | RICKETTS GAIL & REUBEN CHERYL 5 EDSAM ROAD VALLEY COTTAGE, NY 10989 | 5 EDSAM ROAD VALLEY COTTAGE | RICKETTS GAIL & REUBEN | CHERYL |
| 59.11-1-16 | PASCUZZI JO-ANN & MICHAEL & CORNEIL MELISSA & LUIS 48 FOREST GLEN RD VALLEY COTTAGE, NY 10989 | 48 FOREST GLEN ROAD VLY CTG | PASCUZZI JO-ANN & MICHAEL | & CORNEIL MELISSA & LUIS |
| 59.11-1-30 | FICO THOMAS & DELLA 416 STORMS RD VALLEY COTTAGE N Y 10989 | 416 STORMS RD VALLEY COTTAGE | FICO THOMAS & DELLA | |
| 59.11-1-32 | BONIFACE VINCENT & DENISE TRUSTS 420 STORMS RD VALLEY COTTAGE, NY 10989 | 420 STORMS RD VALLEY COTTAGE | BONIFACE VINCENT & DENISE | TRUSTS |
| 59.11-1-33 | RECINOS RONY 422 STORMS RD VALLEY COTTAGE, NY 10989 | 422 STORMS RD VALLEY COTTAGE | RECINOS RONY | |
| 59.11-1-49.2 | LI LUDIS JOHN & VALERIE 452 CHRISTIAN HERALD RD VALLEY COTTAGE, NY 10989 | 452 CHRISTIAN HERALD RD VY CT | LI LUDIS JOHN & VALERIE | |
| 59.11-1-50 | DORAN THOMAS & JEANNE 460 STORMS RD VALLEY COTTAGE, NY 10989 | 460 STORMS RD VALLEY COTTAGE | DORAN THOMAS & JEANNE | |

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 59.12-1-5 | DEROSA, MIA<br>563 MOUNTAINVIEW AVE<br>VALLEY COTTAGE, VA 10989 | 563 MOUNTAINVIEW AVE V.LY CTG | DEROSA, MIA | |
| 59.12-1-10 | LOPUCHIN, SERGEI & ELENA<br>& MARIA M<br>405 CHRISTIAN HERALD RD | 405 CHRISTIAN HERALD RD VV CT | LOPUCHIN, SERGEI & ELENA | & MARIA M |
| 59.13-1-7 | VALLEY COTTAGE, NY 10989<br>MAGUIRE DANIEL & MARY<br>& COLLEEN<br>13 JEFFREY COURT<br>WEST NYACK, NY 10994 | 13 JEFFREY CT WEST NYACK | MAGUIRE DANIEL & MARY | & COLLEEN |
| 59.17-1-26 | MINTO DESBERT<br>14 ADELE ROAD<br>WEST NYACK, NY 10994 | 14 ADELE RD WEST NYACK | MINTO DESBERT | |
| 59.17-1-38 | ASSALONE ANTHONY<br>19 LOUISE DRIVE<br>WEST NYACK, NY 10994 | 19 LOUISE DR WEST NYACK | ASSALONE ANTHONY | |
| 63.6-3-9 | DRYGAS THADDEUS & DONNA<br>15 CARRIAGE LANE<br>NANUET, NY 10954 | 15 CARRIAGE LANE NANUET | DRYGAS THADDEUS & DONNA | |
| 63.6-3-35 | MCNEILL MARK S & LAURIE S<br>MILLER<br>19 CARRIAGE LANE<br>NANUET, NY 10954 | 19 CARRIAGE LANE NANUET | MCNEILL MARK S & LAURIE S | MILLER |
| 63.7-2-20 | GEORGE JOSE +<br>JOSE JESSY<br>19 STEEP HILL RD<br>NANUET, NY 10954 | 19 STEEP HILL RD NANUET | GEORGE JOSE + | JOSE JESSY |
| 63.7-2-28 | TAVARES JOSEPH & PHYLLIS<br>18 STEEP HILL ROAD<br>NANUET, NY 10954 | 18 STEEP HILL RD NANUET | TAVARES JOSEPH & PHYLLIS | |

Page 84

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 63.7-3-7 | ANNESI THERESA M & ROBERT C 105 FREEDMAN AVENUE NANUET N Y 10954 | 105 FREEDMAN AVE NANUET | ANNESI THERESA M & | ROBERT C |
| 63.7-3-13 | SCHWARTZ JEANETTE L/E REILLY STACI 98 FREEDMAN AVENUE NANUET, NY 10954 | 98 FREEDMAN AVE NANUET | SCHWARTZ JEANETTE L/E | REILLY STACI |
| 63.7-3-50 | JACKSON ROBERT D & FRANCES T 76 BRIAR RD NANUET, NY 10954 | 76 BRIAR RD NANUET | JACKSON ROBERT D | & FRANCES T |
| 63.8-2-7 | QUESADA JULIO CESAR & YISSELL 57 N LEXOW AVE NANUET, NY 10954 | 57 N LEXOW AVE NANUET | QUESADA JULIO CESAR | & YISSELL |
| 63.8-2-34 | MEEHAN PAUL & LYNN 5 N O PARK AVE NANUET N Y 10954 | 5 N PARK AVE NANUET | MEEHAN PAUL & LYNN | |
| 63.8-3-26 | RYAN DAVID 44 N FREMONT AVE NANUET, NY 10954 | 44 N FREMONT AVE NANUET | RYAN DAVID | |
| 63.8-3-59 | VISCO ANNA C/O DANIELA COOPE 43626 EVERGOLD TERR APT 401 ASHBURN, VA 20147 | 30 FREUND DRIVE NANUET | VISCO ANNA | C/O DANIELA COOPE |
| 63.11-1-14 | HEFFLER HOWARD & STORMES JACQUELINE 5 NEWPORT DRIVE NANUET, NY 10954 | 5 NEWPORT DR NANUET | HEFFLER HOWARD & | STORMES JACQUELINE |

Date: 9/6/2017 Time: 9:34 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

**Search Results**

Status: Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 63.11-2-31 | BAMBAUER JOHN M & JACQUELINE 1 SO PARK LANE NANUET N Y 10954 | 1 S PARK LANE NANUET | BAMBAUER JOHN M & | JACQUELINE |
| 63.11-2-49 | ROSSINI ANDREW & LINDA 24 CARAVELLA LANE NANUET, NY 10954 | 24 CARAVELLA LANE NANUET | ROSSINI ANDREW & LINDA | |
| 63.11-2-69 | ALI CHAUDHRY 157 GRANDVIEW AVE NANUET, NY 10954 | 157 GRANDVIEW AVENUE NANUET | ALI CHAUDHRY | |
| 63.12-1-43 | AHMAD NAEEM & HAFEEZ AHMAD 5 CARRIE LANE NANUET, NY 10954 | 5 CARRIE LANE NANUET | AHMAD NAEEM & HAFEEZ | AHMAD |
| 63.12-1-52 | WHITNEY NEIL F & KENNY KATHLEEN 20 CARRIE LANE NANUET, NY 10954 | 20 CARRIE LANE NANUET | WHITNEY NEIL F | & KENNY KATHLEEN |
| 63.12-1-66 | ARNOLD LARRY & MARILYN 7 APOLLO COURT NANUET, NY 10954 | 7 APOLLO COURT NANUET | ARNOLD LARRY & MARILYN | |
| 63.12-1-73 | TERILLI BRUNO & DALE 23 SO LEXOW AVE NANUET, NY 10954 | 23 S LEXOW AVE NANUET | TERILLI BRUNO & DALE | |
| 63.12-2-9 | CUTRONE GEORGE J & LORETTA 45 PROSPECT STREET NANUET, NY 10954 | 45 PROSPECT ST NANUET | CUTRONE GEORGE J & | LORETTA |
| 63.12-2-19 | KELLY GEORGE & ANNA 24 JERRYS AVE NANUET, NY 10954 | 24 JERRYS AVE NANUET | KELLY GEORGE & ANNA | |

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 63.12-2-38 | DELROSARIO DAN ANDREW & DAN ALEXIS 30 JERRYS AVE NANUET, NY 10954 | 39 JERRYS AVE NANUET | DELROSARIO DAN ANDREW & | DAN ALEXIS |
| 63.12-2-59 | STROLES PATRICIA & THERESA & MELLA RICHARD 28 FAIRVIEW AVENUE NANUET, NY 10954 | 28 FAIRVIEW AVENUE NANUET | STROLES PATRICIA & | THERESA & MELLA RICHARD |
| 63.15-1-1 | WEINMAN ROBERT & CHRISTINE 17 NEWPORT DRIVE NANUET, NY 10954 | 17 NEWPORT DR NANUET | WEINMAN ROBERT & | CHRISTINE |
| 63.15-1-6 | CORRIEL PAUL S & SUSAN TRUST 27 NEWPORT DR NANUET, NY 10954 | 27 NEWPORT DR NANUET | CORRIEL, PAUL S & SUSAN | TRUST |
| 63.15-1-7 | DUBREUIL KENNETH & DONNA 29 NEWPORT DR NANUET, NY 10954 | 29 NEWPORT DR NANUET | DUBREUIL, KENNETH & DONNA | |
| 63.15-1-9 | SANCHEZ JORGE & PHYLLIS A 33 NEWPORT DR NANUET, NY 10954 | 33 NEWPORT DR NANUET | SANCHEZ JORGE & PHYLLIS A | |
| 63.15-1-13 | YOUNGHANS EDWARD & GRACE 41 NEWPORT DR NANUET, NY 10954 | 41 NEWPORT DR NANUET | YOUNGHANS EDWARD & GRACE | |
| 63.15-1-32 | MANZIONE GREGG & LYNN M 2 ESSEX COURT NANUET, NY 10954 | 2 ESSEX COURT NANUET | MANZIONE GREGG & LYNN M | |
| 63.16-1-5 | JOHNSON DONALD C & JEAN & HUDAK CHRISTY & KEITH 35 CONVENT RD NANUET, NY 10954 | 35 CONVENT RD NANUET | JOHNSON DONALD C & JEAN | & HUDAK CHRISTY & KEITH |

Page: 87

Date: 9/6/2017  Time: 9:34 AM

Year:        This Year
Index:       Section/Block/Lot
Criteria:    From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:      Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 63.16-1-16 | JACOBSEN JAMES & ERIN 60 FAIRVIEW COURT NANUET, NY 10954 | 60 FAIRVIEW COURT NANUET | JACOBSEN JAMES & ERIN | |
| 63.16-2-36 | CHACKO MONCY & JAINAMMA 307 S MIDDLETOWN RD NANUET, NY 10954 | 307 S MIDDLETOWN RD NANUET | CHACKO MONCY & | JAINAMMA |
| 63.16-2-68 | DUPLESSIS PATRICIA A 17 ENGLEWOOD AVENUE NANUET, NY 10954 | 17 ENGLEWOOD AVENUE NANUET | DUPLESSIS PATRICIA A | |
| 63.16-3-28 | CARDIELLO ROSINA & ANTONIO 312 S MIDDLETOWN RD NANUET, NY 10954 | 312 S MIDDLETOWN RD NANUET | CARDIELLO ROSINA & | ANTONIO |
| 63.16-3-36 | JORDAN SEAN & KIMBERLY – JORDAN ELINOR MARY 326 S MIDDLETOWN RD. NANUET, NY, 10954 | 326 S MIDDLETOWN RD NANUET | JORDAN SEAN & KIMBERLY + | JORDAN ELINOR MARY |
| 63.19-2-1 | CHIN JUSTIN – HARUNA 51 NEWPORT DR NANUET, NY 10954 | 51 NEWPORT DR NANUET | CHIN JUSTIN – HARUNA | |
| 63.20-2-1 | MCCARTHY RAYMOND J & PATRICIA M 35 W PALISADE AVE NANUET, NY 10954 | 35 W PALISADE AVE NANUET | MCCARTHY RAYMOND J & | PATRICIA M |
| 63.20-2-2 | LONGHINI LUCILLE A 31 W PALISADE AVE NANUET, NY 10954 | 31 W PALISADE AVE NANUET | LONGHINI LUCILLE A | |
| 64.5-2-27 | SETTLE JOHN & SUZANNE 28 GRACE STREET NANUET, NY 10954 | 28 GRACE STREET NANUET | SETTLE JOHN & SUZANNE | |

Page: 88

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

**Search Results**

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.5-2-28.2 | ZHANG LIANG & YUAN ZHONGYI 29 PIERCE ST NANUET, NY 10954 | 29 PIERCE ST NANUET | ZHANG LIANG & YUAN | ZHONGYI |
| 64.5-2-42 | MARTINEZ ALEXANDER & ENID 30 PIERCE ST NANUET, NY 10954 | 30 PIERCE ST NANUET | MARTINEZ ALEXANDER & ENID | |
| 64.6-2-6.2 | MAURINO PERRY 10 ROSE RD WEST NYACK, NY 10994 | 10 ROSE ROAD WEST NYACK | MAURINO PERRY | |
| 64.6-2-14 | AMENDADO MANUEL I & AMENDADO LUCIA S 17 ROSE ROAD WEST NYACK, NY 10994 | 17 ROSE ROAD WEST NYACK | AMENDADO MANUEL I & | AMENDADO LUCIA S |
| 64.6-2-38 | SLIPAK KIRA 15 GLEN ROSE COURT WEST NYACK, NY 10994 | 15 GLEN ROSE CT WEST NYACK | SLIPAK KIRA | |
| 64.6-2-63.2 | MIGLIACCIO JOHN & ASSUNTA 24 ROSE RD WEST NYACK, NY 10994 | 24 ROSE ROAD WEST NYACK | MIGLIACCIO JOHN & ASSUNTA | |
| 64.7-1-20 | FRANCHINO TRUST VERA C/O VERA FRANCHINO 3 BULL RUN WEST NYACK, NY 10994 | 3 BULL RUN WEST NYACK | FRANCHINO TRUST VERA | C/O VERA FRANCHINO |
| 64.8-1-5.2 | DERUAROOTIAN LUSINE 71 DEMAREST AVE W NYACK, NY 10994 | 71 DEMAREST AV W NYACK | DERUAROOTIAN LUSINE | |
| 64.8-1-11 | LOPEZ OSVALDO 5 HIGHLAND PL WEST NYACK, NY 10994 | 5 HIGHLAND PL W NYACK | LOPEZ OSVALDO | |

Page 89

Date: 9/6/2017 Time: 9:34 AM

Year:        This Year
Index:       Section/Block/Lot
Status:      Active Parcels
Criteria:    From screen Base Information: Property Class equal to 215
Swis Code: 392089

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.8-1-47 | DI BELLA MICHAEL & BARBARA 9 SCOTTY LANE WEST NYACK, N.Y. 10994 | 9 SCOTTY LANE WEST NYACK | DI BELLA MICHAEL & | BARBARA |
| 64.8-2-22 | PAUL TASSY & DADDY 8 PHILLIPS LANE WEST NYACK, NY 10994 | 8 PHILLIPS LANE WEST NYACK | PAUL TASSY & DADDY | |
| 64.8-2-26 | JUCA MANUEL & MARTHA 16 PHILLIPS LANE WEST NYACK, NY 10994 | 16 PHILLIPS LANE WEST NYACK | JUCA MANUEL & MARTHA | |
| 64.8-2-29 | DELIJA AVDYL & SYLVIA 18 WEST ST WEST NYACK, NY 10994 | 18 WEST ST WEST NYACK | DELIJA AVDYL & SYLVIA | |
| 64.8-3-19 | NALLY JOHN & LINDSAY 6 ALICIA COURT WEST NYACK, NY 10994 | 6 ALICIA COURT WEST NYACK | NALLY JOHN & LINDSAY | |
| 64.9-2-9 | AHMED IMTIAZ & SHIRIN 25 GRACE STREET NANUET, NY 10954 | 25 GRACE STREET NANUET | AHMED IMTIAZ & SHIRIN | |
| 64.9-2-25 | RINALDI MARIA 20 EAST ORCHARD ST NANUET, NY 10954 | 20 EAST ORCHARD ST NANUET | RINALDI MARIA | |
| 64.9-2-35 | DANNA JOSEPH & CATHERINE L/E IRREVOCABLE TRUST 19 EAST ORCHARD STREET NANUET, NY 10954 | 19 EAST ORCHARD ST NANUET | DANNA JOSEPH & CATHERINE | L/E IRREVOCABLE TRUST |
| 64.92-2-54 | ALAM MOHAMMAD M & HOSSAIN SHAMIMA 17 VAN NOSTRAND AV NANUET, NY 10954 | 17 VAN NOSTRAND AVE NANUET | ALAM MOHAMMAD M | & HOSSAIN SHAMIMA |

Page 90

Date: 9/6/2017 Time: 9:34 AM

| Year: | This Year |
|---|---|
| Index: | |
| Criteria: | From screen Base Information: Property Class equal to 215 |
| Swis Code: | 392089 |

Status:  Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.9-3-8 | WILTSIE ROBERT C & JUDY K<br>41 HIGHVIEW AVE<br>NANUET N Y 10954 | 41 HIGHVIEW AVE NANUET | WILTSIE ROBERT C & JUDY K | |
| 64.9-3-34 | CALAMARI NOAH & DENISE<br>10 PELHAM AVE<br>NANUET, NY 10954 | 10 PELHAM AVE NANUET | CALAMARI NOAH & DENISE | |
| 64.9-3-42 | PICARIELLO SCOTT & NICOLE<br>RAE<br>12 NORWOOD PL<br>NANUET, NY 10954 | 12 NORWOOD PL NANUET | PICARIELLO SCOTT & NICOLE | RAE |
| 64.9-4-9 | CORTESE GABRIEL &<br>CORTESE CHRISTINA<br>7 DE CLARK PLACE<br>NANUET, NY 10954 | 7 DE CLARK PLACE NANUET | CORTESE GABRIEL & | CORTESE CHRISTINA |
| 64.9-4-38 | RYAN DAVID & JENNIFER<br>9 SUNNYBANK DR<br>NANUET, NY 10954 | 9 SUNNYBANK DR NANUET | RYAN DAVID & JENNIFER | |
| 64.10-1-11 | DELLA DONNA & MICHAEL<br>134 CHURCH STREET<br>NANUET, NY 10954 | 134 CHURCH STREET NANUET | DELLA DONNA & MICHAEL | |
| 64.10-1-13 | THOMAS SANTHOSH & JESSY<br>130 CHURCH STREET<br>NANUET, NY 10954 | 130 CHURCH STREET NANUET | THOMAS SANTHOSH & JESSY | |
| 64.10-2-7 | POLITIS GEORGE & DESPINA<br>112 ROSE ROAD<br>WEST NYACK, NY 10994 | 112 ROSE ROAD WEST NYACK | POLITIS GEORGE & DESPINA | |
| 64.10-2-8 | DE MAIO MARIA<br>& CHRISTOPHER<br>40 PITTSFORD WAY<br>NANUET, NY 10954 | 40 PITTSFORD WAY NANUET | DE MAIO MARIA | & CHRISTOPHER |

Date 9/6/2017 Time: 9:34 AM

Year:       This Year
Index:      Section/Block/Lot
Criteria:   From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:     Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.10-3-10 | DUVIGNEAUD AMILCAR & MARIE 22 PITTSFORD WAY NANUET, NY 10954 | 22 PITTSFORD WAY NANUET | DUVIGNEAUD AMILCAR & | MARIE |
| 64.10-3-16 | CHACKO JOSEPH & MATTHEWS VIJU 2 PITTSFORD WAY NANUET, NY 10954 | 2 PITTSFORD WAY NANUET | CHACKO JOSEPH & MATTHEWS | VIJU |
| 64.10-3-34 | RICHARDS GEORGE & CATHERINE 25 JOCKEY HOLLOW DRIVE NANUET, NY 10954 | 25 JOCKEY HOLLOW DR NANUET | RICHARDS GEORGE & | CATHERINE |
| 64.10-3-38 | PORCO RALPH & ELEANOR 23 ROBIN PLACE WEST NYACK, NY 10994 | 23 ROBIN PL WEST NYACK | PORCO RALPH & ELEANOR | |
| 64.11-1-4 | MONTGOMERY THOMAS 111 ROSE ROAD WEST NYACK, NY 10994 | 111 ROSE RD WEST NYACK | MONTGOMERY THOMAS | |
| 64.11-2-3 | ROTH HOWARD S & BEATRICE M & BENNETT 24 SPRUCE LANE WEST NYACK, NY 10994 | 24 SPRUCE LANE WEST NYACK | ROTH HOWARD S & BEATRICE | M & BENNETT |
| 64.11-2-24 | DIAMANT PAUL + GLORIA L/E TRUST 182 FOXWOOD ROAD WEST NYACK, NY 10994 | 182 FOXWOOD RD WEST NYACK | DIAMANT PAUL + GLORIA | L/E TRUST |
| 64.11-2-59 | PLATE CRAIG & KAITLYN 152 FOXWOOD ROAD WEST NYACK, NY 10994 | 152 FOXWOOD RD WEST NYACK | PLATE CRAIG & KAITLYN | |
| 64.11-2-78 | PIZZARRO LUIS A & DEL TORO DAMARIS 137 VAN HOUTEN FIELD WEST NYACK, NY 10994 | 137 VAN HOUTEN FLD WEST NYACK | PIZZARRO LUIS A & | DEL TORO DAMARIS |

Page 92

| | | |
|---|---|---|
| **Year:** | This Year | |
| **Index:** | Section/Block/Lot | |
| **Criteria:** | From screen Base Information; Property Class equal to 215 | |
| **Swis Code:** 392089 | | **Status:** Active Parcels |

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.12-1-62 | MATCH MARK & LAURA / 81 FOXWOOD ROAD / WEST NYACK N Y 10994 | 81 FOXWOOD RD WEST NYACK | MATCH MARK & LAURA | |
| 64.12-2-7 | PAPP JULIAN & HELEN / 199 VAN HOUTEN FIELDS / WEST NYACK, NY 10994 | 199 VAN HOUTEN FLD WEST NYACK | PAPP JULIAN & HELEN | |
| 64.12-2-11 | LUKIN GEORGE & KATHERINE / 223 VAN HOUTEN FIELDS / WEST NYACK, NY 10994 | 223 VAN HOUTEN FLD WEST NYACK | LUKIN GEORGE & KATHERINE | |
| 64.13-1-24 | GOMEZ LEONCIO & CARMEN / 28 ATLANTIC AVE / NANUET, N Y 10954 | 28 ATLANTIC AVE NANUET | GOMEZ LEONCIO & CARMEN | |
| 64.13-1-26 | BELFORD LAUREN / 73 HIGHVIEW AVE / NANUET, NY 10954 | 73 HIGHVIEW AVE NANUET | BELFORD LAUREN | |
| 64.13-1-29 | SORCE JOSEPH P & PAIGE / 25 ATLANTIC AVE / NANUET, NY 10954 | 25 ATLANTIC AVE NANUET | SORCE JOSEPH P & PAIGE | |
| 64.13-1-50 | BONNER JAMES & NANCY / 17 E PALISADES AVE / NANUET, NY 10954 | 17 E PALISADES AVE NANUET | BONNER JAMES & NANCY | |
| 64.13-1-51 | MORAHAN PASCHAL / 15 E PALISADES AVE / NANUET, NY 10954 | 15 E PALISADES AVE NANUET | MORAHAN PASCHAL | |
| 64.13-1-54 | TAM LESLIE & SZE & SIU & / NANUET, NY 10954 / SOOK | 5 E PALISADES AVE NANUET | TAM LESLIE & SZE & SIU & | SOOK |
| 64.13-2-5.3 | DROBES BARRY ~ PRISCILLA / 7 ERIK CT / NANUET, NY 10954 | 7 ERIK CT NANUET | DROBES BARRY ~ PRISCILLA | |

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:     Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr 1 | Name 1<br>Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.13-2-19 | MILLER LAWRENCE &<br>MARTINEZ ELENA<br>119 E ALLISON AVE<br>NANUET, NY 10954 | 119 EAST ALLISON AVE NANUET | MILLER LAWRENCE & | MARTINEZ ELENA |
| 64.13-2-23 | GELHAUS THOMAS J & ELAINE<br>103 EAST ALLISON AVE<br>NANUET, NY 10954 | 103 EAST ALLISON AVE NANUET | GELHAUS THOMAS J & ELAINE | |
| 64.13-2-25 | DELONGCHAMP CLARE &<br>REEDY EILEEN<br>14 APRIL LANE<br>NANUET, NY 10954 | 14 APRIL LANE NANUET | DELONGCHAMP CLARE & | REEDY EILEEN |
| 64.13-2-37 | D'ALESSANDRO JOHN &<br>CHRISTINA<br>91 EAST ALLISON AVE<br>NANUET, NY 10954 | 91 EAST ALLISON AVE NANUET | D'ALESSANDRO JOHN & | CHRISTINA |
| 64.13-2-40 | MCFADDEN JOHN & PATRICIA<br>2 SUMMER CT<br>NANUET, NY 10954 | 2 SUMMER CT NANUET | MCFADDEN JOHN & PATRICIA | |
| 64.13-2-57,4 | HIMMELFARB DON M & RONNIE<br>3 BRIANNA COURT<br>NANUET, NY 10954 | 3 BRIANNA CT NANUET | HIMMELFARB DON M & RONNIE | |
| 64.14-1-36 | GALANTE ANTHONY & BYRNES<br>LISA A<br>1 BROOKHAVEN COURT<br>NANUET, NY 10954 | 1 BROOKHAVEN COURT NANUET | GALANTE ANTHONY & BYRNES | LISA A |
| 64.14-1-41 | PORTER TERI L<br>4 BROOKHAVEN COURT<br>NANUET, NY 10954 | 4 BROOKHAVEN COURT NANUET | PORTER TERI L | |
| 64.14-2-2 | SIRIBAN MARIO &<br>SIRIBAN CHERRY BELLE<br>14 CUPSAW COURT<br>NANUET, NY 10954 | 14 CUPSAW COURT NANUET | SIRIBAN MARIO & | SIRIBAN CHERRY BELLE |

Page: 94

Date: 9/6/2017 Time: 9:34 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.14-2-13 | DEL POZZO CHRISTOPHER 17 ROBIN PLACE WEST NYACK, NY 10994 | 17 ROBIN PL WEST NYACK | DEL POZZO CHRISTOPHER | |
| 64.14-2-29 | DOHERTY KEVIN J 2 NORMAN PLACE WEST NYACK, NY 10994 | 2 NORMAN PL WEST NYACK | DOHERTY KEVIN J | |
| 64.14-2-39 | ASSORTO LOUIS A & LUCILLE A 12 KIRCHNER DRIVE WEST NYACK, NY 10994 | 12 KIRCHNER DR WEST NYACK | ASSORTO LOUIS A & LUCILLE A | |
| 64.14-2-40 | CORBISIELLY IAN & JEFFREY 14 KIRCHNER DRIVE WEST NYACK, NY 10994 | 14 KIRCHNER DR WEST NYACK | CORBISIELLY IAN & JEFFREY | |
| 64.14-2-48 | FLYNN PATRICIA 31 SEVEN OAKS LANE NANUET, NY 10954 | 31 SEVEN OAKS LANE NANUET | FLYNN PATRICIA | |
| 64.14-2-52 | SLATTERY KENNETH & CAROL 36 SEVEN OAKS LANE NANUET, NY 10954 | 36 SEVEN OAKS LANE NANUET | SLATTERY KENNETH & CAROL | |
| 64.14-2-55 | ACOSTA MANUEL 2 CHIMNEY RIDGE DRIVE NANUET, NY 10954 | 2 CHIMNEY RIDGE DR NANUET | ACOSTA MANUEL | |
| 64.14-3-3 | SAGLIMBENI FRANCO M & FELICE 10 CATAWBA DR WEST NYACK, NY 10994 | 10 CATAWBA DR WEST NYACK | SAGLIMBENI FRANCO M & | FELICE |
| 64.14-3-7 | SICLARI ELEANOR & ROCCO 2 CATAWBA CT WEST NYACK, NY 10994 | 2 CATAWBA CT WEST NYACK | SICLARI ELEANOR | & ROCCO |

Date: 9/6/2017 Time: 9:34 AM

Year:   This Year        Status:   Active Parcels

Index:   Section/Block/Lot

Criteria:  From screen Base Information; Property Class equal to 215

Swis Code: 392089

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.14-4-2 | KENNY MICHAEL & BRENDA 29 FLITT STREET WEST NYACK N Y 10994 | 29 FLITT ST WEST NYACK | KENNY MICHAEL & BRENDA | |
| 64.14-4-4 | DIMODUGNO NICOLAS & FLORENCE & PATRICIA E 25 FLITT STREET WEST NYACK N Y 10994 | 25 FLITT ST WEST NYACK | DIMODUGNO NICOLAS & | FLORENCE & PATRICIA E |
| 64.14-4-7 | LUBECK PETER G + GINA A – CAFARCHIO EMILY 19 FLITT STREET WEST NYACK, NY 10994 | 19 FLITT ST WEST NYACK | LUBECK PETER G + GINA A – | CAFARCHIO EMILY |
| 64.14-4-15 | PRESTIPINO ANTHONY & NANCY 3 FLITT ST WEST NYACK, NY 10994 | 3 FLITT ST WEST NYACK | PRESTIPINO ANTHONY & | NANCY |
| 64.14-4-69 | COSTA SUZANNE & JENNIFER 17 TYLER PLACE WEST NYACK, NY 10994 | 17 TYLER PLACE WEST NYACK | COSTA SUZANNE & JENNIFER | |
| 64.15-1-9 | KIVLEHAN PATRICK 177 ROSE ROAD WEST NYACK, NY 10994 | 177 ROSE ROAD WEST NYACK | KIVLEHAN PATRICK | |
| 64.15-1-27 | MURPHY MATTHEW & MARIA M OLIVEIRA 24 EAST AVE WEST NYACK N Y 10994 | 24 EAST AVE WEST NYACK | MURPHY MATTHEW & MARIA M | OLIVEIRA |
| 64.15-1-51 | MOSCHELLA DANIEL L/E LORI & GORZKA DONNA 33 EAST ST WEST NYACK, NY 10994 | 33 EAST ST WEST NYACK | MOSCHELLA DANIEL L/E | LORI & GORZKA DONNA |
| 64.15-2-26 | PISANO ANGELA 30 CONTINENTAL DR W NYACK. N.Y. 10994 | 30 CONTINENTAL DR WEST NYACK | PISANO ANGELA | |

Date: 9/6/2017 Time 9:34 AM

Year:        This Year
Index:       Section/Block/Lot
Criteria:    From screen Base Information: Property Class equal to 215
Swis Code: 392089

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.15-2-44 | VARGHESE ALEX & SHEELA<br>15 WORTHINGTON COURT<br>WEST NYACK, NY 10994 | 15 WORTHINGTON CT WEST NYACK | VARGHESE ALEX & SHEELA | |
| 64.15-2-54 | KNARICH JR JOSEPH &<br>KNARICH ROSEMARY R<br>27 JILL DR<br>WEST NYACK, NY 10994 | 27 JILL DRIVE WEST NYACK | KNARICH JR JOSEPH & | KNARICH ROSEMARY R |
| 64.16-1-5 | HEUER ROBERT & ELIZABETH<br>48 CONTINENTAL DRIVE<br>WEST NYACK, NY 10994 | 48 CONTINENTAL DR WEST NYACK | HEUER ROBERT & ELIZABETH | |
| 64.16-1-7 | GUNTHER BRUCE S<br>& DEBORAH L LE<br>47 CONTINENTAL DR<br>WEST NYACK, NY 10994 | 47 CONTINENTAL DR WEST NYACK | GUNTHER BRUCE S | & DEBORAH L LE |
| 64.16-1-9 | NACLERO VINCENT &<br>VICTORIA<br>8 FAIRMONT TERRACE<br>WEST NYACK, NY 10994 | 8 FAIRMONT TERR W NYACK | NACLERO VINCENT & | VICTORIA |
| 64.16-1-44 | KARRICK WHITTON<br>VERONICA A<br>23 WHEELER PLACE<br>WEST NYACK N Y 10994 | 23 WHEELER PL WEST NYACK | KARRICK WHITTON | VERONICA A |
| 64.16-2-10 | CARLYLE KEITH & ANN MARIE<br>24 WRIGHTS LANE<br>WEST NYACK, NY 10994 | 24 WRIGHTS LANE WEST NYACK | CARLYLE KEITH & ANN MARIE | |
| 64.16-2-13 | GRANT EUGENE TKALENKO &<br>HELEN<br>175 SICKLETOWN ROAD<br>WEST NYACK, NY 10994 | 175 SICKLETOWN RD WEST NYACK | GRANT EUGENE TKALENKO & | HELEN |
| 64.17-4-19 | FILATOV LISA M<br>REV TRUST<br>39 SILVER BIRCH LANE<br>PEARL RIVER N Y 10965 | 39 SILVER BIRCH LA PEARL RIV | FILATOV LISA M | REV TRUST |

Status:        Active Parcels

Page 97

Date: 9/6/2017 Time: 9:34 AM

Year:        This Year
Index:       Section/Block/Lot
Criteria:    From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:      Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr 1 | Name 1<br>Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.17-4-22 | MARINO LAURA<br>53 SILVER BIRCH LANE<br>PEARL RIVER, NY 10965 | 53 SILVER BIRCH LA PEARL RIV | MARINO LAURA | |
| 64.17-4-25 | KENNY CYNTHIA<br>65 SILVER BIRCH LN<br>PEARL RIVER, NY 10965 | 65 SILVER BIRCH L A PEARL RIV | KENNY CYNTHIA | |
| 64.18-3-12 | WITZ RICHARD C & HELENE<br>148 BLAUVELT ROAD<br>NANUET N Y 10954 | 148 BLAUVELT ROAD NANUET | WITZ RICHARD C & HELENE | |
| 64.18-3-30 | WOLAK FRANK & FRANCINE<br>40 TOWNLINE RD<br>NANUET, NY 10954 | 40 TOWNLINE RD NANUET | WOLAK FRANK & FRANCINE | |
| 64.18-3-42 | SCHER IRA E & MNDY<br>54 ARGOW PLACE<br>NANUET, NY 10954 | 54 ARGOW PLACE NANUET | SCHER IRA E & MNDY | |
| 64.18-4-26 | PASTORELLA MARK +<br>PASTORELLA EVANGELINE<br>11 KREUZ DR<br>WEST NYACK, NY 10994 | 11 KREUZ DR WEST NYACK | PASTORELLA MARK ~ | PASTORELLA EVANGELINE |
| 64.18-4-41 | STEELE ELLEN & RICHARD<br>6 REDWOOD COURT<br>NANUET, NY 10954 | 6 REDWOOD CT NANUET | STEELE ELLEN & RICHARD | |
| 64.18-4-69 | KOSTADINA RENATO & LIVIA<br>86 TOWNLINE RD<br>NANUET, NY 10954 | 86 TOWNLINE RD NANUET | KOSTADINA RENATO & LIVIA | |
| 64.19-3-8 | IPPOLITO SALVATORE<br>IPPOLITO CONCETTA<br>9 FAIRFIELD TERR<br>WEST NYACK, NY 10994 | 9 FAIRFIELD TERR WEST NYACK | IPPOLITO SALVATORE | IPPOLITO CONCETTA |
| 64.19-3-12 | HACK MOHAMED M & BIBI S<br>51 EAST ST<br>WEST NYACK, NY 10994 | 51 EAST ST WEST NYACK | HACK MOHAMED M & BIBI S | |

Date: 9/6/2017 Time: 9:34 AM

**Year:** This Year
**Index:** Section/Block/Lot
**Criteria:** From saved Basic Information; Property Class equal to 215
**Swis Code:** 392089

**Status:** Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.19-3-13 | JOSEPH JEFFERSON ANDRE 53 EAST ST WEST NYACK, NY 10994 | 53 EAST ST WEST NYACK | JOSEPH JEFFERSON ANDRE | |
| 64.19-3-17 | DUKE JOHN & KATHERINE 188 TOWNLINE ROAD WEST NYACK, NY 10994 | 188 TOWNLINE RD WEST NYACK | DUKE JOHN & KATHERINE | |
| 64.19-3-19 | DIGIROLAMO MICHAEL, & JAIME 55 EAST STREET WEST NYACK, NY 10994 | 55 EAST ST WEST NYACK | DIGIROLAMO MICHAEL, & | JAIME |
| 64.19-3-24 | MURPHY TIMOTHY & ANNETTE 54 EAST ST WEST NYACK N Y 10994 | 54 EAST ST WEST N YACK | MURPHY TIMOTHY & ANNETTE | |
| 64.19-3-35 | MARZEC MICHAEL A & GEORGEANN 160 TOWNLINE RD WEST NYACK, NY 10994 | 160 TOWNLINE RD WEST NYACK | MARZEC MICHAEL A & | GEORGEANN |
| 64.19-4-9 | VARGHESE JOHN & LOVELYAMMA 4 WORTHINGTON COURT WEST NYACK, NY 10994 | 4 WORTHINGTON CT WEST NYACK | VARGHESE JOHN & | LOVELYAMMA |
| 64.20-2-38 | FABRIS MARIO & FRANCESCA 2 QUAIL HOLLOW LANE WEST NYACK, NY 10994 | 2 QUAIL HOLLOW LA W NYACK | FABRIS MARIO & FRANCESCA | |
| 65.5-1-3 | CANNIZZARO JOSEPH A 7 THERESA DRIVE WEST NYACK, NY 10994 | 7 THERESA DR WEST NYACK | CANNIZZARO JOSEPH A | |
| 65.5-1-5 | KLEIN ROBERT 15 THERESA DRIVE WEST NYACK N Y 10994 | 15 THERESA DR WEST NYACK | KLEIN ROBERT | |

Date: 9/6/2017 Time: 9:34 AM

Year:       This Year
Index:      Section/Block&Lot          Status:    Active Parcels
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392189

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 | Name 2 |
|---|---|---|---|---|
| 65.5-1-8 | FITZGERALD WILLIAM & MARY<br>27 THERESA DRIVE<br>WEST NYACK, NY 10994 | 27 THERESA DR WEST NYACK | FITZGERALD WILLIAM & MARY | |
| 65.5-1-29 | KELLIN SHAUNA<br>24 BENSON AVE<br>WEST NYACK N Y 10994 | 24 BENSON AVE WEST NYACK | KELLIN SHAUNA | |
| 65.5-1-35 | FRYE JANICE<br>13 BENSON AVE<br>W NYACK, NY 10994 | 13 BENSON AVE WEST NYACK | FRYE JANICE | |
| 65.7-1-16 | DELAPAZ JR MARCARIO A &<br>ANTONIA<br>15 STONY HILL LANE<br>WEST NYACK, NY 10994 | 15 STONY HILL LN WEST NYACK | DELAPAZ JR MARCARIO A & | ANTONIA |
| 65.7-1-17 | GUEVARA, ESTEBAN & AIDA<br>17 STONY HILL LANE<br>WEST NYACK, NY 10994 | 17 STONY HILL LN WEST NYACK | GUEVARA, ESTEBAN & AIDA | |
| 65.7-1-22 | GIOVINAZZO RAFFAELE<br>20 STONY HILL LANE<br>WEST NYACK, NY 10994 | 20 STONY HILL LN WEST NYACK | GIOVINAZZO RAFFAELE | |
| 65.7-1-28 | GARNIOST ERIC & COHEN<br>RISA<br>2 STONY HILL LANE<br>WEST NYACK, NY 10994 | 2 STONY HILL LN WEST NYACK | GARNIOST ERIC & COHEN | RISA |
| 65.7-1-36 | MATHEW VARUGHESE M +<br>VARGHESE MARY<br>21 SUNSET VIEW DRIVE<br>WEST NYACK, NY 10994 | 21 SUNSET VIEW DR WEST NYACK | MATHEW VARUGHESE M + | VARGHESE MARY |
| 65.7-1-43 | GRONOWSKI THOMAS & MARTHA<br>49 SUNSET VIEW DRIVE<br>WEST NYACK, NY 10994 | 49 SUNSET VIEW DR WEST NYACK | GRONOWSKI THOMAS & MARTHA | |

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From saved Base Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 65.7-3-7 | DERASMO PAUL & ARIOLA JENNIFER 13 ALLEGANY AV CENTRAL NYACK, NY 10960 | 13 ALLEGANY AVE CENTRAL NYK | DERASMO PAUL & ARIOLA | JENNIFER |
| 65.7-3-16 | LAROCHELLE STEVEN 7 NORTH DELAWARE DRIVE CENTRAL NYACK, NY 10960 | 7 N DELAWARE DR CENTRAL NYA | LAROCHELLE STEVEN | |
| 65.7-4-7 | SANDER JOSEPH & LOSIER MARLA S 1 OLD OX ROAD CENTRAL NYACK, NY 10960 | 1 OLD OX RD CENTRAL NYACK | SANDER JOSEPH | & LOSIER MARLA S |
| 65.7-5-55 | VILLANI NICHOLAS & GENNARO JENNIFER, VEGA ERNEST 5 WEST ST CENTRAL NYACK, NY 10960 | 5 WEST ST CENTRAL NYACK ERNEST | VILLANI NICHOLAS & | GENNARO JENNIFER, VEGA |
| 65.7-5-58 | AGUILAR NEFALI & ROXANA CAMPOS-AGUILAR 59 LAUREL ROAD CENTRAL NYACK, NY 10960 | 59 LAUREL RD CENTRAL NYACK | AGUILAR NEFALI & ROXANA | CAMPOS-AGUILAR |
| 65.7-5-60 | MOROCHO MAGNO & AIDA 103 S MIDDLETOWN RD PEARL RIVER, NY 10965 | 63 LAUREL RD CENTRAL NYACK | MOROCHO MAGNO & AIDA | |
| 65.9-1-4 | BAJWA GURNAM SINGH & BAJWA JASWAT KAUR 19 DOSCHER AV WEST NYACK, NY 10994 | 19 DOSCHER AVE WEST NYACK | BAJWA GURNAM SINGH & | BAJWA JASWAT KAUR |
| 65.9-1-21 | CORONA ROBERT & GERALDINE 7 HOBE STREET WEST NYACK, NY 10994 | 7 HOBE ST WEST NYACK | CORONA ROBERT & GERALDINE | |

Page: 101

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:  Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 65.9-1-26 | CINELLI GLEN & KATHLEEN 68 WESTERN HWY WEST NYACK, NY 10994 | 68 WESTERN HWY WEST NYACK | CINELLI GLEN & KATHLEEN | |
| 65.11-2-13 | MOREAU PIERRE YVES & KETLINE 14 VINE ST CENTRAL NYACK, NY 10960 | 14 VINE ST CENTRAL NYACK | MOREAU PIERRE YVES | & KETLINE |
| 65.11-2-48 | HARRIS JR JOHN & LYNN 28 SCHUYLER RD CENTRAL NYACK, NY 10960 | 28 SCHUYLER RD CENTRAL NYACK | HARRIS JR JOHN & LYNN | |
| 65.11-3-33 | HAYWOOD MAVIS SIMON & SIMON URSULA C/O HORACE TURNBULL 17 VALLEY DRIVE NANUET, NY 10954 | 12 GILLIS AVE CENTRAL NYACK C/O HORACE TURNBULL | HAYWOOD MAVIS SIMON | & SIMON URSULA |
| 65.11-3-35 | DUNN THOMAS & MCCALL JOYCE 110 WEST BROADWAY CENTRAL NYACK N Y 10960 | 109 W BROADWAY CENTRAL NYACK | DUNN THOMAS & MCCALL | JOYCE |
| 65.11-3-52 | DURANDISSE ANTHONY & SOLANGE 1 GILLIS AVE CENTRAL NYACK, NY 10960 | 1 GILLIS AVE CENTRAL NYACK | DURANDISSE ANTHONY & | SOLANGE |
| 65.12-2-1 | OSBORNE HELEN 7 PINE ST CENTRAL NYACK, NY 10960 | 7 PINE ST CENTRAL NYACK | OSBORNE HELEN | |
| 65.13-2-4.4 | LEONTI SALVADORE & BARBARA JEAN 4 HANA COURT WEST NYACK, NY 10994 | 4 HANA COURT WEST NYACK | LEONTI SALVADORE & | BARBARA JEAN |

Date: 9/6/2017  Time: 9:34 AM

**Search Results**

Year:    This Year
Index:   Section/Block/Lot        **Status:**    Active Parcels
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

| Parcel ID | Mailing Address | Legal Address | Name 1 | Name 2 |
|-----------|-----------------|---------------|--------|--------|
|           |                 | Addr 1        | Addr 2 |        |

**TOTALS FOR SWIS CODE 392089**
Number of Parcels = 921

**OVERALL TOTALS**
Number of Parcels = 927

Date: 9/6/2017 Time: 9:34 AM

Year:        This Year
Index:       Section/Block/Lot
Criteria:    From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:      Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.12-3-34 | ROLF GRIEBESLAND<br>200A BREWERY RD<br>NEW CITY, NY 10956 | 200A BREWERY RD NEW CITY | ROLF GRIEBESLAND | |
| 51.13-1-3 | CAMPISE MARTIN<br>& KIM ALLEN<br>75 BURDA AVE<br>NEW CITY, NY 10956 | 75 BURDA LANE NEW CITY | CAMPISE MARTIN | & KIM ALLEN |
| 51.13-1-18 | CASTIGLIA JOSEPHINE AS TR<br>CASEY & DEMARISCO DOUGLAS<br>24 FOXBURN STREET<br>NEW CITY, NY 10956 | 24 FOXBURN ST NEW CITY | CASTIGLIA JOSEPHINE AS TR | CASEY & DEMARISCO DOUGLAS |
| 51.13-1-21 | VARUGHESE JOGY<br>42 BURDA AVENUE<br>NEW CITY, NY 10956 | 42 BURDA AVENUE NEW CITY | VARUGHESE JOGY | |
| 51.13-1-29 | SCHNEIDER JESSE & SUSAN<br>60 BURDA LANE<br>NEW CITY, NY 10956 | 60 BURDA LANE NEW CITY | SCHNEIDER JESSE & SUSAN | |
| 51.13-1-42 | ALPER SANFORD<br>4 ASPEN LANE<br>NEW CITY, NY 10956 | 4 ASPEN LA NEW CITY | ALPER SANFORD | |
| 51.13-2-14 | LUNA MARTIN<br>GIRALDO-CARILLO MARIA C<br>69 NEW VALLEY RD<br>NEW CITY, NY 10956 | 69 NEW VALLEY RD NEW CITY | LUNA MARTIN | GIRALDO-CARILLO MARIA C |
| 51.13-2-32 | LALL PREMAUTH &<br>ALI-LALL SHAROON<br>15 NEW VALLEY RD<br>NEW CITY, NY 10956 | 15 NEW VALLEY RD NEW CITY | LALL PREMAUTH & | ALI-LALL SHAROON |
| 51.13-3-25 | KASSER TOBY & SANTOS<br>LYNNE DELOS<br>15 DEERWOOD DR<br>NEW CITY, N.Y. 10956 | 15 DEERWOOD DR NEW CITY | KASSER TOBY & SANTOS | LYNNE DELOS |

Date: 9/6/2017 Time 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.13-3-41 | QURESHI, AEJAZ & SHAHEDA, 5 FOXBURN ST, NEW CITY, NY 10956 | 5 FOXBURN ST NEW CITY | QURESHI, AEJAZ & SHAHEDA | |
| 51.13-4-10 | HOAG GREGORY & BATES, LAUREN, 36 BURDA AVENUE, NEW CITY, NY 10956 | 36 BURDA AVENUE NEW CITY | HOAG GREGORY & BATES | LAUREN |
| 51.13-4-45 | GENTILE PIETRO & ANGELA, 5 QUAKER RD, NEW CITY, NY 10956 | 5 QUAKER RD NEW CITY | GENTILE PIETRO & ANGELA | |
| 51.13-4-50 | KAPUSTIN DINA, 5 CHESTNUT PARK CT, NEW CITY, NY 10956 | 5 CHESTNUT PARK CT NEW CITY | KAPUSTIN DINA | |
| 51.14-1-40 | RUSSO LOUISE BAKER +, RUSSO THOMAS, 32 LEONA AVE, NEW CITY, NY 10956 | 32 LEONA AVE NEW CITY | RUSSO LOUISE BAKER + | RUSSO THOMAS |
| 51.14-2-13 | PICCOLO ELIZABETH, 4 LORRAINE CT, NEW CITY, NY 10956 | 4 LORRAINE CT NEW CITY | PICCOLO ELIZABETH | |
| 51.14-3-8 | EMERSLEY TRISH & GALATI DAVID, 83 LEONA AVENUE, NEW CITY, NY 10956 | 83 LEONA AVE NEW CITY | EMERSLEY TRISH | & GALATI DAVID |
| 51.14-3-60 | HENNELLY RITA A & BARRY MATTHEW & JEAN, 128 KINGS HIGHWAY, NEW CITY N Y 10956 | 128 KINGS HWY NEW CITY | HENNELLY RITA A | & BARRY MATTHEW & JEAN |
| 51.14-3-64 | LOFREDO ROSANNE, 3 ISLAND PL, NEW CITY, NY 10956 | 3 ISLAND PLACE NEW CITY | LOFREDO ROSANNE | |

Date: 9/6/2017 Time: 9:34 AM

| | | |
|---|---|---|
| Year: | This Year | Status: Active Parcels |
| Index: | Section/Block/Lot | |
| Criteria: | From screen Basic Information: Property Class equal to 215 | |
| Swis Code: 392089 | | |

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 | Name 2 |
|---|---|---|---|---|
| | | | Addr 2 | |
| 51.14-4-5 | CARELLI SR JOSEPH F & CARELLI ERICA 6 JODI LANE NEW CITY, NY 10956 | 6 JODI LANE NEW CITY | CARELLI SR JOSEPH F & | CARELLI ERICA |
| 51.14-4-17 | RANIERI SALVATORE 107 KINGS HIGHWAY NEW CITY, NY 10956 | 107 KINGS HWY NEW CITY | RANIERI SALVATORE | |
| 51.15-1-16 | POLK JAMES & MELIZA 25 JOHNSON'S LANE NEW CITY, NY 10956 | 25 JOHNSON'S LANE NEW CITY | POLK JAMES & MELIZA | |
| 51.15-1-33 | MARCHINA PAUL M + MARY JEAN 18 SHETLAND DR NEW CITY, NY 10956 | 18 SHETLAND DR NEW CITY | MARCHINA PAUL M + MARY | JEAN |
| 51.15-1-58 | MOSCHETTI DANIEL + ERIKA A 23 KENWOOD LANE NEW CITY, NY 10956 | 23 KENWOOD LANE NEW CITY | MOSCHETTI DANIEL + | ERIKA A |
| 51.15-1-85 | DEMASI STEPHEN & NANCY 594 ROUTE 304 NEW CITY, NY 10956 | 594 ROUTE 304 NEW CITY | DEMASI STEPHEN & NANCY | |
| 51.15-2-80 | FASANO JOHN & JEANINE M 52 SHETLAND DRIVE NEW CITY, NY 10956 | 52 SHETLAND DR NEW CITY | FASANO JOHN & JEANINE M | |
| 51.16-1-12 | BROSNAN KEVIN + MAUREEN 10 LAFAYETTE DR NEW CITY, NY 10956 | 10 LAFAYETTE DR NEW CITY | BROSNAN KEVIN + MAUREEN | |
| 51.16-2-25 | LLANOS CARLOS & JANINA 107 ROBINHOOD LANE WEST NYACK, NY 10994 | 107 ROBINHOOD LANE WEST NYACK | LLANOS CARLOS & JANINA | |

Date: 9/6/2017  Time: 9:54 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen: Base Information; Property Class equal to 215
Swis Code: 392089

**Search Results**

Status:  Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.16-3-4 | NEVILLE WILLIAM & ANN 146 PARROT ROAD WEST NYACK, NY 10994 | 146 PARROTT RD WEST NYACK | NEVILLE WILLIAM & ANN | |
| 51.16-3-8 | BEAUDETTE JEFFREY R & ELISA A 174 PARROTT ROAD WEST NYACK, NY 10994 | 174 PARROTT RD WEST NYACK | BEAUDETTE JEFFREY R | & ELISA. A |
| 51.16-3-22 | BAGATTA TOMMASINA 301 BREWERY ROAD WEST NYACK, NY 10994 | 301-303 BREWERY RD W NYACK | BAGATTA TOMMASINA | |
| 51.16-3-32 | OSTROWSKY JOSEPH & RUSSO ESPOSITO ROSEMARIE 167 PARROTT ROAD WEST NYACK, NY 10994 | 167 PARROTT RD WEST NYACK | OSTROWSKY JOSEPH & | RUSSO ESPOSITO ROSEMARIE |
| 51.16-3-51 | CROCE RICHARD 133 PARROTT ROAD WEST NYACK, NY 10994 | 133 PARROTT RD WEST NYACK | CROCE RICHARD | |
| 51.17-1-1 | JEAN-CHARLES PIERRE & FLORENCE 465 W CLARKSTOWN RD NEW CITY, NY 10956 | 465 W CLARKSTOWN RD NEW CITY | JEAN-CHARLES PIERRE & | FLORENCE |
| 51.17-1-17 | FREEDITIS RITA L/&INGRID FREEDITIS TR EDGARS ABELE TRUSTEES 9 WOLF PLACE NANUET, NY 10954 | 9 WOLF PL NANUET TRUSTEES | FREEDITIS RITA L/&INGRID | FREEDITIS TR EDGARS ABELE |
| 51.17-1-25 | MONTELEONE ANTONIO & MARIA 349 N MIDDLETOWN RD NANUET, NY 10954 | 349 N MIDDLETOWN RD NANUET | MONTELEONE ANTONIO & | MARIA |

Page -46

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.17-1-42 | GENAO PEDRO & YRMA M 469 W CLARKSTOWN RD NEW CITY, NY 10956 | 469 W CLARKSTOWN RD NEW CITY | GENAO PEDRO & YRMA M | |
| 51.17-2-3 | FLAMINO PALMA 4 BELLWOOD DR NEW CITY, NY 10956 | 4 BELLWOOD DR NEW CITY | FLAMINO PALMA | |
| 51.17-2-7 | HUGHES ROBERT & ANNE-MARIE 28 BURDA AVENUE NEW CITY N Y 10956 | 28 BURDA AVENUE NEW CITY | HUGHES ROBERT & | ANNE-MARIE |
| 51.17-2-8.1 | SAYTOO DINDIAL & SUMINTRA 399 S LITTLE TOR RD NEW CITY, NY 10956 | 399 S LITTLE TOR RD NEW CITY | SAYTOO DINDIAL & SUMINTRA | |
| 51.17-2-52 | DANIEL SHIBU & SMITHA 14 BROWARD DR NEW CITY, NY 10956 | 14 BROWARD DR NEW CITY | DANIEL SHIBU & SMITHA | |
| 51.18-1-7 | NAPIORSKI THADDEUS J & CAROL A 26 JODI LA NEW CITY N Y 10956 | 26 JODI LANE NEW CITY | NAPIORSKI THADDEUS J & | CAROL A |
| 51.18-1-9 | HAGAN SEAN & EILEEN & FLAVIN SR THOMAS 2 TWIN PEG DR NEW CITY, NY 10956 | 2 TWIN PEG DR NEW CITY | HAGAN SEAN & EILEEN & | FLAVIN SR THOMAS |
| 51.18-1-10 | ASSALONE MICHAEL & WEBER SARAH 19 JODI LA NEW CITY N Y 10956 | 19 JODI LANE NEW CITY | ASSALONE MICHAEL & | WEBER SARAH |
| 51.18-1-22 | SCHIFF SEYMOUR & GROSSMAN DINA L & DAVID 6 TWIN PEG DR NEW CITY N Y 10956 | 6 TWIN PEG DR NEW CITY | SCHIFF SEYMOUR & | GROSSMAN DINA L & DAVID |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.18-1-25 | CUMMINGS BARBARA I & KEITH & TALTY JUDITH 7 TWIN PEG DR NEW CITY N Y 10956 | 7 TWIN PEG DR NEW CITY | CUMMINGS BARBARA I & | KEITH & TALTY JUDITH |
| 51.18-1-58 | JACKSON MATHEW + SARA + SHUBERT REBECCA 13 BROWARD DR NEW CITY, N Y 10956 | 13 BROWARD DR NEW CITY | JACKSON MATHEW + SARA + | SHUBERT REBECCA |
| 51.18-1-60 | APRAIAMIAN SIMON & OUSANNA 9 BROWARD DR NEW CITY, N Y 10956 | 9 BROWARD DR NEW CITY | APRAIAMIAN SIMON & | OUSANNA |
| 51.18-1-62 | BUCCIERI EVELYN L/E NUNEZ SHARON 5 BROWARD DR NEW CITY, N Y 10956 | 5 BROWARD DR NEW CITY | BUCCIERI EVELYN L/E | NUNEZ SHARON |
| 51.18-2-4 | BORWORNTHANMARAT SATIT 33 KINGS HIGHWAY NEW CITY, N Y 10956 | 33 KINGS HWY NEW CITY | BORWORNTHANMARAT SATIT | |
| 51.18-2-6 | CHEN ALBERT & NAI-FEN 980 GREENVILLE TURNPIKE MIDDLETOWN, N Y 10940 | 25 KINGS HWY NEW CITY | CHEN ALBERT & NAI-FEN | |
| 51.18-2-39 | GRANDE JOHN & PATRICIA 9 CLEARVIEW ROAD NEW CITY N Y 10956 | 9 CLEARVIEW RD NEW CITY | GRANDE JOHN & PATRICIA | |
| 51.18-3-10 | DUNLAVEY THOMAS & ALLIS 6 STEGMAYER LN NEW CITY N Y 10956 | 6 STEGMEYER LN NEW CITY | DUNLAVEY THOMAS & ALLIS | |
| 51.18-3-19 | BRENNAN MATTHEW 23 GERMONDS RD NEW CITY N Y 10956 | 23 GERMONDS RD NEW CITY | BRENNAN MATTHEW | |

Date: 9/6/2017  Time: 9:34 AM

Year:    This Year
Index:    Section/Block/Lot                    Status:    Active Parcels
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 51.20-1-14 | INTONATO GLENN & KERRI ANN 4 SANDPIPER DRIVE WEST NYACK, NY 10994 | 4 SANDPIPER DR WEST NYACK | INTONATO GLENN & KERRI | ANN |
| 51.20-2-5 | MARTUCCI THOMAS & DEBORAH 4 BOBWHITE LANE WEST NYACK, NY 10994 | 4 BOBWHITE LANE WEST NYACK | MARTUCCI THOMAS & DEBORAH | |
| 52.5-1-6 | TARANGELO CONCETTA 9 GALLOP CT NEW CITY, NY 10956 | 9 GALLOP CT NEW CITY | TARANGELO CONCETTA | |
| 52.5-1-11 | TURSELLI MARIANNA 9 TROTTERS TRAIL NEW CITY, NY 10956 | 9 TROTTERS TRAIL NEW CITY | TURSELLI MARIANNA | |
| 52.5-1-25 | ZAMBETTI MAURICE & ANGELA 2 DERBY LA NEW CITY, NY 10956 | 2 DERBY LANE NEW CITY | ZAMBETTI MAURICE & ANGELA | |
| 52.5-1-68 | 30 FIELDSTONE COURT LLC 30 FIELDSTONE CT NEW CITY, NY 10956 | 30 FIELDSTONE CT NC | 30 FIELDSTONE COURT LLC | |
| 52.5-1-77 | GREWAL PERMINDER & NEENA 12 FIELDSTONE CT NEW CITY, NY 10956 | 12 FIELDSTONE CT NC | GREWAL PERMINDER & NEENA | |
| 52.6-1-3 | SAVINO CARRI & SARTER LAURA 140 WATERS EDGE CONGERS, NY 10920 | 140 WATERS EDGE CONGERS | SAVINO CARRI & SARTER | LAURA |
| 52.6-1-65 | MILONE ROBERT F & LAUREE 139 WATERS EDGE CONGERS N Y 10920 | 139 WATERS EDGE CONGERS | MILONE ROBERT F & LAUREE | |
| 52.6-2-29 | VILLANUEVA PAUL & JONATHAN & JOSEPHINE 5 REINA COURT VALLEY COTTAGE, NY 10989 | 5 REINA COURT VALLEY COTTAG | VILLANUEVA PAUL & | JONATHAN & JOSEPHINE |

Page 49

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.6-2-35 | SEPEDE JOHN & CALLANAN MAUREEN 3 FIVE OAKS LANE VALLEY COTTAGE, NY 10989 | 3 FIVE OAKS LANE VALLEY COT | SEPEDE JOHN & CALLANAN | MAUREEN |
| 52.6-2-43 | SARTER LAURA A & SCHNALZER CINDI A 15 SO PARK TERRACE CONGERS, NY 10920 | 15 S PARK TERRACE CONGERS | SARTER LAURA A & | SCHNALZER CINDI A |
| 52.6-2-44 | FOLBISTER NORMAN & ARLENE 17 SO PARK TERRACE CONGERS, NY 10920 | 17 S PARK TERRACE CONGERS | FOLBISTER NORMAN & ARLENE | |
| 52.6-2-54 | SAYEGH SUSAN 27 S PARK TERRACE CONGERS, NY 10920 | 27 S PARK TERRACE CONGERS | SAYEGH SUSAN | |
| 52.7-1-14 | PHILIP PHILIPOSE & LIZY 193 KINGS HIGHWAY CONGERS, NY 10920 | 193 KINGS HIGHWAY CONGERS | PHILIP PHILIPOSE & LIZY | |
| 52.7-2-28 | DENISE JOSEPH & DANA 233 S HARRISON AVE CONGERS, NY 10920 | 233 S HARRISON AVE CONGERS | DENISE JOSEPH & DANA | |
| 52.7-2-41 | TAM JOHNY F 177 SOUTH HARRISON AVE CONGERS, NY 10920 | 177 S HARRISON AVE CONGERS | TAM JOHNY F | |
| 52.8-1-10 | AGUILAR GREGORIO 84 MEDWAY AVE CONGERS, NY 10920 | 84 MEDWAY AVE CONGERS | AGUILAR GREGORIO | |
| 52.8-1-19 | RASHID SHAH S & MURSHEDA 51 MEDWAY AVE CONGERS, NY 10920 | 51 MEDWAY AVE CONGERS | RASHID SHAH S | & MURSHEDA |

Page: 50

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.8-1-41 | KRIL VASYL 81 LENOX AVE CONGERS, NY 10920 | 81 LENOX AVE CONGERS | KRIL VASYL | |
| 52.8-1-50 | BUTRICO NICHOLAS P & ANAT 130 HIGHWAY AVE CONGERS, NY 10920 | 130 HIGHWAY AVE CONGERS | BUTRICO NICHOLAS P & | ANAT |
| 52.8-2-23 | BARRERO LILIANA 30 RIDGE ROAD CONGERS, NY 10920 | 30 RIDGE RD CONGERS | BARRERO LILIANA | |
| 52.8-2-32 | CONNELL CHRISTOPHER & MIRIAM 25 RIDGE ROAD CONGERS, NY 10920 | 25 RIDGE RD CONGERS | CONNELL CHRISTOPHER | & MIRIAM |
| 52.8-2-45 | URBAN ROBERT & ROSEMARY 18 QUASPECK ROAD CONGERS, NY 10920 | 18 QUASPEAK RD CONGERS | URBAN ROBERT & ROSEMARY | |
| 52.8-2-47 | HOSSAIN MUHAMMED & MAHER S 17 QUASPECK ROAD CONGERS, NY 10920 | 17 QUASPEAK RD CONGERS | HOSSAIN MUHAMMED & | MAHER S |
| 52.8-2-61 | ALTAMORE THOMAS G 21 WISCONSIN AVE CONGERS, NY 10920 | 21 WISCONSIN AVE CONGERS | ALTAMORE THOMAS G | |
| 52.8-2-72 | VASIL JOANNE 59 WISCONSIN AVE CONGERS, NY 10920 | 59 WISCONSIN AVE CONGERS | VASIL JOANNE | |
| 52.8-2-78 | KURUVILLA SAJI & MINI 174 NEW YORK AVE CONGERS, NY 10920 | 174 NEW YORK AVE CONGERS | KURUVILLA SAJI & MINI | |

Date: 9/6/2017 Time: 9:34 AM

Year:        This Year
Index:       Section/Block/Lot                    Status:    Active Parcels
Criteria:    From screen Base Information: Property Class equal to 215
Swis Code: 392089

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.8-3-1 | SAMUEL, REIMON K. & REIMON SHEEBA 103 OHIO AVE CONGERS, NY 10920 | 103 OHIO AVE CONGERS | SAMUEL, REIMON K. & | REIMON SHEEBA |
| 52.8-3-25 | FREILER, JAMES & JOHN 155 NEW YORK AVE CONGERS, NY 10920 | 155 NEW YORK AVE CONGERS | FREILER, JAMES & JOHN | |
| 52.8-3-33.2 | THOMAS SAJNU & KIZHAKKENCHERIL, JOBY C 139 NEW YORK AVE CONGERS, NY 10920 | 139 NEW YORK AVE CONGERS | THOMAS SAJNU | & KIZHAKKENCHERIL, JOBY C |
| 52.8-3-52 | RICHARDSON WILLIAM R 63 KLOTHE DR GRAHAMSVILLE, NY 12740 | 135 MASSACHUSETTS AVE CONGERS | RICHARDSON WILLIAM R | |
| 52.8-3-64 | PAGLIUCA ANTHONY V & W 75A LAKE ROAD #101 CONGERS, NY 10920 | 172 MASSACHUSETTS AVE CONGERS | PAGLIUCA ANTHONY V & W | |
| 52.9-1-17 | KLECAR ANTON & CAROL M 324 STRAWTOWN RD NEW CITY, NY 10956 | 324 STRAWTOWN RD NEW CITY | KLECAR, ANTON & CAROL M | |
| 52.9-1-22 | CALABRO JAMES & SHANTH & SHEERIN CALABRO, JAN & CALABRO, JOHN 334 STRAWTOWN ROAD NEW CITY, NY 10956 | 334 STRAWTOWN RD NEW CITY CALABRO, JOHN | CALABRO JAMES & SHANTH & | SHEERIN CALABRO, JAN & |
| 52.9-1-25 | KUSHNER EVAN & JODI 346 STRAWTOWN RD NEW CITY N Y 10956 | 346 STRAWTOWN RD NEW CITY | KUSHNER EVAN & JODI | |
| 52.10-1-35 | THARP JAMES E & MITZI 6 PINE TREE COURT VALLEY COTTAGE, NY 10989 | 6 PINE TREE CT VALLEY COTTA | THARP JAMES E & MITZI | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.10-1-36 | GADIA DAISY 4 PINE TREE COURT VALLEY COTTAGE, NY 10989 | 4 PINE TREE CT VALLEY COTTA | GADIA DAISY | |
| 52.10-1-48.2 | AGOVINO JOSPH M & JULIANNE 605 A GATEWAY VALLEY COTTAGE, NY 10989 | 605A GATEWAY VALLEY COTTAGE | AGOVINO JOSPH M | & JULIANNE |
| 52.10-1-57 | CHRISTENSEN BLAINE & TESSIER ANDREA 624 RUSSET ROAD VALLEY COTTAGE, NY 10989 | 624 RUSSET RD VALLEY COTTAGE | CHRISTENSEN BLAINE & | TESSIER ANDREA |
| 52.10-2-9 | PINA GERARDO & LAURIE 618 GATEWAY VALLEY COTTAGE, NY 10989 | 618 GATEWAY VALLEY COTTAGE | PINA GERARDO & LAURIE | |
| 52.10-2-24 | GENOVESI SUZANNE 4 A KINGS CT VALLEY COTTAGE, NY 10989 | 366 KINGS HWY VALLEY COTTAGE | GENOVESI SUZANNE | |
| 52.10-2-31 | HEPBURN JAMES B & BETTY V & OTERO BETTY 355 SWAIN DRIVE VALLEY COTTAGE, NY 10989 | 355 SWAIN DRIVE VALLEY COTTAG | HEPBURN JAMES B & BETTY V | & OTERO BETTY |
| 52.10-2-49 | DARRAGH STEVEN & MAUREEN 656 ANDOVER RD VALLEY COTTAGE N Y 10989 | 656 ANDOVER RD VALLEY COTTAGE | DARRAGH STEVEN & MAUREEN | |
| 52.11-1-1 | MIRANDA JOEL & SUSAN 35 THIRD ST CONGERS, NY 10920 | 35 THIRD STREET CONGERS | MIRANDA JOEL & SUSAN | |
| 52.11-2-51 | PAXTON PATRICIA H 950 STARK LANE VALLEY COTTAGE, NY 10989 | 950 STARK LANE VALLEY COTTAGE | PAXTON PATRICIA H | |

Date: 9/6/2017 Time: 9:34 AM

Year:        This Year
Index:       Section/Block/Lot                Status:        Active Parcels
Criteria:    From screen Base Information; Property Class equal to 215
Swis Code: 392089

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.11-2-55 | ULRICH DANIEL + STEPHANIE D 954 STARK LANE VALLEY COTTAGE, NY 10989 | 954 STARK LANE VALLEY COTTAGE | ULRICH DANIEL + STEPHANIE D | |
| 52.11-2-54 | MENDOZA ALMA 964 STARK LANE VALLEY COTTAGE, NY 10989 | 964 STARK LANE VALLEY COTTAGE | MENDOZA ALMA | |
| 52.11-2-74 | MATHEW KURIAN & MARIAMMA 8 SPRING ROAD VALLEY COTTAGE, NY 10989 | 8 SPRING ROAD VALLEY COTTAG | MATHEW KURIAN & MARIAMMA | |
| 52.11-2-77 | SHER KAREN 14 SPRING RD VALLEY COTTAGE, NY 10989 | 14 SPRING ROAD VALLEY COTTAG | SHER KAREN | |
| 52.11-3-11 | LANZETTA VINCENT & BARBARA A 15 SASSON TERRACE VALLEY COTTAGE, NY 10989 | 15 SASSON TERR VALLEY COTTAG | LANZETTA VINCENT & | BARBARA A |
| 52.11-3-20 | DAGANAY VIRGILIO & CRISTINA 33 SASSON TERRACE VALLEY COTTAGE, NY 10989 | 33 SASSON TERR VALLEY COTTAG | DAGANAY VIRGILIO & | CRISTINA |
| 52.11-4-7 | MCGRATH RAYMOND & KIM 14 LAKEVIEW COURT CONGERS NY 10920 | 14 LAKEVIEW CT CONGERS | MCGRATH RAYMOND & KIM | |
| 52.11-4-24 | MAYORGA DONALD & ROCIO 214 ROUTE 303 VALLEY COTTAGE, NY 10989 | 214 ROUTE 303 VALLEY COTTAGE | MAYORGA DONALD & ROCIO | |
| 52.11-4-28.3 | CERNARO CIRINO 252 ROUTE 303 VALLEY COTTAGE, NY 10989 | 252 ROUTE 303 VALLEY COTTAGE | CERNARO CIRINO | |

Page: 54

Date: 9/6/2017 Time 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:  Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.11-4-52 | VALLADERAS CRISTIAN A & ARMANDO 418 COUNTRY RIDGE DRIVE VALLEY COTTAGE, NY 10989 | 418 COUNTRY RIDGE DR VLY CTG | VALLADERAS CRISTIAN A | & ARMANDO |
| 52.12-1-9 | ASGHAR GHULAM - MAJEEDA 67 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 67 RIDGE RD VALLEY COTTAGE | ASGHAR GHULAM - MAJEEDA | |
| 52.12-1-18 | SELVAGGI FAMILY IRR TRUST 77 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 77 RIDGE RD VALLEY COTTAGE | SELVAGGI FAMILY IRR TRUST | |
| 52.12-1-19 | PATERNO CHARLES & NINA 73 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 73 RIDGE RD VALLEY COTTAGE | PATERNO CHARLES & NINA | |
| 52.12-1-36 | KOSSAK DANIEL S 19 TANGLEWOOD COURT CONGERS, NY 10920 | 19 TANGLEWOOD CT CONGERS | KOSSAK DANIEL S | |
| 52.12-1-42 | FANTINI JUDITH IRR TRUST 91 WISCONSIN AVE CONGERS, NY 10920 | 91 WISCONSIN AVE CONGERS | FANTINI JUDITH | IRR TRUST |
| 52.12-1-43 | MUSCATELLA ANTHONY KRISTYN & SUSAN 93 WISCONSIN AVE CONGERS, NY 10920 | 93 WISCONSIN AVE CONGERS | MUSCATELLA ANTHONY | KRISTYN & SUSAN |
| 52.12-1-70 | GRIMSHAW BRUCE E IRR TRUST 6/16/2015 242 MASSACHUSETTS AVENUE VALLEY COTTAGE, NY 10989 | 242 MASSACHUSETTS AVE VLY CTG | GRIMSHAW BRUCE E | IRR TRUST 6/16/2015 |
| 52.12-2-10 | DEL FIERRO LIONEL + PIZARRO ASHLEY 225 MASSACHUSETTS AVENUE VALLEY COTTAGE, NY 10989 | 225 MASSACHUSETTS AVE VLY CTG | DEL FIERRO LIONEL + | PIZARRO ASHLEY |

Date: 9/6/2017 Time 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.12-2-15 | LANZO ALFONZO & CARMEN 8 MICHIGAN COURT VALLEY COTTAGE, NY 10989 | 8 MICHIGAN CT VALLEY COTTAG | LANZO ALFONZO & CARMEN | |
| 52.12-2-27 | SLIVA EDWARD Y TRUST & MARGARET 6 SEDGE ROAD VALLEY COTTAGE, NY 10989 | 6 SEDGE RD VALLEY COTTAGE | SLIVA EDWARD Y TRUST & | MARGARET |
| 52.12-2-46 | GEBBIA PAUL & SPINELLI CANDACE T 253 VALLEY RD VALLEY COTTAGE, NY 10989 | 253 VALLEY RD VALLEY COTTAGE | GEBBIA PAUL & SPINELLI | CANDACE T |
| 52.13-1-5 | HURLEY MICHAEL T & CAROLYN 98 ROBINHOOD LANE NEW CITY, NY 10956 | 98 ROBINHOOD LANE NEW CITY | HURLEY MICHAEL T | & CAROLYN |
| 52.13-1-13 | GOODMAN EDITH & ALLEN & SHERMAN JOANNE 104 ROBINHOOD LANE WEST NYACK, NY 10994 | 104 ROBINHOOD LANE WEST NYACK | GOODMAN EDITH & ALLEN & | SHERMAN JOANNE |
| 52.13-1-56 | HAYWARD THOMAS & ANN 269 OLD MILL RD VALLEY COTTAGE, NY 10989 | 269 OLD MILL RD VALLEY COTTAG | HAYWARD THOMAS & ANN | |
| 52.14-1-7 | BYRNE BRIAN & ANNE 5 WATERS MILL COURT VALLEY COTTAGE, NY 10989 | 5 WATERS MILL COURT VLY CTG | BYRNE BRIAN & ANNE | |
| 52.14-1-32 | AGARD LINDSAY I & ESTAPHANE MELANIE D 329 DEER TRACK LANE VALLEY COTTAGE, NY 10989 | 329 DEER TRACK LA VALLEY COTT | AGARD LINDSAY I & | ESTAPHANE MELANIE D |
| 52.14-2-16 | JABER KARAM & ABUNIYAB KHALEEL 400 KINGS HIGHWAY VALLEY COTTAGE, NY 10989 | 400 KINGS HWY VALLEY COTTAGE | JABER KARAM & ABUNIYAB | KHALEEL |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.14-2-19 | GEORGE JOHN & JOHN LISSY 402 KINGS HIGHWAY VLY COTTAGE, NY 10989 | 402 KINGS HWY VALLEY COTTAGE | GEORGE JOHN & JOHN LISSY | |
| 52.14-2-25 | CICCHINI CLAUDIO & IVIS 355 OLD MILL ROAD VALLEY COTTAGE, NY 10989 | 355 OLD MILL RD VALLEY COTTAG | CICCHINI CLAUDIO & | IVIS |
| 52.14-3-5 | BUDET RAFAEL A & PROVIDENCE R 19 FLOWER LANE VALLEY COTTAGE, NY 10989 | 19 FLOWER LANE VALLEY COTTAG | BUDET RAFAEL A & | PROVIDENCE R |
| 52.14-3-11 | HUDSON SEAND 8 FLOWER LANE VALLEY COTTAGE, NY 10989 | 8 FLOWER LANE VALLEY COTTAG | HUDSON SEAND | |
| 52.14-3-29 | CAROSCIA ROSEMARIE & DANIEL 688 COTTAGE LANE VALLEY COTTAGE, NY 10989 | 688 COTTAGE LA VALLEY COTTAGE | CAROSCIA ROSEMARIE | & DANIEL |
| 52.15-1-8 | MONCLOVA DAVID & BENNETT MELANIE 96 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 96 RIDGE RD VALLEY COTTAGE | MONCLOVA DAVID & | BENNETT MELANIE |
| 52.15-1-9 | MARTINEZ RAFAEL & REBECA 94 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 94 RIDGE RD VALLEY COTTAGE | MARTINEZ RAFAEL & REBECA | |
| 52.15-1-34.2 | MATTLANO DOUGLAS J & JEANNE E 62 SEDGE RD VALLEY COTTAGE, NY 10989 | 62 SEDGE RD VALLEY COTTAGE | MATTLANO DOUGLAS J & | JEANNE E |
| 52.15-1-35.1 | STABILE CARRIE 85 SEDGE RD VALLEY COTTAGE, NY 10989 | 85 SEDGE RD VALLEY COTTAGE | STABILE CARRIE | |

Date: 9/6/2017 Time: 9:34 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.15-1-35.10 | STABILE JAMES III 82 SEDGE RD VALLEY COTTAGE, NY 10989 | 82 SEDGE RD VALLEY COTTAGE | STABILE JAMES III | |
| 52.15-1-43 | SERRATORE FRANCESCO & THERESA 130 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 130 RIDGE RD VALLEY COTTAGE | SERRATORE FRANCESCO & | THERESA |
| 52.16-1-6 | KERNER KENNETH + BARBARA 3 VIRGINIA STREET VALLEY COTTAGE, NY 10989 | 3 VIRGINIA ST VALLEY COTTAG | KERNER KENNETH + BARBARA | |
| 52.16-1-21 | VANDINA JOANN 30 SEDGE ROAD VALLEY COTTAGE, NY 10989 | 30 SEDGE RD VALLEY COTTAGE | VANDINA JOANN | |
| 52.16-1-54 | MARQUEZ CARLOS & ISABEL 37 SEDGE ROAD VALLEY COTTAGE, NY 10989 | 37 SEDGE RD VALLEY COTTAGE | MARQUEZ CARLOS & ISABEL | |
| 52.16-1-73 | VARGHESE MATHEW & MATHEW MARYKUTTY 280 COTTAGE ROAD VALLEY COTTAGE, NY 10989 | 280 COTTAGE RD VALLEY COTTAGE | VARGHESE MATHEW & | MATHEW MARYKUTTY |
| 52.16-2-18 | SAMPAIO ANDRE 244 COTTAGE RD VALLEY COTTAGE, NY 10989 | 244 COTTAGE RD VALLEY COTTAGE | SAMPAIO ANDRE | |
| 52.16-2-26 | MORRISON JOHN & W 108 HELENE RD VALLEY COTTAGE, NY 10989 | 108 HELENE RD VALLEY COTTAGE | MORRISON JOHN & W | |
| 52.16-3-32 | BOUTIN SPENCER & DEFREESE JENERA 226 VALLEY RD VALLEY COTTAGE, NY 10989 | 226 VALLEY RD VALLEY COTTAGE | BOUTIN SPENCER & DEFREESE | JENERA |

Page: 58

Date: 9/6/2017 Time: 9:34 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.16-3-35 | GALLAGHER DAMIEN M & GALLIGAN SALINA 232 VALLEY RD VALLEY COTTAGE, NY 10989 | 232 VALLEY RD VALLEY COTTAGE | GALLAGHER DAMIEN M | & GALLIGAN SALINA |
| 52.18-1-28 | WYNNE THOMAS & INES 568 MILLBURN CT VALLEY COTTAGE, NY 10989 | 568 MILLBURN CT VALLEY COTTAG | WYNNE THOMAS & INES | |
| 52.18-1-59 | MORAN HECTOR D & OSCAR 98 BRANCHVILLE RD VALLEY COTTAGE, NY 10989 | 98 BRANCHVILLE ROAD VLY CTG | MORAN HECTOR D & OSCAR | |
| 52.18-1-76 | THE COMMUNITY OF THE DIVINE PROVIDENCE INC 5 CYGNET LANE VALLEY COTTAGE, NY 10989 | 5 CYGNET LANE VALLEY COTTAG | THE COMMUNITY OF THE | DIVINE PROVIDENCE INC |
| 52.18-2-29 | ARMADA, ABERLANDO & ANTONIA 680 COTTAGE LANE VALLEY COTTAGE, NY 10989 | 680 COTTAGE LA VALLEY COTTAGE | ARMADA, ABERLANDO & | ANTONIA |
| 52.18-2-83 | PURVES SCOTT & SANDRA 306 FULLE DRIVE VALLEY COTTAGE, NY 10989 | 306 FULLE DRIVE VALLEY COTTAG | PURVES SCOTT & SANDRA | |
| 52.19-1-4.1 | GERAGHTY WILLIAM J & RAVEN E 11 TRANQUILL AVENUE VALLEY COTTAGE, NY 10989 | 11 TRANQUILL AVENUE VLY CTG | GERAGHTY WILLIAM J & | RAVEN E |
| 52.19-1-37 | CRUZ EDITH 30 GREEN AVE VALLEY COTTAGE, NY 10989 | 30 GREEN AVE VALLEY COTTAGE | CRUZ EDITH | |
| 52.19-1-42 | KRASNIQI LABINOT 49 GREEN AVE VALLEY COTTAGE, NY 10989 | 49 GREEN AVE VALLEY COTTAGE | KRASNIQI LABINOT | |

Page: 59

Date 9/6/2017 Time 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.19-1-51 | QUINONES MARY CAROLINE C + KHAN TAREQUL I 767 BIRCHWOOD COURT VALLEY COTTAGE, NY 10989 | 767 BIRCHWOOD COURT VLY CTG | QUINONES MARY CAROLINE C | + KHAN TAREQUL I |
| 52.19-2-5 | BONIKOS KIRINEOS 138 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 138 RIDGE RD VALLEY COTTAGE | BONIKOS KIRINEOS | |
| 52.19-2-22.3 | TURNER ANTHONY 160 RIDGE RD VALLEY COTTAGE, NY 10989 | 160 RIDGE RD VALLEY COTTAGE | TURNER ANTHONY | |
| 52.19-2-26 | ALEENA CORP 140 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 140 RIDGE RD VALLEY COTTAGE | ALEENA CORP | |
| 52.19-2-27 | RODRIGUEZ MARIA L/T RODRIGUEZ SANDRA M 1 LOWERRE PLACE VALLEY COTTAGE, NY 10989 | 1 LOWERRE PL VALLEY COTTAGE | RODRIGUEZ MARIA L/T | RODRIGUEZ SANDRA M |
| 52.19-2-41 | MOCCIO PHILIP J & LINDA M 18 LOWERRE PLACE VALLEY COTTAGE, NY 10989 | 18 LOWERRE PL VALLEY COTTAGE | MOCCIO PHILIP J & LINDA M | |
| 52.19-2-44 | GENTILE GERARD & BARBARA 6 LOWERRE PLACE VALLEY COTTAGE, NY 10989 | 6 LOWERRE PL VALLEY COTTAGE | GENTILE GERARD & BARBARA | |
| 52.19-2-51 | FORTUNATO NELLIE 303 BLISS LANE VALLEY COTTAGE, NY 10989 | 169 RIDGE RD VALLEY COTTAGE | FORTUNATO NELLIE | |
| 52.19-2-55 | VAILLANCOURT DONNA + VAILLANCOURT ROBERT D 177 RIDGE ROAD VALLEY COTTAGE, NY 10989 | 177 RIDGE RD VALLEY COTTAGE | VAILLANCOURT DONNA + | VAILLANCOURT ROBERT D |

Date: 9/6/2017 Time: 9:34 AM

Year:        This Year
Index:       Section/Block/Lot
Criteria:    From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 52.19-2-73 | PERRET WILLIAM G & GREGORY W 1 AMORY COURT VALLEY COTTAGE, NY 10989 | 1 AMORY DR VALLEY COTTAGE | PERRET WILLIAM G | & GREGORY W |
| 52.19-2-83 | MATTIACCIO PETER I/R SANCHEZ LAURA 2 AMORY COURT VALLEY COTTAGE, NY 10989 | 2 AMORY DR VALLEY COTTAGE | MATTIACCIO PETER I/R | SANCHEZ LAURA |
| 52.20-1-50 | GILL ANDRE M & JOANNE 15 LOUIS AVENUE VALLEY COTTAGE, NY 10989 | 15 LOUIS AVE VALLEY COTTAGE | GILL ANDRE M & JOANNE | |
| 52.20-1-53 | DORN THOMAS J & LAURA 7 LOUIS AVE VALLEY COTTAGE, NY 10989 | 7 LOUIS AVE VALLEY COTTAGE | DORN THOMAS J & LAURA | |
| 52.20-1-56 | CASSANO ERIC & ROSALIA FASTIGI 6 LOUIS AVENUE VALLEY COTTAGE, NY 10989 | 6 LOUIS AVE VALLEY COTTAGE | CASSANO ERIC & ROSALIA | FASTIGI |
| 52.20-2-16 | DARBOUZE GINA M 862 MULLBERRY ROAD VALLEY COTTAGE, NY 10989 | 862 MULLBERRY RD VALLEY CTG | DARBOUZE GINA M | |
| 52.20-2-30 | VAZQUEZ NOEL & ANA D 885 STOCKTON RD VALLEY COTTAGE, NY 10989 | 885 STOCKTON RD VALLEY COTTAG | VAZQUEZ NOEL & ANA D | |
| 52.20-2-38 | SULLIVAN CATHERINE 884 STOCKTON ROAD VALLEY COTTAGE, N Y 10989 | 884 STOCKTON RD VALLEY COTTAG | SULLIVAN CATHERINE | |
| 52.20-2-52 | CORDOVA NELSON & ELAINE HERNANDEZ-CORDOVA 909 ASHLAND STREET VALLEY COTTAGE, NY 10989 | 909 ASHLAND ST VALLEY COTTAGE | CORDOVA NELSON & ELAINE | HERNANDEZ-CORDOVA |

Page: 61

Date: 9/6/2017 Time 9:34 AM

Year:       This Year
Index:      Section/Block/Lot
Criteria:   From screen: Base Information: Property Class equal to 215
Swis Code: 3920089

Status:  Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr-1 | Name 1<br>Addr-2 | Name 2 |
|---|---|---|---|---|
| 52.20-2-60 | KNARICH BRUCE + CAROLE<br>916 ASHLAND STREET<br>VALLEY COTTAGE, NY 10989 | 916 ASHLAND ST VALLEY COTTAGE | KNARICH BRUCE + CAROLE | |
| 52.20-2-62 | SCARPULLA CHARLES S &<br>MARY ANN L/E MAYERNIK L &<br>CALABRO L & MCCORMICK M<br>& SCARPULLA C. A.<br>910 ASHLAND STREET<br>VALLEY COTTAGE N Y 10989 | 910 ASHLAND ST VALLEY COTTAGE<br>& SCARPULLA C. A. | SCARPULLA CHARLES S &<br>CALABRO L & MCCORMICK M | MARY ANN L/E MAYERNIK L & |
| 52.20-2-65 | CUESTA ANGELA & FRO L/E<br>EVA<br>902 ASHLAND ST<br>VALLEY COTTAGE, NY 10989 | 902 ASHLAND ST VALLEY COTTAGE | CUESTA ANGELA & FRO L/E | EVA |
| 52.20-2-67 | PAVELCHAK III ANTON<br>& LISCHICK MARGARET<br>C/O MARGARET LISCHICK<br>878 STOCKTON ROAD<br>VALLEY COTTAGE N Y 10989 | 878 STOCKTON RD VALLEY COTTAG<br>C/O MARGARET LISCHICK | PAVELCHAK III ANTON | & LISCHICK MARGARET |
| 52.20-2-80 | TAPIA ANEURYS &<br>GOMEZ MARINA<br>854 MULBERRY ROAD<br>VALLEY COTTAGE, NY 10989 | 854 MULBERRY RD VALLEY CTG | TAPIA ANEURYS & | GOMEZ MARINA |
| 52.20-2-87 | ROCK TERENCE S & TANYA M<br>PEREZ-<br>856 BELLEVILLE DRIVE<br>VALLEY COTTAGE N Y 10989 | 856 BELLEVILLE DRIVE VLY CTG | ROCK TERENCE S & TANYA M | PEREZ- |
| 53.13-1-19 | HERNANDEZ NELSON A &<br>SANDRA P<br>134 CHARLES BLVD<br>VALLEY COTTAGE, NY 10989 | 134 CHARLES BLVD VALLEY COTTA | HERNANDEZ NELSON A & | SANDRA P |

Date: 9/6/2017 Time: 9:34 AM

Year:    This Year
Index:   Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 53.13-1-65 | SILVA JOHN P & JACQUELINE M 20 ROCK DRIVE VALLEY COTTAGE, NY 10989 | 20 ROCK DRIVE VALLEY COTTAGE | SILVA JOHN P & JACQUELINE | M |
| 53.17-1-16 | GRANDE WILLIAM & MICHELLE OWEN 936 FLINT COURT VALLEY COTTAGE, NY 10989 | 936 FLINT CT VALLEY COTTAGE | GRANDE WILLIAM & | MICHELLE OWEN |
| 53.17-1-25 | PICOU DELIA REV TRUST 929 MICA COURT VALLEY COTTAGE, NY 10989 | 929 MICA COURT VALLEY COTTAGE | PICOU DELIA | REV TRUST |
| 53.17-1-66 | BRADY MICHAEL & MARGARET 3 ROCK DRIVE VALLEY COTTAGE, NY 10989 | 3 ROCK DRIVE VALLEY COTTAGE | BRADY MICHAEL & MARGARET | |
| 53.17-1-70 | GARCIA MICHELLE M 11 ROCK DRIVE VALLEY COTTAGE, NY 10989 | 11 ROCK DRIVE VALLEY COTTAGE | GARCIA MICHELLE M | |
| 57.7-3-7 | CHAMBERS-BROWN ALICIA 54 SPRING BROOK RD NANUET, NY 10954 | 54 SPRING BROOK RD NANUET | CHAMBERS-BROWN ALICIA | |
| 57.7-3-11 | CISNEROS-ARIAS SONIA I 62 SPRINGBROOK RD NANUET, NY 10954 | 62 SPRING BROOK RD NANUET | CISNEROS-ARIAS SONIA I | |
| 57.7-3-15 | EUGENE LOUIS & MARINA & ERIC & JACKSON 48 SPRING BROOK RD NANUET, NY 10954 | 48 SPRING BROOK RD NANUET | EUGENE LOUIS & MARINA | & ERIC & JACKSON |
| 57.7-4-2 | ARIAS SERGIO G & LEMUS NELSON A 57 SPRING BROOK RD NANUET, NY 10954 | 57 SPRING BROOK RD NANUET | ARIAS SERGIO G & LEMUS | NELSON A |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 57.7-4-40 | LOUIS MIRVIL & THOMAS MARIE L 29 SPRINGBROOK RD NANUET, NY 10954 | 29 SPRING BROOK RD NANUET | LOUIS MIRVIL & THOMAS | MARIE L |
| 57.7-5-34 | DESROCHES MARIE 7 OLIN DR NANUET, NY 10954 | 7 OLIN DR NANUET | DESROCHES MARIE | |
| 57.7-5-51 | LAMY MARC & BOIROND MARIE 108 N PASCACK ROAD NANUET, NY 10954 | 108 N PASCACK RD NANUET | LAMY MARC & BOIROND MARIE | |
| 57.7-5-57 | MG HOMES CORP 22 VOLUMANS DR SPRING VALLEY, NY 10977 | 8 LOUISE PLACE NANUET | MG HOMES CORP | |
| 57.8-1-24 | NGHE TIEN H & CINDY 1 MEDFORD PLACE NANUET, NY 10954 | 1 MEDFORD PLACE NANUET | NGHE TIEN H & CINDY | |
| 57.8-1-26 | KALSARIA GAURANG R & PATEL-KALSARIA KRUTI 10 MEDFORD PLACE NANUET, NY 10954 | 10 MEDFORD PLACE NANUET | KALSARIA GAURANG R & | PATEL-KALSARIA KRUTI |
| 57.8-1-27 | GARCIA JULIO H & GLADYS 8 MEDFORD PLACE NANUET, NY 10954 | 8 MEDFORD PLACE NANUET | GARCIA JULIO H & GLADYS | |
| 57.8-2-8 | THOMAS KOSHY M & KOSHY SHEEBA 10 STURBRIDGE CT NANUET, NY 10954 | 10 STURBRIDGE CT NANUET | THOMAS KOSHY M & KOSHY | SHEEBA |
| 57.8-2-28 | BLUE TRUST EMILY 43 COTTAGE PLACE NANUET, NY 10954 | 43 COTTAGE PLACE NANUET | BLUE TRUST EMILY | |

Date: 9/6/2017 Time 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392089

**Status:**  Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 57.8-2-59 | ROSENBLATT ALAN & DEBORAH<br>112 TENNYSON DR<br>NANUET N Y 10954 | 112 TENNYSON DR NANUET | ROSENBLATT ALAN & DEBORAH | |
| 57.8-2-76 | KIM BOG SOON A/K/A<br>BOGSOON – MAN GYOO<br>72 TENNYSON DR<br>NANUET, NY 10954 | 72 TENNYSON DR NANUET | KIM BOG SOON A/K/A | BOGSOON – MAN GYOO |
| 57.8-2-80 | PATEL SANJIV & KASHMIRA<br>65 TENNYSON DRIVE<br>NANUET, NY 10954 | 65 TENNYSON DR NANUET | PATEL SANJIV & KASHMIRA | |
| 57.10-1-13 | LEMA BERMA E<br>33 SECOND AVE<br>NANUET, NY 10954 | 33 SECOND AVE NANUET | LEMA BERMA E | |
| 57.10-1-15 | MELEANCE JACQUELINE<br>1 TURNER COURT<br>NANUET, NY 10954 | 1 TURNER CT NANUET | MELEANCE JACQUELINE | |
| 57.10-1-16 | ETIENNE RAOUL<br>3 TURNER COURT<br>NANUET, NY 10954 | 3 TURNER CT NANUET | ETIENNE RAOUL | |
| 57.10-1-18 | LEMA WILSON A + LOURDES<br>7 TURNER COURT<br>NANUET, NY 10954 | 7 TURNER CT NANUET | LEMA WILSON A + LOURDES | |
| 57.10-1-19 | LEMA JULIO<br>31 SECOND AVE<br>NANUET, NY 10954 | 31 SECOND AVE NANUET | LEMA JULIO | |
| 57.10-1-23 | WILLIAMS HENRY<br>11 TURNER COURT<br>NANUET, NY 10954 | 11 TURNER CT NANUET | WILLIAMS HENRY | |
| 57.10-1-70 | QUIRK NATASHA &<br>OCASIO ADAM<br>16 VALLEY DRIVE<br>NANUET, NY 10954 | 16 VALLEY DR NANUET | QUIRK NATASHA & | OCASIO ADAM |

Date 9/6/2017 Time 9:34 AM

**Search Results**

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 57.10-1-25 | NAZAIRE OREZAR & LOUISE 12 TURNER COURT NANUET, NY 10954 | 12 TURNER CT NANUET | NAZAIRE OREZAR & LOUISE | |
| 57.10-1-27 | MADELON JEAN & CHARITE 8 TURNER COURT NANUET, NY 10954 | 8 TURNER CT NANUET | MADELON JEAN & CHARITE | |
| 57.10-1-29 | JULIEN JOSEPH & MARIE 4 TURNER COURT NANUET, NY 10954 | 4 TURNER CT NANUET | JULIEN JOSEPH & MARIE | |
| 57.11-1-76 | DORESTANT FRITZNER & STANLA 35 NO PASCACK ROAD NANUET, NY 10954 | 35 N PASCACK RD NANUET | DORESTANT FRITZNER & | STANLA |
| 57.12-1-13 | HARRISON KHRISTOFER & ROSA VIOSANNY 17 VALLSHIRE CIR NANUET, NY 10954 | 17 VALLSHIRE CIR NANUET | HARRISON KHRISTOFER & | ROSA VIOSANNY |
| 57.12-1-15 | DIENER MARILYN 21 VALLSHIRE CIRCLE NANUET, NY 10954 | 21 VALLSHIRE CIR NANUET | DIENER MARILYN | |
| 57.12-1-16 | DE ALVANDROS WILLIAM & CAROLYN 23 VALLSHIRE CIRCLE NANUET, NY 10954 | 23 VALLSHIRE CIR NANUET | DE ALVANDROS WILLIAM & | CAROLYN |
| 57.15-1-23 | LEMA JOSE 18 NO PASCACK RD NANUET, NY 10954 | 18 N PASCACK RD NANUET | LEMA JOSE | |
| 57.15-1-24 | APPIAH SAMUEL & BEATRICE 20 N PASCACK RD NANUET, NY 10954 | 20 N PASCACK RD NANUET | APPIAH SAMUEL & BEATRICE | |

Date: 9/6/2017 Time: 9:34 AM

Year:         This Year
Index:        Section/Block/Lot
Criteria:     From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:       Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 | Name 2 |
|---|---|---|---|---|
| 87.15-1-26 | GILLES ILFRID JEAN<br>229 SMITH RD<br>NANUET, NY 10954 | 229 SMITH RD NANUET | GILLES ILFRID JEAN | |
| 57.15-1-27 | MENIEL MARIE<br>231 SMITH RD<br>NANUET, NY 10954 | 231 SMITH RD NANUET | MENIEL MARIE | |
| 57.19-2-23 | SIDDIQI MOHAMMAD<br>10 JUDITH STREET<br>NANUET N Y 10954 | 10 JUDITH STREET NANUET | SIDDIQI MOHAMMAD | |
| 57.19-3-17 | PERVEZ RUBINA<br>47 FREEDMAN AVENUE<br>NANUET, NY 10954 | 47 FREEDMAN AVE NANUET | PERVEZ RUBINA | |
| 57.20-1-42 | JENKINS EMILY S &<br>HARRIS MARIE S<br>44 DYKES PARK ROAD<br>NANUET N Y 10954 | 44 DYKES PARK RD NANUET | JENKINS EMILY S & | HARRIS MARIE S |
| 57.20-1-57 | SANTAMARIA CARLO &<br>PASQUALINA LE AORS<br>20 NEW HAVEN AVENUE<br>NANUET, NY 10954 | 20 NEW HAVEN AVE NANUET | SANTAMARIA CARLO & | PASQUALINA LE AORS |
| 57.20-2-10 | HACKSHAW DOMINIC &<br>VINCENTE-HACKSHAW AMANDA<br>26 SHERWOOD DR<br>NANUET, NY 10954 | 26 SHERWOOD DR NANUET | HACKSHAW DOMINIC & | VINCENTE-HACKSHAW AMANDA |
| 57.20-2-34 | AMENDANO ANA A & BOLIVAR<br>R<br>19 GRANDVIEW AVE<br>NANUET, NY 10954 | 19 GRANDVIEW AVENUE NANUET | AMENDANO ANA A & BOLIVAR<br>R | |
| 58.5-1-46 | GERRAPUTA DONALD & MARIA<br>311 NO. MIDDLETOWN RD<br>NANUET, NY 10954 | 311 N MIDDLETOWN RD NANUET | GERRAPUTA DONALD & MARIA | |

Page 67

Date: 9/6/2017 Time: 9:34 AM

Year:       This Year
Index:      Section/Block/Lot
Criteria:   From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:     Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.5-1-61 | VINCENZI EDWARD & JANETTE 20 FULTON STREET NANUET, NY 10954 | 20 FULTON STREET NANUET | VINCENZI EDWARD & JANETTE | |
| 58.5-2-18 | CARCHICHABLA LUIS A CARCHICHABLA AIDA R 32 CENTRAL DRIVE NANUET, NY 10954 | 32 CENTRAL DR NANUET | CARCHICHABLA LUIS A | CARCHICHABLA AIDA R |
| 58.5-2-24 | PETRAZZUOLO WILLIAM & PETRAZZUOLO MICHELLE 18 LAKE SHORE DR NANUET, NY 10954 | 18 LAKE SHORE DR NANUET | PETRAZZUOLO WILLIAM & | PETRAZZUOLO MICHELLE |
| 58.5-3-7 | FREEMAN ROBYN LISA 9 FLORAL COURT NANUET, NY 10954 | 9 FLORAL COURT NANUET | FREEMAN ROBYN LISA | |
| 58.5-3-26 | SANDHU SATNAM S & CHARANJIT TRUST 23 AMARILLO DRIVE NANUET, NY 10954 | 23 AMARILLO DRIVE NANUET | SANDHU SATNAM S & | CHARANJIT TRUST |
| 58.5-3-27 | PAUL MUNESHWAR & ROOPOUTIE 21 AMARILLO DRIVE NANUET, NY 10954 | 21 AMARILLO DRIVE NANUET | PAUL MUNESHWAR & | ROOPOUTIE |
| 58.5-3-32 | ISLAM EMRO & MERMEA & KAREEM A 9 AMARILLO DRIVE NANUET, NY 10954 | 9 AMARILLO DRIVE NANUET | ISLAM EMRO & MERMEA | & KAREEM A |
| 58.5-3-43 | THOMAS SKARIA + SKARIA SHARNE 10 AMARILLO DR NANUET, NY 10954 | 10 AMARILLO DRIVE NANUET | THOMAS SKARIA + | SKARIA SHARNE |

Date: 9/6/2017 Time: 9:34 AM

| | | Status: | Active Parcels |
|---|---|---|---|
| Year: | This Year | | |
| Index: | Section/Block/Lot | | |
| Criteria: | From screen Base Information: Property Class equal to 215 | | |
| Swis Code: 392689 | | | |

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.5-3-44 | BOKHARI SYEDZILLE HASNAN 8 AMARILLO DRIVE NANUET, NY 10954 | 8 AMARILLO DRIVE NANUET | BOKHARI SYEDZILLE HASNAN | |
| 58.5-3-45 | SANDOVAL MARGARITA + PINOS CLARA 6 AMARILLO DRIVE NANUET, NY 10954 | 6 AMARILLO DRIVE NANUET | SANDOVAL MARGARITA + | PINOS CLARA |
| 58.5-3-74 | HIGGINS JOHN & JANET 4 MERIDAN LANE NANUET, NY 10954 | 4 MERIDAN LANE NANUET | HIGGINS JOHN & JANET | |
| 58.5-4-1 | PALLIKAL JOHN M & ANNAMMA JOHN 73 OAKLAND PLACE NANUET, NY 10954 | 73 OAKLAND PL NANUET | PALLIKAL JOHN M & | ANNAMMA JOHN |
| 58.5-4-3 | MARIANI FRANCA 65 OAKLAND PLACE NANUET, NY 10954 | 65 OAKLAND PL NANUET | MARIANI FRANCA | |
| 58.5-4-5 | FERRARA MICHAEL -- DAWN M 57 OAKLAND PLACE NANUET, NY 10954 | 57 OAKLAND PL NANUET | FERRARA MICHAEL -- DAWN M | |
| 58.5-4-24 | THOMAS BINDU & MATHEW V 17 SPRUCE CT NANUET, NY 10954 | 17 SPRUCE CT NANUET | THOMAS BINDU & MATHEW V | |
| 58.5-4-26 | TISO GRAZIA & ANTONIO 312 N MIDDLETOWN RD NANUET, NY 10954 | 312 N MIDDLETOWN RD NANUET | TISO GRAZIA & ANTONIO | |
| 58.5-4-28 | CANNELLA ROCCO 15 SPRUCE CT NANUET, NY 10954 | 15 SPRUCE CT NANUET | CANNELLA ROCCO | |
| 58.6-1-5 | CARUSO JULIA FAMILY TRUST C/O RINALDO J PERCIBALLI 22 WESTLYN DR BARDONIA, NY 10954 | 22 WESTLYN DR BARDONIA | CARUSO JULIA FAMILY TRUST | C/O RINALDO J PERCIBALLI |

Date: 9/6/2017 Time 9:34 AM

| Year: | This Year |
| Index: | Section/Block/Lot |
| Criteria: | From screen Base Information; Property Class equal to 215 |
| Swis Code: | 392089 |

Status:  Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.6-1-9 | MOHAMED KARIM & THURAYA OMAR 6 WESTLYN DR BARDONIA, NY 10954 | 6 WESTLYN DR BARDONIA | MOHAMED KARIM & THURAYA | OMAR |
| 58.6-1-14 | TRACEY LISA M 17 EASTLYN DR BARDONIA, NY 10954 | 17 EASTLYN DR BARDONIA | TRACEY LISA M | |
| 58.6-1-52 | BIELLA DOMENICA & CANNELLA ANTHONY 78 WESTLYN DR BARDONIA, NY 10954 | 78 WESTLYN DR BARDONIA | BIELLA DOMENICA & | CANNELLA ANTHONY |
| 58.6-1-66 | PAPPAS MICHAEL GREGORY & LISA MARIE 195 PINEVIEW AVE BARDONIA, NY 10954 | 195 PINEVIEW AVE BARDONIA | PAPPAS MICHAEL GREGORY & | LISA MARIE |
| 58.6-1-70 | BARONE RALPH F & SUEANN 1 WESTLYN DR BARDONIA, NY 10954 | 1 WESTLYN DR BARDONIA | BARONE RALPH F & SUEANN | |
| 58.6-2-13 | CASTELLO V A + W 32 PINEVIEW AVE BARDONIA, N Y 10954 | 32 PINEVIEW AVE BARDONIA | CASTELLO V A + W | |
| 58.6-2-14.2 | MEROLA, LOUIS & DEBRA, & JOSEPH 22 PINEVIEW AVE BARDONIA, NY 10954 | 22 PINEVIEW AVE BARDONIA | MEROLA, LOUIS & DEBRA, & | JOSEPH |
| 58.6-2-22 | DELEON SHARON A 1 FURPHY LANE BARDONIA, NY 10954 | 1 FURPHY LANE BARDONIA | DELEON SHARON A | |
| 58.6-2-29 | NUEVA NEIL & DENISE 484 ROUTE 304 BARDONIA, NY 10954 | 484 ROUTE 304 BARDONIA | NUEVA NEIL & DENISE | |

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information Property Class equal to 215
Swis Code: 392489

Status:   Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.8-6-2-52 | KIM KIKUK & HYESEON 3 CRIMSON COURT BARDONIA, NY 10954 | 3 CRIMSON CT BARDONIA | KIM KIKUK & HYESEON | |
| 58.6-2-38 | WIMBERT HENRY L & W 18 COTTONWOOD COURT BARDONIA, NY 10954 | 18 COTTONWOOD CT BARDONIA | WIMBERT HENRY L & W | |
| 58.6-2-69 | PALUMBO FRANK & JEANINE 6 BRENDA LANE BARDONIA, NY 10954 | 6 BRENDA LANE BARDONIA | PALUMBO FRANK & JEANINE | |
| 58.6-2-71 | MCILHARGY-FRITZ RUTH & FRITZ JOHN A 143 PINEVIEW AVE BARDONIA, NY 10954 | 143 PINEVIEW AVE BARDONIA | MCILHARGY-FRITZ RUTH | & FRITZ JOHN A |
| 58.7-1-77 | TOPS REAL ESTATE INC 10 EAST 70TH STREET ORANGEBURG, NY 10962 | 1 DEARBORN RD WEST NYACK | TOPS REAL ESTATE INC | |
| 58.7-1-81 | AYLWARD WILLIAM & BRENDA 37 ROCKFORD DRIVE WEST NYACK, NY 10994 | 37 ROCKFORD DR WEST NYACK | AYLWARD WILLIAM & BRENDA | |
| 58.8-2-8 | SYRE GILBERT & ANGELA 4 KENBAR ROAD WEST NYACK, NY 10994 | 4 KENBAR RD WEST NYACK | SYRE GILBERT & ANGELA | |
| 58.8-2-37 | MCGLINCHEY RUSSELL & KAREN 317 STRAWTOWN ROAD WEST NYACK, NY 10994 | 317 STRAWTOWN RD WEST NYACK | MCGLINCHEY RUSSELL & | KAREN |
| 58.8-2-58 | HANLEY DONNA L & RAHSAAN & BIALOWAS-HANLEY MONIKA 26 KENBAR ROAD WEST NYACK, NY 10994 | 26 KENBAR RD WEST NYACK | HANLEY DONNA L & RAHSAAN | & BIALOWAS-HANLEY MONIKA |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.9-1-1 | TALEB MOHAMMED 42 COTTAGE PLACE NANUET, NY 10954 | 42 COTTAGE PLACE NANUET | TALEB MOHAMMED | |
| 58.9-1-24 | STRICKLAND TERRANCE LYDIA 39 COOPER DR NANUET, NY 10954 | 39 COOPER DRIVE NANUET | STRICKLAND TERRANCE | LYDIA |
| 58.9-1-29 | ETHAKKAN LOVELY S 11 COOPER DR NANUET, NY 10954 | 11 COOPER DRIVE NANUET | ETHAKKAN LOVELY S | |
| 58.9-2-20 | MESSINA JOHN & ELIZABETH L/E & MARK & NANCY 4 WINDSOR COURT NANUET, NY 10954 | 4 WINDSOR CT NANUET | MESSINA JOHN & ELIZABETH | L/E & MARK & NANCY |
| 58.9-2-26 | MALONEY JOHN R - W 1 VICTORIA DR NANUET N Y 10954 | 1 VICTORIA DR NANUET | MALONEY JOHN R - W | |
| 58.9-2-58 | SCHAVONE FRANK & CAROL 10 BEECH STREET NANUET, NY 10954 | 10 BEECH STREET NANUET | SCHAVONE FRANK & CAROL | |
| 58.9-2-85 | CHACKO LEELAMMA 186 N MIDDLETOWN RD NANUET, NY 10954 | 186 N MIDDLETOWN RD NANUET | CHACKO LEELAMMA | |
| 58.9-3-2 | MCGILLYCUDDY KEVIN G & CLAIRE M 3 ROB CT NANUET, NY 10954 | 3 ROB CT NANUET | MCGILLYCUDDY KEVIN G & | CLAIRE M |
| 58.9-3-7 | ALMODOVAR MONICA 42 POPLAR ST NANUET, NY 10954 | 42 POPLAR ST NANUET | ALMODOVAR MONICA | |

Date: 9/6/2017 Time: 9:34 AM

Year:    This Year
Index:    Section/Block/Lot
Criteria:    From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 | Name 2 |
|---|---|---|---|---|
| 58.9-3-8 | PEPE RALPH & DONNA<br>44 POPLAR STREET<br>NANUET N Y 10954 | 44 POPLAR ST NANUET | PEPE RALPH & DONNA | |
| 58.9-3-35.2 | BOLAND JOHN & HEIDI<br>12A TERRACE AVE<br>NANUET, NY 10954 | 12A TERRACE AVE NANUET | BOLAND JOHN & HEIDI | |
| 58.9-3-79 | ACUNTO GREGORY +<br>ACUNTO KRISTIN C<br>35 POPLAR STREET<br>NANUET, NY 10954 | 35 POPLAR ST NANUET | ACUNTO GREGORY + | ACUNTO KRISTIN C |
| 58.9-3-85 | MALANUK JOHN & MARY ELLEN<br>12 HICKORY DRIVE<br>NANUET N Y 10954 | 12 HICKORY DRIVE NANUET | MALANUK JOHN & MARY ELLEN | |
| 58.9-3-87 | PODYMOW ANDREW & EUGENIA<br>47 POPLAR STREET<br>NANUET, NY 10954 | 47 POPLAR ST NANUET | PODYMOW ANDREW & EUGENIA | |
| 58.10-1-4 | DAVIS SANDRA<br>12 CRANFORD RD<br>BARDONIA, NY 10954 | 12 CRANFORD RD BARDONIA | DAVIS SANDRA | |
| 58.10-1-14 | KOCI FADIL & MELEQE<br>1 CRANFORD RD<br>BARDONIA, NY 10954 | 1 CRANFORD RD BARDONIA | KOCI FADIL & MELEQE | |
| 58.10-2-9 | VARVARO CHERYL & SOLOMON<br>NEIL<br>23 WHITE OAK LANE<br>BARDONIA, NY 10954 | 23 WHITE OAK LANE BARDONIA | VARVARO CHERYL & SOLOMON | NEIL |
| 58.10-2-23 | THOMAS ROBIN &PONNAMMA<br>45 RENNERT LANE<br>BARDONIA, NY 10954 | 45 RENNERT LANE BARDONIA | THOMAS ROBIN &PONNAMMA | |
| 58.10-2-71 | BURKE MARGARET & SHINNERS<br>PATRICIA<br>15 MILLSPAUGH LANE<br>BARDONIA, NY 10954 | 15 MILLSPAUGH LANE BARDONIA | BURKE MARGARET & SHINNERS | PATRICIA |

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

## Search Results

Status:  Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.10-2-83 | JANG JAEDONG + YANGSOON 99 RENNERT LANE BARDONIA, NY 10954 | 99 RENNERT LANE BARDONIA | JANG JAEDONG + YANGSOON | |
| 58.10-2-90 | KEFFNER KATHLEEN & RICHARD 112 RENNERT LANE BARDONIA, NY 10954 | 112 RENNERT LANE BARDONIA | KEFFNER KATHLEEN & | RICHARD |
| 58.10-3-7 | MATHEW RENI & LEENA 83 BARDONIA RD BARDONIA, NY 10954 | 83 BARDONIA RD BARDONIA | MATHEW RENI & LEENA | |
| 58.10-3-16 | TAFFNER BRIAN & KATHERINE & KIMBERLY 14 BARRY LANE BARDONIA, NY 10954 | 14 BARRY LANE BARDONIA | TAFFNER BRIAN & KATHERINE | & KIMBERLY |
| 58.11-1-43 | HALPERN MENACHEM 151 BARDONIA RD BARDONIA, NY 10954 | 151 BARDONIA RD BARDONIA | HALPERN MENACHEM | |
| 58.11-3-31 | 241 GERMONDS PROJECT LLC 38 FRASER AVENUE MONTICELLO, NY 12701 | 241 GERMONDS RD WEST NYACK | 241 GERMONDS PROJECT LLC | |
| 58.12-1-20 | BENVENUTO JOSEPH & CYNTHIA 19 STONEHEDGE DRIVE WEST NYACK, NY 10994 | 19 STONEHEDGE DR WEST NYACK | BENVENUTO JOSEPH & | CYNTHIA |
| 58.12-1-24 | BRESLOW PETER & MARGUERITE 36 HUESTED LANE WEST NYACK, NY 10994 | 36 HUESTED LANE WEST NYACK | BRESLOW PETER & | MARGUERITE |
| 58.12-1-30 | MORVAN LEE S & JESSICA 5 CASTLE HILL LANE WEST NYACK, NY 10994 | 5 CASTLE HILL LANE WEST NYK | MORVAN LEE S & JESSICA | |

Date: 9/6/2017  Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.12-1-54 | FEIG DANIEL J & ANNE M 31 HUESTED LANE WEST NYACK, NY 10994 | 31 HUESTED LANE WEST NY ACK | FEIG DANIEL J & ANNE M | |
| 58.12-2-17.2 | JILLEBA JOSEPH & CASEY ANNE 205 STRAWTOWN RD WEST NYACK, NY 10994 | 205 STRAWTOWN RD WEST NYACK | JILLEBA JOSEPH & | CASEY ANNE |
| 58.12-2-36 | AYDIN SCOTT & JOANN 3 DEFOREST COURT WEST NYACK, NY 10994 | 3 DEFOREST CT W NYK | AYDIN SCOTT & JOANN | |
| 58.13-1-37 | NAVARRO NELSON & REBECCA 13 NORGE AVE NANUET, NY 10954 | 13 NORGE AVE NANUET | NAVARRO NELSON & REBECCA | |
| 58.13-1-55 | REICHER JOSEPHINE 12 NORGE AVE NANUET, NY 10954 | 12 NORGE AVE NANUET | REICHER JOSEPHINE | |
| 58.13-2-2.2 | NICOLICH EUGENE & MAUREEN 3 NICKOLAUS LA NANUET, NY 10954 | 3 NICKOLAUS LA NANUET | NICOLICH EUGENE | & MAUREEN |
| 58.13-2-23 | JARER JANET MARY L/E JARER-MEANY JERYL & JUDITH MARY 28 TERRACE AVE NANUET, NY 10954 | 28 TERRACE AVE NANUET & JUDITH MARY | JARER JANET MARY L/E | JARER-MEANY JERYL |
| 58.13-2-52 | PAPI GENE A + W 10 SPRUCE DR NANUET N Y 10954 | 10 SPRUCE DRIVE NANUET | PAPI GENE A + W | |
| 58.13-3-17 | VAMVAKETIS CAROLE M & BLEY WILLIAM G 102 POPLAR STREET NANUET, NY 10954 | 102 POPLAR ST NANUET | VAMVAKETIS CAROLE M & | BLEY WILLIAM G |

Date: 9/6/2017 Time 9:34 AM

Year:         This Year
Index:        Section/Block/Lot
Criteria:     From screen Base Information, Property Class equal to 215
Swis Code: 392089

Status:       Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr 1 | Name 1<br>Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.13-3-45 | CACCIATO JOHN & SILVANA<br>21 JAMES DRIVE<br>NANUET, NY 10954 | 21 JAMES DRIVE NANUET | CACCIATO JOHN & SILVANA | |
| 58.14-1-12 | HAMMERS JENNIFER<br>5 HILBURG COURT<br>NANUET, NY 10954 | 5 HILBURG COURT NANUET | HAMMERS JENNIFER | |
| 58.14-1-26 | SPENJIAN GARABET & TALIN<br>157 SCHWEITZER LN<br>BARDONIA, NY 10954 | 157 SCHWEITZER LANE BARDONIA | SPENJIAN GARABET & TALIN | |
| 58.14-1-31 | DOHERTY KATHLEEN<br>REV TRUST<br>121 LUDVIGH ROAD<br>BARDONIA N Y 10954 | 121 LUDVIGH RD BARDONIA | DOHERTY KATHLEEN | REV TRUST |
| 58.14-1-43 | BIERKER GEROLD & TAMARA<br>76 DUSTMAN LANE<br>BARDONIA, NY 10954 | 76 DUSTMAN LN BARDONIA | BIERKER GEROLD & TAMARA | |
| 58.14-2-5 | MUNDANCHIRA JOSEPH &<br>MOLLY<br>48 JAY STREET<br>BARDONIA, NY 10954 | 48 JAY ST BARDONIA | MUNDANCHIRA JOSEPH & | MOLLY |
| 58.14-2-17 | SURACE JOSEPH & W<br>30 BARRY LANE<br>BARDONIA, NY 10954 | 30 BARRY LANE BARDONIA | SURACE JOSEPH & W | |
| 58.14-2-18 | PLAGIANOS SARANTOS<br>& ELIAS & MARLENA<br>95 BARRY LANE<br>BARDONIA, NY 10954 | 95 BARRY LANE BARDONIA | PLAGIANOS SARANTOS | & ELIAS & MARLENA |
| 58.14-2-39 | MANUEL RODRIGO N & MARIA<br>F<br>112 RENEE LANE<br>BARDONIA, NY 10954 | 112 RENEE LANE BARDONIA | MANUEL, RODRIGO N & MARIA | F |

Page 76

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 | Name 2 |
|---|---|---|---|---|
| 58.14-2-48 | THOMPSON CARLA & JOHN 40 JAY ST BARDONIA, NY 10954 | 40 JAY ST BARDONIA | THOMPSON CARLA & JOHN | |
| 58.15-1-30 | CRISCUOLA ALBERT & ELSIE L/E & MONITTO DORIS 5 ARBOR LANE BARDONIA, NY 10954 | 5 ARBOR LANE BARDONIA & MONITTO DORIS | CRISCUOLA ALBERT | & ELSIE L/E |
| 58.15-1-57 | FIORE JAMES & ANTONINA 38 INWOOD DR BARDONIA, NY 10954 | 38 INWOOD DR BARDONIA | FIORE JAMES & ANTONINA | |
| 58.15-1-66 | DIEHL THOMAS & SUSAN & KOESTER HOLLY & CHRISTOPHER 6 SAYMOR DRIVE BARDONIA, NY 10954 | 6 SAYMOR DR BARDONIA & CHRISTOPHER | DIEHL THOMAS & SUSAN | & KOESTER HOLLY |
| 58.15-1-89 | RIVERA HECTOR 34 ARBOR LANE BARDONIA, NY 10954 | 34 ARBOR LANE BARDONIA | RIVERA HECTOR | |
| 58.15-1-90 | TERMINELLO ANTHONY 30 ARBOR LANE BARDONIA, NY 10954 | 30 ARBOR LANE BARDONIA | TERMINELLO ANTHONY | |
| 58.15-1-93 | DOOLEY JOSEPH & MARIA 124 RENEE LANE BARDONIA, NY 10954 | 124 RENEE LANE BARDONIA | DOOLEY JOSEPH & MARIA | |
| 58.15-2-13 | NIKOLAJEVIC DRAGOLJUB & MILA 8 BROOKDALE CT WEST NYACK, NY 10994 | 8 BROOKDALE CT WEST NYACK | NIKOLAJEVIC DRAGOLJUB & | MILA |
| 58.15-2-24 | MANZELLA ARLYN & MORGO DANA JOYCE 2 DEMAREST MILL CT WEST NYACK, NY 10994 | 2 DEMAREST MILL CT W NYACK | MANZELLA ARLYN & MORGO | DANA JOYCE |

Date: 9/6/2017 Time: 8:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr-1 | Name 1 Addr-2 | Name 2 |
|---|---|---|---|---|
| 58.16-1-10 | MARKIEWICZ DANIEL & LAURIE 10 ABERDEEN DR WEST NYACK, NY 10994 | 10 ABERDEEN DR WEST NYACK | MARKIEWICZ DANIEL & | LAURIE |
| 58.16-1-12 | FIALA MICHAEL ANTHONY & FIALA MARILYN ANN 14 ABERDEEN DRIVE WEST NYACK, NY 10994 | 14 ABERDEEN DR WEST NYACK | FIALA MICHAEL ANTHONY & | FIALA MARILYN ANN |
| 58.16-1-28 | BALLARDINI LOUIS & SANDRA 7 DAVENPORT TERRACE WEST NYACK, NY 10994 | 7 DAVENPORT TER W NYK | BALLARDINI LOUIS & SANDRA | |
| 58.17-1-8 | PATEL MAHENDRA & GITA 6 SVENSSON PLACE NANUET N Y 10954 | 6 SVENSSON PL, NANUET | PATEL, MAHENDRA & GITA | |
| 58.17-1-31 | CORCHADO JOLNELL & RODRIGUEZ ANA 21 PALMER AVE NANUET, NY 10954 | 21 PALMER AVE NANUET | CORCHADO JOLNELL | & RODRIGUEZ ANA |
| 58.17-1-82 | BUENAVENTURA EDWIN & JAMES 8 WEST PALMER AVE NANUET, NY 10954 | 8 W PALMER AVE NANUET | BUENAVENTURA EDWIN & | JAMES |
| 58.17-1-91 | MARTIN ROBERT & ANNA 18 NEW HAVEN AVENUE NANUET, NY 10954 | 18 NEW HAVEN AVE NANUET | MARTIN ROBERT & ANNA | |
| 58.19-1-2 | DIGLIO ANTHONY J & JIMENEZ DENISE 122 DEMAREST MILL RD WEST NYACK, NY 10994 | 122 DEMAREST MILL RD W NYK | DIGLIO ANTHONY J | & JIMENEZ DENISE |
| 58.19-1-9.19 | MUTATH SUBIN & AUGUSTINE POOJA 21 CARLEY CT WEST NYACK, NY 10994 | 21 CARLEY CT WEST NYACK | MUTATH SUBIN & | AUGUSTINE POOJA |

Page 78

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:  Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 58.20-1-10 | RINALDI NORMA 41 HIGHLAND AVE WEST NYACK, NY 10994 | 41 HIGHLAND AVE WEST NYACK | RINALDI NORMA | |
| 58.20-1-18 | SKRAPITS LISA 14 DEER MEADOW DR WEST NYACK, NY 10994 | 14 DEER MEADOW DR. W. NYACK | SKRAPITS LISA | |
| 58.20-1-21 | MATTU FRANKLIN 8 DEER MEADOW DR WEST NYACK, NY 10994 | 8 DEER MEADOW DR. W. NYACK | MATTU FRANKLIN | |
| 58.20-1-36 | COLBY GEORGE 1 WOODCOCK RD WEST NYACK, NY 10956 | 1 WOODCOCK RD WEST NYACK | COLBY GEORGE | |
| 58.20-1-59 | BRODSKY REGINA 8 DEMAREST AVE WEST NYACK N Y 10994 | 8 DEMAREST AV W NYACK | BRODSKY REGINA | |
| 58.20-1-78 | PIPPI GEORGE E & GAIL T 72 DEMAREST AVE WEST NYACK N Y 10994 | 72 DEMAREST AV W NYACK | PIPPI GEORGE E & GAIL T | |
| 58.20-2-11 | GEORGE ANUP J & MERIN 12 SAMANTHA WAY WEST NYACK, NY 10994 | 12 SAMANTHA WAY WEST NYACK | GEORGE ANUP J & MERIN | |
| 58.20-2-18 | HOGSETT JR WILLIAM & KATHLEEN 10 LOUISE DRIVE WEST NYACK, NY 10994 | 10 LOUISE DR WEST NYACK | HOGSETT JR WILLIAM & | KATHLEEN |
| 59.5-1-15 | BENEDETTO JOSEPH & MARY ANN 260 OLD MILL ROAD WEST NYACK, NY 10994 | 260 OLD MILL RD WEST NYACK | BENEDETTO JOSEPH & MARY | ANN |
| 59.6-1-15 | JANKOWSKI MARGARET & DANIEL & DONALD PATRICK 345 FULLE DR VALLEY COTTAGE, NY 10889 | 345 FULLE DRIVE VALLEY COTTAG | JANKOWSKI MARGARET & | DANIEL & DONALD PATRICK |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 59-6-1-24 | BERKOWITZ VIRGINIA 354 FULLE DRIVE VALLEY COTTAGE, NY 10989 | 354 FULLE DRIVE VALLEY COTTAG | BERKOWITZ VIRGINIA | |
| 59-6-1-33 | CHRISTIANO MICHAEL – CHRISTIANO CAROLYN 3 VIVIENNE COURT VALLEY COTTAGE, NY 10989 | 3 VIVIENNE CT VALLEY COTTAG | CHRISTIANO MICHAEL – | CHRISTIANO CAROLYN |
| 59-6-1-40 | SCIARABBA EDWARD & L 548 WESTFIELD DRIVE VALLEY COTTAGE, NY 10989 | 548 WESTFIELD DRIVE VLY CTG | SCIARABBA EDWARD & L | |
| 59-6-2-3 | FEDERAL NATIONAL MTG ASSOC 14221 DALLAS PKW STE 1000 DALLAS, TX 75254 | 332 FULLE DRIVE VALLEY COTTAG | FEDERAL NATIONAL MTG | ASSOC |
| 59-6-2-6 | OSTRANDER TINA & MICHAEL 338 FULLE DRIVE VALLEY COTTAGE, NY 10989 | 338 FULLE DRIVE VALLEY COTTAG | OSTRANDER TINA & MICHAEL | |
| 59-6-2-61 | GEEVARGHESE VARUGHESE & MARIAMMA 7 FLORENCE COURT VALLEY COTTAGE, NY 10989 | 7 FLORENCE CT VALLEY COTTAG | GEEVARGHESE VARUGHESE & | MARIAMMA |
| 59-6-2-65 | WIDMAYER CAROLE J F/K/A DE VISSER CAROLE J 3 FLORENCE COURT VALLEY COTTAGE, NY 10989 | 3 FLORENCE CT VALLEY COTTAG | WIDMAYER CAROLE J | F/K/A DE VISSER CAROLE J |
| 59-6-2-70 | HARGROVE BYRON & SHANNON – GREENE CARLTON & RHONDA VALDES-GREENE 6 BARRY COURT VALLEY COTTAGE, NY 10989 | 6 BARRY COURT VALLEY COTTAG VALDES-GREENE | HARGROVE BYRON & SHANNON | – GREENE CARLTON & RHONDA |

Page 80

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 59.6-2-73 | GUHARAY AMITAVA & DIPIKA<br>12 BARRY COURT<br>VALLEY COTTAGE, NY 10989 | 12 BARRY COURT VALLEY COTTAG | GUHARAY AMITAVA & DIPIKA | |
| 59.6-3-35 | RIZZUTO NICHOLAS J &<br>RIZZUTO ROSANNA<br>11 MAYFIELD STREET<br>VALLEY COTTAGE, NY 10989 | 11 MAYFIELD ST VALLEY COTTAG | RIZZUTO NICHOLAS J & | RIZZUTO ROSANNA |
| 59.6-3-94 | BONET JUAN & LYDIA E<br>MARCILLO ROSENDO G &<br>CYNTHIA<br>537 KINGS HIGHWAY<br>VALLEY COTTAGE, NY 10989 | 537 KINGS HWY VALLEY COTTAGE CYNTHIA | BONET JUAN & LYDIA E | MARCILLO ROSENDO G & |
| 59.6-5-97 | LUNGREN BRIAN & KATHLEEN<br>541 KINGS HIGHWAY<br>VALLEY COTTAGE, NY 10989 | 541 KINGS HWY VALLEY COTTAGE | LUNGREN BRIAN & KATHLEEN | |
| 59.7-1-22 | RAAB CHRISTIAN M<br>713 ABBEY LANE<br>VALLEY COTTAGE, NY 10989 | 713 ABBEY LANE VALLEY COTTAGE | RAAB CHRISTIAN M | |
| 59.7-1-35 | TORRES VALERIE & VICTOR<br>712 MANETTE LANE<br>VALLEY COTTAGE, NY 10989 | 712 MANETTE LA VALLEY COTTAGE | TORRES VALERIE & VICTOR | |
| 59.7-1-46 | WARDROP IRENE<br>725 MANETTE LN<br>VALLEY COTTAGE, NY 10989 | 725 MANETTE LA VALLEY COTTAGE | WARDROP IRENE | |
| 59.7-1-49 | SINGER JILLIAN & DAVID<br>DOLCE-SINGER ANDREA<br>731 MANETTE LANE<br>VALLEY COTTAGE, NY 10989 | 731 MANETTE LA VALLEY COTTAGE | SINGER JILLIAN & DAVID | DOLCE-SINGER ANDREA |
| 59.7-1-50 | MIRANDA HARRY · JR &<br>MIRANDA PHARENTHYVA<br>733 MANETTE LANE<br>VALLEY COTTAGE, NY 10989 | 733 MANETTE LA VALLEY COTTAGE | MIRANDA HARRY · JR & | MIRANDA PHARENTHYVA |

Date: 9/6/2017 Time: 9:34 AM

Year:       This Year
Index:      Section/Block/Lot
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:     Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 59.7-1-51 | ADAMS JAMES M 735 MANNETTE LANE VALLEY COTTAGE, NY 10989 | 735 MANNETTE LA VALLEY COTTAGE | ADAMS JAMES M | |
| 59.7-1-55 | SELKOWITZ RACHEL 23 FOREST GLEN RD VALLEY COTTAGE, NY 10989 | 23 FOREST GLEN ROAD VLY CTG | SELKOWITZ RACHEL | |
| 59.7-2-46 | ABRAHAM SAMSON 782 BROOKRIDGE DR VALLEY COTTAGE, NY 10989 | 782 BROOKRIDGE DRIVE VLY CTG | ABRAHAM SAMSON | |
| 59.7-3-48 | WEISS MARGARET & CALI, NICHOLAS 1 HERALD COURT VALLEY COTTAGE, NY 10989 | 1 HERALD CT VALLEY COTTAGE | WEISS MARGARET | & CALI, NICHOLAS |
| 59.8-1-16 | JOHNSON SOLOMON + HORNAK ELIZABETH 69 HESS ROAD VALLEY COTTAGE, NY 10989 | 69 HESS ROAD VALLEY COTTAGE | JOHNSON SOLOMON + | HORNAK ELIZABETH |
| 59.8-1-44 | LONGHI NICOLAS P & THIA E 827 SHERRY DRIVE VALLEY COTTAGE, NY 10989 | 827 SHERRY DR VALLEY COTTAGE | LONGHI NICOLAS P & THIA E | |
| 59.8-1-55 | PULLEN CARAN 499 MITCHELL DR VALLEY COTTAGE, NY 10989 | 499 MITCHELL DR VALLEY COTTAG | PULLEN CARAN | |
| 59.8-1-56 | NOSELLI EDWINA & JOSEPH 501 MITCHELL DRIVE VALLEY COTTAGE, NY 10989 | 501 MITCHELL DR VALLEY COTTAG | NOSELLI EDWINA & JOSEPH | |
| 59.10-1-12.6 | CHEMEROV PAUL 5 OHIO AVE CONGERS, NY 10920 | 19 MAYFIELD ST VALLEY COTTAG | CHEMEROV PAUL | |
| 59.10-1-30 | HARTIGAN MARIA 408 STORMS ROAD VALLEY COTTAGE, NY 10989 | 408 STORMS RD VALLEY COTTAGE | HARTIGAN MARIA | |

Page: 82

Date: 9/6/2017  Time: 9:34 AM

Year:       This Year
Index:      Section/Block/Lot                                        Status:    Active Parcels
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392089

**Search Results**

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 59.10-1-34 | GIULIANO ZLATINKA & MAURO V<br>555 KINGS HIGHWAY<br>VALLEY COTTAGE, NY 10989 | 555 KINGS HWY VALLEY COTTAGE | GIULIANO ZLATINKA | & MAURO V |
| 59.10-1-35 | LEISER STEVEN + SANDRA<br>551 KINGS HIGHWAY<br>VALLEY COTTAGE, NY 10989 | 551 KINGS HWY VALLEY COTTAGE | LEISER STEVEN + SANDRA | |
| 59.11-1-3 | RICKETTS GAIL & REUBEN<br>CHERYL<br>5 EDSAM ROAD<br>VALLEY COTTAGE, NY 10989 | 5 EDSAM ROAD VALLEY COTTAGE | RICKETTS GAIL & REUBEN | CHERYL |
| 59.11-1-16 | PASCUZZI JO-ANN & MICHAEL<br>& CORNEIL MELISSA & LUIS<br>48 FOREST GLEN RD<br>VALLEY COTTAGE, NY 10989 | 48 FOREST GLEN ROAD VLY CTG | PASCUZZI JO-ANN & MICHAEL | & CORNEIL MELISSA & LUIS |
| 59.11-1-32 | FICO THOMAS & DELLA<br>416 STORMS RD<br>VALLEY COTTAGE N Y 10989 | 416 STORMS RD VALLEY COTTAGE | FICO THOMAS & DELLA | |
| 59.11-1-30 | BONIFACE VINCENT & DENISE<br>TRUSTS<br>420 STORMS RD | 420 STORMS RD VALLEY COTTAGE | BONIFACE VINCENT & DENISE | TRUSTS |
| 59.11-1-33 | VALLEY COTTAGE, NY 10989<br>RECINOS RONY<br>422 STORMS RD<br>VALLEY COTTAGE, NY 10989 | 422 STORMS RD VALLEY COTTAGE | RECINOS RONY | |
| 59.11-1-49.2 | LULUDIS JOHN & VALERIE<br>452 CHRISTIAN HERALD RD<br>VALLEY COTTAGE, NY 10989 | 452 CHRISTIAN HERALD RD VY CT | LULUDIS JOHN & VALERIE | |
| 59.11-1-50 | DORAN THOMAS & JEANNE<br>460 STORMS RD<br>VALLEY COTTAGE, NY 10989 | 460 STORMS RD VALLEY COTTAGE | DORAN THOMAS & JEANNE | |

Page: 83

Date: 9/6/2017  Time 9:34 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:  Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 59.12-1-5 | DEROSA MIA 563 MOUNTAINVIEW AVE VALLEY COTTAGE, NY 10989 | 563 MOUNTAINVIEW AVE VLY CTG | DEROSA MIA | |
| 59.12-1-10 | LOPUCHIN SERGEI & ELENA & MARIA M 405 CHRISTIAN HERALD RD VALLEY COTTAGE, NY 10989 | 405 CHRISTIAN HERALD RD VY CT | LOPUCHIN SERGEI & ELENA | & MARIA M |
| 59.13-1-7 | MAGUIRE DANIEL & MARY & COLLEEN 13 JEFFREY COURT WEST NYACK, NY 10994 | 13 JEFFREY CT WEST NYACK | MAGUIRE DANIEL & MARY | & COLLEEN |
| 59.17-1-26 | MINTO DESBERT 14 ADELE ROAD WEST NYACK, NY 10994 | 14 ADELE RD WEST NYACK | MINTO DESBERT | |
| 59.17-1-38 | ASSALONE ANTHONY 19 LOUISE DRIVE WEST NYACK, NY 10994 | 19 LOUISE DR WEST NYACK | ASSALONE ANTHONY | |
| 63.6-3-9 | DRYGAS THADDEUS & DONNA 15 CARRIAGE LANE NANUET, NY 10954 | 15 CARRIAGE LANE NANUET | DRYGAS THADDEUS & DONNA | |
| 63.6-3-35 | MCNEILL MARK S & LAURIE S MILLER 19 CARRIAGE LANE NANUET, NY 10954 | 19 CARRIAGE LANE NANUET | MCNEILL MARK S & LAURIE S | MILLER |
| 63.7-2-20 | GEORGE JOSE + JOSE JESSY 19 STEEP HILL RD NANUET, NY 10954 | 19 STEEP HILL RD NANUET | GEORGE JOSE + | JOSE JESSY |
| 63.7-2-28 | TAVARES JOSEPH & PHYLLIS 18 STEEP HILL ROAD NANUET, NY 10954 | 18 STEEP HILL RD NANUET | TAVARES JOSEPH & PHYLLIS | |

Date: 9/6/2017 Time: 9:34 AM

| | |
|---|---|
| Year: | This Year |
| Index: | Section/Block/Lot |
| Criteria: | From screen Base Information: Property Class equal to 215 |
| Swis Code: | 392089 |
| Status: | Active Parcels |

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 63.7-3-7 | ANNESI THERESA M & ROBERT C 105 FREEDMAN AVENUE NANUET N Y 10954 | 105 FREEDMAN AVE NANUET | ANNESI THERESA, M & | ROBERT C |
| 63.7-3-13 | SCHWARTZ JEANETTE L/E REILLY STACI 98 FREEDMAN AVENUE NANUET, NY 10954 | 98 FREEDMAN AVE NANUET | SCHWARTZ JEANETTE L/E | REILLY STACI |
| 63.7-3-50 | JACKSON ROBERT D & FRANCES T 76 BRIAR RD NANUET, NY 10954 | 76 BRIAR RD NANUET | JACKSON ROBERT D | & FRANCES T |
| 63.8-2-7 | QUESADA JULIO CESAR & YISSELL 57 N LEXOW AVE NANUET, NY 10954 | 57 N LEXOW AVE NANUET | QUESADA JULIO CESAR | & YISSELL |
| 63.8-2-34 | MEEHAN PAUL & LYNN 5 NO PARK AVE NANUETN Y 10954 | 5 N PARK AVE NANUET | MEEHAN PAUL & LYNN | |
| 63.8-3-26 | RYAN DAVID 44 N FREMONT AVE NANUET, NY 10954 | 44 N FREMONT AVE NANUET | RYAN DAVID | |
| 63.8-3-59 | VISCO ANNA C/O DANIELA COOPE 43626 EVERGOLD TERR APT 401 ASHBURN, VA 20147 | 30 FREUND DRIVE NANUET | VISCO ANNA | C/O DANIELA COOPE |
| 63.11-1-14 | HEFFLER HOWARD & STORMES JACQUELINE 5 NEWPORT DRIVE NANUET, NY 10954 | 5 NEWPORT DR NANUET | HEFFLER HOWARD & | STORMES JACQUELINE |

Date: 9/6/2017  Time 9:34 AM

Year:        This Year
Index:       Section/Block/Lot
Criteria:    From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 63.11-2-31 | BAMBAUER JOHN M & JACQUELINE 1 SO PARK LANE NANUET N Y 10954 | 1 S PARK LANE NANUET | BAMBAUER JOHN M & | JACQUELINE |
| 63.11-2-49 | ROSSINI ANDREW & LINDA 24 CARAVELLA LANE NANUET, NY 10954 | 24 CARAVELLA LANE NANUET | ROSSINI ANDREW & LINDA | |
| 63.11-2-69 | ALI CHAUDHRY 157 GRANDVIEW AVE NANUET, NY 10954 | 157 GRANDVIEW AVENUE NANUET | ALI CHAUDHRY | |
| 63.12-1-43 | AHMAD NAEEM & HAFEEZ AHMAD 5 CARRIE LANE NANUET, NY 10954 | 5 CARRIE LANE NANUET | AHMAD NAEEM & HAFEEZ | AHMAD |
| 63.12-1-52 | WHITNEY NEIL F & KENNY KATHLEEN 20 CARRIE LANE NANUET, NY 10954 | 20 CARRIE LANE NANUET | WHITNEY NEIL F | & KENNY KATHLEEN |
| 63.12-1-66 | ARNOLD LARRY & MARILYN 7 APOLLO COURT NANUET, NY 10954 | 7 APOLLO COURT NANUET | ARNOLD LARRY & MARILYN | |
| 63.12-1-73 | TERILLI BRUNO & DALE 23 SO LEXOW AVE NANUET, NY 10954 | 23 S LEXOW AVE NANUET | TERILLI BRUNO & DALE | |
| 63.12-2-9 | CUTRONE GEORGE J & LORETTA 45 PROSPECT STREET NANUET, NY 10954 | 45 PROSPECT ST NANUET | CUTRONE GEORGE J & | LORETTA |
| 63.12-2-19 | KELLY GEORGE & ANNA 24 JERRYS AVE NANUET, NY 10954 | 24 JERRYS AVE NANUET | KELLY GEORGE & ANNA | |

Page 86

Date: 9/6/2017 Time: 9:34 AM

Year:       This Year
Index:      Section/Block/Lot
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:     Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 63.12-2-38 | DELROSARIO DAN ANDREW & DAN ALEXIS 39 JERRYS AVE NANUET, NY 10954 | 39 JERRYS AVE NANUET | DELROSARIO DAN ANDREW & | DAN ALEXIS |
| 63.12-2-59 | STROLES PATRICIA & THERESA & MELLA RICHARD 28 FAIRVIEW AVENUE NANUET, NY 10954 | 28 FAIRVIEW AVENUE NANUET | STROLES PATRICIA & | THERESA & MELLA RICHARD |
| 63.15-1-1 | WEINMAN ROBERT & CHRISTINE 17 NEWPORT DRIVE NANUET, NY 10954 | 17 NEWPORT DR NANUET | WEINMAN ROBERT & | CHRISTINE |
| 63.15-1-6 | CORRIEL PAUL S & SUSAN TRUST 27 NEWPORT DR NANUET, NY 10954 | 27 NEWPORT DR NANUET | CORRIEL PAUL S & SUSAN | TRUST |
| 63.15-1-7 | DUBREUIL KENNETH & DONNA 29 NEWPORT DR NANUET, NY 10954 | 29 NEWPORT DR NANUET | DUBREUIL KENNETH & DONNA | |
| 63.15-1-9 | SANCHEZ JORGE & PHYLLIS A 33 NEWPORT DR NANUET, NY 10954 | 33 NEWPORT DR NANUET | SANCHEZ JORGE & PHYLLIS A | |
| 63.15-1-13 | YOUNGHANS EDWARD & GRACE 41 NEWPORT DR NANUET, NY 10954 | 41 NEWPORT DR NANUET | YOUNGHANS EDWARD & GRACE | |
| 63.15-1-22 | MANZIONE GREGG & LYNN M 2 ESSEX COURT NANUET, NY 10954 | 2 ESSEX COURT NANUET | MANZIONE GREGG & LYNN M | |
| 63.16-1-5 | JOHNSON DONALD C & JEAN & HUDAK CHRISTY & KEITH 35 CONVENT RD NANUET, NY 10954 | 35 CONVENT RD NANUET | JOHNSON DONALD C & JEAN | & HUDAK CHRISTY & KEITH |

Date: 9/6/2017  Time 9:34 AM

This Year:
Year:
Index:     Section/Block/Lot
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

# Search Results

Status: Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr-1 | Name 1 | Name 2 |
|---|---|---|---|---|
| 63.16-1-16 | JACOBSEN JAMES & ERIN 60 FAIRVIEW COURT NANUET, NY 10954 | 60 FAIRVIEW COURT NANUET | JACOBSEN JAMES & ERIN | |
| 63.16-2-36 | CHACKO MONCY & JAINAMMA 307 S MIDDLETOWN RD NANUET, NY 10954 | 307 S MIDDLETOWN RD NANUET | CHACKO MONCY & | JAINAMMA |
| 63.16-2-68 | DUPLESSIS PATRICIA A 17 ENGLEWOOD AVENUE NANUET, NY 10954 | 17 ENGLEWOOD AVENUE NANUET | DUPLESSIS PATRICIA A | |
| 63.16-3-28 | CARDELLO ROSINA & ANTONIO 312 S MIDDLETOWN RD NANUET, NY 10954 | 312 S MIDDLETOWN RD NANUET | CARDELLO ROSINA & | ANTONIO |
| 63.16-3-36 | JORDAN SEAN & KIMBERLY ~ JORDAN ELINOR MARY 326 S MIDDLETOWN RD NANUET, NY 10954 | 326 S MIDDLETOWN RD NANUET | JORDAN SEAN & KIMBERLY + | JORDAN ELINOR MARY |
| 63.19-2-1 | CHIN JUSTIN ~ HARUNA 51 NEWPORT DR NANUET, NY 10954 | 51 NEWPORT DR NANUET | CHIN JUSTIN ~ HARUNA | |
| 63.20-2-1 | MCCARTHY RAYMOND J & PATRICIA M 35 W PALISADE AVE NANUET, NY 10954 | 35 W PALISADE AVE NANUET | MCCARTHY RAYMOND J & | PATRICIA M |
| 63.20-2-2 | LONGHINI LUCILLE A 31 W PALISADE AVE NANUET, NY 10954 | 31 W PALISADE AVE NANUET | LONGHINI LUCILLE A | |
| 64.5-2-27 | SETTLE JOHN & SUZANNE 28 GRACE STREET NANUET, NY 10954 | 28 GRACE STREET NANUET | SETTLE JOHN & SUZANNE | |

Date: 9/6/2017 Time: 9:34 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.5-2-28.2 | ZHANG LIANG & YUAN ZHONGYI 29 PIERCE ST NANUET, NY 10954 | 29 PIERCE ST NANUET | ZHANG LIANG & YUAN | ZHONGYI |
| 64.5-2-42 | MARTINEZ ALEXANDER & ENID 30 PIERCE ST NANUET, NY 10954 | 30 PIERCE ST NANUET | MARTINEZ ALEXANDER & ENID | |
| 64.6-2-6.2 | MAURINO PERRY 10 ROSE RD WEST NYACK, NY 10994 | 10 ROSE ROAD WEST NYACK | MAURINO PERRY | |
| 64.6-2-14 | AMENDADO MANUEL I & AMENDADO LUCIA S 17 ROSE ROAD WEST NYACK, NY 10994 | 17 ROSE ROAD WEST NYACK | AMENDADO MANUEL I & | AMENDADO LUCIA S |
| 64.6-2-38 | SLIPAK KIRA 15 GLEN ROSE COURT WEST NYACK, NY 10994 | 15 GLEN ROSE CT WEST NYACK | SLIPAK KIRA | |
| 64.6-2-63.2 | MIGLIACCIO JOHN & ASSUNTA 24 ROSE RD WEST NYACK, NY 10994 | 24 ROSE ROAD WEST NYACK | MIGLIACCIO JOHN & ASSUNTA | |
| 64.7-1-20 | FRANCHINO TRUST VERA C/O VERA FRANCHINO 3 BULL RUN WEST NYACK, NY 10994 | 3 BULL RUN WEST NYACK | FRANCHINO TRUST VERA | C/O VERA FRANCHINO |
| 64.8-1-5.2 | DERHAROOTIAN LUSINE 71 DEMAREST AVE W NYACK, NY 10994 | 71 DEMAREST AV W NYACK | DERHAROOTIAN LUSINE | |
| 64.8-1-11 | LOPEZ OSVALDO 5 HIGHLAND PL WEST NYACK, NY 10994 | 5 HIGHLAND PL W NYACK | LOPEZ OSVALDO | |

Page: 89

Date: 9/6/2017 Time: 9:34 AM

Year:       This Year
Index:      Section/Block&Lot
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:     Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address<br>Addr 1 | Name 1<br>Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.8-1-47 | DI BELLA, MICHAEL, &<br>BARBARA<br>9 SCOTTY LANE<br>WEST NYACK, N.Y. 10994 | 9 SCOTTY LANE WEST NYACK | DI BELLA, MICHAEL, &<br>BARBARA | |
| 64.8-2-22 | PAUL, TASSY & DADDY<br>8 PHILLIPS LANE<br>WEST NYACK, NY 10994 | 8 PHILLIPS LANE WEST NYACK | PAUL, TASSY & DADDY | |
| 64.8-2-26 | JUCA MANUEL & MARTHA<br>16 PHILLIPS LANE<br>WEST NYACK, NY 10994 | 16 PHILLIPS LANE WEST NYACK | JUCA MANUEL & MARTHA | |
| 64.8-2-29 | DELIA, AVDYL, & SYLVIA<br>18 WEST ST<br>WEST NYACK, NY 10994 | 18 WEST ST WEST NYACK | DELIA, AVDYL, & SYLVIA | |
| 64.8-3-19 | NALLY, JOHN & LINDSAY<br>6 ALICIA COURT<br>WEST NYACK, NY 10994 | 6 ALICIA COURT WEST NYACK | NALLY, JOHN & LINDSAY | |
| 64.9-2-9 | ARMED IMTIAZ & SHIRIN<br>25 GRACE STREET<br>NANUET, NY 10954 | 25 GRACE STREET NANUET | ARMED IMTIAZ & SHIRIN | |
| 64.9-2-25 | RINALDI MARIA<br>20 EAST ORCHARD ST<br>NANUET, NY 10954 | 20 EAST ORCHARD ST NANUET | RINALDI MARIA | |
| 64.9-2-35 | DANNA JOSEPH & CATHERINE<br>L/E IRREVOCABLE TRUST<br>19 EAST ORCHARD STREET<br>NANUET, NY 10954 | 19 EAST ORCHARD ST NANUET | DANNA JOSEPH & CATHERINE | L/E IRREVOCABLE TRUST |
| 64.9-2-54 | ALAM MOHAMMAD M<br>& HOSSAIN SHAVIMA<br>17 VAN NOSTRAND AV<br>NANUET, NY 10954 | 17 VAN NOSTRAND AVE NANUET | ALAM MOHAMMAD M | & HOSSAIN SHAVIMA |

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From screen Base Information: Property Class equal to 215
Swis Code: 392689

Status:    Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr-1 | Name 1 Addr-2 | Name 2 |
|---|---|---|---|---|
| 64.9-3-8 | WILTSIE ROBERT C & JUDY K<br>41 HIGHVIEW AVE<br>NANUET N Y 10954 | 41 HIGHVIEW AVE NANUET | WILTSIE ROBERT C & JUDY K | |
| 64.9-3-34 | CALAMARI NOAH & DENISE<br>10 PELHAM AVE<br>NANUET, NY 10954 | 10 PELHAM AVE NANUET | CALAMARI NOAH & DENISE | |
| 64.9-3-42 | PICARIELLO SCOTT & NICOLE<br>RAE<br>12 NORWOOD PL<br>NANUET, NY 10954 | 12 NORWOOD PL NANUET | PICARIELLO SCOTT & NICOLE | RAE |
| 64.9-4-9 | CORTESE GABRIEL &<br>CORTESE CHRISTINA<br>7 DE CLARK PLACE<br>NANUET, NY 10954 | 7 DE CLARK PLACE NANUET | CORTESE GABRIEL, & | CORTESE CHRISTINA |
| 64.9-4-38 | RYAN DAVID & JENNIFER<br>9 SUNNYBANK DR<br>NANUET, NY 10954 | 9 SUNNYBANK DR NANUET | RYAN DAVID & JENNIFER | |
| 64.10-1-11 | DELLA DONNA & MICHAEL<br>134 CHURCH STREET<br>NANUET, NY 10954 | 134 CHURCH STREET NANUET | DELLA DONNA & MICHAEL | |
| 64.10-1-13 | THOMAS SANTHOSH & JESSY<br>130 CHURCH STREET<br>NANUET, NY 10954 | 130 CHURCH STREET NANUET | THOMAS SANTHOSH & JESSY | |
| 64.10-2-7 | POLITIS GEORGE & DESPINA<br>112 ROSE ROAD<br>WEST NYACK, NY 10994 | 112 ROSE ROAD WEST NYACK | POLITIS GEORGE & DESPINA | |
| 64.10-2-8 | DE MAIO MARIA<br>& CHRISTOPHER<br>40 PITTSFORD WAY<br>NANUET, NY 10954 | 40 PITTSFORD WAY NANUET | DE MAIO MARIA | & CHRISTOPHER |

Page: 91

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.10-3-10 | DUVIGNEAUD AMILCAR & MARIE 22 PITTSFORD WAY NANUET, NY 10954 | 22 PITTSFORD WAY NANUET | DUVIGNEAUD AMILCAR & | MARIE |
| 64.10-3-16 | CHACKO JOSEPH & MATTHEWS VIJU 2 PITTSFORD WAY NANUET, NY 10954 | 2 PITTSFORD WAY NANUET | CHACKO JOSEPH & MATTHEWS | VIJU |
| 64.10-3-34 | RICHARDS GEORGE & CATHERINE 25 JOCKEY HOLLOW DRIVE NANUET, NY 10954 | 25 JOCKEY HOLLOW DR NANUET | RICHARDS GEORGE & | CATHERINE |
| 64.10-3-38 | PORCO RALPH & ELEANOR 23 ROBIN PLACE WEST NYACK, NY 10994 | 23 ROBIN PL WEST NYACK | PORCO RALPH & ELEANOR | |
| 64.11-1-1.4 | MONTGOMERY THOMAS 111 ROSE ROAD WEST NYACK, NY 10994 | 111 ROSE RD WEST NYACK | MONTGOMERY THOMAS | |
| 64.11-2-3 | ROTH HOWARD S & BEATRICE M & BENNETT 24 SPRUCE LANE WEST NYACK, NY 10994 | 24 SPRUCE LANE WEST NYACK | ROTH HOWARD S & BEATRICE | M & BENNETT |
| 64.11-2-24 | DIAMANT PAUL + GLORIA L/E TRUST 182 FOXWOOD ROAD WEST NYACK, NY 10994 | 182 FOXWOOD RD WEST NYACK | DIAMANT PAUL - GLORIA | L/E TRUST |
| 64.11-2-59 | PLATE CRAIG & KAITLYN 152 FOXWOOD ROAD WEST NYACK, NY 10994 | 152 FOXWOOD RD WEST NYACK | PLATE CRAIG & KAITLYN | |
| 64.11-2-78 | PIZZARRO LUIS A & DEL TORO DAMARIS 137 VAN HOUTEN FIELD WEST NYACK, NY 10994 | 137 VAN HOUTEN FLD WEST NYACK | PIZZARRO LUIS A & | DEL TORO DAMARIS |

Page 92.

Date: 9/6/2017 Time: 9:34 AM

Year:     This Year
Index:    Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.12-1-62 | MATCH MARK & LAURA 81 FOXWOOD ROAD WEST NYACK N Y 10994 | 81 FOXWOOD RD WEST NYACK | MATCH MARK & LAURA | |
| 64.12-2-7 | PAPP JULIAN & HELEN 199 VAN HOUTEN FIELDS WEST NYACK, NY 10994 | 199 VAN HOUTEN FLD WEST NYACK | PAPP JULIAN & HELEN | |
| 64.12-2-11 | LUKIN GEORGE & KATHERINE 223 VAN HOUTEN FIELDS WEST NYACK, NY 10994 | 223 VAN HOUTEN FLD WEST NYACK | LUKIN GEORGE & KATHERINE | |
| 64.13-1-24 | GOMEZ LEONCIO & CARMEN 28 ATLANTIC AVE NANUET N Y 10954 | 28 ATLANTIC AVE NANUET | GOMEZ LEONCIO & CARMEN | |
| 64.13-1-26 | BELFORD LAUREN 73 HIGHVIEW AVE NANUET, N Y 10954 | 73 HIGHVIEW AVE NANUET | BELFORD LAUREN | |
| 64.13-1-29 | SORCE JOSEPH P & PAIGE 25 ATLANTIC AVE NANUET, NY 10954 | 25 ATLANTIC AVE NANUET | SORCE JOSEPH P & PAIGE | |
| 64.13-1-50 | BONNER JAMES & NANCY 17 E PALISADES AVE NANUET, NY 10954 | 17 E PALISADES AVE NANUET | BONNER JAMES & NANCY | |
| 64.13-1-51 | MORAHAN PASCHAL 15 E PALISADES AVE NANUET, NY 10954 | 15 E PALISADES AVE NANUET | MORAHAN PASCHAL | |
| 64.13-1-54 | TAM LESLIE & SZE & SIU & SOOK 5 E PALISADES AVE NANUET, NY 10954 | 5 E PALISADES AVE NANUET | TAM LESLIE & SZE & SIU & | SOOK |
| 64.13-2-5.3 | DROBES BARRY - PRISCILLA 7 ERIK CT NANUET, NY 10954 | 7 ERIK CT NANUET | DROBES BARRY - PRISCILLA | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block&Lot
Criteria: From screen Base Information; Property Class equal to 215
Swis Code: 392089

Status:     Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.13-2-19 | MILLER LAWRENCE & MARTINEZ ELENA 119 E ALLISON AVE NANUET, NY 10954 | 119 EAST ALLISON AVE NANUET | MILLER LAWRENCE & | MARTINEZ ELENA |
| 64.13-2-23 | GELHAUS THOMAS J & ELAINE 103 EAST ALLISON AVE NANUET, NY 10954 | 103 EAST ALLISON AVE NANUET | GELHAUS THOMAS J & ELAINE | |
| 64.13-2-25 | DELONGCHAMP CLARE & REEDY EILEEN 14 APRIL LANE NANUET, NY 10954 | 14 APRIL LANE NANUET | DELONGCHAMP CLARE & | REEDY EILEEN |
| 64.13-2-37 | D'ALESSANDRO JOHN & CHRISTINA 91 EAST ALLISON AVE NANUET, NY 10954 | 91 EAST ALLISON AVE NANUET | D'ALESSANDRO JOHN & | CHRISTINA |
| 64.13-2-40 | MCFADDEN JOHN & PATRICIA 2 SUMMER CT NANUET, NY 10954 | 2 SUMMER CT NANUET | MCFADDEN JOHN & PATRICIA | |
| 64.13-2-57.4 | HIMMELFARB DON M & RONNIE 3 BRIANA COURT NANUET, NY 10954 | 3 BRIANNA CT NANUET | HIMMELFARB DON M & RONNIE | |
| 64.14-1-36 | GALANTE ANTHONY & BYRNES LISA A 1 BROOKHAVEN COURT NANUET, NY 10954 | 1 BROOKHAVEN COURT NANUET | GALANTE ANTHONY & BYRNES | LISA A |
| 64.14-1-41 | PORTER TERI L 4 BROOKHAVEN COURT NANUET, NY 10954 | 4 BROOKHAVEN COURT NANUET | PORTER TERI L | |
| 64.14-2-2 | SIRIBAN MARIO & SIRIBAN CHERRY BELLE 14 CUPSAW COURT NANUET, NY 10954 | 14 CUPSAW COURT NANUET | SIRIBAN MARIO & | SIRIBAN CHERRY BELLE |

Date: 9/6/2017  Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:  Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.14-2-13 | DEL POZZO CHRISTOPHER 17 ROBIN PLACE WEST NYACK, NY 10994 | 17 ROBIN PL WEST NYACK | DEL POZZO CHRISTOPHER | |
| 64.14-2-29 | DOHERTY KEVIN J 2 NORMAN PLACE WEST NYACK, NY 10994 | 2 NORMAN PL WEST NYACK | DOHERTY KEVIN J | |
| 64.14-2-39 | ASSORTO LOUIS A & LUCILLE A 12 KIRCHNER DRIVE WEST NYACK, NY 10994 | 12 KIRSCHNER DR WEST NYACK | ASSORTO LOUIS A & LUCILLE | A |
| 64.14-2-40 | CORBISIELY JAN & JEFFREY 14 KIRCHNER DRIVE WEST NYACK, NY 10994 | 14 KIRCHNER DR WEST NYACK | CORBISIELY JAN & JEFFREY | |
| 64.14-2-48 | FLYNN PATRICIA 31 SEVEN OAKS LANE NANUET, NY 10954 | 31 SEVEN OAKS LANE NANUET | FLYNN PATRICIA | |
| 64.14-2-52 | SLATTERY KENNETH & CAROL 36 SEVEN OAKS LANE NANUET, NY 10954 | 36 SEVEN OAKS LANE NANUET | SLATTERY KENNETH & CAROL | |
| 64.14-2-55 | ACOSTA MANUEL 2 CHIMNEY RIDGE DRIVE NANUET, NY 10954 | 2 CHIMNEY RIDGE DR NANUET | ACOSTA MANUEL | |
| 64.14-3-3 | SAGLIMBENI FRANCO M & FELICE 10 CATAWBA DR WEST NYACK, NY 10994 | 10 CATAWBA DR WEST NYACK | SAGLIMBENI FRANCO M & | FELICE |
| 64.14-3-7 | SICLARI ELEANOR & ROCCO 2 CATAWBA CT WEST NYACK, NY 10994 | 2 CATAWBA CT WEST NYACK | SICLARI ELEANOR | & ROCCO |

Date: 9/6/2017 Time: 9:34 AM

Year:   This Year
Index:   Section/Block/Lot                                    Status:   Active Parcels
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392089

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.14-4-2 | KENNY MICHAEL & BRENDA 29 FLITT STREET WEST NYACK N Y 10994 | 29 FLITT ST WEST NYACK | KENNY MICHAEL & BRENDA | |
| 64.14-4-4 | DiMODUGNO NICOLAS & FLORENCE & PATRICIA E 25 FLITT STREET WEST NYACK N Y 10994 | 25 FLITT ST WEST NYACK | DiMODUGNO NICOLAS & | FLORENCE & PATRICIA E |
| 64.14-4-7 | LUBECK PETER G + GINA A – CAFARCHIO EMILY 19 FLITT STREET WEST NYACK, NY 10994 | 19 FLITT ST WEST NYACK | LUBECK PETER G + GINA A – | CAFARCHIO EMILY |
| 64.14-4-15 | PRESTIPINO ANTHONY & NANCY 3 FLITT ST WEST NYACK, NY 10994 | 3 FLITT ST WEST NYACK | PRESTIPINO ANTHONY & | NANCY |
| 64.14-4-69 | COSTA SUZANNE & JENNIFER 17 TYLER PLACE WEST NYACK, NY 10994 | 17 TYLER PLACE WEST NYACK | COSTA SUZANNE & JENNIFER | |
| 64.15-1-9 | KIVLEHAN PATRICK 177 ROSE ROAD WEST NYACK, NY 10994 | 177 ROSE ROAD WEST NYACK | KIVLEHAN PATRICK | |
| 64.15-1-27 | MURPHY MATTHEW & MARLA M. OLIVERA 24 EAST AVE WEST NYACK N Y 10994 | 24 EAST AVE WEST NYACK | MURPHY MATTHEW & MARLA M | OLIVERA |
| 64.15-1-51 | MOSCHELLA DANIEL L/E LORI & GORZKA DONNA 33 EAST ST WEST NYACK, NY 10994 | 33 EAST ST WEST NYACK | MOSCHELLA DANIEL L/E | LORI & GORZKA DONNA |
| 64.15-2-6 | PISANO ANGELA 30 CONTINENTAL DR W NYACK, N Y 10994 | 30 CONTINENTAL DR WEST NYACK | PISANO ANGELA | |

Page: 96

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:   Active Parcels

# Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.15-2-41 | VARGHESE ALEX & SHEELA 15 WORTHINGTON COURT WEST NYACK, NY 10994 | 15 WORTHINGTON CT WEST NYACK | VARGHESE ALEX & SHEELA | |
| 64.15-2-54 | KNARICH JR JOSEPH & KNARICH ROSEMARY R 27 JILL DR WEST NYACK, NY 10994 | 27 JILL DRIVE WEST NYACK | KNARICH JR JOSEPH & | KNARICH ROSEMARY R |
| 64.16-1-5 | HEUER ROBERT & ELIZABETH 48 CONTINENTAL DRIVE WEST NYACK, NY 10994 | 48 CONTINENTAL DR WEST NYACK | HEUER ROBERT & ELIZABETH | |
| 64.16-1-7 | GUNTHER BRUCE S & DEBORAH L LE 47 CONTINENTAL DR WEST NYACK, NY 10994 | 47 CONTINENTAL DR WEST NYACK | GUNTHER BRUCE S | & DEBORAH L LE |
| 64.16-1-9 | NACLERO VINCENT & VICTORIA 8 FAIRMONT TERRACE WEST NYACK, NY 10994 | 8 FAIRMONT TERR W NYACK | NACLERO VINCENT & | VICTORIA |
| 64.16-1-44 | KARRICK WHITTON VERONICA A 23 WHEELER PLACE WEST NYACK N Y 10994 | 23 WHEELER PL WEST NYACK | KARRICK WHITTON | VERONICA A |
| 64.16-2-10 | CARLYLE KEITH & ANN MARIE 24 WRIGHTS LANE WEST NYACK, NY 10994 | 24 WRIGHTS LANE WEST NYACK | CARLYLE KEITH & ANN MARIE | |
| 64.16-2-13 | GRANT EUGENE TKALENKO & HELEN 175 SICKLETOWN ROAD WEST NYACK, NY 10994 | 175 SICKLETOWN RD WEST NYACK | GRANT EUGENE TKALENKO & | HELEN |
| 64.17-4-19 | FILATOV LISA M REV TRUST 39 SILVER BIRCH LANE PEARL RIVER N Y 10965 | 39 SILVER BIRCH LA PEARL RIV | FILATOV LISA M | REV TRUST |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Basic Information; Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.17-4-22 | MARINO LAURA 53 SILVER BIRCH LANE PEARL RIVER, NY 10965 | 53 SILVER BIRCH LA PEARL RIV | MARINO LAURA | |
| 64.17-4-25 | KENNY CYNTHIA 65 SILVER BIRCH LN PEARL RIVER, NY 10965 | 65 SILVER BIRCH LA PEARL RIV | KENNY CYNTHIA | |
| 64.18-3-12 | WUTZ RICHARD C & HELENE 148 BLAUVELT ROAD NANUET N Y 10954 | 148 BLAUVELT ROAD NANUET | WUTZ RICHARD C & HELENE | |
| 64.18-3-30 | WOLAK FRANK & FRANCINE 40 TOWNLINE RD NANUET, NY 10954 | 40 TOWNLINE RD NANUET | WOLAK FRANK & FRANCINE | |
| 64.18-3-42 | SCHER IRA E & MINDY 54 ARGOW PLACE NANUET, NY 10954 | 54 ARGOW PLACE NANUET | SCHER IRA E & MINDY | |
| 64.18-4-26 | PASTORELLA MARK + PASTORELLA EVANGELINE 11 KREUZ DR WEST NYACK, NY 10994 | 11 KREUZ DR WEST NYACK | PASTORELLA MARK – | PASTORELLA EVANGELINE |
| 64.18-4-41 | STEELE ELLEN & RICHARD 6 REDWOOD COURT NANUET, NY 10954 | 6 REDWOOD CT NANUET | STEELE ELLEN & RICHARD | |
| 64.18-4-69 | KOSTADINA RENATO & LIVIA 86 TOWNLINE RD NANUET, NY 10954 | 86 TOWNLINE RD NANUET | KOSTADINA RENATO & LIVIA | |
| 64.19-3-8 | IPPOLITO SALVATORE IPPOLITO CONCETTA 9 FAIRFIELD TERR WEST NYACK, NY 10994 | 9 FAIRFIELD TERR WEST NYACK | IPPOLITO SALVATORE | IPPOLITO CONCETTA |
| 64.19-3-12 | HACK MOHAMED M & BIBI S 51 EAST ST WEST NYACK, NY 10994 | 51 EAST ST WEST NYACK | HACK MOHAMED M & BIBI S | |

Date: 9/6/2017 Time: 9:34 AM

Year:          This Year
Index:         Section/Block/Lot
Criteria:      From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status:        Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 64.19-3-13 | JOSEPH JEFFERSON ANDRE 55 EAST ST WEST NYACK, NY 10994 | 55 EAST ST WEST NYACK | JOSEPH JEFFERSON ANDRE | |
| 64.19-3-17 | DUKE JOHN & KATHERINE 188 TOWNLINE ROAD WEST NYACK, NY 10994 | 188 TOWNLINE RD WEST NYACK | DUKE JOHN & KATHERINE | |
| 64.19-3-19 | DIGIROLAMO MICHAEL & JAIME 55 EAST STREET WEST NYACK, NY 10994 | 55 EAST ST WEST NYACK | DIGIROLAMO MICHAEL & | JAIME |
| 64.19-3-24 | MURPHY TIMOTHY & ANNETTE 54 EAST ST WEST NYACK N Y 10994 | 54 EAST ST WEST NYACK | MURPHY TIMOTHY & ANNETTE | |
| 64.19-3-35 | MARZEC MICHAEL A & GEORGEANN 160 TOWNLINE RD WEST NYACK N Y 10994 | 160 TOWNLINE RD WEST NYACK | MARZEC MICHAEL A & | GEORGEANN |
| 64.19-4-9 | VARGHESE JOHN & LOVELYAMMA 4 WORTHINGTON COURT WEST NYACK, NY 10994 | 4 WORTHINGTON CT WEST NYACK | VARGHESE JOHN & | LOVELYAMMA |
| 64.20-2-38 | FABRIS MARIO & FRANCESCA 2 QUAIL HOLLOW LANE WEST NYACK, NY 10994 | 2 QUAIL HOLLOW LA W NYACK | FABRIS MARIO & FRANCESCA | |
| 65.5-1-3 | CANNIZZARO JOSEPH A 7 THERESA DRIVE WEST NYACK, NY 10994 | 7 THERESA DR WEST NYACK | CANNIZZARO JOSEPH A | |
| 65.5-1-5 | KLEIN ROBERT 15 THERESA DRIVE WEST NYACK N Y 10994 | 15 THERESA DR WEST NYACK | KLEIN ROBERT | |

Page: 99

Date: 9/6/2017  Time: 9:34 AM

Year:       This Year
Index:      Section/Block/Lot
Criteria:   From screen Base Information: Property Class equal to 215
Swis Code: 392089

## Search Results

Status:  Active Parcels

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 65.5-1-8 | FITZGERALD WILLIAM & MARY<br>27 THERESA DRIVE<br>WEST NYACK, NY 10994 | 27 THERESA DR WEST NYACK | FITZGERALD WILLIAM & MARY | |
| 65.5-1-29 | KELLIN SHAUNA<br>24 BENSON AVE<br>WEST NYACK N Y 10994 | 24 BENSON AVE WEST NYACK | KELLIN SHAUNA | |
| 65.5-1-35 | FRYE JANICE<br>13 BENSON AVE<br>W NYACK, NY 10994 | 13 BENSON AVE WEST NYACK | FRYE JANICE | |
| 65.7-1-16 | DELAPAZ JR MARCARIO A &<br>ANTONIA<br>15 STONY HILL LANE<br>WEST NYACK, NY 10994 | 15 STONY HILL LN WEST NYACK | DELAPAZ JR MARCARIO A & | ANTONIA |
| 65.7-1-17 | GUEVARA, ESTEBAN & AIDA<br>17 STONY HILL LANE<br>WEST NYACK, NY 10994 | 17 STONY HILL LN WEST NYACK | GUEVARA, ESTEBAN & AIDA | |
| 65.7-1-22 | GIOVINAZZO RAFFAELE<br>20 STONY HILL LANE<br>WEST NYACK, NY 10994 | 20 STONY HILL LN WEST NYACK | GIOVINAZZO RAFFAELE | |
| 65.7-1-28 | GARNDIST ERIC & COHEN<br>RISA<br>2 STONY HILL LANE<br>WEST NYACK, NY 10994 | 2 STONY HILL LN WEST NYACK | GARNDIST ERIC & COHEN | RISA |
| 65.7-1-36 | MATHEW VARUGHESE M +<br>VARGHESE MARY<br>21 SUNSET VIEW DRIVE<br>WEST NYACK, NY 10994 | 21 SUNSET VIEW DR WEST NYACK | MATHEW VARUGHESE M + | VARGHESE MARY |
| 65.7-1-43 | GRONOWSKI THOMAS & MARTHA<br>49 SUNSET VIEW DRIVE<br>WEST NYACK, NY 10994 | 49 SUNSET VIEW DR WEST NYACK | GRONOWSKI THOMAS & MARTHA | |

Page: 100

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year
Index:     Section/Block/Lot
Criteria:  From ssccxn Base Information Property Class equal to 215
Swis Code: 392089

Status:  Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 65.7-5-7 | DERASMO PAUL & ARIOLA JENNIFER 13 ALLEGANY AV CENTRAL NYACK, NY 10960 | 13 ALLEGANY AVE CENTRAL NYK | DERASMO PAUL & ARIOLA | JENNIFER |
| 65.7-3-16 | LAROCHELLE STEVEN CENTRAL NYACK, NY 10960 | 7 N DELAWARE DR CENTRAL NYA | LAROCHELLE STEVEN | |
| 65.7-4-7 | 7 NORTH DELAWARE DRIVE SANDER JOSEPH & LOSIER MARLA S 1 OLD OX ROAD CENTRAL NYACK, NY 10960 | 1 OLD OX RD CENTRAL NYACK | SANDER JOSEPH | & LOSIER MARLA S |
| 65.7-5-55 | VILLANI NICHOLAS & GENNARO JENNIFER, VEGA ERNEST 5 WEST ST CENTRAL NYACK, NY 10960 | 5 WEST ST CENTRAL NYACK | VILLANI NICHOLAS & | GENNARO JENNIFER, VEGA ERNEST |
| 65.7-5-58 | AGUILAR NEFALI & ROXANA CAMPOS-AGUILAR 59 LAUREL ROAD CENTRAL NYACK, NY 10960 | 59 LAUREL RD CENTRAL NYACK | AGUILAR NEFALI & ROXANA | CAMPOS-AGUILAR |
| 65.7-5-60 | MOROCHO MAGNO & AIDA 103 S MIDDLETOWN RD PEARL RIVER, NY 10965 | 63 LAUREL RD CENTRAL NYACK | MOROCHO MAGNO & AIDA | |
| 65.9-1-4 | BAJWA GURNAM SINGH & BAJWA JASWAT KAUR 19 DOSCHER AV WEST NYACK, NY 10994 | 19 DOSCHER AVE WEST NYACK | BAJWA GURNAM SINGH & | BAJWA JASWAT KAUR |
| 65.9-1-21 | CORONA ROBERT & GERALDINE 7 HOBE STREET WEST NYACK, NY 10994 | 7 HOBE ST WEST NYACK | CORONA ROBERT & GERALDINE | |

Date: 9/6/2017 Time: 9:34 AM

Year: This Year
Index: Section/Block/Lot
Criteria: From screen Base Information: Property Class equal to 215
Swis Code: 392089

Status: Active Parcels

## Search Results

| Parcel ID | Mailing Address | Legal Address Addr 1 | Name 1 Addr 2 | Name 2 |
|---|---|---|---|---|
| 65.9-1-26 | CINELLI GLEN & KATHLEEN 68 WESTERN HWY WEST NYACK, NY 10994 | 68 WESTERN HWY WEST NYACK | CINELLI GLEN & KATHLEEN | |
| 65.11-2-13 | MOREAU PIERRE-YVES & KETLINE 14 VINE ST CENTRAL NYACK, NY 10960 | 14 VINE ST CENTRAL NYACK | MOREAU PIERRE-YVES | & KETLINE |
| 65.11-2-48 | HARRIS JR JOHN & LYNN 28 SCHUYLER RD CENTRAL NYACK, NY 10960 | 28 SCHUYLER RD CENTRAL NYACK | HARRIS JR JOHN & LYNN | |
| 65.11-3-33 | HAYWOOD MAVIS SIMON & SIMON URSULA C/O HORACE TURNBULL 17 VALLEY DRIVE NANUET, NY 10954 | 12 GILLIS AVE CENTRAL NYACK C/O HORACE TURNBULL | HAYWOOD MAVIS SIMON | & SIMON URSULA |
| 65.11-3-35 | DUNN THOMAS & MCCALL JOYCE 110 WEST BROADWAY CENTRAL NYACK N Y 10960 | 109 W BROADWAY CENTRAL NYACK | DUNN THOMAS & MCCALL | JOYCE |
| 65.11-3-52 | DURANDISSE ANTHONY & SOLANGE 1 GILLIS AVE CENTRAL NYACK, NY 10960 | 1 GILLIS AVE CENTRAL NYACK | DURANDISSE ANTHONY & | SOLANGE |
| 65.12-2-1 | OSBORNE HELEN 7 PINE ST CENTRAL NYACK, NY 10960 | 7 PINE ST CENTRAL NYACK | OSBORNE HELEN | |
| 65.13-2-4.4 | LEONTI SALVADORE & BARBARA JEAN 4 HANA COURT WEST NYACK, NY 10994 | 4 HANA COURT WEST NYACK | LEONTI SALVADORE & | BARBARA JEAN |

Date: 9/6/2017 Time: 9:34 AM

Year:      This Year                                Status:       Active Parcels
Index:     Section/Block/Lot
Criteria:  From screen Base Information; Property Class equal to 215
Swis Code: 392089

**Search Results**

| Parcel ID | Mailing Address | Legal Address | Name 1 | Name 2 |
|-----------|-----------------|---------------|--------|--------|
|           |                 | Addr 1        | Addr 2 |        |

**TOTALS FOR SWIS CODE 392089**
Number of Parcels = 921

**OVERALL TOTALS**
Number of Parcels = 927

# EXHIBIT E

Town Board Meeting 6/28/2016 Page 3

RESOLUTION NO. (302-2016) Co. Borelli offered and Co. Noto seconded

WHEREAS, Councilperson             , a member of the Town Board of the Town of Clarkstown, has introduced a proposed local law entitled, "A LOCAL LAW AMENDING CHAPTER 157 (HOUSING STANDARDS APPLICABLE TO RESIDENTIAL PREMISES) AND CHAPTER 290 (ZONING) OF THE CODE OF THE TOWN OF CLARKSTOWN"

and WHEREAS, this proposed local law is intended to amend the definitions of "Senior Citizen Housing", "Senior Citizen Congregate Housing" and "Assisted Care Living Quarters" in the Zoning Code and the definition of "Family" in the Zoning and Housing Code, and to allow for the creation of a rental registry for all rental units within the Town of Clarkstown; NOW, THEREFORE, be it RESOLVED, that the portion of the proposed local law amending Chapter 290 (Zoning) be referred to the Clarkstown Planning Board for report pursuant to Section 290-33 of the Zoning Local Law of the Town of Clarkstown and to the Rockland County Commissioner of Planning pursuant to Sections 239-1 and 239-m of the General Municipal Law for report, and be it FURTHER RESOLVED, that for the purposes of the New York State Environmental Quality Review Act (SEQRA), the Town Board determines that it shall act as lead agency and Jose Simoes, Town Planner, is hereby authorized and directed to act as agent for the Town Board with respect to SEQRA review of the amendment to Chapter 290 (Zoning), and be it FURTHER RESOLVED, that a public hearing, pursuant to §20 of the Municipal Home Rule Law, be held at the Auditorium of the Town Hall, 10 Maple Avenue, New City, New York on August 9, 2016 at 8:00 p.m., or as soon thereafter as possible, relative to such proposed local law, and be it FURTHER RESOLVED, that the Town Attorney prepare notice of said hearing, and that the Town Clerk cause same to be published and posted as aforesaid and file proof thereof in the Office of the said Clerk. On roll call the vote was as follows:

Co. Borelli . . . . . . . . . . . . . . Yes Co. Hausner . . . . . . . . . . . . . Yes Co. Noto . . . . . . . . . . . . . . . Yes Co. Carey . . . . . . . . . . . . . . Yes Supervisor Hoehmann. . . . . .Yes

***************************

TOWN OF CLARKSTOWN TOWN BOARD MEETING AUGUST 9, 2016

Town Hall                                          8:00 PM

Present:  Supervisor George Hoehmann    Council Members Stephanie Hausner,  Frank Borelli, John Noto & Adrienne Carey      Paul Schofield, Deputy Town Attorney      Joanne Castaldo, Deputy  Town Clerk

***********************

On motion of Co. Noto seconded by Co. Borelli the Public Hearing Re: "A Local Law Amending Chapter 157(Housing Standards applicable to Residential Premises) and Chapter 290 (Zoning) was opened 8:10 pm, closed 8:15 pm – TO BE CONTINUED.

RESOLUTION NO. 342-2016 ADOPTED

RESOLUTION NO. (342-2016) Co. Noto offered and Co. Borelli seconded

WHEREAS, a proposed local law entitled, "A Local Law amending Chapter 157 (Housing Standards Applicable to Residential Premises) and Chapter 290 (Zoning) of the Code of the Town of Clarkstown" was introduced by Councilperson Borelli at a Town Board meeting held on June 28, 2016, and WHEREAS, on August 9, 2016, a public hearing was held to consider said local law, and at such time it was determined by the Town Board that the hearing be continued on September 6, 2016; NOW, THEREFORE, be it RESOLVED, that the continuation of the public hearing, pursuant to §20 of the Municipal Home Rule Law, be had in the Auditorium of the Clarkstown Town Hall, 10 Maple Avenue, New City, New York on September 6, 2016 at 8:00 p.m., or as soon thereafter as possible, relative to such proposed local law, and be it FURTHER RESOLVED, that the Town Attorney prepare notice of continuation of said hearing, and that the Town Clerk cause the same to be published and posted as aforesaid and file proof thereof in the Office of the said Clerk.

RESOLUTION NO. (342-2016) Co. Noto offered and Co. Borelli seconded

WHEREAS, a proposed local law entitled, "A Local Law amending Chapter 157 (Housing Standards Applicable to Residential Premises) and Chapter 290 (Zoning) of the Code of the Town of Clarkstown" was introduced by Councilperson Borelli at a Town Board meeting held on June 28, 2016, and WHEREAS, on August 9, 2016, a public hearing was held to consider said local law, and at such time it was determined by the Town Board that the hearing be continued on September 6, 2016; NOW, THEREFORE, be it RESOLVED, that the continuation of the public hearing, pursuant to §20 of the Municipal Home Rule Law, be had in the Auditorium of the Clarkstown Town Hall, 10 Maple Avenue, New City, New York on September 6, 2016 at 8:00 p.m., or as soon thereafter as possible, relative to such proposed local law, and be it FURTHER RESOLVED, that the Town Attorney prepare notice of continuation of said hearing, and that the Town Clerk cause the same to be published and posted as aforesaid and file proof thereof in the Office of the said Clerk.

TOWN OF CLARKSTOWN TOWN BOARD MEETING SEPTEMBER 6, 2016

Town Hall                              8:00 PM

Present:  Supervisor George Hoehmann    Council Members Stephanie Hausner, Frank Borelli, John Noto & Adrienne Carey

   Lino Sciarretta , Town Attorney    Justin Sweet, Town Clerk

The Supervisor declared the Town Board meeting opened.  Assemblage saluted the flag.  Deputy Town Clerk read the roll call.   ***********************

On motion of Co. Noto seconded by Co. Borelli the Continuation of Public Hearing Re: Proposed Local Law amending Chapter 157 (Housing Standards applicable to Residential Premises) and Chapter 290 (Zoning)  was opened, time:8:05 closed, 8:15 pm.

RESOLUTION NO. (378-2016) ADOPTED

RESOLUTION NO. (378-2016) Co. Carey offered and Co. Noto seconded

WHEREAS, a proposed local law entitled,

"A LOCAL LAW AMENDING CHAPTER 157 (HOUSING STANDARDS APPLICABLE TO RESIDENTIAL PREMISES) AND CHAPTER 290 (ZONING) OF THE CODE OF THE TOWN OF CLARKSTOWN"

was introduced by Councilperson Borelli at a Town Board meeting held on June 28, 2016, and WHEREAS, the Town Board of the Town of Clarkstown by resolution adopted on June 28, 2016, directed that a public hearing be held on August 9, 2016, at 8:00 p.m., or as soon thereafter as possible, relative to such proposed local law, and WHEREAS, a notice of said hearing was duly prepared and published in the Journal News on August 1, 2016, and WHEREAS, by resolution adopted June 28, 2016, the Town Board referred the portion of the proposed local law amending Chapter 290 (Zoning) to the Clarkstown Planning Board for their comment, pursuant to §290-33 of the Zoning Local Law of the Town of Clarkstown, and to the Rockland County Commissioner of Planning, pursuant to General Municipal Law §§239-l & m, and WHEREAS, a pdf copy of the proposed local law was sent in electronic format by electronic means to the desks of the Supervisor and the Councilpersons at their office at the Clarkstown Town Hall, 10 Maple Avenue, New City, New York, on August 23, 2016; WHEREAS, a public hearing was held by the Town Board of the Town of Clarkstown on August 9, 2016 and continued on September 6, 2016, and

Town Board Meeting 9/6/2016  3 | Page

RESOLUTION NO. (378-2016) continued

WHEREAS, the Town Board of the Town of Clarkstown has reviewed the August 24, 2016 memorandum prepared by the Jose Simoes, Principal Town Planner, as agent for the Town Board, pursuant to SEQRA, and which the Board has discussed and considered in making its decision herein, and WHEREAS, by resolution dated August 3, 2016, the Town of Clarkstown Planning Board made several observations pursuant to Town Code Sections 290-33 B(1) and found that the proposed local law appears consistent with the Zoning Code and the Comprehensive Plan goals of providing additional senior housing and ensuring that town building and fire codes are current and enforced, and will also clarify senior housing definitions and the definition of family, and WHEREAS, the Town Board has determined to adopt this amendment to the Town Code by a majority plus one vote of the Board in contravention of the recommendations of the Rockland County Department of Planning, dated July 26, 2016, as follows: No. 1 – It seems the new definition for "family" will not permit four or more unrelated people living together in one dwelling unit; such as four post-college adults who would like to share a house together. This must be clarified if this is the intent - Reason: That is the intent; No. 2 – It must be clarified if all of the criteria listed to determine the functional equivalent of a traditional family must be met, or if these are guidelines in which the determination is based on, and that this is the criteria to be used for consideration - Reason: Must be read in context with

actual law;  No. 3 – The definitions for "Assisted Care Living Quarters," "Senior Citizen Congregate Housing," and "Senior Citizen Housing" each had an additional sentence added stating that at least one resident must have attained the age of 55 years or more.  Would a person who is eligible for assisted care living quarters (because of a handicap), be able to reside in any of these living facilities if they do not meet the age eligibility?  This must be clarified - Reason: Definition already states it is subject to federal regulations;  NOW, THEREFORE, be it RESOLVED, that based upon the memorandum prepared by the Jose Simoes, Principal Town Planner, as agent for the Town Board, pursuant to SEQRA, it is hereby determined that the proposed amendments to Chapter 290 (Zoning) are an Unlisted Action under the provisions of SEQRA and shall not have any potential to adversely affect the environment, and be it FURTHER RESOLVED, that the Town Board has reviewed and hereby accepts the attached Negative Declaration, and directs that same be filed, distributed and published pursuant to 6 NYCRR Part 617.7(b), and be it FURTHER RESOLVED, that a copy of this resolution be filed with the Rockland County Commissioner of Planning, pursuant to General Municipal Law §239-m(6), and be it FURTHER RESOLVED, that Local Law No.  – 2016 entitled: "A LOCAL LAW AMENDING CHAPTER 157 (HOUSING STANDARDS APPLICABLE TO RESIDENTIAL PREMISES) AND CHAPTER 290 (ZONING) OF THE CODE OF THE TOWN OF CLARKSTOWN"  is hereby ADOPTED and passed by a majority plus one affirmative vote of the Town Board of the Town of Clarkstown, the vote for adoption being as follows:  George Hoehmann, Supervisor . . . . .  Frank Borelli, Councilman . . . . . .      Stephanie G. Hausner, Councilwoman . .  John J. Noto, Councilman . . . . . . .  Adrienne Carey, Councilwoman . . . . .

The Clerk of the Town of Clarkstown was directed to file the local law pursuant to Section 27 of the Municipal Home Rule Law.

On roll call the vote was as follows:

Co. Borelli . . . . . . . . . . . . . . Yes Co. Hausner . . . . . . . . . . . . Yes Co. Noto . . . . . . . . . . . . . . .
Yes Co. Carey . . . . . . . . . . . . . . Yes Supervisor Hoehmann . . . . . Yes
* * * * * * * * * * * * * * * * * * * * * * * * * *

TOWN OF CLARKSTOWN PUBLIC HEARING #2

Town Hall            SEPTEMBER 6, 2016   8:05 pm

Present:   Supervisor George Hoehmann Council Members Frank Borelli, Stephanie Hausner, John Noto & Adrienne Carey    Lino Sciarretta , Town Attorney    Justin Sweet, Town Clerk

RE:   Continuation: Proposed Local Law entitled "A Local Law amending Chapter 157(Housing Standard applicable to Residential Premises) and Chapter 290 (Zoning )
* * * * * * * * * * * * * *

On motion of Co. Noto seconded by Co. Borelli the public hearing was opened.

The Town Planner gave a synopsis of the local law.  The hope is to curb over-occupancy by updating the definition of family and adopting a rental registry.  It also deals with age restriction for senior housing.

The Supervisor asked if there was anyone wishing to be heard on this matter.

Gerald Halperin, New City He in favor of this law but is concerned about rumors of senior housing developments being allowed to add a third story and that they will not stick to the age restrictions.   The Town Planner stated there is a limit of 35 feet on the senior housing development.  He also reiterated that they will be age restricted.

Dan Caprara, New City He asked for clarification about the number of stories allowed.

The Town Planner reiterated that there is a 35 foot limit but there would not be a change in density.

Janet Edwards, New City She had questions about AAR zoning.

The Town Planner explained that this is a different law; this is special permit, not AAR zoning.

The Supervisor asked if there was anyone further wishing to be heard on this.  No one appeared.

There being no one further wishing to be heard, on motion Co. Noto seconded by Co Hausner the Negative Declaration was adopted.

On motion of Co. Carey seconded by Co. Noto the Public Hearing was closed, time: 8:15pm.
RESOLUTION NO. (378-2016) ADOPTED

　　　Respectfully submitted,

　　Justin Sweet　　　Town Clerk

# EXHIBIT F

FURTHER RESOLVED, that Local Law No. 11 – 2016 entitled: "A LOCAL LAW AMENDING CHAPTER 290 (ZONING) OF THE TOWN CODE OF THE TOWN OF CLARKSTOWN WITH RESPECT TO TABLE 12 (GENERAL BULK REGULATIONS)"

is hereby ADOPTED and passed by an affirmative vote of the Town Board of the Town of Clarkstown, the vote for adoption being as follows:

TOWN BOARD MEETING   PAGE 5 | OCTOBER 25, 2016

RESOLUTION NO. (448-2016) continued

On roll call the vote was as follows:

Co. Borelli . . . . . . . . . . . . . . Yes Co. Hausner . . . . . . . . . . . . . Yes Co. Noto. . . . . . . . . . . . . . . Yes Co. Carey . . . . . . . . . . . . . . Yes Supervisor Hoehmann. . . . . Yes
***************************

The Clerk of the Town of Clarkstown is directed to file the local law pursuant to Section 27 of the Municipal Home Rule Law.

RESOLUTION NO. (449-2016) Co. Borelli offered and Co. Noto seconded

RESOLVED, that the Town Board Minutes of September 20, 2016 and September 27, 2016 are hereby accepted as submitted by the Town Clerk.

On roll call the vote was as follows:

Co. Borelli . . . . . . . . . . . . . . Yes Co. Hausner . . . . . . . . . . . . . Yes Co. Noto. . . . . . . . . . . . . . . Yes Co. Carey . . . . . . . . . . . . . . Yes Supervisor Hoehmann. . . . . Yes

***************************

RESOLUTION NO. (450-2016) Co. Hausner offered and Co. Noto seconded

WHEREAS, Councilperson _____, a member of the Town Board of the Town of Clarkstown has introduced a proposed local law entitled, "A LOCAL LAW AMENDING CHAPTER 109 (BUILDING CONSTRUCTION ADMINISTRATION) OF THE CODE OF THE TOWN OF CLARKSTOWN" and  WHEREAS, this proposed local law is intended to amend Chapter 109-3 by repealing the language in §109-3A(1)  and (2) regarding building permits because New York State Building Code regulations are now more restrictive than our current code and we will follow the New York State requirements;          NOW, THEREFORE, be it  RESOLVED, that a public hearing, pursuant to §20 of the Municipal Home Rule Law, be held in the Auditorium of the Clarkstown Town Hall, 10 Maple Avenue, New City, New York on November 9, 2016 at 7:00 p.m., or as soon thereafter as possible,  relative to such proposed local law, and be it  FURTHER RESOLVED, that the Town Attorney prepare notice of said hearing, and that the Town Clerk cause same to be published and posted as aforesaid and file proof thereof in the Office of the said Clerk.

TOWN BOARD MEETING  PAGE 6 | OCTOBER 25, 2016

RESOLUTION NO. (450-2016) continued

On roll call the vote was as follows:

Co. Borelli . . . . . . . . . . . . . Yes Co. Hausner . . . . . . . . . . . . Yes Co. Noto. . . . . . . . . . . . . . .
Yes Co. Carey . . . . . . . . . . . . . . Yes Supervisor Hoehmann. . . . . Yes

▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪

TOWN OF CLARKSTOWN TOWN BOARD MEETING NOVEMBER 09, 2016

Town Hall                                       7:00 PM

Present:  Supervisor George Hoehmann     Council Members Stephanie Hausner, Frank Borelli,
John Noto & Adrienne Carey

   Lino Sciarretta , Town Attorney     Justin Sweet, Town Clerk

The Supervisor declared the Town Board meeting opened.  Assemblage saluted the flag.

RESOLUTION NO. 504-2016 ADOPTED ******* On motion of Co. Noto seconded by Co.
Borelli Re:  Proposed Local Law entitled:  A Local Law amending Chapter 109 building
Construction Administration ) of the Code of the Town of Clarkstown was opened, time: 7:21
pm, closed 7:22 pm

RESOLUTION NO. 505-2016 ADOPTED. *******

RESOLUTION NO. (505-2016) Co. Carey offered and Co. Borelli seconded

WHEREAS, a proposed local law entitled,

"A LOCAL LAW AMENDING CHAPTER 109 (BUILDING CONSTRUCTION
ADMINISTRATION) OF THE CODE OF THE TOWN OF CLARKSTOWN" was introduced
by Councilperson Noto at a Town Board meeting held on October 25, 2016, and  WHEREAS,
the Town Board of the Town of Clarkstown, by resolution adopted on October 25, 2016, directed
that a public hearing be held on November 9, 2016 at 7:00 p.m., or as soon thereafter as possible,
relative to such proposed local law, and  WHEREAS, notice of said hearing was duly prepared
and published in the Journal News on November 1, 2016, and WHEREAS, a pdf copy of the
proposed local law was sent in electronic format by electronic means to the desks of the
Supervisor and the Councilpersons at their office at the Clarkstown Town Hall, 10 Maple
Avenue, New City, New York, on October 27, 2016, and WHEREAS, a public hearing was held
by the Town Board of the Town of Clarkstown on November 9, 2016; NOW, THEREFORE, be
it RESOLVED, that Local Law No. 12 – 2016 entitled: "A LOCAL LAW AMENDING
CHAPTER 109 (BUILDING CONSTRUCTION ADMINISTRATION) OF THE CODE OF
THE TOWN OF CLARKSTOWN"  is hereby ADOPTED and passed by an affirmative vote of
the Town Board of the Town of Clarkstown, the vote for adoption being as follows:

On roll call the vote was as follows:

Co. Borelli . . . . . . . . . . . . . . Yes Co. Hausner . . . . . . . . . . . . . Yes Co. Noto. . . . . . . . . . . . . . .
Yes Co. Carey . . . . . . . . . . . . . . Yes Supervisor Hoehmann. . . . . Yes

**************************

The Clerk of the Town of Clarkstown is hereby directed to file the local law pursuant to Section 27 of the Municipal Home Rule Law

TBM 11-9-16  30 | Page

TOWN OF CLARKSTOWN PUBLIC HEARING

Town Hall    November 9, 2016          7:21 pm

Present:   Supervisor George Hoehmann Council Members Frank Borelli, Stephanie Hausner, John Noto & Adrienne Carey    Lino Sciarretta, Town Attorney    Justin Sweet, Town Clerk

RE: Proposed Local Law: "A Local Law Amending Chapter 109 (Building Construction Administration) of the Code of the Town of Clarkstown.

*************** Town Clerk, Justin Sweet, read the notice of public hearing.  On motion of Co. Noto seconded by Co. Borelli the public hearing was opened.

The Building Inspector gave a synopsis of the proposed local law.

The Supervisor asked if there was anyone present wishing to speak.  No one appeared.

There being no one further wishing to be heard on motion of Co. Carey seconded by Co. Noto, the public hearing was closed, 7:22 pm.

Respectfully submitted,

Justin Sweet      Town Clerk

RESOLUTION NO. (505-2016) ADOPTED

# EXHIBIT G

RESOLUTION NO. (162-2016) Co. Borelli offered and Co. Hausner seconded RESOLVED, that Raymond L. Francis – is hereby appointed (provisional)to the position of Code Enforcement Officer I – Building Department – at the current 2016 annual salary of $54,256. – effective April 25, 2016. TOWN BOARD MEETING 4/5/2016 Page | 8 RESOLUTION NO. (162-2016) continued On roll call the vote was as follows: Co. Borelli . . . . . . . . . . . . . Yes Co. Hausner . . . . . . . . . . . . Yes Co. Moldow . . . . . . . . . . . . Yes Co. Noto. . . . . . . . . . . . . . . Yes Supervisor Hoehmann. . . . . Yes *************************

RESOLUTION NO. (165-2016) Co. Borelli offered and Co. Hausner seconded RESOLVED, that Leslie Kahn – is hereby appointed to the position of Deputy Town Attorney – Town Attorney's Office – at the current 2016 annual salary of $110,000 – effective May 9, 2016. TOWN BOARD MEETING 4/5/2016 Page | 9 RESOLUTION NO. (165-2016) continued On roll call the vote was as follows: Co. Borelli . . . . . . . . . . . . . Yes Co. Hausner . . . . . . . . . . . . Yes Co. Moldow . . . . . . . . . . . . Yes Co. Noto. . . . . . . . . . . . . . . Yes Supervisor Hoehmann. . . . . Yes *************************

Just before noon on a recent weekday, Clarkstown Deputy Town Attorney Leslie Kahn and code enforcement officer Raymond Francis walked down the driveway of a single-family Colonial in a quiet cul-de-sac in north New City.

The pair was there to find out whether the owner, who didn't live there, had complied with a court order to get rid of a pair of illegal basement apartments.

No one was home and they couldn't get inside, but Kahn and Francis looked through the uncovered windows to see that it appeared that at least one of the tenants had moved out. There would be a follow-up visit on the pending case.

**RELATED: 'Do not knock' laws gain momentum in Rockland**

**CLARKSTOWN: Sullivan suspension, ward system loom over election**

**VIDEO: Clarkstown plans to save $2.7 million in Police Department budget in 2017**

Cases like this, which started after an anonymous call from a neighbor, are Kahn's specialty as head of a code enforcement unit started by Clarkstown Supervisor George Hoehmann.

Kahn was hired in May to the $110,000 position to take charge of three full-time code enforcement officers in pursuing everything from slumlords, to abandoned "zombie" houses, to illegal parking and quality-of-life complaints that come in via email, phone calls or a 3-1-1 portal on the town's website.

Got a neighbor who never cut the grass? Inspectors will respond armed with tape measures to determine if the lawn exceeds the 11-inch-high limit.

The main objective is to eliminate fire and safety hazards and prevent traffic, noise and overcrowding that could result from illegal housing.

"We're not looking to harass people," said Kahn, a former Brooklyn assistant attorney who lives in New City. "We just want people to be safe and follow the law."

**By the numbers**

- Total 2015 enforcement actions taken to court: 58
- Total 2016 actions taken to court through September: 97

**How to report a violation**

- By email: ccu@clarkstown.org
- By phone:Clarkstown Building Department at 845-639-2100
- Via the web:clarkstown.org (click residents portal on top right)

Michael D'Onofrio, mcdonofrio@lohud.comPublished 6:30 p.m.
ET Oct. 27, 2017 | Updated 9:34 a.m. ET Nov. 6, 2017

**Building and zoning enforcement and changes impacting police department are two major issues during the past two years. What are your plans for tackling these issues?**

**Hoehmann:** Two years ago, I pledged a more muscular approach to building and code enforcement. When elected, we passed bold and sweeping changes to our zoning codes, eliminating certain uses from residential areas, to ensure the quality of life for residents. We added fire and code enforcement officers and a career prosecutor to lead the effort. As a result, we have seen an almost 200 percent increase in violations and a tenfold increase in cases going to court.

Clarkstown is the only town issuing search warrants to gain entry and evidence to prosecute illegal housing cases.

I will continue to vigorously enforce our building and zoning codes to ensure that the quality of life and character of Clarkstown in enhanced for all of our residents.



# Clarkstown
## ROCKLAND COUNTY, NEW YORK

FOIL: APPLICATION FOR PUBLIC ACCESS TO RECORDS

TO:  TOWN CLERK

I HEREBY APPLY TO INSPECT THE FOLLOWING RECORD: FROM PERSONNEL
NAMES AND ADDRESSES OF ATTORNEYS LEAVING CLARKSTOWN EMPLOY SINCE
"                                                    1 JAN 2015
NAMES AND ADDRESSES OF ATTORNEYS HIRED BY CLARKSTOWN SINCE
                                                    1 JAN 2016
CODE ENFORCERS HIRED BY CLARKSTOWN SINCE 1 JAN 2016
IF ADDRESSES NOT ALLOWED THEN AT LEAST NAMES.

Matthew Brennan                    14 NOV 2019
___Signature___                    ___Date___

MATTHEW I. BRENNAN          23 GERMONDS ROAD, NEW CITY
___Print Name___                         ___Address___        10956

BRENNAN 10956 @ AOL. COM     845  641  1882
___E Mail Address___              ___Phone Number___

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
## FOR AGENCY USE ONLY
Approved _____
Denied (for the reason(s) checked below:
( ) Confidential Disclosure
( ) Part of Investigatory Files
( ) Unwarranted Invasion of Personal Privacy          NOV 14 2019
( ) Record of which this Agency if Legal Custodial Cannot be Found
( ) Record if not maintained by this Office
( ) Exempted by Statute other than the Freedom of Information
( ) Inspection Only
( ) Record returned
( ) Other (specify) _____

_____        _____        _____
Signature                Title                    Date
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
Notice:  You have a right to appeal a denial of this application within thirty days of the
date of denial to the head of this agency.
George Hoehmann                    10 Maple Avenue New City, NY 10956
Name                                        Business Address
Supervisor                                (845) 639-2050
Title                                          Business Phone Number

Who must fully explain his reasons for such denial in writing within ten business days of
the receipt of the appeal.

# EXHIBIT H



# OFFICE OF THE
# BUILDING INSPECTOR

10 MAPLE AVE.
NEW CITY, NY 10956/5099
(845) 639-2100

*ERIK ASHEIM,*
*ACTING BUILDING INSPECTOR*

*STEPHEN UNGERLEIDER,*
*CHIEF FIRE SAFETY INSPECTOR*

NO: **16-965**

**BRENNAN, MATTHEW**

DATE: **12/09/2016**

**23 GERMONDS RD**
**NEW CITY, NY, 10956**

NEW TAX MAP#: **51.18-3-19**
OLD TAX MAP#: **35-B-21.6**

You are hereby notified that a violation of Chapter **290-11(A)- Table 4 — COLUMN  5** the Town of

Clarkstown exists on your premises at: **23 GERMONDS RD,  NEW CITY, NY  10956**

Said violation having been observed on **DECEMBER  09,  2016** and consists of:

**Chapter 290-11(A)- Table 4; Column #5 (Uses Permitted by Right)**
**The general regulations affecting the use of buildings, structures and land and the bulk and**
**arrangement of buildings and structures and of materials and equipment occupying land in**
**connection with nonbuilding use thereof for each of the districts established by Article II are hereby**
**established as set forth in this section.**

   A.  Use Table. The accompanying table, entitled "Table of General Use Regulations," shall be
       deemed to be part of this section, and is referred to herein as "Use Table." For all uses within
       H1, H2, H3 and H4 Districts, see § 290-7.5.
       [Amended 5-7-2013 by L.L. No. 3-2013]

**To Wit:  CONVERTING A SINGLE FAMILY DWELLING TO A MULTI FAMILY.**

You are hereby ORDERED to remove any such violation within  **5**  days after notice.

ANY PERSON found guilty of a violation of any provision of this chapter shall be punished by a fine of a
fine of up to $2,500.  Any person found guilty of a second offense of any provision of this chapter within
18 months of the date of the first conviction shall be punished by a fine of not less than $2,500 and
not more than $5,000.  Any person found guilty of a third offense of any provision of this chapter
within 18 months of the date of the second conviction shall be punished by a fine of not less than
$7,500 and not more than $10,000.   Any person found guilty of a fourth or subsequent offense of any
provision of this chapter within 18 months of the date of the third conviction shall be punished by fine of not
less than $10,000 and not more than $15,000.  Each week's continued violation shall constitute a separate
additional violation hereunder. [Amended 4-28-1976 by L.L. No. 3-1976; 3-24-1987 by L.L. No. 5-1987; 4-9-
2013 by L.L. No. 2-2013]

**WITNESS**

**RAYMOND FRANCIS,**
**CODE ENFORCEMENT OFFICER I**

December 21, 2016

Matthew I. Brennan
23 Germonds Road
New City, New York 10956

Erik Asheim
Clarkstown Building Inspector
10 Maple Avenue
New York, New York 10956
(845)639-2100

Dear Sir,

Your department's letter of December 9, 2016 did not arrive as registered mail until December 15, 2016.

Despite much effort I was unable to locate Clarkstown Town code 290 11 (A) Table 4 Column 5 on the internet and request that a copy of this document be mailed to me.

I will also not be able to review this December 9, 2016 notice of violation with competent legal authority until that document is received and that will be only be after I find representation.

So therefore at this time due to all of the December Holidays and New Year's activities request we postpone any further action on this matter until after January 23, 2016 which will give me the first three weeks of January to accomplish this task along with preparing any necessary paperwork.

Sincerely,

Matthew I. Brennan

MB/mb

# EXHIBIT I



**OFFICE OF THE
BUILDING INSPECTOR**

10 MAPLE AVE.
NEW CITY, NY 10956/5099
(845) 639-2100

*ERIK ASHEIM,
ACTING BUILDING INSPECTOR*

*STEPHEN UNGERLEIDER,
CHIEF FIRE SAFETY INSPECTOR*

NO: **16-965**

**BRENNAN, MATTHEW**

**DATE:   12/29/2016**

**23 GERMONDS RD**
**NEW CITY, NY, 10956**

**NEW TAX MAP#: 51.18-3-19**
**OLD TAX MAP#: 35-B-21.6**

You are hereby notified that a violation of Chapter __290-11(A)- Table 4    COLUMN  2__   the Town of Clarkstown exists on your premises at:__  23 GERMONDS RD,   NEW CITY, NY 10956__ .

Said violation having been observed on_____ **DECEMBER  09,  2016** _____and consists of:_

## § 290-11 Use and bulk tables. [1]

The general regulations affecting the use of buildings, structures and land and the bulk and arrangement of buildings and structures and of materials and equipment occupying land in connection with nonbuilding  use thereof for each of the districts established by Article II are hereby established as set forth in this section.

**To Wit: CONVERTING A SINGLE FAMILY DWELLING TO A MULTI FAMILY.**

You are hereby ORDERED to remove any such violation within  __5__  days after notice.

ANY PERSON found guilty of a violation of any provision of this chapter shall be punished by a fine of up to $2,500.  Any person found guilty of a second offense of any provision of this chapter within 18 months of the date of the first conviction shall be punished by a fine of not less than $2,500 and not more than $5,000.  Any person found guilty of a third offense of any provision of this chapter within 18 months of the date of the second conviction shall be punished by a fine of not less than $7,500 and not more than $10,000.   Any person found guilty of a fourth or subsequent offense of any provision of this chapter within 18 months of the date of the third conviction shall be punished by fine of not less than $10,000 and not more than $15,000.  Each week's continued violation shall constitute a separate additional violation hereunder. [Amended 4-28-1976 by L.L. No. 3-1976; 3-24-1987 by L.L. No. 5-1987; 4-9-2013 by L.L. No. 2-2013]

_____
**WITNESS**

_____
**RAYMOND FRANCIS,
CODE ENFORCEMENT OFFICER I**



**CERTIFIED MAIL**



BUILDING DEPARTMENT
Town of Clarkstown
10 Maple Avenue, New City, NY 10956

7016 1370 0000 2559 0770



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 10956   $ 006.46⁵
02 1W
0001396057 JAN 13 2017

1/17/17

MATTHEW BRENNAN
23 GERMONDS ROAD
NEW CITY, N. Y. 10956

10956\$2862 C012

# EXHIBIT J



# OFFICE OF THE
# BUILDING INSPECTOR

10 MAPLE AVE.
NEW CITY, NY 10956/5099
(845) 639-2100

STEPHEN UNGERLEIDER,
CHIEF FIRE SAFETY INSPECTOR

ERIK ASHEIM,
ACTING BUILDING INSPECTOR

January 3, 2016

Matthew Brennan
23 Germonds Road
New City, NY 10956

Re:  Violation Notice #16-965
51.18-3-19-(35-B-21.6)

Dear Mr. Brennan:

I am in receipt of your letter dated December 21, 2016 regarding the above mentioned violation.  Our office has no issue addressing this matter by the end of January 2017.  Our Code Enforcement Officer, Raymond Francis was investigating a complaint we received.

Enclosed, please find a copy of Clarkstowns Use Table #4.  A review of the violation shows the wrong column was sited.  A corrected violation will be issued showing Column 2 (Use Permitted by Right).  Your home is located in a Zoning District R-15, which allows Single Family Dwellings.  Our investigation found that the dwelling was separated into two units.

We can further discuss bringing the property into compliance at a later date at your convenience.

Yours Truly,

Erik Asheim,
Acting Building Inspector

EA/ts

Enclosure

TABLE 4

§ 290-11A

[Amended 5-15-1974; 2-7-1979; 7-8-1986; 10-28-1986; 12-16-1986; 5-26-1987; 5-24-1988; 1-23-1990; 5-28-1991 by L.L. N...]

TABLE OF GE...

| District | Uses Permitted by Right | Uses Permitted by Special Permit of the Board of Appeals, Town Board, or the Planning Board, Where Specified. (Subject to § 290-15 and Section Listed Use, Where Applicable) | Permitted General Accessory Uses |
|---|---|---|---|
| R-15 | 1. Single-family detached residence. <br> 2. The following commercial agriculture operations, provided that there shall be no greenhouse, heating plant, stable or similar animal housing, or the storage of manure or other odor- or dust-producing substance or use, except spraying or dusting to protect vegetation, within 200 ft. of any lot line and all equipment is kept within a completely enclosed building. <br> (a) Nurseries, greenhouse and growing of mushrooms, provided that no smokestack shall exceed the height regulations; buildings for display and sale of agricultural products. <br> (b) Orchards, truck gardening and growing of other field crops, and vineyards and growing of other bush and berry crops. <br> (c) Keeping, breeding and raising of cattle (including dairies), sheep, goats and horses, and rental of horses, on lots of 10 acres or more. However, keeping, breeding and raising of fowl, pigs, rabbits, foxes, mink, rodents, primates and other small fur-bearing animals for any commercial or laboratory purpose is not permitted. <br> 3. Churches and similar places of worship, Sunday school buildings, parish houses and rectories. <br> 4. Public parks and playgrounds. <br> 5. Schools, except nursery schools. <br> 6. United States Postal Service post office facilities; fire, police and ambulance stations and other similar public safety buildings. <br> 7. Cemeteries on plots of at least 5 acres subject to approval of the County Legislature. <br> 8. Family day-care homes, subject to the following performance standards: <br> (a) A suitable, safe, designated play area shall be provided, located not less than 50 ft. from any street line or 25 ft. from any lot line. The play area shall include at least 200 sq. ft. per child. The play area shall be fenced, unless a larger area surrounding the play area is fenced. No play area may be in any required front yard. <br> (b) No building area to be occupied by the children shall be within a required yard. <br> (c) At least 1 off-street parking space shall be provided for each staff member and at least 1 space per every 3 enrolled children. <br> (d) The family day-care home shall be allowed only as an accessory to a single-family detached residence. No family day-care home shall be located on a lot that includes a 2-family conversion. <br> (e) All licensing requirements of the Department of Social Services shall be met. The certificate of occupancy shall automatically terminate upon sale of the premises or if the Department of Social Services license is revoked. <br> (f) No more than 6 children shall be enrolled in the family day-care home. <br> (g) In keeping with the State Uniform Fire Prevention and Building Code applicable to Chapter F, Housing Maintenance, for home occupations and for accessory uses, the maximum floor area shall be no more than 25% of the total floor area of the dwelling unit and in no event more than 500 sq. ft. of the floor area. | A. BOARD OF APPEALS <br> 1. Camps subject to § 290-17D. <br> 2. Community centers, libraries, museums, art galleries and similar facilities. <br> 3. (Reserved) <br> 4. Golf courses and tennis public and private clubs, on lots not less than 5 acres in area, including beaches, marinas, yacht and similar clubs, boat rental or storage and picnic grounds, and accessory restaurants, whether or not operated for profit, but not within 200 ft. of any lot line. <br> 5. Nursery schools, provided that no building area shall be within 100 ft. of any lot line. <br> 6. Public housing substations or pumping stations and telephone exchanges; housed in a structure that harmonizes with the character of the neighborhood and having adequate fences and other safety devices and adequate screening and landscaping and subject to performance standards procedure of § 290-13B, provided that they provide service to the surrounding area. <br> 7. (Reserved) <br> 8. (Reserved) <br> 9. Public utility right-of-way, towers and lines, provided that they are necessary for the general welfare; neighborhood character and surrounding property values are reasonably safeguarded; and that the towers and poles conform to the height restrictions of the district. <br> 10. Floodplain uses within areas designated on the Official Map as a floodplain, swamp, drainageway or drainage easement as follows: parking spaces, driveways, open recreation in landscaped areas, signs and fences, provided that said uses do not block, impede or interfere with the natural drainage of the area so as to increase the danger of flooding down- or upstream from the lot. <br> 11. Home occupations, subject to the following: <br> (a) The Board of Appeals shall make appropriate findings with respect to locations, intensity of use, parking and any other factors that may affect neighboring properties. <br> (b) The home occupation may be allowed in an accessory building if all yard requirements are met for said accessory building. <br> (c) The home occupation may utilize up to 25% of habitable floor area of principal building even if it exceeds 250 square feet. <br> (d) No more than 2 employees may be permitted. <br> (e) The applicant shall provide an affidavit setting forth the scope of operations proposed. <br> (f) Off-street parking shall be shown on a site plan provided on the site, and shall not adversely affect neighborhood character. The Board of Appeals shall require adequate screening to protect neighboring properties. The off-street parking shall be provided without paving more than 25% of the required front yard. <br> (g) The home shall be the actual place of residence of the person conducting the home occupation. <br> (h) The home occupation may allow the use of equipment not a customary household appliance or light office equipment. The Board of Appeals shall give consideration to such factors as air quality, noise, visual impact, sewers, emissions, and any other pollution standards that may be applicable. | 1. Accommodations for servants. <br> 2. For any institutional use: 1 dwelling unit for a caretaker, gatehouse, reception office or watchman's post, subject to § 290-21B(7). <br> 3. Keeping not more than 3 nontransient boarders or roomers. <br> 4. The following private structures: greenhouses, barns, silos, tool sheds, garages, tennis courts, swimming pools, recreational structures and other similar structures. Swimming pools are subject to Chapter 258 of the Town Code. <br> 5. Keeping not more than 1 unoccupied trailer or boat or commercial vehicle subject to § 290-22. <br> 6. Keeping domestic animals (except pigs) for individual domestic purposes or for cultivation of the soil, provided that not more than 1 horse or cow per acre, 5 cats or dogs over 6 months old, and not more than 25 fowl shall be kept on any lot, and all animals (except cats or dogs) or fowl shall be penned or housed and no odor- or dust-producing substance or use, except spraying or dusting to protect vegetation, shall be maintained within 50 ft. of any lot line. <br> 7. Home occupations shall be accessory uses by right upon issuance of a permit from the Building Inspector, if the following standards are met: <br> (a) The use, including related storage, must be located in and may occupy no more than 25% of the habitable floor area of the existing principal residence or no more than 250 sq. ft. in the principal residence. <br> (b) The number of persons who assist or are employed in any capacity, whether as employees, commission agents, independent contractors, partners, officers, directors or stockholders, shall not exceed 1 person outside those residing in the family unit. <br> (c) Visiting clientele may not exceed more than 1 vehicle per ½ hour. <br> (d) The applicant shall provide an affidavit setting forth the scope of operations proposed. <br> (e) Off-street parking shall be shown on a plan and shall be provided without paving more than 25% of the required front yard. <br> (f) The plan shall show 2 parking spaces in addition to those which the premises are designed to accommodate. <br> (g) Landscaping or other appropriate screening as requested by the Building Inspector or the Director of Environmental Control of the Town of Clarkstown shall be provided to screen parking from adjoining properties. <br> (h) The home shall be the actual place of residence of the person conducting the home occupation. <br> (i) The home occupation shall not involve the on-site use or storage of any commercial vehicles or construction equipment or mechanical equipment not permanently affixed to the premises, except for 1 vehicle not over 4,000 pounds. <br> (j) The home occupation shall not involve the use of any chemical, mechanical or electrical equipment or fixture which is not a customary household appliance or light office equipment. This requirement |

L USE REGULATIONS (For use of table see § 290-12)
991; 2-18-1996 by L.L. No. 7-1996; 10-26-1999; 12-14-1999; 2-6-2000; 11-14-2006 by L.L. No. 14-2006; 6-19-2007 by L.L. No. 12-2007; 6-4-2013 by L.L. No. 4-2013]

| 5 | 6 | | 7 | 8 |
|---|---|---|---|---|
| | **Minimum Required Off-Street Parking Spaces (Subject to Article VI)** | | **Minimum Required Accessory Off-Street Loading Berths (Subject to Article VI)** | **Additional Use Regulation (For Regulations Governing Nonconforming Uses, See Articl** |
| **(Reserved)** | **For:** | **At least one parking space for each:** | | |
| | 1. Residences | ½ dwelling unit, plus 2 spaces for any accessory home occupation or principal agricultural use. | 1. For a public library, museum, art gallery or similar institution or governmental building, community center, hospital or sanitarium, nursing or convalescent home, institution for children or the aged, or school with floor area of 10,000 sq. ft., 1 berth; for each additional 25,000 sq. ft. or fraction thereof, 1 additional berth. | 1. All new nonresidential uses are su to continued enforcement of performance standards procedure 290-12B). |
| | 2. Buildings for display and sale of agricultural products | 5 ft. of front wall of such building. | | 2. In addition to the particular requirements for any use listed in Column 3, the Board of Appeals or Town Board, as specified in Colum for a particular use, where reason and appropriate, may require fenci and other safety devices, landscapi screening and access roads and buf areas as required. |
| | 3. Churches, public buildings, libraries, community and recreational buildings | 200 sq. ft. of floor area, but not less than 1 space for each 5 seats where provided. | | 3. No use listed in Column 3 shall be permitted for which access shall no sufficient and suitably located to accommodate prospective traffic in manner which will not create traffi congestion or hazard on adjacent highways. |
| | 4. Schools of general instruction, nursery schools, private schools or schools of special instruction | 12 seats or students for schools of elementary or nursery grades and 6 seats or students for other schools. | | 4. Buffer areas of 75 ft. shall be requir for special permit uses, except Board Appeals or Town Board or Planning Board as specified in Column 3 for particular use may reduce width of buffer areas no more than 50 ft. whe local conditions and substitute appropriate protection for neighborin properties is reasonably indicated. S buffer areas shall be permanently landscaped and maintained in harmo with the landscaping or natural growths in the neighborhood. |
| | 5. Hospitals | 3 beds plus 1 for each employee. | | 5. All uses other than a one- or two-fam residence shall obtain site plan approval subject to § 290-31C. |
| | 6. Sanitariums, convalescent or nursing homes | 4 beds plus 1 for each employee. | | 6. All uses other than single-family residences shall obtain approval of th Architectural Review Board. |
| | 7. Golf courses or other public or private clubs | 2 members or accommodations such as lockers, whichever is greater. | | 7. All parking spaces of any nonresidential use, which is not a special permit use, shall not be close than 20 ft. to any lot line, and said buffer area shall be permanently landscaped so as to screen the parkin areas from adjoining property. |
| | 8. Restaurants | 3 seats plus 1 for each 2 employees. | | 8. All residences with an attached or included garage opening into a side yard shall leave a minimum of 30 ft. o side yard for access thereto. |
| | 9. Telephone exchanges | 2 employees or 300 sq. ft. of floor area, whichever is less. | | |

Table 4

| 1 | 2 | 3 | 4 |
|---|---|---|---|

[Amended 5-15-1974; 2-7-1979; 7-8-1986; 10-28-1986; 12-16-1986; 5-26-1987; 5-24-1988; 1-23-1990; 5-28-1991 by L.L. No. 6] TABLE OF GENE

| District | Uses Permitted by Right | Uses Permitted by Special Permit of the Board of Appeals, Town Board, or the Planning Board, Where Specified (Subject to § 290-15 and to Section Listed Use, Where Applicable) | Permitted General Accessory Uses |
|---|---|---|---|
| R-15 | 1. Single-family detached residences.<br>2. The following commercial agriculture operations, provided that there shall be no commerce, heating plant, stable or similar animal housing, or the storage of manure or other odor- or dust-producing substance or use, except spraying or dusting to protect vegetation, within 200 ft. of any lot line and all equipment is kept within a completely enclosed building.<br>(a) Nurseries, greenhouse and growing of mushrooms, provided that no smokestack shall exceed the height regulations; buildings for display and sale of agricultural products.<br>(b) Orchards, truck gardening and growing of other field crops, and vineyards and growing of other bush and berry crops.<br>(c) Keeping, breeding and raising of cattle (including dairies), sheep, goats and horses, and rental of horses, on lots of 10 acres or more. However, keeping, breeding and raising of fowl, pigs, rabbits, foxes, mink, rodents, primates and other small fur-bearing animals for any commercial or laboratory purpose is not permitted.<br>3. Churches and similar places of worship, Sunday school buildings, parish houses and rectories.<br>4. Public parks and playgrounds.<br>5. Schools, except nursery schools.<br>6. United States Postal Service post office facilities; fire, police and ambulance stations and other similar public safety buildings.<br>7. Cemeteries on plots of at least 5 acres subject to approval of the County Legislature.<br>8. Family day-care homes, subject to the following performance standards:<br>(a) A suitable, safe, designated play area shall be provided, located not less than 50 ft. from any street line or 25 ft. from any lot line. The play area shall include at least 200 sq. ft. per child. The play area shall be fenced, unless a larger area surrounding the play area is fenced. No play area may be in any required front yard.<br>(b) No building areas to be occupied by the children shall be within a required yard.<br>(c) At least 1 off-street parking space shall be provided for each staff member and at least 1 space per every 3 enrolled children.<br>(d) The family day-care home shall be allowed only as an accessory to a single-family detached residence. No family day-care home shall be located on a lot that includes a 2-family conversion.<br>(e) All licensing requirements of the Department of Social Services shall be met. The certificate of occupancy shall automatically terminate upon sale of the premises or if the Department of Social Services license is revoked.<br>(f) No more than 6 children shall be enrolled in the family day-care home.<br>(g) In keeping with the State Uniform Fire Prevention and Building Code applicable to Chapter F, Housing Maintenance, for home occupation and for accessory uses, the maximum floor area shall be no more than 25% of the total floor area of the dwelling unit and in no event more than 500 sq. ft. of the floor area. | A. BOARD OF APPEALS<br>1. Camps subject to § 290-17D.<br>2. Community centers, libraries, museums, art galleries and similar facilities.<br>3. (Reserved)<br>4. Golf courses and tennis public and private clubs, on lots not less than 5 acres in area, including beaches, marinas, yacht and similar clubs, boat rental or storage and picnic grounds, and accessory restaurants, whether or not operated for profit, but not within 200 ft. of any lot line.<br>5. Nursery schools, provided that no building areas shall be within 100 ft. of any lot line.<br>6. Public housing substations or pumping stations and telephone exchanges, housed in a structure that harmonizes with the character of the neighborhood and having adequate fences and other safety devices and adequate screening and landscaping and subject to performance standards procedure of § 290-13B, provided that they provide service to the surrounding area.<br>7. (Reserved)<br>8. (Reserved)<br>9. Public utility right-of-way, towers and lines, provided that they are necessary for the general welfare; neighborhood character and surrounding property values are reasonably safeguarded; and that the towers and poles conform to the height restrictions of the district.<br>10. Floodplain uses within areas designated on the Official Map as a floodplain, swamp, drainageway or drainage easement as follows: parking spaces, driveways, open recreation in landscaped areas, signs and fences, provided that said uses do not block, impede or interfere with the natural drainage of the area so as to increase the danger of flooding down- or upstream from the lot.<br>11. Home occupations, subject to the following:<br>(a) The Board of Appeals shall make appropriate findings with respect to locations, intensity of use, parking and any other factors that may affect neighboring properties.<br>(b) The home occupation may be allowed in an accessory building if all yard requirements are met for said accessory building.<br>(c) The home occupation may utilize up to 25% of habitable floor area of principal building even if it exceeds 250 square feet.<br>(d) No more than 2 employees shall be permitted.<br>(e) The applicant shall provide an affidavit setting forth the scope of operations proposed.<br>(f) Off-street parking shall be shown on a site plan, provided on the site, and shall not adversely affect neighborhood character. The Board of Appeals shall require adequate screening to protect neighboring properties. The off-street parking shall be provided without paving more than 25% of the required front yard.<br>(g) The home shall be the actual place of residence of the person conducting the home occupation.<br>(h) The home occupation may allow the use of equipment not a customary household appliance or light office equipment. The Board of Appeals shall give consideration to such factors as air quality, noise, visual impact, sewers, emissions, and any other pollution standards that may be applicable. | 1. Accommodations for servants.<br>2. For any institutional use: 1 dwelling unit for a caretaker, gatehouse, reception office or watchman's post, subject to § 290-21B(7).<br>3. Keeping not more than 3 nontransient boarders or roomers.<br>4. The following private structures: greenhouses, barns, silos, tool sheds, garages, tennis courts, swimming pools, recreational structures and other similar structures. Swimming pools are subject to Chapter 258 of the Town Code.<br>5. Keeping not more than 1 unoccupied trailer or boat or commercial vehicle subject to § 290-22.<br>6. Keeping domestic animals (except pigs) for individual domestic purposes or for cultivation of the soil, provided that not more than 1 horse or cow per acre, 5 cats or dogs over 6 months old, and not more than 25 fowl shall be kept on any lot, and all animals (except cats or dogs) or fowl shall be penned or housed and no odor- or dust-producing substance or use, except spraying or dusting to protect vegetation, shall be maintained within 50 ft. of any lot line.<br>7. Home occupations shall be accessory uses by right upon issuance of a permit from the Building Inspector, if the following standards are met:<br>(a) The use, including related storage, must be located in and may occupy no more than 25% of the habitable floor area of the existing principal residence or no more than 250 sq. ft. in the principal residence, whichever is less.<br>(b) The number of persons who assist or are employed in any capacity, whether as employees, commission agents, independent contractors, partners, officers, directors or stockholders, shall not exceed 1 person outside those residing in the family unit.<br>(c) Visiting clientele may not exceed more than 1 vehicle per ½ hour.<br>(d) The applicant shall provide an affidavit setting forth the scope of operations proposed.<br>(e) Off-street parking shall be shown on a plan and shall be provided without paving more than 25% of the required front yard.<br>(f) The plan shall show 2 parking spaces in addition to those which the premises are designed to accommodate.<br>(g) Landscaping or other appropriate screening as requested by the Building Inspector or the Director of Environmental Control of the Town of Clarkstown shall be provided to screen parking from adjoining properties.<br>(h) The home shall be the actual place of residence of the person conducting the home occupation.<br>(i) The home occupation shall not involve the on-site use or storage of any commercial vehicles or construction equipment or mechanical equipment not permanently affixed to the premises, except for 1 vehicle not over 4,000 pounds.<br>(j) The home occupation shall not involve the use of any chemical, mechanical or electrical equipment or fixture which is not a customary household appliance or light office equipment. This requirement |



BUILDING DEPARTMENT
Town of Clarkstown
10 Maple Avenue, New City, NY 10956

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 10956 $ 000.45²
02 1W
0001396057 JAN 05 2017

01-06-2017

20    JCL-IMP    10956

# EXHIBIT K

January 23, 2017

Matthew I. Brennan
23 Germonds Road
New City, New York 10956

Erik Asheim
Clarkstown Building Inspector
10 Maple Avenue
New City, New York 10956
(845)639-2100

Dear Sir,

It is Monday January 23rd and for the first time I am reading the Clarkstown Building Department's letter of December 29, 2016. I was finally able to sign for it this weekend at the New City Post Office due to its registered status when mailed on Friday January 13th.

Your previous letter dated January 3, 2016 which should have been dated January 3, 2017 and was mailed January 5, 2017 stated that Clarkstown Town code 290- 11 (A) Table 4 Column 5 was a mistake because it does not exist. Again despite much effort I am unable to understand what about this new violation notice of Clarkstown Town code 290 – 11 (A) Table 4 Column 2 pertains to me.

In 2010 the Clarkstown Building Department issued building permit 0896 allowing me to add an accessory apartment. In 2012 the Clarkstown Building Department issued me a certificate of occupancy approving a second kitchen with stove, an additional outdoor entrance, and other interior alterations.

There have been no changes since that inspection. There are no locking doors between areas. All doors are still capable of being opened so a person on one side of a house can yell to someone on the other side of the house. This home still maintains a single water, electrical and natural gas connection.

Utilizing the terminology of "converting a single family to a multi-family" is not based on anything factual and wording not seen anywhere in Clarkstown Town code 290 11 (A) Table 4 Column 2.

At this time I request a current copy of Clarkstown Town code section 290.

Originally an 1800 square foot two bedroom ranch at the beginning of this new millennium it was expanded it to 4500 square feet. I now realize that this is one of the larger homes in this zoning division almost twice as large as average and there is no reason why this large home on a 2/3 acre corner lot situated upon a busy county road should not be a two family.

However on this date of January 23, 2017 I still do not have a proper notice of violation with the information that supports the Clarkstown Building Department's claim "converting a single family to a multi-family".

I need more information in order to properly review my situation with competent legal representation and cannot yet start the clock on my sixty day right to apply for a variance.

I would also like to inform you I was born in New York City and moved to New City at age four. Having grown up in this town I graduated Clarkstown High School in 1972. Subsequently I served an overseas tour in Far East with the USMC which makes me a Viet Nam Era veteran. Now a senior citizen I have also owned this house for over twenty years.

Sincerely,

Matthew I. Brennan
MB/mb Enclosures:  2010-0896 Building Permit, 2012 Certificate of Occupancy, DD214

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee  $3.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required             $
☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage     $0.49

Total Postage and Fees     $3.84

01/24/2017

Sent To   ERIK ASHEIM TN CHRISTOWN BUILDN
Street and Apt No., or PO Box No.   18 MAPLE AVE
City, State, ZIP+4®   NEW CITY NY. 11956

7016 1370 0000 2555 5274

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



# TOWN OF CLARKSTOWN

## BUILDING ZONE ORDINANCE

### Notice

This **PERMIT** has been issued

To be fastened o... it is issued where ...

**Permit No.** _____ building

This notice shall not be removed from building to which it is attached and the building shall not be used until a Certificate of Occupancy or use has been issued by the Building Inspector

Date _____

Building Inspector

**TOWN OF CLARKSTOWN**
**BUILDING DEPARTMENT**
**10 MAPLE AVENUE, NEW CITY, NY 10956**

# CERTIFICATE OF OCCUPANCY
## And or USE

TO: MATTHEW BRENNAN

23 GERMONDS ROAD, NEW CITY, N. Y. 10956

owner of premises

located at: SAME AS ABOVE

THIS CERTIFIES THAT the work described on the application for the noted Building Permit has been completed and that the proposed use and or occupancy is in conformity with the applicable Building Code and Ordinances of the Town of Clarkstown. This Certificate is issued for the following purposes:

SECOND KITCHEN W/INTERIOR ALTERATIONS

Special Conditions:

Building Permit No. 10-896

Permit Issued Date: 9/17/10

Section Block Lot 51.18-3-19

Remapped SBL 35B21.6

Zone R-22

Use and Occupancy SINGLE FAMILY DWELLING

Construction Type 5-B

Assembly Occupant Load N/A

Sprinkler System Required  Yes ___  No ___

Date: JULY 13, 2012  (MA)

Building Inspector

NOTE: In the event of any change in the use and/or occupancy of these premises, as authorized, this Certificate shall become null and void in accordance with Chapter 290-31 (H) 6 of the Town Code.

Rev. 9/10

# EXHIBIT L



**OFFICE OF THE
BUILDING INSPECTOR**

10 MAPLE AVE.
NEW CITY, NY 10956/5099
(845) 639-2100

*STEPHEN UNGERLEIDER,
CHIEF FIRE SAFETY INSPECTOR*

*ERIK ASHEIM,
ACTING BUILDING INSPECTOR*

January 27, 2017

Mr. Matthew Brennan
23 Germonds Road
New City, NY 10956

Re:  Violation Notice # 16-965
     51.18-3-19   (35-B-21.6)

Dear Mr. Brennan;

I am in receipt of your letter dated January 23, 2017 regarding the above referenced violation, Clarkstown Town Code Section 290-11(A) references the General Use Tables for the Residential Zoning District in which your home is located.  Column (2) lists the uses permitted by right.  Two family dwelling are not a listed permitted use, (copy enclosed).  I reviewed our records and found your home was built in 1950 under building permit #2484 and a certificate of occupancy was issued on October 31, 1950 for a one family dwelling and garage.  In 2010, the Building Department issued a permit and certificate of occupancy for a second kitchen with interior alterations to your single family dwelling.

Our code enforcement officer's investigation found the dwelling was separated into two separate dwelling units.  Your tenant at the time, Mr. Jacob Roy stated that "he and his family live in the main house and his landlord lives in the apartment".

If you would like to make an appointment to further discuss this matter.  Please call our office.  Thank you in advance for your cooperation.

***Thank you for your service in the USMC***

Yours Truly,

Erik Asheim,
Acting Building Inspector

EA/ts

Enclosure

# EXHIBIT M

February 1, 2017

Matthew I. Brennan
23 Germonds Road
New City, New York 10956

Erik Asheim
Clarkstown Building Inspector
10 Maple Avenue
New City, New York 10956
(845)639-2100

Dear Sir,

      Having read the Clarkstown Building Department's letter of January 27, 2017 and confronted with allegations of substance I will now undertake the procedure of filing for a variance with the Clarkstown Zoning Board of Appeals.

      It will take two months to confer with proper legal counsel, conduct the proper research, and file the proper paperwork.  If there are no objections from your department I will accomplish this task on or before April 1, 2017.

      I will also call for an appointment to discuss this matter further.

      Also I would like a complete PDF or printed copy of code 290.  How do I obtain that?

Sincerely,

Matthew I. Brennan

Mb/mb

# EXHIBIT N

House Photos and Previous Evidence Omitted



# BOARD OF APPEALS

10 MAPLE AVE.
NEW CITY, NY 10956/5099
(845) 639-2066
FAX (845) 215-0225

---

TO:         INTERESTED & INVOLVED AGENCIES AS INDICATED BELOW

FROM:      KEVIN F. HOBBS, CHAIRMAN, ZONING BOARD OF APPEALS

DATE:       June 19, 2017

SUBJECT:   **APPEAL #4066**

APPLICANT: **MATTHEW BRENNAN**

LOCATION OF PROPERTY: **23 GERMONDS ROAD, NEW CITY, NY 10956**

Map No.      **51.18-3-19**   f/k/a Map **35** Block **B** Lot **21.6**

The above application is referred to you for your information in view of the fact that, it is an exception under Chapter 290-31C (2) of the Zoning Local Law.

ENCLOSURES:
1. **Board of Appeals Application with attached narrative rec'd 5/23/17**
2. **Photos of surrounding properties**
3. **OCWEN Property Valuation dated 3/23/17**
4. **Affidavit of property owners within 200 feet dated 5/8/17**
5. **Notice to Building Inspector of Appeal**
6. **Tax Map**
7. **Deed***
8. **Copy of Violation Notice dated 12/9/16**
9. **Letters from Mr. Brennan to Mr. Asheim dated 12/21/16, 1/23/17, 2/1/17, 3/23/17, 4/14/17**
10. **Letters from Mr. Asheim to Mr. Brennan dated 1/3/17, 12/29/16, 1/27/17**
11. **Certificate of Occupancy dated 7/13/12**
12. **Building Permit #10-0896**
13 **Invoice from Robert E. Sorace dated 4/29/17**
14. **Building Permit Application**
15. **Survey Prepared by Robert E. Sorace dated 4/25/17**

Will the following agencies please direct their recommendations to the Board of Appeals in connection with the above within thirty (30) days. **No response by this date will be considered an approval.**

(X) Clarkstown Department of Environmental Control      (X) Clarkstown Town Attorney *
(X) Clarkstown Planning Department      (X) Town Council Liaison
(X) Rockland County Planning Department      (X) ZBA
(X) Rockland County Highway Department      (X) File
(X) Rockland County Department of Health

Kevin F. Hobbs, Chairman
Town of Clarkstown Board of Appeals

3

*Appeal # 4066*

Appeal No. _____

## APPLICATION TO CLARKSTOWN ZONING BOARD OF APPEALS

Date: _____

Applicant's Name:   MATTHEW I. BRENNAN

Applicant's Address:  23 GERMONDS ROAD NEW CITY, N.Y. 10956

Applicant's Home Phone: 845 623 - 7567

Applicant's Cell Phone:   845 641 - 1882

Applicant's  Email:  BRENNAN 10956 @ AOL .COM

Attorney's Name: _____

Attorney's Address: _____

Attorney's Phone: _____

Attorney's Email : _____

Name of Owner(s) of Property: MATHEW I. BRENNAN

Name of Contract Purchaser/s: N/A

To the Board of Appeals, 10 Maple Avenue, New City, New York 10956

I (we)  MATHEW BRENNAN   of  23 GERMONDS

   (Name of Appellant)        (Street and Number)

NEW CITY         NEW YORK        hereby appeal

   (Municipality)         (State)

to the Board of Appeals from the decision of the Building Inspector or Violation Number 16-965 or on application for Building Permit number _____ dated JANUARY 27, 2017, whereby the Building Inspector did deny:

   ( ) A Building Permit

   (X) Non-Conforming Use

   ( ) A Certificate of Occupancy and/ or Use

   ( ) Other _____

**RECEIVED**

**MAY 23 2017**

**BOARD OF APPEALS
TOWN OF CLARKSTOWN**

1.  Location of the property   23 GERMONDS ROA

                     (Street, Number, Municipality)

Tax Map# 51.18- 3 - 19 ,t/k/a Tax Map 35 Block B Lot 21.6

Zoning District  R-22

At, or near the following intersections or main streets:

GERMONDS / DANLYN

_____

2.   Provision(s) of the Zoning Local Law appealed.  (Indicate  the  Article,  Section, Subsection and Paragraph of the Zoning Local Law being appealed by number. DO NOT QUOTE THE LOCAL LAW.

SECTION 290 -H(A) COLUMN 2

290 ATTACHMENT 20 TABLE 1 (USES PERMITTED BY RIGHT)

SINGLE FAMILY DWELLING TO TWO FAMILY DWELLING

4

3.    Type of Appeal.  Appeal is made hereforth for:
      ( ) An interpretation of the Zoning Local Law or Map
      ( ) A Special Permit under the Zoning Local Law
      (x) A Variance to the Zoning Local Law
      ( ) Appeal from decision of Town Official or Officer _____
                                 ( Name)

4.    Previous Appeal:  A previous appeal (x) has, or ( ) has not been made with
     respect to this property.  Such appeal(s) was/ were in the form of:
      ( ) An appeal from a Violation Notice No._____ dated_____
      ( ) A request for a Special Permit
      ( ) A request for a Variance
     and was / were made in Appeal No._____, dated_____, year_____
                    Appeal  No._____ dated _____,year _____

---

To all Applicants:  Please note that at the time of the Zoning Board of Appeals
hearing you will be able to supplement any of the following information by written or
oral evidence.  It would be advisable to be prepared at the time of the hearing to
present written documentation of your application statements to substantiate all
financial figures supplied and any other necessary material germane to the request.

5.    REASON FOR APPEAL  (Complete all relevant information by the section or
sections pertaining to appeal. You may also include an extra attachment if necessary
to supplement this form with a narrative explanation.)   *SEE ATTACHED FOR ALL*

A.    Interpretation   of   the   Zoning   Local   Law   is   requested   because:
_____
_____
_____
_____
_____

B.    Appeal from Decision of Town Official because:
_____
_____
_____
_____

C.    A Special Permit under the Zoning Local Law is requested pursuant to
     Chapter 290-11-A, Table _____, Column 3, Item A _____, of the Zoning
     Local Law, because_____
_____
_____
_____

6

10.   Will the Special Permit applied for (without filing of performance standard) be conducive to any dangerous or objectionable elements affecting the surrounding area such as creation of objectionable noise, vibration, smoke, dust, odor, air pollution, radioactivity, electrical disturbance, glare, or condition supportive to the breeding of rodents, vermin, or insects? (Must be answered "yes" or "no," and if the answer is "yes," please explain fully)

_____
_____
_____

11.   Other factors I / we wish the Board to consider in this case are:

_____
_____
_____

D.   <u>USE VARIANCE</u>   *SEE ATTACHED*

Strict application of the Zoning Local Law would produce UNNECESSARY HARDSHIP in the use of the land as zoned because:

_____
_____
_____

NOTE: Proof of <u>unnecessary hardship,</u> which must be related to the property and not the individual owner, must be provided and must be demonstrated for <u>each and every permitted use</u> under the Zoning regulations for the particular district where the property is located.

All Applicants for a use variance must answer the following:

1.   The amount paid for the entire parcel is

_____
_____

2.   The date of purchase of the property is

_____
_____

3.   The present value of the entire property

_____
_____

7

SEE ATTACHED

4.  The value of the parcel which is the subject of this application is (also explain how value is determined)

    _____
    _____
    _____
    _____

5.  The monthly expenses attributed to maintenance of the property are

    _____
    _____
    _____
    _____

6.  The amount of taxes on the property are

    _____
    _____

7.  The current income from the land in issue is

    _____
    _____

8.  The amount of mortgages and other encumbrances on the property in question is (date, monthly payments, balance due, interest rate, etc.)

    _____
    _____
    _____
    _____

9.  This property cannot be used for any uses currently permitted in this zone because

    _____
    _____
    _____
    _____

10. The problem with this property is due to unique circumstances and not to the general conditions of the neighborhood in that

    _____
    _____
    _____
    _____

*SEE ATTACHED*

8

11. The use requested by this variance request will not alter the essential character of the locality in that

_____
_____
_____

12. The alleged hardship has not been self-created, since

_____
_____
_____

13. Other factors I / we wish the Board to consider in this case are

_____
_____
_____
_____
_____

## AREA VARIANCE

What benefits will be derived from the granting of the variance?

_____
_____
_____

Will there be a detriment to the health, safety and welfare of the neighborhood by the granting of this variance?

_____
_____
_____

All Applicants for an area variance must answer the following:

1. Is the variance as requested the minimal necessary? (State how)

_____
_____
_____

10

8.  All governmental services are (or if not, explain in detail) available to this property and the granting of this variance will not affect the health, safety or welfare of the neighborhood, in that

_____
_____
_____
_____

9.  Will the effect, if this variance is allowed, of the increased population density thus produced on available governmental facilities and services be small or great? (State how)

_____
_____
_____

10. Other factors I / we wish the Board to consider in this case are:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

### All Applicants must attest to the following:

State the name and address, nature and extent of the interest of any State, County, or Town of Clarkstown Officer or employee, pursuant to the provisions of Section 809 of the General Municipal Law of the State of New York in this property. NONE

_____
_____

13

STATE OF NEW YORK )
                              ss.:
COUNTY OF ROCKLAND)

Sworn to this _8_ day of _May_, 20 _17_

_____
              Applicant's signature

_Eileen Marie O'Connell_
      (Notary Public)

EILEEN MARIE OCONNELL
Notary Public, State of New York
No. 01OC6353228
Qualified in Rockland County
Commission Expires January 17, 2021

<u>Affidavit of Ownership</u>

_MATTHEW J. BRENNAN_ being duly sworn,
deposes that he / she resides at _2-3 GOLMONOS RD_
_NEW CITY, NEW YORK 10958_
in the County of _ROCKLAND_, in the State of _NEW YORK_
that he / she is the owner in fee of all that certain lot, piece or parcel of
land situated, lying and being in the Town of Clarkstown aforesaid and
that he / she _____ hereby authorizes _____
as agent/s to act on their behalf and that the statements of fact
contained in said application are true.

STATE OF NEW YORK)
                             ss.:
COUNTY OF ROCKLAND)

Sworn to this _8_ day of _May_, 20 _17_

_____
              Owner's signature

_Eileen Marie O'Connell_
      (Notary Public)

EILEEN MARIE OCONNELL
Notary Public, State of New York
No. 01OC6353228
Qualified in Rockland County
Commission Expires January 17, 2021

# TOWN OF CLARKSTOWN
## OFFICE OF THE BUILDING INSPECTOR
### 10 MAPLE AVE. * NEW CITY, NY 10956 * (845) 639-2100

# APPLICATION FOR BUILDING * OCCUPANCY * DEMOLITION PERMIT
### (Applicant to complete numbered items)

1. TAX MAP _51.18_
   BLOCK _3_
   LOT _19_

   ZONING DISTRICT _____
   PERMIT NO. _____
   FEE (C.O. FEE INCL.) _____
   RENEWED _____

REMAPPED SBL# _____

VERIFIED BY ASSESSORS OFFICE:
DATE _____ BY ____

ITEMS 2-7 MUST BE COMPLETED

RECEIVED BY: _____

2. DATE _____   HAMLET: _NEW CITY_

3. LOCATION: NO.: _23_   STREET: _GERMONDS_

4. NAME AND ADDRESS OF: _MATTHEW BRENNAN_   TEL. NO.: _845 641-1882_
   PROPERTY OWNER:
   ADDRESS: _23 GERMONDS ROAD NEWCITY, N.Y. 10956_

   LESSEE BUSINESS NAME: _____   TEL. NO.: _____

   AGENT OF OWNER/LESSEE: _____   TEL. NO.: _____

5. ESTIMATED CONSTRUCTION VALUE: $ _LESS THAN $200_

6. EXISTING AND/OR PROPOSED USE OF STRUCTURE OR LAND: _215 SINGLE FAMILY WITH_
   _ACCESORY APARTMENT INTO 220_
   (IF COMMERCIAL PROPERTY, LIST NAME OF PRIOR USER): _TWO FAMILY_

7. DESCRIBE BRIEFLY THE NATURE OF THE PROPOSED WORK OR USE: _INTERIOR WORK_
   _CONSISTING OF WALL CHANGES AND SOUND PROOFING_

   _Appeal # 4066_   (complete reverse side)

## OFFICIAL USE ONLY

CONSTRUCTION TYPE _____

OCCUPANCY CLASS _____

PERMIT GRANTED FOR: _____
_____
_____
_____

DATE: _____   BUILDING INSPECTOR: _____

### ***THIS PERMIT EXPIRES 18 MONTHS AFTER DATE OF ISSUANCE***
A CERTIFICATE OF OCCUPANCY IS REQUIRED PRIOR TO USE OR OCCUPANCY

**8)  BULK**
Col. 1 ZONE   R-22                2 GROUP                    3 USE   1 FAM

| | REQUIRED | EXISTING | PROPOSED |
|---|---|---|---|
| 4.  Floor area ratio | | | |
| 5.  Lot area | | NO | CONSTRUCTION |
| 6.  Lot Width | | | |
| 7.  Front yard depth | | | Change |
| 8.  Side yard width | | | |
| 9.  Total width both side yards | | | |
| 10.  Rear yard depth | | | |
| 11.  Maximum building height in feet and inches per foot of distance from lot line | | | |
| 12.  Maximum Principal Building(s) Coverage | | | |
| 13.  Maximum Lot Coverage (incl. principal building(s) coverage | | | |

**9)  SIZE OF BUILDING**

| | EXISTING | PROPOSED | COMPLETED |
|---|---|---|---|
| Square feet floor area | | | |
| Front in feet | | | |
| Rear in feet | | | |
| Maximum depth in feet | | | |
| Number of stories | | | |

**10)  Name and address of person(s) responsible for the supervision of the work performed pursuant to the State Uniform Code and the Clarkstown Zoning Ordinance.**

| | NAME | ADDRESS | TELEPHONE |
|---|---|---|---|
| General Contractor | | | |
| Registered Architect | | | |
| Professional Engineer | | | |
| Builder | | | |
| Rockland County Home Improvement License # | | | |
| Workman's Compensation Carrier | | | |
| Rockland County Plumbing, Heating, A/C License # | | | |

**11)  AFFIDAVIT**

TOWN OF CLARKSTOWN
COUNTY OF ROCKLAND        ss:
STATE OF NEW YORK

MATTHEW BRENNAN _____ being duly sworn, deposes and says:
(PRINT NAME)    Please Circle One: (owner, lessee, or agent of the owner/lessee)

that _____ is the owner in fee of the premises to which this application applies; that he (the applicant) is duly authorized to make this application; and that the statements contained here are true to the best of his knowledge and belief, and that the work will be performed in the manner set forth in the application and in the plans and specifications filed therewith, and in accordance with the State Uniform Building Code and all other applicable laws, ordinances and regulations of the Town of Clarkstown. The permit holder shall immediately inform this office of any change occurring during the course of the work. (I also declare that the structure or area described in this application will not be occupied or used until I have obtained a Certificate of Occupancy).

_____
Signature of applicant

Sworn to before me this
8th day of May 2017
_Eileen Marie O'Connell_
Notary Public, State of New York

EILEEN MARIE OCONNELL
Notary Public, State of New York
No. 01OC6353228
Qualified in Rockland County
Commission Expires January 17, 2021

**OFFICE USE ONLY**

____ Dept. of Environmental Control Approval          ____ Special Flood Hazard Area - Zone_____

**\*\*\*\*SEPARATE APPLICATION FOR CERTIFICATE OF OCCUPANCY IS REQUIRED PRIOR TO ANY USE OR OCCUPANCY\*\*\***

14

**NOTE:** **TO BE MADE OUT IN DUPLICATE, ORIGINAL TO BE SERVED ON BUILDING INSPECTOR, DUPLICATE FILED WITH APPEAL.**

Appeal No. _____

NOTICE TO BUILDING INSPECTOR OF APPEAL TO
BOARD OF APPEALS  [Town Law §267-a(5)(b)]

In the matter of the petition of:

NAME _Matthew Brennan_

ADDRESS _23 Germonds Rd_
_New City_

MAP _51.18 - 3 - 19_, f/k/a MAP _35_, BLOCK _B_, LOT _21.6_

Building Inspector
Town of Clarkstown
County of Rockland, New York

Dear Sir:

Attention of Mr. _Eric Asheim_, Building Inspector.

This is to give notice that _____ has/have
appealed to the Zoning Board of Appeals of the Town of Clarkstown, County of
Rockland, New York from your decision order dated _____, 20_____
                              disapproving /approving (strike one)
application for alteration, erection, maintenance or use of a

_____
_____

The grounds on which this appeal is based are as follows: _Use_
_Use Permitted by Right_
_____

Yours truly, _[signature]_

Dated _____

All applicants please note the following amendment to Clarkstown Town Code Section A295-14,
Filing of Appeal:
The appellant shall be notified in writing by certified letter, by the Board of Appeals, of any other
paper, document, map or information that must be submitted in connection with the original notice
of appeal. If appellant fails to submit the additional materials within thirty (30) days after mailing of
said notice, the appeal shall be denied without further action of the Board of Appeals.  Upon
written application of the appellant, the Board of Appeals may grant an extension of time to
submit said information for good cause shown not to exceed an additional 15 days.

Page 4 question 5 Reason for Appeal

   A.   Interpretation of the Zoning Local Law is requested because
I seek a use variance from R-22 zoning in order that my house can officially be converted from a 215-single family with a convenience apartment to a 220- two family house in order we can live in the smaller area and have other occupants in the larger portion.

   No construction other than minor work required to accomplish this.


Page 6 D USE VARIANCE

Strict application of the Local Zoning Law would produce UNNECESSARY HARDSHIP in the use of the land as zoned because:

   23 Germonds Road is incapable of earning a reasonable return on total investments to date.

   23 Germonds Road has been on the market for over a decade both being listed with real estate brokers and For Sale By Owner. Underwater with mortgage balances and broker commission to sell higher than market value, OCWEN holds the first mortgage and Chase Manhattan holds the second mortgage. Both have failed to grant a Short Sale.

   Currently the owner's primary source of income is from his employment as a Nuclear Security Responder at the Indian Point Nuclear power plant. The NYS Governor has recently announced a deal with Entergy Corporation, the Indian Point Energy Center's owner, to close this plant in the near future which will terminate the property owner's main source of income creating an UNNECESSARY HARDSHIP where he will no longer be able make mortgage, tax, and insurance payments on this his primary home.

   This house already has an approved Accessory Apartment with a Certificate of Occupancy granted in 2012. If a USE VARIANCE is granted allowing this to be a two family home the owner will be able to live in the accessory apartment while allowing occupants in the larger portion of the home to contribute to tax, mortgage, and insurance expenses.

   Currently the home owner is on track for the UNNECESSARY HARDSHIP of losing both his job and home in the community he has lived in for six decades.

1    The amount paid for the entire home to date is approximately $1.25 million considering twenty years of mortgage, tax, and insurance payments.

   This home on a 2/3 acre lot was originally built in 1950 as an 1800 square foot two bedroom ranch from blue prints published by Popular Mechanics Magazine. The current owner is a former Marine who served a Far East tour during the Viet Nam Era which made him eligible to purchase this home with a Veteran Administration loan in 1997 for $185k. However after 2002 in order to raise a family of four daughters it was expanded into a 3984 square foot Colonial according to the town assessment. It should be noted the 2012 permit for an accessory apartment had square footage being 4500.

   The construction was financed through an Indy Mac Bank construction loan and the total outstanding balance became $500k with $395k currently outstanding. In the following decade outstanding short term credit demands required the creation of a second mortgage of $75k which is now held by Chase Manhattan Bank with $68k outstanding.

2    The original date of property purchase occurred in 1997.

3       Clarkstown Assessor's Office has a $648,421 market value as of 7/1/2015.
The Ocwen appraisal from 12/6/16 is for $520 k with $395k is left on OCWN first mortgage.
The present value of the property can only be estimated to be $475k because even though it has
been listed at a higher sale price there have been no offers to purchase the property and that
would be the minimum required to cover both outstanding mortgages.

4       Clarkstown Assessor's Office has a $648,421 market value as of 7/1/2015.
        The Ocwen appraisal from 12/6/16 is for $520 K.
        However the purchasing power calculator and it's accounting for inflation has $648k in
2015 worth $494k in 2002 dollars when the house was expanded and worth $446k in 1998
dollars when purchased.

5       The monthly expense attributed to maintenance of the property cannot be estimated
because homeowner performs all landscaping duties, snow shoveling, and repairs equipment as
required.

6       The amounts of taxes on the property are $19k a year

7       The current income from the land in issue is a moot point because it is not a commercial
property.

8       The amount of mortgages and other encumbrances on the property in question is (date,
monthly payments, balance due, interest rate, etc.

|                                          |      | Monthly | outstanding | yearly |
|------------------------------------------|------|---------|-------------|--------|
| Mortgage, Taxes, and Insurance OCWEN     | 0555 | 4600    | 395,000     | 55,200 |
| Second Mortgage Chase Manhattan Bank     | 6289 | 500     | 68,000      | 6,000  |

9       This property in the near future cannot be used for any uses currently permitted in this R-
22 zone because owner's future income will not be enough to cover mortgage, tax and insurance
payments.

10      The problem with this property is due to unique circumstances and not to the general
conditions of the neighborhood.
        This property is being affected by unique or at least highly uncommon circumstances
because at 3984 square feet on 30,000 square feet of property it is the largest homestead in this
zone. The owner did not realize it at the time and unintentionally created one of the largest
houses in this R-22 zone.
        23 Germonds Road is also unique because it is on a flat 2/3 acre corner lot with Rockland
County Road 27 as it's front yard and a town road on it's side yard which creates two separate
frontages each with pre-existing separate driveways, uncommon for other houses.
        Right now because of the long term, short term debt created by owning this property and
raising four girls in the Clarkstown School District over the past two decades there are unusual
circumstances which will subsequently be explained. Currently this property is incapable of
earning any return on investment.

11      The use requested by this variance request will not alter the essential character of the neighborhood.

The dominant word in definition of neighborhood especially that of a suburban residential neighborhood is vicinity.  To answer that question we will examine in depth the approximate one mile radius surrounding 23 Germonds Road, New City which is located in an R-22 zone.  This zone has a basic property requirement of a 22,000 square feet lot size and this lot at 2/3 acre is approximately 30,000 twice the 15,000 required to have a two family house in an in an R-10 zone which are only located in the south west corner of Clarkstown.

Basically Germonds Road is the dividing line between Bardonia and New City.

Very significantly affecting the character of this neighborhood are the major highways and their rate of vehicle flow per day obtained from the NYS Department of Transportation website.

NY State Highway 304; 30,372 and 29,074

Palisades Parkway; 72,104

Rockland County Road 33 Little Tor; 19,378

Rockland County Road 27 Germonds; 8,972.

These numbers add up to @131,000 vehicles a day in this neighborhood without even counting those on the residential side streets.

Just outside the mile perimeter is the New York State Thruway with 137,644 vehicles per day!

Over 270,000 vehicles per day probably makes this area the most intense vehicle pollution area in Clarkstown.

A comparable traffic flow area would be the Long Island Expressway just west of the Cross Island Parkway with only a 148,605 vehicle flow per day.

Also included in this neighborhood is the entire several mile long Route 304 Business Shopping District where residentially zoned property is allowed to convert into commercial office space simply with a Special Permit.

A quote from the 2009 Clarkstown Comprehensive Plan.

"The Town currently allows by Special Permit the conversion of existing buildings, which are residential in appearance, to professional and business offices along Route 304 between New City/Congers Road and Ludvigh Road.  It is the intent of the Special Permit to have these businesses act as a transition between the heavily trafficked State Route and the adjacent single-family residential areas behind them.  Zoning in this area will be further studied with the State Route Corridor Analysis described in the plan."

Also within the mile radius is the former Chestnut Elementary School which is now the headquarters of the Clarkstown Central School district which is a Commercial Property 612-School consisting of 7.6 acres and the Albertus Magnus Catholic High School also a Commercial Property 612- School consisting of 21.6 acres.

Nearby 39-46 Germonds Road is 16.93 acres with the one hundred and fifty year old Germonds Church, graveyard, woman's shelter, and day care center classified as Commercial Property Class 620 Religious.

If we expand the definition of this neighborhood to one and one-half miles that puts us into the one mile long New City Hamlet Zone with its H-4 zoning that permits two family housing without a Special Permit or variance.

A more specific examination of this neighborhood is as follows.

To the north there are numerous single family homes located along several residential town streets until reaching Kings Highway where the zoning changes to R-15 with a 15,000 square foot lot size which continues to Virginia Street.

To the west on South Little Tor Road, which becomes Middletown Road at the Germonds Road intersection, there is much commercial property built on lots too small to be approved for new commercial construction today.

Park Evangelical Free Church and grave yard 4 Roosevelt       (2.23 acres)
Commercial Property 620-Religious

Cropsey Community Farm 220-230 South Little Tor Road       (23.8 acres)
Commercial Property 590-Parks

Red Hill Nursery and Café at 241 South Little Tor Road       (5.36 acres)
Commercial Property 170 - Nursery and Greenhouse

Italianas Restaurant and six store strip mall 253-271 South Little Tor Road (6.46 acres)
Commercial Property 452 - Area or Neighborhood Shopping Center

Key Bank 270 South Little Tor Road       (.85 acres)
Commercial Property 461 - Standard Bank/Single Occupancy

Bastone Family Store 7 New Valley Road       (.2 acre)
Commercial Property 484 - 1 story small Structure

Gulf Gas Station, Auto Repair and Mini-Mart 297 South Little Tor Road   (.42 acre)
Commercial Property 432 - Service & Gas Stations

Office Building 300 South Little Tor Road       (.37 acre)
Commercial Property 464 - Office Building

Vacant lot 303 South Little Tor Road       (.2 acres)
Commercial Property 330 - Vacant Land in commercial area

Carpet Store and Hair Salon 315 South Little tor Road       (.32 acre)
Commercial Property 484 - 1 Story Small Structure

Don Tracy law Office 317 South Little tor Road       (.21 acre)
Commercial Property 465 - Professional Building

Shell Gas Station 320 South Little tor Road       (.67 acre)
Commercial Property 432 - Service & Gas Stations

Nanuet Hebrew Center 411 S Little Tor Road       (3.5 acres)
Commercial Property 620 - Religious

Palisades Parkway Exit Ten is a four lane divided highway with a heavily trafficked cloverleaf traffic pattern.

Dentist Office and ten story cell phone tower 354 North Middletown Road  (.2 acre)
Commercial Property 465 - Professional Building

Commercial Building 326 North Middletown Road                    (.97 acre)
Commercial Property 464-Office Building

Office Building 259 North Middletown Road                         (.16 acre)
Commercial Property 465 - Professional Building

Orange and Rockland 200 North Middletown Road                    (.56 acre)
Commercial Property 870 - Electric and Gas

Buckingham Apartment complex 249 North Middletown Road           (3.84 acre)
Commercial Property 411- Apartments

Camp Venture 136 North Middletown Road                           (.39 acre)
Commercial Property 630-Welfare

Rockland County Northern Manor 199 North Middletown Road         (8.7 acres)
Commercial Property 642 - All Other Health Facilities

Directly south of 23 Germonds Road also in the R-22 zone is the largest collection of streets in the known universe with the postfix lyn; WestLyn, Eastlyn, Parklyn, etc.
At Rennert Lane and continuing south until Ludvigh Road R-15 becomes the zoning.
In the southeast portion and continuing north within the eastern side of the one mile radius there is much commercial development along NY State Highway 304.

United Water 270 Route 304                                       (.26 acre)
Commercial Property 822 - Water Supply

Palisades Professional Offices 275 Route 304                     (.76acre)
Commercial Property 465 - Professional Building

United Water 294 Route 304                                       (3.63 acre)
Commercial Property 822- Water Supply

Strip mall 295 Route 304                                         (.93 acre)
Commercial Property 452 - Area or Neighborhood Shopping Centers

Commercial Building 298-304 Route 304                            (.43 acre)
Commercial Property 452 - Area or Neighborhood Shopping Centers

Strip mall 301 Route 304                                          (.42 acre)
Commercial Property 452 - Area or Neighborhood Shopping Centers.

American Compressed Gases 316 Route 304                           (.58 acre)
Commercial Property 485 - 1 Story small structure multi-occupancy

52 Millspaugh vacant lot                                         (.57 acre)
Commercial Property 311- vacant land

23 Ludvigh                      1212 square feet                  (.39 acre)
Commercial Property 483- converted

Office Building 208 Ludvigh Road                                 (.17 acre)
Commercial Property 464- Office Building

Bank 35 Bardonia Road                                           (.88 acre)
Commercial Property 461-Standard Bank

Bardonia Elementary School 31 Bardonia Road                     (14.2 acres)
Commercial Property 612-Schools

Clarkstown Park 35 Rammler                                       (3 acres)
Commercial Property 590-Park

Strip Mall 53-73 Bardonia Road                                   (1.6 acre)
Commercial Property 452-Area or Neighborhood shopping center

CVS 330 Route 304                                               (1.73 acre)
Commercial Property 452 - Area or Neighborhood shopping center

Dry Cleaner 345 Route 304                                        (.29 acre)
Commercial Property 484 - 1 Story Small Structure

365 Route 304                                                   (1.63 acre)
Commercial Property 464 - Office Building

385 Route 304                                                   (.86 acre)
Commercial Property 483 - Converted Residence

One story building 424 Route 304                                 (.25acre)
Commercial Property 465 - Professional Building

Orange and Rockland Utilities 440 Route 304                     (.71 acres)
Commercial Property 870 - Electric and Gas

Professional Offices 445 Route 304                                    (1.1 acre)
Commercial Property 465 - Professional Building

Bard Professional Office building 446 Route 304                      (1.7 acres)
Commercial Property 465 - Professional Building

Insurance Office 455 Route 304                                       (.35 acre)
Commercial Property 464 - Office Building

Professional Office 490 Route 304                                    (1.1 acres)
Commercial Property 465 - Professional Building

3 Furphy Vacant Lot                                                  (.38 acre)
Commercial Property 311- Vacant Lot

Commercial Building 532 Route 304                                    (.62 acre)
Commercial Property 465 - Professional Building

Two Story House 538 Route 304                                        (.49 acre)
Commercial Property 464 - Office Building

Clemente Dentist 603 Route 304                                       (1.20 acre)
Commercial Property 464 - Office Building

Office Building 627 Route 304                                        (1.4 acre)
Commercial Property 464 - Office Building

632 Route 304                                                        (.51 acre)
Commercial Property 464 - Office Building

Clarkstown Park 221 Pineview                                         (12.7 acres)
Commercial Property 590-Park

United Water Supply 5 Northlyn                                       (3.67 acres)
Commercial Property 822- Water supply

Lambiance Complex consists of twenty-four units of High Density Housing
Commercial Property 210 Zoned MF-1 for one family residence allowing 4 to 8 units per acre

1-113 High Density Housing Units Monterey Senior Garden complex
Commercial Property 630 – Welfare zoned MF-3 for 14-18 units per acre

Germonds Village 30 High Density Units condominium complex
Commercial Property 210 Zoned MF-3 for one family residence allowing 14-18 units per acre

Greater Hudson Savings Bank 715 Route 304                    (.99 Acre)
Commercial Property 461 - Standard Bank/Single Occupancy

Albertus Magnus High School 796 Route 304                    (21.6 acres)
Commercial Property 612 - School

33 Germonds Road                                             (.95 acre)
Commercial Property 483-Converted residence

Dinoto Strip Mall 48 Germonds                                (.69 acre)
Commercial Property 452 - Area or Neighborhood shopping center

Liquor store and Hard Wok café 720- 732 under development    (3.49 acres)
Commercial Property 421-Restaurant.

Converted house 632 Route 304                                (.51 acre)
Commercial Property 464 - Office Building

Commercial Building 627 route 304                            (1.4 acres)
Commercial Property 464 - Office Building

Vacant lot 4 Ralphs Avenue                                   (.41 acre)
Commercial Property 311- Residential Vacant Land

2 Clearview                      2215 square feet            (.38 acre)
Commercial Property 483-Converted Residence

5 Baldwin                                                    (.18 acre)
Commercial Property 312

29 Kings Germonds Presbyterian                               (.52 acre)
Commercial Property 620 Religious

Water Supply 104 Popular                                     (.57 acre)
Commercial Property 822- Water Supply

Clemente Dental Associates, LLC 603 Route 304                (1.29 acres)
Commercial Property 464 - Office Building new city

684 Route 304 New City                                       (.71 acre)
Property Class 620-Religious

560 Route 304 New City                                       (.5 acre)
Commercial Property 311- Vacant Land

521 Route 304 New City                                          (.93 acre)
Commercial Property 483-Converted Residence

Dentist and Psychiatry 475 Route 304 New City                  (.63 acre)
Commercial Property 464 - Office Building

Office Building 493 Route 304 New City(.41 acre)
Office Building 495 Route 304 New City (.41 acre)
Office Building 497 Route 304 New City (.41 acre)
Office Building 499 Route 304 New City (.41 acre                (1.64 acres)
Commercial Property 464- Office Building
An anomaly of four identical assessment records of adjacent buildings

Commercial Property 515 Route 304 New City                     (.95acres)
Property Class 465-Professional Building

510 Route 304 New City                                         (.86 acre)
Commercial Property 465 - Professional Building

Global Financial Advisors 468-470 Route 304 New City           (.79 acre)
Commercial Property 465 - Professional Building

Also in the Neighborhood are the following approved two dozen two family residences
with their 7/1/2015 assessed values for comparable value even though there are none that match
up to 23 Germonds Road with regards to square footage and property size.

| | | | |
|---|---|---|---|
| 636 Route 304 | 1221 square feet | $361,501 | (.64 acre) |
| Residential property 220 - Two Family Residence | | | |
| 297 Middletown Road | 2382 square feet | $401,218 | (.6acres) |
| Residential Property 220- Two Family Residence | | | |
| 376 Route 304 | 1919 square feet | $392,481 | (.75 acre) |
| Residential Property 220- Two Family Residence | | | |
| 36 Germonds | 1221 square feet | $445,714 | (.59 acre) |
| Residential Property 280- Multi-Family | | | |
| 14 Germonds | 2500 square feet | $472,180 | (.58acre) |
| Residential Property 220- Two Family Residence | | | |
| 11 Kings | 3494 Square feet | $385,865 | (.53 acre) |
| Residential Property 220- Two Family | | | |

37 Kings                           2718 square feet        $443,308        (.52 acre)
Residential Property 220- Two Family

8 Bittman                          2342 square feet        $487,218        (.52 acre)
Residential Property 220- Two Family

30 Jodi                            2984 square feet        $471,278        (.54 acre)
Residential property 220- Two Family

1 Theise Terrace                   3372 square feet        $568,722        (.81 acre)
Residential Property 220- Two Family

9 Parklyn                          2328 square feet        $482,105        (.4 acre)
Residential Property 220 Two Family

6 Crimson                          2670 square feet        $494,135        (.49 acre)
Residential Property 220- Two Family

25 Cottonwood                      2330 square feet        $404,211        (.57 acre)
Residental Property 220-Two Family

11 Rinne                           2596 square feet        $407,820        (.82 acre)
Residential Property 230-Three Family

38 Poplar                          2392 square feet        $427,068        (.68 acre)
Residential Property 220- Two Family

36 Millspaugh                      3336 square feet        $446,617        (.66 acre)
Residential Property 220- Two Family

56 Millspaugh                      1684 square feet        $355,188        (.74 acre)
Residential Property 280- Multi-Residence

2 Cranford                         2007 square feet        $434,586        (.34 acre)
Residential Property 220- Two Family

51 Poplar                          2058 square feet        $364,511        (.39 acre)
Residential Property 220- Two Family

The following seventy plus homes in the neighborhood are One Family with Accessory Apartment. Those of over 3500 square feet including One Family have 7/1/2015 assessed value for comparable value. 9 Broward at $669,474 is most comparable with regards to square footage and property size but of higher value because it is not located on a busy county road.

484 Route 304 Bardonia            1783 Square feet                        (.1 acre)
Residential Property 215- One Family year round accessory apartment

16 Virginia                    2214 square feet                (.34 acre)
Residential Property 215- One Family year round accessory apartment

32 Leona                       2336 square feet                (.33 acre)
Residential Property 215- One Family year round accessory apartment

83 Leona                       2410 square feet                (.52 acre)
 Residential Property 215- One Family year round accessory apartment

34 Loraine                     2542 square feet                (.5 acre)
Residential Property 215- One Family year round accessory apartment

13 Broward                     3540 square feet     $550,977   (.52 acre)
Residential Property 215- One Family year round accessory apartment

14 Broward                     2424 square feet                (.53 acre)
Residential Property 215- One Family year round accessory apartment

5 Broward                      2718 square feet                (.53 acre)
Residential Property 215- One Family year round accessory apartment

6 Broward                      2744 square feet                (.58 acre)
Residential Property 215- One Family year round accessory apartment

9 Broward                      3902 square feet     $669,474   (.66 acre)
Residential Property 215- One Family year round accessory apartment

2 Twin Peg                     2364 square feet                (.55 acre)
Residential Property 215- One Family year round accessory apartment

6 Twin Peg                     4857 square feet     $616,541   (.66 acre)
Residential Property 215- One Family year round accessory apartment

7 Twin Peg                     3044 square feet                (.52 acre)
Residential Property 215- One Family year round accessory apartment

9 Clearview                    1777 square feet                (.45 acre)
 Residential Property 215- One Family year round accessory apartment

6 Stegmeyer                    2463 square feet                (.34 acre)
Residential Property 215- One Family year round accessory apartment

10 Kings Highway               4436 square feet     $855,038   (.58 acre)
Residential Property 210- One Family

107 Kings Highway   2702 square feet    (.45 acre)
Residential Property 215- One Family year round accessory apartment

128 Kings Highway   3494 square feet    (.34 acre)
Residential Property 215- One Family year round accessory apartment

33 Kings Highway   2343 square feet    (.52 acre)
Residential Property 215- One Family year round accessory apartment

8 Kings Highway   4393 square feet  $846,917 (.58 acre)
Residential Property 210- Single Family

215 Kings Highway   2029 square feet    (.52 acre)
Residential Property 215- One Family year round accessory apartment

19 Jodi     2112 square feet    (.55 acre)
Residential Property 215- One Family year round accessory apartment

26 Jodi     3416 square feet    (.53 acre)
Residential Property 215- One Family year round accessory apartment

23 Germonds   3984 square feet  $648,421 (.65 acre)
Residential Property 215- One Family year round accessory apartment

1 Westlyn    3219 square feet    (.41 acre)
Residential Property 215- One Family year round accessory apartment

22 Westlyn    2054 square feet    (.34 acre)
Residential Property 215- One Family year round accessory apartment

6 Westlyn    2678 square feet    (.38 acre)
Residential Property 215- One Family year round accessory apartment

78 Westlyn    3264 square feet    (.35 acre)
Residential Property 215- One Family year round accessory apartment

143 Pineview   2544 square feet    (.74 acre)
Residential Property 215- One Family year round accessory apartment

195 Pineview   2330 square feet    (.35 acre)
Residential Property 215- One Family year round accessory apartment

22 Pineview   3076 square feet    (.52 acre)
Residential Property 215- One Family year round accessory apartment

32 Pineview                      3112 square feet                          (.52 acre)
Residential Property 215- One Family year round accessory apartment

17 Eastlyn                       3824 square feet        $585,865          (.35 acre)
Residential Property 215- One Family year round accessory apartment

6 Brenda                         3690 square feet        $583,759          (.55 acre)
Residential Property 215- One Family year round accessory apartment

23                               2330 square feet                          (.46 acre)
Residential Property 215- Single Family with accessory apartment

3 Crimson                        1448 square feet                          (.46acre)
Residential Property 215- Single Family with accessory apartment

18 Cottonwood                    2676 square feet                          (.52 acre)
Residential Property 215- Single Family with accessory apartment

112 Rennert                      2292 square feet                          (36 acre)
Residential Property 215- Single Family with accessory apartment

45 Rennert                       2898 square feet                          (.36 acre)
Residential Property 215- Single Family with accessory apartment

99 Rennert                       2582 square feet                          (.47 acre)
Residential Property 215- Single Family with accessory apartment

1 Furphy                         2380 square feet                          (.26 acre)
Residential Property 215- Single Family with accessory apartment

15 Millspaugh                    2172 square feet                          (.32 acre)
Residential Property 215- Single Family with accessory apartment

102 Poplar                       2080 square feet                          (.35 acre)
Residential Property 215- Single Family with accessory apartment

35 Poplar                        2719 square feet                          (.35 acre)
Residential Property 215- Single Family with accessory apartment

42 Poplar                        2160 square feet                          (.75 acre)
Residential Property 215- Single Family with accessory apartment

44 Poplar                        2960 square feet                          (.49 acre)
Residential Property 215- Single Family with accessory apartment

12 hickory                          2509 square feet                    (.35 acre)
Residential Property 215- Single Family with accessory apartment

12A Terrace                         2640 square feet                    (.37 acre)
Residential Property 215- Single Family with accessory apartment

28 Terrace                          2632 square feet                    (.35 acre)
Residential Property 215- Single Family with accessory apartment

121 Ludvigh                         2400 square feet                    (.37 acre)
Residential Property 215- Single Family with accessory apartment

18 Ludvigh                          3030 square feet                    (.37 acre)
Residential Property 215- Single Family with accessory apartment

3 Rob                               2484 square feet                    (.55 acre)
Residential Property 215- Single Family with accessory apartment

1 Victoria                          3395 square feet                    (.68 acre)
Residential Property 215- Single Family with accessory apartment

10 Beech                            3481 square feet                    (.68 acre)
Residential Property 215- Single Family with accessory apartment

1 Amarillo                          2915 square feet                    (.47 acre)
Residential Property 215- Single Family with accessory apartment

10 Amarillo                         2696 square feet                    (.35 acre)
Residential Property 215- Single Family with accessory apartment

13 Amarillo                         2101 square feet                    (.4 acre)
Residential Property 215- Single Family with accessory apartment

23 Amarillo                         2141 square feet                    (.4 acre)
Residential Property 215- Single Family with accessory apartment

4 Amarillo                          2133 square feet                    (.36 acre)
Residential Property 483- Converted

6 Amarillo                          2141 square feet                    (.36 acre)
Residential Property 215- Single Family with accessory apartment

8 Amarillo                          2886 square feet                    (.34 acre)
Residential Property 215- Single Family with accessory apartment

9 Amarillo      1881 square feet      (.43 acre)
Residential Property 215- Single Family with accessory apartment

4 Meridan      3092 square feet      (.34 acre)
Residential Property 215- Single Family with accessory apartment

9 Floral      3519 square feet    $480,301    (.34 acre)
Residential Property 215- Single Family with accessory apartment

57 Oakland      2332 square feet      (.39 acre)
Residential Property 215- Single Family with accessory apartment

61 Oakland      2702 square feet      (.35 acre)
Residential Property 215- Single Family with accessory apartment

65 Oakland      2418 square feet      (.34 acre)
Residential Property 215- Single Family with accessory apartment

73 Oakland      2260 square feet      (.34 acre)
Residential Property 215- Single Family with accessory apartment

1 Cranford      2616 square feet      (.34 acre)
Residential Property 215- Single Family with accessory apartment

Neighborhood streets reviewed included Little Tor, Middletown, NYS Route 304, Virginia, Williams, Carolina, Glenn, Milich, Leona, Kent, Ann, Loraine, Winfield, Gandy, Ralphs, Old Middletown, Kings Highway, Queens, Baldwin, Bittman, Jodi. Arden, Harmon, Chestnut Grove Court, Broward, Twin Peg, Clearview, Overlook, Broward, Central, Randy, Blue Willow, Cider Mill, Stegmeyer, Danlyn, Jean, Germonds, Theise, Westlyn, Broadlyn, Treelyn, Crownlyn, Pineview, Northlyn, Eastlynn, Brenda, White Oak, Crimson, Cottonwood, Rennert, Basswood, Glen, Rammler, Oakwood, Furphy, Millspaugh, Cranford, Shady, Poplar, Birch, Spruce, Oakland, Hickory, Terrace, Pigeon Hill, Ludvigh, Cedar, Rob, Victoria, Beech, Brian, Buckingham, Amarillo, Spur, Rinne, Meridian, and Floral.

It was not until defining this neighborhood did I realize that there was so much commercial property within a mile radius.

This could be the most intense area in Clarkstown for commercial development.

Both the eastern and western sides of this neighborhood are very significant commercial areas plus there are many locations of high density housing.

Another surprise was how much two family housing exists in this neighborhood along with single family homes with accessory apartments.

Granting a variance for my 2/3 acre property in order to allow my 3984 square foot single family with convenience apartment on 30,000 square feet to be changed into a two family residence will definitely not change this neighborhood.

See attached photos of comparable properties.

This appraisal was done by NYS Certified Residential Real Estate Appraiser Sharaga Breuer #45000039607 of 8 Aselin Drive Spring Valley (914) 420 3001 who goes by the common first name of Victor.

Further communications gave me the knowledge from Mr. Mack of the One West Bank executive staff that my loan had been bundled and sold to Deutsche Bank (subsequently fined $14 billion by Department of Justice) as part of their international investment portfolio and specifically because of that I was not entitled to an imminent fault modification which was clearly contrary to the conditions under which One West Bank acquired Indy Mac loans.

The reality of the situation was that I was such a good risk at the exorbitant interest rate of 6.25% that a foreign bank bought my loan as an investment only to disqualify me from a program that every other American was eligible for.

Since Deutsche Bank is a major German entity, as the son of a World War Two Normandy Campaign veteran, should I be proud that my father did his part to liberate German capitalism?

In 2012 I was so desperate for a lower interest rate that I paid four thousand dollars to Prudent Law Attorney Pamela Gressier in order to get a Home Affordable Modification Program loan. I did not know at the time Prudent Law was a criminal enterprise and she would subsequently be arrested and charged with defrauding $13.5 million from 3,500 victims in largest loan modification scheme ever prosecuted in the nation; case still pending. I would never receive any money back. The Prudent Law modification request was denied by One West Bank with an unreadable form letter stating only default loans would be modified even though my housing costs were clearly more than 31% of my income.

Only after I stopped paying my mortgage did One West Bank interact with me. One West Bank then gave me a Home Affordable Modification Program loan with a lower interest rate from the paperwork that I had filled out myself without any assistance. Even though my housing costs are more than 31% of my income, I was actually penalized for working overtime because instead of the new rate of 3.875% I could have been given a 2% interest rate.

As a hard working person living paycheck to paycheck I have been the victim of nefarious people and banking institutions who have had no qualms of using my work ethic to their financial gain.

I do not want to seem like I am having a pity party but these are the facts. Immediately after granting that modification One West Bank sold my mortgage at a discounted rate to OCWEN, the mortgage servicer who claims to manage "special loans".

For the record these are the offices and people I have written letters to with not one of the championing my cause: Jacob J. Lew Secretary of the Treasury, Timothy F. Geithner Secretary of the Treasury, Eric H. Holder Jr. Attorney General United States of America, Stephen J. Deely New York State Department of Financial Services Mortgage Assistance Unit, Joseph Otting CEO One West Bank, Kamala Harris California Attorney General, Tony Rackauckas Orange County District Attorney, and the Orange County Better Business Bureau.

In addition my job will end in the near future when Entergy closes Indian Point. The NYS Governor's deal with this southern corporation will eliminate my job.





Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

3/23/2017

Loan Number: 7191780555

To: Brennan10956@aol.com

Subject: Property Valuation Copy

*IF YOU RECEIVE THIS FAX/EMAIL IN ERROR, PLEASE DESTROY/DELETE THE MATERIALS IMMEDIATELY.*

Confidentiality Notice: This E-mail/Facsimile message and any attachments are intended solely for the use of the addressee hereof and may contain information that is confidential, privileged and/or exempt from disclosure under applicable law. Delivery of this message to any person other than the intended recipient shall not constitute a waiver of any right, privilege or exemption. If you are not the intended recipient, please immediately and permanently delete this message from your system without reproducing or disclosing it to any third party.

"Enclosed is the copy of the document you requested"

7191780555, 1898211697, Property Reports/BPO, 12/06/2016 19:53:02

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy case or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

Page 1                                                                                          NMLS # 1852

**Borrower:** Brennan, Matthew

**Address:** 23 Germonds Rd, NEW CITY, NY 10956



Date of Report: 12/06/2016
Loan Id: 7191780555
Product: CMA

| Property Characteristics | Vendor Opinion | Reconciled Opinion |
|---|---|---|
| Property Type | Single Family Residence | Single Family Residence |
| GLA | 3984 | 3723 |
| Bedroom (count) | 7 | 7 |
| Bathroom (count) | 3 | 3 |
| Half-Bathroom (count) | 1 | 1 |
| Age | 54 | 32 |
| Condition | A-Average | A-Average |
| View | Typical | Typical |
| Location | Suburban | Suburban |
| Occupancy | Tenant | Occupied |
| Lot Size | 28314 | 28314 |
| Average Months in Market | 5 | 3 |
| Market Value | 572500.00 | |
| Reconciled Market Value | $520000.00 | |



**Review Comments:**

90 Day As Is Value: $ 520,000 Cost of Repairs: $ 0 Investor Incentive: N/A 90 Day As Repaired Value: $ 520,000 The origination appraisal in REALDoc Vault (first 2 pages only) dated 06/05/2002 describes the subject as a now 32 year old, 3,723 SF, 1-story, single-family residence that has 6 bedrooms, 3.5 baths, in very good condition, with full-finished basement, no garage on a 0.65 acre lot in suburban Rockland County, New City, NY 10956. The CMA describes the subject similarly except for stories (2), condition (average), age (54), basement (unfinished), GLA (3,984 SF) and bedroom count (7). Tax records describe the subject similarly to the CMA. The OA appraiser's description was relied on except for bedroom count (7) and condition (average) as the broker had the most recent interior inspection. The OA was relied on for GLA as it was personally measured by a licensed appraiser and the current 1004 utilized public records. There does not appear to be any obvious signs of additions or alterations to the subject since the time of OA. Subject is in close proximity to a highway which may have an effect on value and marketability. The subject appears to be in overall average condition which was described in the CMA. Broker estimated the cost of repairs at $ 0. The ASPS estimated cost of repairs is $ 0. The subject has not sold in an arms-length transaction within the past 36 months. Online public sources report the subject is listed for sale per MLS # 4826077 for $ 525,000 (06/08/2016 original list date per broker at $ 599,000 with a few price reductions to the current list price). The broker states that the subject neighborhood market trend is not in a declining phase, that there is a 10 month over-supply of listings and marketing time is 90-120 days. Per online data sources, the property values have remained unchanged in the prior quarter and increased 2.7 % in the prior year. Further online research shows there are currently 183 listings in the subject market area (10956, zip code) and 19 or 10.4 % are REO listings. The subject's market is slightly REO influenced. Broker provided comps located within 1 mile of the subject. Broker comps are similar to the subject in living area, condition, location and room count. No more recent and comparable sales were found in online data sources. Most consideration was given to S1 (102 Tennyson) and S2 (10 Crownlyn Court) from the CMA as they were most similar to the subject as to condition and location but are inferior to the subject's living area. Based on the above, the reviewed value for the subject is $ 520,000 which is below the low end of broker's value range ($ 550,000) and is due to most consideration placed on S1 and S2 along with the subject's extended listing history at values in line with the broker's valuation however the subject did not sell which suggests that those values are overstated and not supported by the subject's market. This is a large decrease from the prior reviewed value, dated 01/06/2016, in the amount of $ 630,000. This is due to the same reason as this valuation was not supported later in the year when the subject was listed and exposed to the local market. The reliance on S1 and S2 support the current reviewed value and a decrease in valuation is warranted at the present time. CMA sales: $ 495,000 $ 515,000 $ 625,000 CMA listings: $ 525,000 $ 599,900 $ 649,900

13    Other factors I wish the Board to consider in this case.

My working career, which has spanned seven decades starting as a Dellwood Country Club bus boy, caddy, and dishwasher will end when Indian Point closes. Even though I am a senior citizen healthy enough to pass an annual physical which allows me to remain and respond as an Interior Firefighter with the Nanuet Fire Company, realistically I will face age discrimination in the work place attempting to get another job at my age.

This is what my current expense sheet looks like.

| Household bills not including other expenses such as food. | | Monthly | Balance | Yearly |
|---|---|---|---|---|
| Mortgage, Taxes, and Insurance OCWEN 0555 | | 4600 | 400,000 | 55,200 |
| Second Mortgage Chase Manhattan Bank  6289 | | 500 | 88,000 | 6,000 |
| Navient student parent loan debt pending in June | | 650 | 60,000 | |
| *Honda Loan 2013 Honda Pilot | | 878 | 30,000 | 10,500 |
| *Capital One Credit Card 0413 | | 250 | 6,000 | |
| *American Express 1009 | | 200 | 7,000 | |
| *Chase Overdraft 8950 | 20% | 200 | 3,300 | |
| *Chase Visa 1473 | | 125 | 4,000 | |
| *Chase Visa 1964 | | 125 | 2,700 | |
| *GE Capital Appliances Silver City 4641 | | 50 | 50 | |
| *Best Buy 5455 | | 150 | 3,000 | |
| *IRS | | 100 | 1,000 | |
| Nationwide Auto Insurance | | 725 | | 8,700 |
| Nationwide Life Matthew $1M | | 350 | | 4,000 |
| Nationwide Life Matthew $350k | | 115 | | 1,400 |
| Nationwide Life Jacqueline $750k | | 65 | | 750 |
| Orange and Rockland Budget | | 400 | | 4,800 |
| Cablevision Internet Television, and Phone | | 200 | | 2,400 |
| Verizon Wireless six lines, five smart | | 400 | | 4,800 |

Paying off short term debt of $53k save @$2k a month in payments.

As I contemplate my options I would hate to have to sell this property to the certain religious voting block that the Clarkstown Supervisor has created a housing enforcement task force in order to prevent from taking over Clarkstown as they have Ramapo.

See attached Journal News Article.

Like all seniors I wonder how many more years of a healthy life I have as I see more and of the people I grew up with dying. I would like to exist as a snow bird.

Granting a 220-Two family variance to this 3984 square foot 215-Single-family home with an accessory apartment would allow me to continue living in the community I grew up in along with participating in organizations "where everyone knows my name".

Otherwise I will not be able to afford the mortgage, tax, and insurance payments necessary to continue living here.

Since this house already has an accessory apartment there is minimal work required if this variance is approved with no major construction required.

A variance will not have any physical or environmental detriment to nearby properties. There is no other method to obtain the benefit sought, and the alleged difficulty is not self-created.

Recognizing that as the NYS court of appeals has ruled local ZBA's perform a "quasi-judicial" function I have proven the "Otto" rules in order for this variance to be granted. There is no reasonable or any financial return without the variance. This plight is due to unique circumstances and there will not be an altering of the essential character of locality. The main issue is whether or not I am able to live in the small part of the house and have non family members live in the larger part which is codified in the 2012 amendment to local law 290-11 A Table 3 number 2 regarding accessory apartments in requiring the owner occupy the principal unit.

Also while making this decision it should also be noted that the Clarkstown School District has been suffering from declining enrollment to the point an elementary school will be forced to close.

In the Clarkstown Comprehensive Plan adopted in 2009 there is not one word prohibiting the Clarkstown Zoning Board of Appeals from granting me this variance I seek. Also there is not one word in the 2009 Clarkstown Comprehensive Plan concerning a lack of commercial property yet instead of encouraging residential property on Route 304 to expand into two family housing the focus is on having this state highway corridor create more commercial property. The following are a few pertinent quotes from the V – Comprehensive Plan Goals and Objectives Section E Housing that describe my situation as a senior, a volunteer firefighter, along with being able to contribute affordable housing to my community. These are all issues which the granting of this variance would help address.

It should be also noted that I will not be eligible for senior or over fifty-five housing until this property is sold: a task which so far I have not been able to accomplish.

"Regional prosperity is evident in the income trends for the town and county, and has led to housing prices which are difficult for all residents, both current and potential, to afford. As older residents consider new housing for retirement, and Clarkstown's youth begins seeking housing of its own, the town's housing stock offers limited affordable housing options. Moreover, vacant land has become a scarce resource within the town and solutions for dealing with current housing issues will need to focus more on areas already developed rather than lands unoccupied."

"With care, the town can provide for a wider range of housing alternatives integrated into its existing spaces in a manner that not only addresses a need, but creates a better community."

"As the Town's population expands and ages, new housing types are needed. Older individuals may seek smaller residences, often within housing communities, and may find their options restricted as they rely on fixed incomes. On the other end of the spectrum, younger persons may find their housing options limited as they begin establishing careers. Between these groups is also a large number of workforce families contributing an extensive portion of their income to housing costs."

"If alternative housing types are not available, portions of the town's population will be unable to remain. Ensuring that a wide range of housing options exists to suit the needs of current and future residents must be a high priority for the Town of Clarkstown as the state of housing is directly linked to the vitality of the Town."

"The Saratoga Associates study further concluded that in no area of Clarkstown was the median home price low enough for a middle income household to reasonably afford, thus these households would theoretically need to rely on the limited rental housing market and spend more for housing than is fiscally prudent. The study found median rental prices compatible with middle income households in all but the hamlets of Bardonia, Nanuet and West Nyack."

"During the winter of 2008 over 1,300 11th and 12th grade high school students from Clarkstown schools completed the Town of Clarkstown Student Community Survey (see Appendix Section IV), which provided a unique insight into their plans for the future and their opinions on issues ranging from volunteer emergency service participation to municipal park use and environmental concerns. The survey also provided crucial information on the students' plans for housing after high school and college graduation. Of the 97.3% of students who reported that they planned to attend college after high school graduation, 53.2% responded that they were planning to return to Clarkstown after college. 76.4% of those students who planned to return after college also stated that they would prefer to live on their own upon returning. These numbers would seem to suggest that housing for younger persons would continue to constitute a sizable share of the housing demand for the Town. "

"The need for affordable senior housing is most striking as reflected in the 2002 and 2008 housing surveys. Currently, approximately 400 residents are on the waiting list for affordable rental housing at Squadron Gardens, Monterey Gardens and Middlewood Village. These three subsidized senior housing developments currently provide 318 total units with less than twenty openings per year. In 2007, the Town Board adopted a floating zone, the Adult Active Residential (AAR) zone, which will allow for the development of over 55 age-restricted housing. The intent of the AAR zoning is to address the needs of the growing elderly population throughout the entire economic spectrum that exists in Clarkstown. The floating zone allows for the development of up to 800 units across the town and provides a density bonus incentive for developing affordable units if the applicant so desires. "

"While permitting residential units above businesses in hamlet centers and allowing for accessory apartments in the town's neighborhoods may open new opportunities for affordable housing, this process could potentially alter the character of Clarkstown's neighborhoods. "

"The elevated cost of housing in Clarkstown is makes living in the town difficult for younger persons and those with lower or fixed incomes. "

"Many members of Clarkstown's volunteer fire and emergency departments are having difficulty affording the high cost of housing in the town." In addition, younger individuals, who make up a substantial portion of the active membership in these organizations, are moving out of the town upon high school and college graduation to escape these costs.

"The town has a list of nearly four hundred seniors seeking affordable housing that cannot be addressed by the mostly market rate housing that has currently been proposed through the AAR floating zone."

"My home 23 Germonds Road has been on the market for over a decade both being listed with real estate brokers and For Sale By Owner. Underwater with mortgage balances higher than market value, OCWEN holds the first mortgage and Chase Manhattan holds the second mortgage. Both have failed to grant a Short Sale.

Currently the owner's primary source of income is from his employment as a Nuclear Security Responder at the Indian Point Nuclear power plant. The NYS Governor has recently announced a deal with Entergy Corporation, the Indian Point Energy Center's owner, to close this plant in the near future which will terminate the property owner's main source of income creating an Unnecessary Hardship where he will no longer be able make mortgage, tax, and insurance payments on his primary home.

This house already has an approved Accessory Apartment with a Certificate of Occupancy granted in 2012. If a Use Variance is granted allowing this to be a two family home the owner will be able to live in the Accessory Apartment while allowing occupants, if not

immediate family to live in the larger portion of the home to contribute to tax, mortgage, and insurance expenses.

Currently the home owner is on track for the Unnecessary Hardship of losing both his job and home in the community he has lived in and contributed to for six decades.

It is recognized that the 2009 Comprehensive Plan took a lot of hard work from a lot of people and the record consists of thousands of pages.

However the product does contain a pastoral romanticized vision which offers no solutions to the lack of affordable housing.

The reality of the situation is that it is a document written by the local government telling us what we can and cannot do with our private property and who can and cannot live in our homes.

Claiming legal authority from NYS Home Rule where the object is to protect public health, safety, and general welfare in the best interests of the people it must not be forgotten that if citizen believes a local municipality has superseded their authority through the oppressive operation of zoning laws to the point their constitutional rights have been violated they are allowed to have their concerns addressed in a state or federal court.

With regards to the validity of those local laws it should be noted according to the NYS Office of State Office of General Council Legal Memorandum LU05 that in the past the U.S. Supreme Court and NYS Court of Appeals has not hesitated to strike down municipal definitions of family plus recognizing a correlation between number of residents to structure size especially so when this affects the availability of affordable housing.



**Legal Memorandum LU05**

**GENERAL COUNSEL**

## DEFINITION OF "FAMILY" IN ZONING LAW AND BUILDING CODES

An appropriate definition of "family," is basic to density and use prescriptions of zoning laws and to the applicability of building code laws. This memorandum discusses the definition in the context of such laws.

### ZONING

Any successful zoning scheme which purports to create and attain a single-family zoning district must contain a definition of family. Dating back to 1974, the U.S. Supreme Court and many state courts, including our New York Court of Appeals, have examined the question of the definition of family, both in enforcement proceedings and in declaratory judgment actions.

This line of family definition cases has followed a very traditional path of analysis. Courts have carefully looked for some reasonable relationship between the zoning regulation and the goals sought to be achieved by the regulation. Generally, they first examine the goal sought to be achieved to see if it furthers a legitimate governmental objective. They then proceed to scrutinize whether the means designed to reach that end -- in this case a definition of family -- are reasonable.

Courts have regularly found a legitimate purpose in zoning regulations which are aimed at achieving a homogeneous, traditional single-family neighborhood. "A quiet place where yards are wide, people few, and motor vehicles restricted are legitimate guidelines in a land-use project addressed to family needs," according to the U.S. Supreme Court in Village of Belle Terre v. Boraas, 416 U.S. 1, 9, 94 S Ct 1536, 39 L Ed 797 (1974), a case which upheld, as constitutional, a zoning definition of family against a challenge that it violated the equal protection clause.

To preserve this quiet neighborhood character, many municipalities have enacted definitions of "family" to exclude groups of individuals who, it is perceived, degrade the single family district. For example, in college towns or resort areas, municipalities are often concerned about fraternities and other groups of unrelated college students living together in crowded conditions in single family areas. Such living conditions can cause parking, noise, litter and congestion problems. Many local governments, therefore, have enacted restrictive definitions of family within their zoning and building codes, and enforce these provisions against groups who do not meet the "family" definition, in an effort to keep out those who would otherwise cause or contribute to unwanted neighborhood impacts. Unfortunately, these definitions occasionally exclude persons who should properly be included within the term "family."

Both the U.S. Supreme Court and the New York Court of Appeals have not hesitated to strike down zoning definitions of "family" which are so narrowly drawn as to exclude certain family members of families which are not biologically related or are non-traditional. In so doing, the courts, in their opinions, have furnished guidelines which communities can follow in crafting a definition of family which meets constitutional due process requirements.

Courts have not added restrictive definitions of "family" which keep out certain types of families. For example, the definition of family may not be so restrictive as to exclude from its scope family members who are not expressly listed, such as cousins, uncles, aunts, nieces and nephews. The United States Supreme Court, in Moore v. City of East Cleveland, 431 U.S. 494 (1977), held that, in weighing due process, a household of unrelated college students living in a group home with ten foster children, headed by two natural parents of two additional children, could together constitute a "family." The Court invalidated the restrictive definition of family limited to blood relatives and those together, which have excluded the foster home. The Court stated: "[A]n ordinance may restrict a residential zone to occupancy by stable families occupying single-family homes, but neither by express provision nor construction may it limit the definition of family which in every unit but a biological sense is a single family." (Id. at 306) The Court established a standard that the "... minimal arrangement to meet the test of a zoning provision as this one, is a group headed by a householder caring for a reasonable number of children as one would be likely to find in a biologically unitary family." (Id.)

Factors of importance to the Court in the White Plains case were that the group home: a) was a "single housekeeping unit"; b) was "in all outward appearances, a relatively normal, stable, and permanent family unit"; c) was not "a temporary living arrangement as would be a group of college students sharing a house"; and d) did not provide "a framework for transients or transient living."

Four years later, the Court of Appeals found that a house consisting of two surrogate parents and seven emotionally disturbed children was "... the functional and factual equivalent of a natural family, and to exclude it from a residential area would be to serve no valid purpose," Group House of Port Washington v. Board of Zoning and Appeals of the Town of North Hempstead, 45 N.Y. 2d 266, at 272 (1978). The Town had defined family as

In the case of City of White Plains v. Ferraioli, 34 N.Y.2d 300, 357 N.Y.S.2d 449 (1974), the New York Court of Appeals held that a group home with ten foster children, headed by two natural parents of two additional children, could together constitute a "family." The Court invalidated the restrictive definition of family limited to blood relatives. "The tradition of uncles, cousins, and especially grand-parents sharing a household living with parents and children has roots equally venerable and equally deserving of constitutional recognition," 431 U.S. at 504. Due process, then, would seem to require that any such definition eliminate distinctions among familial degrees.

"[o]ne (1) or more persons related by blood, marriage or legal adoption residing or warming food or cooking as a single housekeeping unit; with whom there may not be more than two (2) boarders, roomers or lodgers who must live together in a common household."

In a 4-3 decision, Court of Appeals held that the definition of "Family" improperly excluded from its scope group homes. The Court explained that in zoning for stable neighborhoods in a single family district, local governments must include the functional and factual equivalents of natural families, as well as traditional families.

After White Plains and Group House, municipalities must define families to include those groups of unrelated persons who constitute a family. However, even the inclusion of provision for unrelated persons in the zoning definition of family does not guarantee that it will survive a constitutional challenge. For example, during the 1980s, the Town of Oyster Bay defined "family" as:

"(a) Any number of persons, related by blood, marriage, or legal adoption, living and cooking on the premises together as a single, nonprofit housekeeping unity; or

(b) Any two (2) persons not related by blood, marriage or legal adoption, living and cooking on the premises together as a single, nonprofit housekeeping unit, both of whom are sixty-two (62) years of age or over, and residing on the premises."

In 1985, the Court of Appeals in McMinn v. Town of Oyster Bay, 66 N.Y.2d 544, 498 N.Y.S.2d 128 (1985) found fault with the alternative definition of a "family" as being two (2) persons not related...both of whom are sixty-two (62) years of age or over." In a unanimous decision, the Court of Appeals invalidated the definition.

"Manifestly, restricting occupancy of single-family housing based generally on the biological or legal relationships between its inhabitants bears no reasonable relationship to the goals of reducing parking and traffic problems, controlling population density and preventing noise and disturbance (citations omitted). Their achievement depends not upon the biological or legal relations between the occupants of a house but rather upon the size of the dwelling and the lot on the number of its occupants. Thus, the definition of family employed here is both fatally underinclusive in prohibiting, for example, a young unmarried couple from occupying a four-bedroom house who do not threaten the purposes the ordinance and underinclusive in failing to prohibit occupancy of a two-bedroom home by ten or twelve persons who are related in any the most distant manner and who might well be expected to present serious overcrowding and traffic problems." (66 N.Y.2d at 549-550)

The Court cited White Plains (supra) for the proposition that a municipality may not seek to achieve its legitimate objectives of preserving the character of single-family neighborhoods by limiting the definition of "family" to exclude a household which in every sense but a biological one is a single family. "This ordinance, by limiting occupancy of single-family homes to persons related by blood, marriage or adoption or to only one unrelated persons of a certain age, excludes many households who pose no threat to the goal of preserving the character of the traditional single-family neighborhood, such as the households involved in White Plains and Group House, and thus falls the rational relationship test." 66 N.Y.2d at 550.

The Court went on to state: "Because the only alternative definition contained in this ordinance...is more restrictive, both as to the number of unrelated persons and their ages, than is constitutionally permissible; however, the entire definition of family contained in the ordinance violates our state constitutional guarantee that no person shall be deprived of property without due process of law." 66 N.Y.2d at 551.

For a definition of family to be constitutionally permissible, it is necessary to ensure that alternative definitions of family include within them both traditional family units and well-defined non-traditional family groups to whom the courts have extended due process protections. This task is one which may involve the drawing of some fine legal distinctions.

Soon after deciding McMinn, the Court of Appeals considered whether a municipality can restrict the number of unrelated persons living together as the functional equivalent of a natural family, while allowing an unlimited number of related persons to reside together. In Baer v. Town of Brookhaven, 73 N.Y.2d 942, 540 N.Y.S.2d 234 (1989) the Court of Appeals held that it cannot.

In Baer, the town of Brookhaven charged five (5) unrelated elderly women residing together in a house located in a single family residential zone with violating the town's zoning law, which provided that not more than 4 unrelated persons living together as a single housekeeping unit could constitute a family. The zoning law did not place a similar number limit on the number of persons related by blood, marriage or adoption. The Court of Appeals held that this family definition violated the State due process clause because it restricted the size of a functionally equivalent family and included unrelated persons that but not the size of a traditional family. Such differentiation was not reasonably related to a legitimate zoning purpose, and therefore violated State Due Process. Reading the Baer decision in light of the U.S. Supreme Court's ruling in Moore v. City of East Cleveland, (supra) it appears that, for zoning purposes, a municipality may restrict the number of related or unrelated persons who constitute a family. As will be noted later, an appellate court has approved a method for controlling groups of unrelated persons who are not a family.

The definition of family can affect the implementation of other laws unrelated to zoning. For example, in Braschi v. Stahl Associates, 74 N.Y.2d 201, 544 N.Y.S.2d 784 (1989), the Court of Appeals ruled that two homosexual men living together in a spousal-like arrangement could constitute a "family" within the context of the non-eviction provisions of the New York City rent and eviction regulations. The Court expressly stated that its decision on the definition of family under the rent control regulations had no bearing on the concept of "functional family" in its decisions concerning local zoning regulations. 544 N.Y.S.2d at 796 note 3.

Also, in 1993, a federal district court in the case of Oxford House v. Town of Babylon, 819 F. Supp. 1179 (E.D.N.Y. 1993) concluded that the federal Fair Housing Act prevented the Town of Babylon from evicting recovering alcoholics and drug addicts from a group home based on the town's zoning definition of family. The town alleged that the house being used in violation of the single family zoning because the residents were unrelated and not a family. Under the town code, a family is defined to include those related by blood, marriage or adoption, or not more than 4

unrelated individuals living in a stable, non-transient household, Oxford House accommodated between 5 and 8 transient residents. Under the Fair Housing Act, it is unlawful for government to discriminate in the sale, rental or use of housing on the basis of handicap and individuals recovering from drug or alcohol addiction are considered handicapped under the Act. In the court's view, applying the town's zoning definition of "family" to evict the Oxford House residents due to the size or transient nature of the group living arrangement would discriminate against them because of their handicap. The court determined that the town's interest in uniform enforcement of its zoning ordinance was not a sufficient governmental interest justifying the eviction of the residents of Oxford house, since it had a much greater discriminatory impact on the handicapped.

Finally, in Genesis of Mt. Vernon v. ZBA of City of Mt. Vernon, 81 N.Y.2d 741, 593 N.Y.S.2d 769 (1992), the Court of Appeals struck down the city's definition of "boarding house" as not reasonably related to achieving the ordinance's legitimate purposes of reducing parking and traffic problems and controlling population density. The definition of "boarding house" was so broad it would have prevented any type of family living in a rented house. In the Court's words: "Because the prohibition against a boarding house includes a family expressly permitted under the Zoning Ordinance's definition of "family," the definition of boarding house" is overbroad, thereby inviting arbitrary application."

I. Guidelines to Drafting a Definition of Family

In light of the numerous state and federal court decisions on the subject of defining "family," some guidelines may be gleaned as to constitutionally permissible standards.

1. Preservation of the character of single-family areas remains a legitimate purpose of zoning.

2. Zoning may not exclude a group which "in every but a biological sense is a single family" (White Plains, supra); or a household "which poses no threat to the goal of preserving the character of the traditional single-family neighborhood" (McMinn supra).

3. Court decisions have indicated that the "factual and functional equivalent" of a traditional family of unrelated persons may be evidenced by the following:

1. single housekeeping unit;

2. more or less permanent living arrangement;

3. stable, rather than transient living arrangements (except where the handicapped are affected);

4. a group headed by a householder caring for a reasonable number of children as one would be likely find in a biologically unitary family (White Plains 34 N.Y.2d at 305).

II. Techniques for Drafting Definitions

1. Some municipalities have attempted to define "family" to comply with court decisions by providing for discretionary review of groups of unrelated persons greater than a specified number to ensure that they are the functional equivalent of a family.

Under this approach, the municipality defines all related persons and a specific number (e.g.- four) of unrelated individuals as constituting a "family." For groups of greater than four (4) unrelated individuals to constitute a "family," the group would have the burden of proving to an administrative official or entry (such as a zoning official or the board of appeals) that they meet the criteria set forth in the zoning regulations to show that are a "functionally equivalent family." Such an approach is consistent with the cases indicating that defining a "family" of unrelated persons is a factual decision.

Many municipalities in New York have adopted this discretionary review technique for defining family. For example, the City of Poughkeepsie zoning ordinance, in its definition of "family," contains a rebuttable presumption that 4 or more unrelated persons living in a single dwelling do not constitute the functional equivalent of a traditional family. The ordinance provides an opportunity for applicants to convince the Zoning Administrator that the group is the functional equivalent of a traditional family. The factors which must be considered by the Zoning Administrator are whether the group:

1. shares the entire house
2. lives and cooks together as a single housekeeping unit
3. shares expenses for food, rent, utilities or other household expenses, and
4. is permanent and stable.

Such an approach has met with success in the courts. In Unification Theological Seminary v. City of Poughkeepsie, 201 A.D.2d 484, 607 N.Y.S.2d 383 (2nd Dept. 1994), the Appellate Division upheld the City of Poughkeepsie's definition of "family" against a challenge that it violated the Due Process Clause. The Court held that it was valid to use a rebuttable presumption to establish which groups of unrelated individuals should be considered a family. For those municipalities which have enacted or are considering adopting definitions of family similar to that of the City of Poughkeepsie, this case lends constitutional support to those efforts.

2. Another technique is to correlate the number of occupants to the size of the structure occupied (e.g., by setting a maximum number of persons for a specified floor area, or requiring a given floor area per resident). The advantage of such an approach is that it relates population density to house size and does not address the factors of permanence, stability, non-transience, and outward appearance of a family which all the decisions use, in so doing, it avoids the constitutional problems associated with defining "family."

Maximum occupancy restrictions may be exempt from certain provisions of the Fair Housing Act. In the case of City of Edmonds v. Oxford House, 514 U.S. 725, 115 S.Ct. 1776, 131 L.Ed.2d 801 (1995), the U.S. Supreme Court held

Maximum occupancy restrictions cap the number of occupants per dwelling, typically in regard to floor space or the number and type of rooms. These restrictions ordinarily apply uniformly to all residents of all dwelling units. Their purpose is to protect health and safety by preventing overcrowding. These uniform rules are exempt from the provisions of the Fair Housing Act. On the other hand, rules designed to preserve the family character of a neighborhood, keyed to the composition of household rather than the total number of occupants living quarters can contain, do not qualify for the exemption.

that the city's zoning code definition of the term "family" is not a maximum occupancy restriction exempt from the Fair Housing Act. In enacting the Fair Housing Act, Congress recognized the distinction between municipal land use regulations--which are subject to the Fair Housing Act--and maximum occupancy restrictions, for which it created an absolute exemption.

While maximum occupancy restrictions are attractive to many municipalities, a strict quantitative approach may lead to the opposite result from that which the decisions endorse--a stable, single-family area.

## NEW YORK STATE UNIFORM FIRE PREVENTION AND BUILDING CODE

Many local officials and citizens are concerned with the administration and enforcement of zoning and building laws. On the front line is the local building inspector. In many municipalities, the building inspector may wear several "hats" and may be charged with enforcing zoning regulations, State and local building codes and related regulations. In larger municipalities, the various enforcement tasks may be divided among a number of offices. The fact that zoning enforcement officer and perhaps, a number of other officers or employees. (The law concerning the concept of "Family" differs for the separate contexts of zoning and building code administration.) It is important for local officials, whether enforcing zoning regulations and building codes in combination or separately, to learn the law applicable to their respective area of responsibility. This section addresses the concept of "Family" in the context of the New York State Uniform Fire Prevention and Building Code (the "Uniform Code").

The Uniform Code is promulgated by the State Fire Prevention and Building Code Council pursuant to Article 18 of the Executive Law, and is in effect throughout the State (except in New York City). Since January 1, 2003, the Uniform Code has included several sub-units. These sub-units are currently found in Parts 1220 to 1226 of Title 19 of the NYCRR and in the following publications, which have been incorporated by reference in those Parts:

*Residential Code of New York State* (Part 1220),
*Building Code of New York State* (Part 1221),
*Plumbing Code of New York State* (Part 1222),
*Mechanical Code of New York State* (Part 1223),
*Fuel Gas Code of New York State* (Part 1224),
*Fire Code of New York State* (Part 1225), and
*Property Maintenance Code of New York State* (Part 1226).

The Uniform Code is intended to address building construction and fire prevention concerns in a single code, in order to provide a basic minimum level of protection to all people of the State from hazards of fire and inadequate building construction. See Executive Law § 371. Consistent with the Legislature's declaration of the purposes and policies, the Uniform Code addresses building construction and fire-safety concerns by classifying buildings according to their uses and occupancies, and providing standards that reflect the relative hazards inherent in those uses and occupancies.

In a number of situations, the classification of a building, and the determination of which provisions of the Uniform Code apply to the building, may depend, in part, on whether the building is or is not a "one- or two-*family dwelling*" or a "*multiple single family dwelling* (townhouse)." For example, one of the sub-units of the Uniform Code, viz., the *Building Code of New York State*, applies to the construction, movement enlargement, replacement, repair, equipment, use and occupancy, location, maintenance, removal and demolition of every building except, inter alia, "detached one- and two-family dwellings and multiple single family dwellings (townhouses) not more than three stories high with separate means of egress. . . ." See *Building Code of New York State* §101.2. The construction, alteration, movement, enlargement, replacement, repair, equipment, use and occupancy, location, removal and demolition of one- and two-family dwellings and multiple single-family dwellings (townhouses) not more than three stories in height with a separate means of egress" are matters covered by one of the other sub-units of the Uniform Code, viz., the *Residential Code of New York State*. See *Residential Code of New York State* §101.2.

While the word "family" is used in the Uniform Code provisions referred to above, and in numerous other provisions of the Uniform Code, the concept of "family" is not as integral to administration and enforcement of the Uniform Code as it is to the operation of local zoning laws. Indeed, the term "family" is not defined in the Uniform Code. However, in the Uniform Code, the term "family" is almost always used as part of the phrase "one- or two-family *dwelling*" or "*multiple single family dwelling* (townhouse)," and the term "dwelling" is defined in the Uniform Code. See, for example, *Building Code of New York State* §202, which defines "dwelling" as "a building that contains one or two dwelling units used, intended, or designed to be used, rented, leased, let or hired out to be occupied for living purposes."

The term "dwelling unit" is defined in *Building Code of New York State* §310.2, as "a single unit providing complete, independent living facilities for one or more persons, including permanent provisions for living, sleeping, eating, cooking and sanitation."

*Residential Code of New York State* § 202 contains similar (but not identical) definitions of "dwelling" and "dwelling unit." (*Residential Code of New York State* § 202 also defines the term "townhouse" as "a single-family dwelling unit constructed in a group of three or more attached units in which each unit extends from foundation to roof and with open space on at least two sides.")

For the purposes of the Uniform Code, a "unit" that provides complete, independent living facilities for one or more persons is a "dwelling unit" without regard to the nature of the relationship between or among the persons occupying the unit. This reflects the fact that the relationship, if any, between or among those persons has no

5/7/17, 2:53 PM

bearing on the building construction and fire safety concerns sought to be addressed by the Uniform Code.

Therefore, for the purposes of the Uniform Code:

• a unit that provides complete, independent living facilities (including permanent provisions for living, sleeping, eating, cooking and sanitation) for one or more persons is a "dwelling unit" without regard to whether the unit is occupied or intended to be occupied by one person, by a "traditional" family, or by a group of unrelated persons;

• a detached building that contains a single dwelling unit is a "one-family dwelling" without regard to whether the unit is occupied or intended to be occupied by one person, by a "traditional" family, or by a group of unrelated persons;

• a detached building that contains two dwelling units is a "two-family dwelling" without regard to whether the units are occupied or intended to be occupied by individual persons, by "traditional" families, or by groups of unrelated persons; and

• a building that contains three or more dwelling units (each of which extends from foundation to roof and has open space on at least two sides) is a "multiple single family dwelling (townhouse)" without regard to whether the units are occupied or intended to be occupied by individual persons, by "traditional" families, or by groups of unrelated persons.

Certain other buildings are classified as one- or two-family dwellings for the purposes of the Uniform Code. For the most part, these additional classifications are included in the Uniform Code in the *Residential Code of New York State*). For example, *Residential Code of New York State* § 101.2.1 provides that "(f)or the purposes of the *Residential Code of New York State*), community residences for 14 or fewer mentally disabled persons, operated by or subject to licensure by the Office of Mental Health or the Office of Mental Retardation and Developmental Disabilities, shall be classified as one- or two-family dwellings." This reflects the requirements of subdivision (f) of Mental Hygiene Law §41.34, which provides that "(a) community residence established pursuant to this section and family care homes shall be deemed a family unit, for the purposes of local laws and ordinances."

See also section 4002 (2-b) of the Public Health Law, which defines the term "hospice residence" as "a hospice operated home which is *residential in character* and physical structure and operated for the purpose of providing more than two hospice patients but not more than eight hospice patients with hospice care, which may include dually certified hospice in-patient beds" (emphasis added). *Residential Code of New York State* § 101.2.2, entitled "Hospice residences," provides that the *Residential Code of New York State* applies to "(a) one-or two-family dwelling operated for the purpose of providing care to more than two but not more than eight hospice patients, created pursuant to Article 40 of the Public Health Law, and as defined in §4002 of said Law.""

TOWN OF CLARKSTOWN
STATE OF NEW YORK
COUNTY OF ROCKLAND

MATTHEW T. BRENNAN _____ being duly sworn deposes and says that he / she is the applicant, agent or attorney for applicant, in the matter of petition for variance or special permit affecting property located at

2.5 GERMONDS _____ ROAD

in the Hamlet of _____ NEW CITY _____ Town of Clarkstown, Rockland County, New York.

That the following are all of the owners of property within 200 feet of the premises as to which the variance, or special permit is sought.

| NAME | ADDRESS |
|---|---|
| THERESA S. KING | 1 DANLYN |
| JOESPH AND CATHERINE RIGNEL | 2 DANLYN |
| PATRICIA AMUNDSEN CHABOT | 4 DANLYN |
| DIDRI AND PAR MARIANO MANA | 1 JEAN |
| ANITA PROO MINE DALE | 2 JEAN |
| DENNIS AND HILDA WHITE | 3 JEAN |
| MICHAEL SPRAGUE | 4 JEAN |
| KUMAR DANADALASINGHAM | 20 GERMONDS |
| AND CHHAVUTH CHREP | 20 GERMONDS |
| OLIDA HARRISON | 21 GERMONDS |
| ROBERT MOLFETAS/MARY/TOST | 22 GERMONDS |
| MATTHEW BRENNAN | 23 GERMONDS |
| LINDA DUNBAR | 24 GERMONDS |
| ANGELIKI AND POLIKARPOS | 26 GERMONDS |
| KONSTANTAKOPOULAS | 26 G-60 MONDS |
| ANTHONY PLATA | 265 GERMONDS |

This affidavit is made in connection with such Application No. _____ for variance and /or special permit, knowing full well that the office of the Building Inspector of the Town of Clarkstown and the Zoning Board of Appeals of the Town of Clarkstown rely on the representations herein made.

Sworn to before me this
8th day of May, 20 17

_Eileen Marie Oconnell_ (Notary Public)

_(signature)_ (Petitioner's Signature)

EILEEN MARIE OCONNELL
Notary Public, State of New York
No. 01OC6363228
Qualified in Rockland County
Commission Expires January 17, 2021

# INVOICE

**ROBERT E. SORACE**
PROFESSIONAL LAND SURVEYOR
135 SOUTH MAIN STREET
NEW CITY NY 10956
Phone 845-638-1498  Fax 845-638-1880
EMAIL: RSORACEPLS@GMAIL.COM

INVOICE # RO 80206
DATE: APRIL 29, 2017

MATTHEW BRENNAN
23 GERMONDS ROAD
NEW CITY NY 10956

| RE: Z.B.A. APPEAL | | | AMOUNT |
|---|---|---|---|
| FIELD AND OFFICE WORK AS REQUIRED TO PREPARE CERTIFIED SURVEY MAP INCLUDING ALL REQUIRED PRINTS. | | | |
| | | TOTAL: | $750.00 |
| *DEPOSIT RECEIVED ($400)* | | | |
| | | PHONE: | |
| Thank you for your business! | | BALANCE DUE: | $350.00 |



# EXHIBIT O



# BOARD OF APPEALS

10 MAPLE AVE.
NEW CITY, NY 10956/5099
(845) 639-2066

FAX (845) 639-2071

November 2, 2017



RECEIVED
NOV - 9 2017
JUSTIN SWEET - TOWN CLERK
TOWN OF CLARKSTOWN

Matthew Brennan
23 Germonds Road
New City, NY 10956

RE: Matthew Brennan
23 Germonds Road
New City, NY 10956
Appeal #4066
Map No. 51.18-3-19, f/k/a Map 35-B-21.6

## NOTICE OF DECISION

Dear Mr. Brennan,

Attached please find the Clarkstown Board of Appeals decision in the above matter.

Very truly yours,

Kevin Hobbs
Chairman

KH/cc
Attachment (1)

Tax Map
ZBA File

cc:   Clarkstown Town Clerk
      Clarkstown Building Inspector
      Clarkstown Department of Environmental Control
      Clarkstown Planning Department
      Clarkstown Town Attorney
      John Noto, Liaison Councilman
      Clarkstown Assessor
      Rockland County Planning
      Rockland County Health Department
      Rockland County Highway Department

BOARD OF APPEALS

TOWN OF CLARKSTOWN, COUNTY OF ROCKLAND

------------------------------------------------------------------------------------X

Application of MATTHEW BRENNAN of 23 Germonds Road, New City, NY for a variation from the requirements of Section 290 Attachment 20 Table 1 (Uses Permitted by Right – single family dwelling to two family dwelling) to convert an existing single family dwelling into a two family dwelling. The premises affected are situate at 23 Germonds Road, New City, NY in an R-22 Zoning District and further identified on the Clarkstown Tax Roll as Map 51.18-3-19, f/k/a Map 35-B-21.6.

APPEAL # 4066

------------------------------------------------------------------------------------X

The Applicant, MATTHEW BRENNAN, having been denied a building permit by the Building Inspector and having appealed to the Board of Appeals ("Board") for a variation from the requirements of Section 290 Attachment 20 Table 1 (Uses Permitted by Right) seeks a use variance to legalize the use of the property at 23 Germonds Road, New City, NY as a two family dwelling and the Board of Appeals held a public hearing on the 11th day of September 2017.

The following members of the Board were present and constituted a quorum:

Kevin F. Hobbs, Chair, Peter Bradley, Thomas Heim, Darcy Casteleiro, Mark Maraia, Gaetano U. Massa and Edward Mistretta

The following member was absent:   None

In addition, Deputy Town Attorney Leslie Kahn and Deputy Building Inspector Lawrence Kaye were in attendance.

The following documents were presented:

* Memo from James Creighton, Senior Planner, Town of Clarkstown dated September 5, 2017
* Memo from K. Luke Kalarickal, P.E., P.L.S., Director Department of Environmental Control, Town of Clarkstown dated September 7, 2017
* Letter from Douglas J. Schuetz, Acting Commissioner Rockland County Department of Planning dated August 7, 2017
* Letter from Scott McKane, P.E., Senior Public Health Engineer, Rockland County Department of Planning dated June 26, 2017
* Letter from Joseph Arena, Senior Engineering Technician, Rockland County Highway Department dated July 14, 2017
* Survey of the subject property dated April 25, 2017 made by Robert E. Sorace, PLS
* Photographs of the subject property

Mr. Hobbs, made a motion to open the public hearing motion was seconded by Edward Mistretta and carried unanimously.

Kevin F. Hobbs made a motion to adopt a negative declaration as this application is considered an unlisted action under SEQRA which will not result in any significant adverse environmental impacts, which was seconded by Edward Mistretta and carried unanimously.

## TESTIMONY

Applicant MATTHEW BRENNAN testified in support of his application. He asked the Chair to recuse himself because they have known one another since childhood. The Chair complied and the meeting was run by Vice-Chair Gaetano Massa. He stated that he has lived at the subject property since 1997 and raised his family in that home. He testified that he is a retired NYC police officer and a Marine Veteran. He currently works in the security department at the Indian Point Energy Center in Montrose, New York. Due to the decommissioning of that plant, he will be out of work in approximately 2 years. He has converted the home into a two family residence and maintains an apartment for himself while renting the main home. He must do this because his large mortgage and property taxes make it difficult to make ends meet. When he loses his job in two years he will not be able to afford the house if he is not granted a variance to allow the conversion to a two family home. He currently needs the rental income for household and living expenses.   He would like to be a "snowbird" upon retiring, and live in the South during the winter months and return to New York and the Town where he grew up and raised his children during the summer. If he is not allowed to do this he will be forced to sell his home. Mr. Brennan testified that there are numerous homes in the vicinity and throughout Clarkstown that are taxed as multifamily residences. The Assessor's records confirm that they are taxed this way, notwithstanding his home and the others being classified as single family residences under Clarkstown zoning regulations. In his neighborhood there are many such homes.[1] If his home is illegal so are the other homes. It would be appropriate for all of these homes to be classified as legal two family homes because it is so expensive to live in Clarkstown and it will make it easier for people to live here. Further, the Applicant's home has numerous commercial properties nearby.

In response to this testimony, Edward Mistretta stated that it is very difficult for an applicant to meet the four criteria necessary to obtain this type of variance and asked the Applicant to explain how this situation was not self-created. Mr. Brennan responded that his job is

---

[1] Applicant's narrative summary lists two dozen "two family" and seventy-plus one family with accessory apartment units.

being eliminated at the Governor's direction, which is not a self-created situation. Edward Mistretta responded that the ZBA cannot approve use variances because homeowners suffer job losses. Darcy Casteleiro stated that it would not be appropriate to allow an exception to the Town Code based on a single applicant's personal situation.   Doing so might encourage many homeowners to make similar applications to change their homes from single family to a two family to earn rental income. This could negatively impact neighborhoods and change the character of the neighborhood.

Discussion ensued regarding differences between property classifications made by the Town Assessor versus the Building Department.   Leslie Kahn, Deputy Town Attorney inquired whether Mr. Brennan had a Certificate of Occupancy ("C of O") for an Accessory Apartment. Mr. Brennan presented a 2012 "C of O" for a "Second Kitchen with Interior Alterations". Larry Kaye, Deputy Building Inspector testified that a "Second Kitchen with Interior Alterations" is not considered an Accessory apartment.

Leslie Kahn inquired whether Mr. Kaye had ever issued a "C of O" for an Accessory Apartment to which he responded that he has never issued a "C of O" for an Accessory Apartment as they are not allowed in Clarkstown. Mr. Kay added that when homeowners are granted a "C of O" for a "Second Kitchen with Interior Alterations", they are required to sign an Affidavit stating that there are no interior barriers preventing access throughout the home, only one meter will be used for utilities and that all occupants will live as a family in the home.

## PUBLIC COMMENTS

Mr. Massa invited members of the public to comment on the application. Grace Matarese of 2 Lariat Court testified that she has a "C of O" for a "Second Kitchen with Interior Alterations" and she doesn't rent it out because it is not allowed. She is opposed to converting homes in the area to two family residences and renting them out because she wants the area to remain a single family neighborhood.

Linda Dunbar of 24 Germonds Road testified in opposition to the application and acknowledged that the Code allows for a "mother/daughter", but not a two family residence for rental purposes. She stated that if certain homeowners are allowed to convert their homes, it would give them an unfair financial advantage over the single family owners in the neighborhood.

She wants her neighborhood to remain a single family neighborhood. She stated that if the Town Code were to allow conversions to two family homes, she would consider converting her home to enjoy the financial benefit.

Sandra Partridge of 319 West Nyack Road testified that her lot has two houses on it. She is getting taxed on both structures as residences, but is not able to use the second structure as a residence according to the Building Department.

Mr. Massa made a motion to close the public hearing which was seconded by Darcy Casteliero and carried unanimously.

## FINDINGS OF FACT

FIRST:  The Applicant MATTHEW BRENNAN, of 23 Germonds Road, New City, New York, is the owner of the property, which is the subject of this appeal.

SECOND:   The Applicant's property is located at 23 Germonds Road, New City, New York.   The property is further identified on the Clarkstown Tax Roll as Map 51.18-3-19, f/k/a Map 35-B-21.6 and is located within an R-22 Zoning District.

THIRD:   The Applicant requests a use variance from the requirements of Section 290 Attachment 20 Table 1 (Uses Permitted by Right – single family dwelling to two family dwelling) to legalize his conversion of his existing single family dwelling into a two family dwelling.

FOURTH: In evaluating the need for this variance, the Board considered those factors as outlined in Section 267-b (3) of Town Law.

FIFTH: The Applicant purchased the subject property in 1997.

SIXTH: The property has been converted by the Applicant into a two family dwelling without the proper permits or "C of O". The applicant testified that he occupies the smaller dwelling unit and he rents out the larger dwelling unit to a family unrelated to him. The smaller dwelling unit has been has been closed off from the main residence. The home has an overall size of approximately 3984 sq. ft. and is one of the largest homes in that area.

SEVENTH: In evaluating the need for the relief requested, the Board considered those factors as outlined in Section 267-b (2) of Town Law which provides that a use variance shall not be granted unless there is a showing that the applicable zoning regulations and restrictions have caused an unnecessary hardship. For the applicant to prove that an unnecessary hardship exists, the applicant must demonstrate that for each and every permitted use where the property is located:

(1)   the applicant cannot realize a reasonable return, provided the lack of return is substantial as demonstrated by competent financial evidence;

(2)   that the alleged hardship relating to the property is unique, and does not apply to a substantial portion of the district or neighborhood;

(3) that the requested variance, if granted, will not alter the essential character of the neighborhood; and

(4) that the alleged hardship is not self-created.

All four conditions must be satisfied.

EIGHTH: Other than the Applicant's testimony that the only manner in which a reasonable return can be made for this property is that it be utilized for two family residential purposes and his application which showed his monthly expenses and costs of living, no other financial evidence was submitted. His narrative states that the property is "under water" and that he has been trying to sell the property for 10 years without success. No facts or figures in dollars and cents were provided by the Applicant as to listing prices, duration of listings, asking price for private sale, or anything more informative. Only conclusions were stated.

NINTH: The applicant did not show that each and every permitted use for the subject property would be unprofitable, and there was no competent financial evidence provided to support the alleged hardship.

TENTH: The alleged hardship is not unique to this property. Indeed the Applicant testified that there were numerous similarly used homes in Clarkstown which should be considered two family residences as well. Accordingly, the alleged hardship is not unique to the Applicant's property.

ELEVENTH: There was no proof that the hardship was not self-created. In fact, the Applicant testified that he built too large of a house and borrowed to do so.   The cost to maintain the home and to cover the mortgage and tax payments was more than he had anticipated and that

he had borrowed against the home to cover other expenses resulting in a significant obligation on two mortgages which was self-created.

TWELFTH: As indicated by the comments of the Rockland County Planning Department, if this use variance was permitted it would alter the character of the neighborhood setting a precedent that could also have a negative impact on the County highway if additional curb cuts are allowed and could increase traffic as well.

THIRTEENTH: If the application was granted it would have a negative impact on the neighborhood.

## CONCLUSIONS OF LAW

FIRST:  The Board of Appeals of the Town of Clarkstown pursuant to the provision of Chapter 290-32(C)(1) of the Zoning Local Law of the Town of Clarkstown shall hear and determine appeals from any order, requirement, decision or determination of the Building Inspector.

SECOND: The Board of Appeals, pursuant to Chapter 290-32(C), (1), may grant a variation in the strict application of any provision of this ordinance.

THIRD: Applicant would require a use variance to legitimize the conversion of his single family residence into a two family residence.

FOURTH: The Applicant has not established that he cannot realize a reasonable return absent the granting of a use variance for a two family residence and has not demonstrated by competent financial evidence that the alleged lack of financial return is substantial but for the granting of such variance.

FIFTH: The alleged hardship relating to the property is not unique and applies to a substantial portion of the neighborhood where the property is located and to many other homes throughout Clarkstown.

SIXTH: The requested variance, if granted, will alter the essential character of the neighborhood.

SEVENTH: The alleged hardship is self-created. At the time the Applicant acquired the property, two family dwellings were not permitted in the zone where the Applicant's property is located. Applicant stated in his application that he enlarged the home and took out additional mortgages to pay for the improvements.

EIGHTH: Even if the Applicant had otherwise satisfied the requirements for granting a use variance (which he has not) by his own testimony, the economic hardship he is concerned about will not occur until he is left unemployed by the closure of the Indian Point Nuclear Facility which is not scheduled to happen until two years from now.

## DECISION

The Board of Appeals sustains the decision of the Building Department to deny the Applicant a building permit to legalize the conversion of his home from a single family to a two family residence. The Applicant has not demonstrated by competent and credible evidence that a substantial hardship exists which inhibits the Applicant's ability to realize a reasonable financial return due to his inability to utilize the property for two family residential purposes. The Applicant has not shown by dollars and cents proof, an inability to realize a reasonable return under the existing permissible use for the property. The alleged hardship is self-created by the Applicant. The alleged hardship is not unique to the subject property. Other homeowners in Clarkstown are faced with escalating costs, making it difficult for them to keep their homes, especially for those who have lost their jobs or who are on a fixed income. If granted, the character of the neighborhood where the subject property is situated would be compromised as other persons similarly situated could rely on the precedent. The neighborhood was not intended to be populated by two family homes.

Accordingly, the Board of Appeals does hereby DENIES the Applicant's appeal for a use variance legalizing the conversion of his home into a two family dwelling.

## RESOLUTIONS

In view of the foregoing and the testimony and documents presented it is:

RESOLVED by the Clarkstown Board of Appeals that the application for the use variance is DENIED; and it is

FURTHER RESOLVED, that such decision and the vote thereon shall become effective and be deemed rendered on the date of the adoption by the Board of the minutes of which they are a part.

\*   \*   \*   \*   \*   \*   \*

A Motion to DENY the application for the requested use variance from the requirements of Section 290 Attachment 20 Table 1 (Uses Permitted by Right – single family dwelling to two family dwelling) to convert an existing single family dwelling into a two family dwelling was presented and moved by Gaetano U. Massa, seconded by Thomas Heim and carried as follows:

On ROLL CALL the vote was as follows:

AYES:            Mr. Gaetano U. Massa
                 Mr. Edward Mistretta
                 Mr. Thomas Heim
                 Mr. Peter Bradley
                 Ms. Darcy Casteleiro
                 Mr. Mark Maria

NAYS:            None

ABSTENTIONS:     Mr. Kevin F. Hobbs

DATED: September 11, 2017

ZONING BOARD OF APPEALS
TOWN OF CLARKSTOWN

By _____
   Gaetano U. Massa, Vice- Chairman

# EXHIBIT P

September 25, 2017

Matthew I. Brennan
23 Germonds Road
New City, New York 10956

Erik Asheim
Clarkstown Building Inspector
10 Maple Avenue
New York, New York 10956
(845)639-2100

Dear Sir,

    This is to inform you that following the Clarkstown Zoning of Appeal filling their findings from my hearing of September 11, 2017 with the Clarkstown Clerk I will be initiating an Article 78 proceeding.  According to NYS Town Law 267-C-1 I am allowed thirty days following the filling to do this.

Sincerely,

Matthew I. Brennan

MB/mb



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NEW CITY, NY 10956

Certified Mail Fee  $3.35                                    0073
$                              $0.00                          14
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00         Postmark
☐ Certified Mail Restricted Delivery $  $0.00        Here
☐ Adult Signature Required         $  $0.00
☐ Adult Signature Restricted Delivery $
Postage        $0.49
$                                              09/27/2017
Total Postage and Fees
$      $3.84
Sent To     10 MAPLE AVE
Street and Apt. No., or PO Box No.    NEW CITY, NY.
City, State, ZIP+4®                    10956

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1450 0001 0458 1138

# EXHIBIT Q

# Clarkstown Town Court
## 20 Maple Avenue
## New City, NY 10956-5099

Craig E. Johns
Clarkstown Town Justice

Phone: (845)639-5960
Fax: (845)639-5910

December 6, 2017

# CRIMINAL SUMMONS

Matthew Brennan
23 Germonds Rd
New City, NY 10956

*People of the State of New York versus:*
Matthew Brennan                          Case No: 17120235
23 Germonds Rd                           DOB: 11/16/1954
New City, NY 10956

| TicketNo. | Officer | Statute/Section | Charge Text |
|-----------|---------|-----------------|-------------|
| | | TO 109.6A | FAILED TO OBTAIN C/O |
| | | TO 109.14 | NON-COMPLIANCE |
| | | TO 290 | USES PERMITTED/RIGHT |

**Arraignment date: 01/10/2018    Time: 10:00AM**

Accusatory instruments filed with this court charge you with the
charge(s) shown above.

Therefore you are ordered to appear in person before this Court
for arraignment.  Failure to appear on the arraignment date
shown will result in a warrant for your arrest.

Dated: December 6, 2017          S/  HON. CRAIG E. JOHNS
                                 _____
                                 Craig E. Johns, Justice

On the _____ day of _____ 20   , a Police Officer, duly
authorized to serve the above Criminal Summons, delivered a true
copy personally to the defendant at _____ in the
Town of Clarkstown.

_____          _____
DEPARTMENT                             OFFICER'S SIGNATURE

JUSTICE COURT OF THE TOWN OF CLARKSTOWN
COUNTY OF ROCKLAND
--------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK

      -against-

INFORMATION
Violation # 16-965

Matthew Brennan
23 Germonds Road
New City, NY 10956



         Defendant.

--------------------------------------------------------------X
STATE OF NEW YORK       )
COUNTY OF ROCKLAND    )ss:

    The complainant, Raymond Francis, Code Enforcement Officer,  for the Town of Clarkstown, with offices at 10 Maple Avenue, New City, New York 10956, the herein, being duly sworn, deposes and says:

    I am a Code Enforcement Officer, Building Department, for the Town of Clarkstown, County of Rockland, State of New York, and I make this information upon my personal belief and knowledge.

    On or about December 4, 2017, at 23 Germonds Road, New City, NY 10956, in the Town of Clarkstown, County of Rockland, State of New York the defendant, Matthew Brennan, did commit violation(s) of the following provisions of the Code of the Town of Clarkstown :

        Section 109-6(A) – Certificate of Occupancy or Use
        Section 109-14 – Noncompliance
        Chapter 290-Attachment 20, Table 1– multifamily residences not permitted

**Chapter 290-Attachment 20, Table 1, multifamily residences not permitted.**

**Section 109-6(A) – Certificated of Occupancy or Use – Certificates of occupancy or use required.  A certificate or use shall be required for any work which is the subject of a building permit and for all structures, buildings, or portions thereof, which are converted from one use or occupancy classification or subclassification to another.  Permission to use or occupy a building or structure, or portion thereof, for which a building permit was previously issued shall be granted only by issuance of a certificate of occupancy or use.**

**Section 109-14 – Noncompliance – It is a violation of this chapter for any person (as defined in section 109-1) to construct, alter, repair, move, remove, demolish, equip, use, occupy or maintain any building, structure, parcel of land or portion thereof in violation of any provision of this chapter or in a manner not permitted by an approved building permit or certificate of occupancy.  Failure in any manner to comply with a notice, directive or order of any code enforcement personnel is a separate and distinct violation of this chapter.**

In that said defendant did commit the following acts and/or omissions and/or allowed or permitted the following condition(s) to exist, which I personally observed.

The source of my information and belief are as follows:

I searched the official records kept by the Town of Clarkstown Building Department concerning property located at 23 Germonds Road, New City, NY 10956 (Tax Map 51.18-3-19)(Old Tax Map 35-B-21.6) and determined the owner to be Matthew Brennan. The records kept on file with the Town of Clarkstown indicate said premises are a single family dwelling.

On or about Decemeber 9, 2016, I entered said premises with Jacqueline Brennan. I observed the premises to be divided into two separate dwellings.

In December 2016, I spoke with an individual by the name of Jacob Roy who stated to me he was a tenant at said premises and rented the main house. As of December 4, 2017, Jacob Roy is still residing at 23 Germonds Road, New City, NY 10956.

I further reviewed the Clarkstown Zoning Board of Appeals decision filed on November 9, 2017 with the Town Clerk of the Town of Clarkstown, Appeal # 4066, denying defendant's application to convert his one family dwelling into a two family dwelling. During the Zoning Board of Appeals hearing held on September 11, 2017, defendant admitted to converting his home to a two family residence and maintains an apartment for himself while renting the main home.

Upon information and belief, and a review of the Town of Clarkstown Building Department records, a building permit or a certificate of occupancy has never been granted for the premises located at 23 Germonds Road, New City, NY 10956 to be converted from a one family dwelling to a two family dwelling.

FALSE STATEMENTS MADE HEREIN IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

12/5/17
Date

Signature

RECEIVED
Justice Court

DEC 05 2017

Town of Clarkstown
New City, NY 10956

# Clarkstown Town Court
# Case History Report
### Judge David M. Ascher

# Case Number: 17120235
Printed: 11/14/2019  at: 11:34AM
Page 1 of 2

**Name:** MATTHEW BRENNAN
23 GERMONDS RD
NEW CITY, NY 10956

**DOB:** 11/16/1954
**Sex:** M

| | | | | | |
|---|---|---|---|---|---|
| **Crime:** 12/04/2017 | | **Arrest:** 12/04/2017 | | **Arraign:** 06/13/2018 | |
| **Adjudicate** / / | | **Sentence:** / / | | **Dispose:** / / | |
| : | | | | | |

| Reference/ Ticket No. | Stat/Sec | Charge Text | Disposition | Fine | CivilFee | Schg |
|---|---|---|---|---|---|---|
| | TO 109.6A | FAILED TO OBTAIN C/O | | 0.00 | 0.00 | 0.00 |
| | TO 109.14 | NON-COMPLIANCE | | 0.00 | 0.00 | 0.00 |
| | TO 290 | USES PERMITTED/RIGHT | | 0.00 | 0.00 | 0.00 |

**Prosecuter:**  **Attorney:**

**Police Officer:**
**Agency:** CPD

**Scheduled Appearances:**

| | | |
|---|---|---|
| 11/25/19 Town Code | 10/02/19 Town Code | 09/04/19 Town Code |
| 07/25/19 Non-Jury Trial | 04/17/19 Town Code | 03/20/19 Town Code |
| 12/21/18 Town Code | 11/28/18 FTA Town Code | 10/31/18 Town Code |
| 10/03/18 Town Code | 06/13/18 FTA Town Code | 04/18/18 Town Code |
| 02/07/18 Town Code | 01/10/18 Town Code | |

**Financial Transactions:**

| Bank Dt | Report Dt | Reason | Bail | Fine | Civ-Fee | Schg | Other | Rect/Ck# | Jdg |
|---|---|---|---|---|---|---|---|---|---|

**Letters Sent:**

| | |
|---|---|
| 12/05/2017 CRIMINAL SUMMONS (025) | 12/06/2017 CRIMINAL SUMMONS (025) |
| 01/10/2018 Adjournment Letter (023) | 04/18/2018 Fail to Appear Criminal (011) |
| 10/31/2018 Fail to Appear Criminal (011) | 03/20/2019 Adjournment Letter (023) |
| 07/25/2019 Adjournment Letter (023) | |

# EXHIBIT R

# Clarkstown Town Court
# Case History Report
### Judge David M. Ascher

# Case Number: 17120235
Printed: 11/14/2019  at: 11:34AM

Page 1 of 2

**Name:** MATTHEW BRENNAN
23 GERMONDS RD
NEW CITY, NY 10956

**DOB:** 11/16/1954
**Sex:** M

**Crime:** 12/04/2017
**Adjudicate:** / /

**Arrest:** 12/04/2017
**Sentence:** / /

**Arraign:** 06/13/2018
**Dispose:** / /

| Reference/ Ticket No. | Stat/Sec | Charge Text | Disposition | Fine | CivilFee | Schg |
|---|---|---|---|---|---|---|
| | TO 109.6A | FAILED TO OBTAIN C/O | | 0.00 | 0.00 | 0.00 |
| | TO 109.14 | NON-COMPLIANCE | | 0.00 | 0.00 | 0.00 |
| | TO 290 | USES PERMITTED/RIGHT | | 0.00 | 0.00 | 0.00 |

**Prosecuter:** **Attorney:**

**Police Officer:**
**Agency:** CPD

**Scheduled Appearances:**

| | | |
|---|---|---|
| 11/25/19 Town Code | 10/02/19 Town Code | 09/04/19 Town Code |
| 07/25/19 Non-Jury Trial | 04/17/19 Town Code | 03/20/19 Town Code |
| 12/21/18 Town Code | 11/28/18 FTA Town Code | 10/31/18 Town Code |
| 10/03/18 Town Code | 06/13/18 FTA Town Code | 04/18/18 Town Code |
| 02/07/18 Town Code | 01/10/18 Town Code | |

**Financial Transactions:**

| Bank Dt | Report Dt | Reason | Bail | Fine | Civ-Fee | Schg | Other | Rect/Ck# | Jdg |
|---|---|---|---|---|---|---|---|---|---|

**Letters Sent:**

| | |
|---|---|
| 12/05/2017  CRIMINAL SUMMONS  (025) | 12/06/2017  CRIMINAL SUMMONS  (025) |
| 01/10/2018  Adjournment Letter (023) | 04/18/2018  Fail to Appear Criminal  (011) |
| 10/31/2018  Fail to Appear Criminal  (011) | 03/20/2019  Adjournment Letter (023) |
| 07/25/2019  Adjournment Letter (023) | |

# EXHIBIT S

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH | | |
|---|---|---|---|---|---|---|
| BRENNAN, Matthew Ivan | | M | 129 44 5319 | YEAR 54 | MONTH 11 | DAY 16 |

| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 6a. GRADE, RATE OR RANK | 6b. PAY GRADE | 7. DATE OF RANK | | |
|---|---|---|---|---|---|
| USMC-11 | LCPL | E-3 | YEAR 74 | MONTH 09 | DAY 01 |

| 6a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) |
|---|---|---|
| UNKNOWN | UNKNOWN | 329 N. Main St. New City, NY 10956 |

| a. TYPE OF SEPARATION | b. STATION OR INSTALLATION AT WHICH EFFECTED | RUC-02206 |
|---|---|---|
| Transferred to Marine Corps Reserve | SEPS/DRAFT BRANCH H&HS MCAS ELTORO | |

c. AUTHORITY AND REASON — — — d. EFFECTIVE DATE: YEAR 75 MONTH 08 DAY 27

| e. CHARACTER OF SERVICE | f. TYPE OF CERTIFICATE ISSUED | 10. REENLISTMENT CODE |
|---|---|---|
| HONORABLE | N/A | |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND MWCS-38, MAC_-38 3dMAW MCAS EL TORO, CA | 12. COMMAND TO WHICH TRANSFERRED MCRFAA (CODE AFR) KSC NO 64131 |
|---|---|

| 13. TERMINAL DATE OF RESERVE/MSS OBLIGATION | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and Zip Code) | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD | | |
|---|---|---|---|---|
| YEAR 79 MONTH 08 DAY 27 | Los Angeles, CA | YEAR 73 | MONTH 08 | DAY 28 |

| 16a. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 2531 FldRadOpe- | 379.368 RadioDispatcher | (a) NET ACTIVE SERVICE THIS PERIOD | 02 | 00 | 00 |
| | | (b) PRIOR ACTIVE SERVICE | 00 | 00 | |
| 17a. SECONDARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (c) TOTAL ACTIVE SERVICE (a + b) | 02 | 00 | |
| NONE | NONE | (d) PRIOR INACTIVE SERVICE | 00 | 00 | |
| | | (e) TOTAL SERVICE FOR PAY (c + d) | 02 | 00 | 00 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 01 | 00 | 20 |

| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 | 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) |
|---|---|
| ☐ YES ☒ NO | SECONDARY/HIGH SCHOOL 12 YRS (1-12 grades)   COLLEGE ___ YRS |

| 21. TIME LOST (Preceding Two Yrs) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION | |
|---|---|---|---|---|---|
| NONE | None Due | ☐$15,000 ☐$5,000 ☒$20,000 ☐$10,000 ☐NONE | ☒ NO ☐ YES AMOUNT N/A | a. TYPE ENTNAC | b. DATE COMPLETED 730922 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

Rifle Sharpshooter
National Defense Service Medal    Meritorious Mast

27. REMARKS

Good Conduct Medal Period Commenced: 730828(1stAwd)
FLDRADOPER

| 28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State, ZIP) | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| See Item #8c | |
| 30. TYPED NAME, GRADE, AND TITLE OF AUTHORIZING OFFICER J. S. JOINER, CAPT, USMCR OIC, JOINT RECEPTION CENTER | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |

DD FORM 214 MC   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE   THIS IS AN IMPORTANT RECORD SAFEGUARD IT.   REPORT OF SEPARATION FROM ACTIVE DUTY (1900)   INDIV-I
S/N 0102-002-0001