UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MATHEW I. BRENNAN

                Plaintiff,

  -against-

CLARKSTOWN SUPERVISOR GEORGE
HOEHMANN, CLARKSTOWN COUNCILMAN
FRANK BORELLI, CLARKSTOWN BUILDING
CODE TASK FORCE ATTORNEY LESLIE
KAHN, CLARKSTOWN ZONING BOARD OF
APPEALS CHAIRMAN KEVIN HOBBS, and
CLARKSTOWN CODE ENFORCEMENT
OFFICER RAYMOND L. FRANCIS,

                Defendants

------------------------------------------------------------

DEFENDANTS' NOTICE OF MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT

7:19-cv-11115-VB-PED

---

> In light of defendants' corrected motion (Doc. #28), the instant motion is terminated as moot.
>
> The Clerk is instructed to terminate this motion (Doc. #24) and mail a copy of this Order to plaintiff at the address on the docket.
>
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
>
> Vincent L. Briccetti, U.S.D.J.,      12/30/19 Date

---

S I R S:

        PLEASE TAKE NOTICE that upon the annexed declaration of Harold Y. MacCartney, Jr. dated the 19th day of December, 2019, the annexed exhibits to said declaration, and the accompanying memorandum of law submitted in support of the motion, the Defendants, by their attorney, The Law Offices of Harold Y. MacCartney, Jr., will move this Court before the Hon. Vincent L. Briccetti, USDJ, at the Hon. Charles L. Brieant, Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601 at a date and time to be determined by the Court or as soon thereafter as counsel may be heard for an order pursuant to Fed.R.Civ.P. 12(b)(1) and/or 12(b)(6) granting dismissing the Complaint with prejudice and granting judgment in favor of all of the Defendants together with such other, further and different relief as to the Court may seem just and proper.

Dated: Pearl River, New York
       December 19, 2019