UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MATTHEW I. BRENNAN,
          Plaintiff,

v.                                         **ORDER**

GEORGE HOEHMANN, FRANK BORELLI,    19 CV 11115 (VB)
LESLIE KAHN, KEVIN HOBBS, and
RAYMOND L. FRANCIS,
          Defendants.
--------------------------------------------------------------x

      On January 21, 2020, defendants filed a reply brief in connection with the pending motion to dismiss the amended complaint. (Doc. #34). The reply refers to plaintiff's opposition to the motion to dismiss. However, plaintiff's opposition has not been filed with the Court.

      Accordingly, by February 5, 2020, plaintiff shall submit his opposition to the pending motion by mailing it to:

> United States District Court
> Pro Se Clerk
> 300 Quarropas St.
> White Plains, NY 10601

      The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 22, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge