**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

MATTHEW I. BRENNAN,

                           Plaintiff,

       -against-

TOWN OF CLARKSTOWN; CLARKSTOWN
SUPERVISOR GEORGE HOEHMANN;
CLARKSTOWN COUNCILMAN FRANK
BORELLI; CLARKSTOWN BUILDING
CODE TASK FORCE ATTORNEY LESLIE
KAHN; CLARKSTOWN ZONING BOARD OF
APPEALS CHAIRMAN KEVIN HOBBS; and
CLARKSTOWN CODE ENFORCEMENT
OFFICER RAYMOND L. FRANCIS,

                         Defendants.
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2020

19 **CIVIL** 11115 (VB)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated July 27, 2020, the defendants' motion to dismiss is

GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order

would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose

of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, this case

is closed.

**Dated:** New York, New York

       July 28, 2020

                                 **RUBY J. KRAJICK**

                                 **Clerk of Court**

             **BY:**

                                 **Deputy Clerk**